**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Jeffrey D. Prol, Esq.
Eric H. Horn, Esq.
65 Livingston Avenue
Roseland, NJ  07068
Telephone: (973-597-2500
Facsimile: (973) 597-2400
*Attorneys for TeleBrands Corp.*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

---------------------------------------------x
In re                                        :
                                             :
KSL MEDIA, INC.;            :    Case No:1:13-bk-15929
T.V. 10'S, LLC; and         :    Case No:1:13-bk-15930
FULCRUM 5, INC.;            :    Case No:1:13-bk-15931
                            :
         Debtors            :    Chapter 11
---------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF PAPERS PURSUANT TO § 1109(B) OF THE**
**BANKRUPTCY CODE AND BANKRUPTCY RULES 2002 AND 9010**

**NOTICE IS HEREBY GIVEN** pursuant to §1109(b) of Title 11 of the United States Code ("Bankruptcy Code") and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that Lowenstein Sandler LLP appears for and on behalf of TeleBrands Corp., a creditor in the above-captioned bankruptcy proceeding.

**NOTICE IS FURTHER GIVEN** that Lowenstein Sandler LLP requests that all notices given or required to be given in the above-captioned chapter 11 cases including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or

designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them, be given to and served upon the following:

>**LOWENSTEIN SANDLER LLP**
>65 Livingston Avenue
>Roseland, New Jersey 07068
>Telephone: (973) 597-2500
>Facsimile: (973) 597-2400
>
>Attn:   Kenneth A. Rosen, Esq.
>        Jeffrey D. Prol, Esq.
>        Eric H. Horn, Esq.
>Email: krosen@lowenstein.com
>       jprol@lowenstein.com
>       ehorn@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtors or Debtors-in-Possession or the property of such Debtors or their estate.

Dated:  September 13, 2013

>**LOWENSTEIN SANDLER LLP**
>
>/s/ *Ira M. Levee, Esq.*
>Kenneth A. Rosen, Esq.
>Jeffrey D. Prol, Esq.
>Ira M. Levee, Esq.
>Eric H. Horn, Esq.
>65 Livingston Avenue
>Roseland, New Jersey 07068
>Telephone: (973) 597-2500
>Facsimile:   (973) 597-2400
>krosen@lowenstein.com
>ehorn@lowenstein.com
>
>*Counsel to TeleBrands Corp.*