Robbin L. Itkin, Esq. (SBN 117105)
Monsi Morales, Esq. (SBN 235520)
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3200
Fax:    (310) 734-3300
Email:  ritkin@steptoe.com
        mmorales@steptoe.com

*Attorneys for Douglas Emmett, Inc., Douglas Emmett Management, LLC and Douglas Emmett 1998, LLC*

# UNITED STATES BANKRUPTCY COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>**KSL MEDIA, INC., T.V. 10'S LLC, and FULCRUM 5, INC.**,<br><br>Debtors. | Case No.: 1:13-bk-15929-AA<br>Case No.: 1:13-bk-15930-AA<br>Case No.: 1:13-bk-15931-AA<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO THE HONORABLE ALAN M. AHART, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; THE DEBTORS' COUNSEL; AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

**PLEASE TAKE NOTICE** that the law firm STEPTOE & JOHNSON LLP ("Steptoe & Johnson"), attorneys for Douglas Emmett, Inc., Douglas Emmett Management, LLC and Douglas Emmett 1998, LLC (collectively, "Creditors"), hereby enters its appearance in accordance with 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and, pursuant, inter alia, to 11 U.S.C. §§ 102(1) and 342

1  and Bankruptcy Rules 2002, 3017(a), 7005 and 9007, requests that all notices given or required

2  to be given in this case and all papers served or required to be served in this case be given to and

3  served upon the following addresses:

| Robbin L. Itkin, Esq. | Leland P. Smith |
|---|---|
| Monsi Morales, Esq. | SVP, General Counsel |
| STEPTOE & JOHNSON LLP | DOUGLAS EMMETT, INC. |
| 2121 Avenue of the Stars, Suite 2800 | 808 Wilshire Boulevard, Suite 200 |
| Los Angeles, CA 90067 | Santa Monica, CA 90401 |
| Tel.: (310) 734-3200 | Tel.: (310) 255-7895 |
| Fax: (310) 734-3300 | Email: lsmith@douglasemmett.com |
| Email: ritkin@steptoe.com | |
| Email: mmorales@steptoe.com | |

11  **PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. §1109(b), the

12  foregoing request includes not only notices and papers referred to in the Bankruptcy Rules

13  specified above, but also includes, without limitation, orders and notices of any application,

14  motion, petition, pleading, request, complaint, disclosure document of any kind, conference,

15  hearing or demand, whether formal or informal, whether written or oral, and whether

16  transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile

17  transmission, or otherwise.

18  **PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and

19  Request for Special Notice (the "Notice"), nor any later appearance, pleading or suit shall

20  constitute a waiver of (i) the right of the Creditors to have final orders in non-core matters

21  entered only after de novo review by a United States District Court judge, (ii) the right to trial

22  by jury in any proceeding related to this case or any case, controversy, or proceeding related to

23  this case, (iii) the right to have the United States District Court withdraw the reference in any

24  matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of

25  this Bankruptcy Court for any purpose other than with respect to this Notice, (v) an election of

26  remedy, or (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as

27  ///

appropriate, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  September 18, 2013                         Respectfully submitted,

                                          */s/ Robbin L. Itkin*

Robbin L. Itkin, Esq.
Monsi Morales, Esq.
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA  90067

*Attorneys for Douglas Emmett, Inc., Douglas Emmett Management, LLC and Douglas Emmett 1998, LLC*

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**2121 Avenue of the Stars, 28th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document described as:

*NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **_September 18, 2013_**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Howard Camhi ............................................................................................................hcamhi@ecjlaw.com; kanthony@ecjlaw.com
Jeff Cohen ................................................................................................................................................ JC@SouthpawAsset.com
Jon L. Dalberg ...............................................................................................jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;
.................................................................................................................................. marizaga@lgbfirm.com; scolen@lgbfirm.com
Scott F. Gautier ............................................................................................................................... sgautier@peitzmanweg.com
Eric D. Goldberg.............................................................................................................................egoldberg@stutman.com
Lawrence M. Jacobson ...............................................................................................................................lmj@gfjlawfirm.com
Ivan L. Kallick .................................................................................................. ikallick@manatt.com; ihernandez@manatt.com
Jeffrey A. Krieger .......................................................................................jkrieger@ggfirm.com; kwoodson@greenbergglusker.com;
..........................................................................................calendar@greenbergglusker.com; pporooshani@greenbergglusker.com
Rodger M. Landau ............................................................................... rlandau@lgbfirm.com; marizaga@lgbfirm.com;
........................................................................................................................ rmartin-patterson@lgbfirm.com; vedwards@lgbfirm.com
Mary D. Lane.......................................................................................................................... mal@msk.com; mec@msk.com
Paul J. Laurin ...............................................................................................................plaurin@btlaw.com; tpearsall@btlaw.com
Ira M. Levee ........................................................................................................ ilevee@lowenstein.com; ehorn@lowenstein.com
Richard M. Lorenzen.................................................................................RLorenzen@perkinscoie.com; KHardy@perkinscoie.com
Monica Rieder .......................................................................................mrieder@lgbfirm.com; rmartin-patterson@lgbfirm.com;
...........................................................................................vedwards@lgbfirm.com; scolen@lgbfirm.com; kalandy@lgbfirm.com
S. Margaux Ross............................................................................................................................... margaux.ross@usdoj.gov
David B. Shemano ................................................................................................................. dshemano@peitzmanweg.com
United States Trustee (SV) .........................................................................................................ustpregion16.wh.ecf@usdoj.gov
Bruce J. Zabarauskas ..................................................................................................................bruce.zabarauskas@tklaw.com
Amy A. Zuccarello ...................................................................................................................................azuccarello@sandw.com
Roye Zur...............................................................................rzur@lgbfirm.com; rmartin-patterson@lgbfirm.com; scolen@lgbfirm.com

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                      **F 9013-3.1.PROOF.SERVICE**

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **_September 18, 2013_**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Trustee
Attn: S. Margaux Ross, Esq.
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
**_(VIA U.S. MAIL)_**

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **_September 18, 2013_**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Alan Ahart
United States Bankruptcy Court, Central District
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367
**_(VIA PERSONAL DELIVERY)_**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 18, 2013 | AJA CLARK | /s/ Aja Clark |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**