ALAN R. SMITH, ESQ.
California Bar No. 83888
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
*Email:* *mail@asmithlaw.com*

*Electronically Filed*
*September 20, 2013*

Counsel for The Glenn Group

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: | Case No. 1:13-15929-AA |
| | Case No. 1:13-15930-AA |
| KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC., | Case No. 1:13-15931-AA |
| | Chapter 11 |
| Debtors, | |
| _____/ | **NOTICE OF APPEARANCE** |
| ■  Affects KSL Media, Inc. | |
| ☐  Affects T.V. 10's, LLC | |
| ☐  Affects Fulcrum 5, Inc. | |
| ☐  Affects All Debtors | |
| _____/ | |

COMES NOW ALAN R. SMITH, ESQ., and enters his appearance in the above-entitled matter as attorney of record for The Glenn Group.

DATED this 20th day of September, 2013.

LAW OFFICE OF ALAN R. SMITH

　　 */s/  Alan R. Smith*
ALAN R. SMITH, ESQ.
Attorney for The Glenn Group

Law Offices of
ALAN R. SMITH
505 Ridge Street
Reno, Nevada 89501
(775) 786-4579

H:\KSL\Not Appear 092013-dlg.wpd