B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re    KSL Media, Inc.                                                                 Case No.    1:13-15929-AA
                                        Debtor(s)                                        Chapter     11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## ACCORDING TO DEBTOR'S CURRENT BOOKS AND RECORDS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims according to the debtor's current books and records. PLEASE NOTE: As described in the Declaration of Janet Miller-Allen [Docket No. 2], the debtor will not be able to provide an accurate and final accounting of the unsecured claims against the estate until the completion of a reconciliation process that will take the debtor approximately six months.

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AMERICAN MOVIE CHANN 11 PENN PLAZA 16TH FL NEW YORK, NY 10001 | AMERICAN MOVIE CHANN 11 PENN PLAZA 16TH FL NEW YORK, NY 10001 | Trade Debt | Unliquidated | 530,131.40 |
| ANIMAL PLANET PO BOX 79961 BALTIMORE, MD 21279 | ANIMAL PLANET PO BOX 79961 BALTIMORE, MD 21279 | Trade Debt | Unliquidated | 782,464.95 |
| COMEDY CENTRAL PO BOX 13683 NEWARK, NJ 07188 | COMEDY CENTRAL PO BOX 13683 NEWARK, NJ 07188 | Trade Debt | Unliquidated | 1,129,971.30 |
| E! ENTERTAINMENT TV PO BOX 749009 LOS ANGELES, CA 90074-9009 | E! ENTERTAINMENT TV PO BOX 749009 LOS ANGELES, CA 90074-9009 | Trade Debt | Unliquidated | 569,511.90 |
| ESPN 13039 COLLECTIONS CTR DR CHICAGO, IL 60693 | ESPN 13039 COLLECTIONS CTR DR CHICAGO, IL 60693 | Trade Debt | Unliquidated | 4,356,459.96 |
| FOOD NETWORK PO BOX 602 018 CHARLOTTE, NC 28260-2018 | FOOD NETWORK PO BOX 602 018 CHARLOTTE, NC 28260-2018 | Trade Debt | Unliquidated | 806,109.40 |
| FX NETWORK FILE 55115 LOS ANGELES, CA 90074 | FX NETWORK FILE 55115 LOS ANGELES, CA 90074 | Trade Debt | Unliquidated | 1,828,634.75 |
| GOLF CHANNEL PO BOX 281401 ATLANTA, GA 30384-1401 | GOLF CHANNEL PO BOX 281401 ATLANTA, GA 30384-1401 | Trade Debt | Unliquidated | 773,871.48 |
| GOOGLE.COM DEPT 33654 PO BOX 39000 SAN FRANCISCO, CA 94139 | GOOGLE.COM DEPT 33654 PO BOX 39000 SAN FRANCISCO, CA 94139 | Trade Debt | Unliquidated | 647,736.26 |

B4 (Official Form 4) (12/07) - Cont.

In re  **KSL Media, Inc.**                          Case No.  **1:13-15929-AA**

Debtor(s)

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| HOME & GARDEN TV<br>PO BOX 602028<br>CHARLOTTE, NC 28260-2028 | HOME & GARDEN TV<br>PO BOX 602028<br>CHARLOTTE, NC 28260-2028 | Trade Debt | Unliquidated | 907,477.85 |
| HOME TEAM SPORTS<br>FILE 55437<br>LOS ANGELES, CA 90074 | HOME TEAM SPORTS<br>FILE 55437<br>LOS ANGELES, CA 90074 | Trade Debt | Unliquidated | 1,294,105.45 |
| Invention Channel dba Telebrands<br>79 TWO BRIDGES ROAD<br>FAIRFIELD, NJ 07004 | Invention Channel dba Telebrands<br>79 TWO BRIDGES ROAD<br>FAIRFIELD, NJ 07004 | Trade Debt | Unliquidated | 877,405.12 |
| LIFETIME TV WOMEN<br>111 8TH AVE 11TH FL<br>NEW YORK, NY 10011 | LIFETIME TV WOMEN<br>111 8TH AVE 11TH FL<br>NEW YORK, NY 10011 | Trade Debt | Unliquidated | 1,235,165.60 |
| MACDONALD MEDIA<br>185 MADISON AVE 4TH FL<br>NEW YORK, NY 10016 | MACDONALD MEDIA<br>185 MADISON AVE 4TH FL<br>NEW YORK, NY 10016 | Trade Debt | Unliquidated | 3,989,953.69 |
| NBC SPORTS NETWORK<br>FILE 749052<br>LOS ANGELES, CA 90074-9052 | NBC SPORTS NETWORK<br>FILE 749052<br>LOS ANGELES, CA 90074-9052 | Trade Debt | Unliquidated | 820,017.10 |
| THE LEARNING CHANNEL<br>PO BOX 79961<br>BALTIMORE, MD 21279 | THE LEARNING CHANNEL<br>PO BOX 79961<br>BALTIMORE, MD 21279 | Trade Debt | Unliquidated | 1,176,028.55 |
| TRAVEL CHANNEL<br>PO BOX 791027<br>BALTIMORE, MD 21279-1027 | TRAVEL CHANNEL<br>PO BOX 791027<br>BALTIMORE, MD 21279-1027 | Trade Debt | Unliquidated | 565,250.00 |
| USA NETWORK<br>PO BOX 402971<br>ATLANTA, GA 30384-2971 | USA NETWORK<br>PO BOX 402971<br>ATLANTA, GA 30384-2971 | Trade Debt | Unliquidated | 831,054.35 |
| VALASSIS<br>38905 WEST SIX MILE RD<br>LIVONIA, MI 48152 | VALASSIS<br>38905 WEST SIX MILE RD<br>LIVONIA, MI 48152 | Trade Debt | Unliquidated | 1,594,669.33 |
| WM Barr<br>8000 CENTERVIEW PKWY<br>SUITE 400<br>CORDOVA, TN 38018 | WM Barr<br>8000 CENTERVIEW PKWY<br>SUITE 400<br>CORDOVA, TN 38018 | Trade Debt | Unliquidated | 700,141.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   KSL Media, Inc.                                              Case No.   1:13-15929-AA
                        Debtor(s)

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Controller of the corporation named as the debtor in this case, have read the foregoing list and declare under penalty of perjury that, to the best of my information and belief, it is a true and correct reflection of the debtor's current books and records, with the caveat that this list may change, in part or in whole, following the completion of the debtor's reconciliation process.

Date  **September 25, 2013**          Signature  _/s/ Janet Miller-Allen_

                                                 Janet Miller-Allen
                                                 Controller

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.