Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

## MASTER MAILING LIST
### Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name        Monica Rieder

Address     1801 Century Park East Suite 700 Los Angeles, CA 90067

Telephone   (310) 557-0050 Fax: (310) 557-0056

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: KSL Media, Inc. | Case No.:    1:13-15929-AA |
| | Chapter:    11 |
| | |

## AMENDED VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __23__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:   September 26, 2013

Janet Miller-Allen/Controller
Signer/Title

Date:   September 26, 2013

Signature of Attorney
**Monica Rieder**
**Landau Gottfried & Berger LLP**
1801 Century Park East
Suite 700
Los Angeles, CA 90067
(310) 557-0050   Fax: (310) 557-0056

1 STOP MAINTENACE INC
21143 HAWTHORNE BLVD SUITE 313
TORRANCE, CA 90503


ADULT SWIM
PO BOX 532448
CHARLOTTE, NC 28290-2448


ADULT SWIM   DR
PO BOX 532448
CHARLOTTE, NC 28290-2448


Allstar Products Group LLC


AT & T 818 905 9571 170 2
PAYMENT CENTER
SACRAMENTO, CA 95887-0001


AT&T 0518471539001
PO Box 105068
Atlanta, GA 30348-5068


AT&T 960 457 7095 555 7
AT&T PAYMENT CENTER
SACRAMENTO, CA 95887-0001


AT&T U VERSE
PO BOX 5098
CAROL STREAM, IL 60197-5098

AT&T U VERSE Comcast/Chicago U Verse
PO BOX 5098
CAROL STREAM, IL 60197-5098


Bacardi
387 PARK AVE SOUTH
NEW YORK, NY 10016


Bacardi Martini B V
387 PARK AVE SOUTH
NEW YORK, NY 10016


BET DR
PO BOX 33026
NEWARK, NJ 07188-0060


BREAD AND BUTTER
419 PARK AVENUE SOUTH
NEW YORK, NY 10016


BRIGHTROLL


BROADVIEW NETWORKS
PO BOX 1191
PORT CHESTER, NY 10573-1191


CLEANING SERVICE INDUSTRIES INC
1384 BROADWAY SUITE 408
NEW YORK, NY 10018

COMAR AGENCY INC
6500 WILSHIRE BLVD 2240
LOS ANGELES, CA 90048


COMCAST Albuquerque


COMCAST Barrington IL   Cable


COMCAST Bloomingdale IL   Cable


COMCAST Citrus Heights CA Zo Cable


COMCAST Crystal Lake IL   Cable


COMCAST DeKalb IL   Cable


COMCAST Delta Valley Zone CA Cable

COMCAST Elgin IL    Cable

COMCAST Elk Grove CA    Cable

COMCAST Folsom CA (Zone 4) Cable

COMCAST Rolling Meadows IL    Cable

COMCAST Sacramento

COMCAST San Jose Zone CA

COMCAST Schaumburg IL    Cable

COMCAST Silicon Valley Zone CA

COMCAST Wheaton


DENVER CO/ DMA   LOC CAB MKT


DISCOVERY EN ESPANOL


DISCOVERY FAMILIA
1000 STEWART AVE
PO BOX 79850
GLEN BURNIE, MD 21061


DRINKRITE A GENERAL WATER COMPANY
PO BOX 26468
SANTA ANA, CA 92799-6468


E3 FINANCIAL
4100 NEWPORT PLACE DR 650
NEWPORT BEACH, CA 92660


EAOW TV
WAOW WYOW
PO BOX 1001
QUINCY, IL 62306-1001


EASY LINK SERVICES
SUNTRUST BANK
LOCKBOX 791247
BALTIMORE, MD 21279-1247

EBNG TV
560 COLUMBIA DR
JOHNSON CITY, NY 13790


EHAM TV
PO BOX 848072
DALLAS, TX 75284-8072


EIYE TV
PO BOX 14200
TALLAHASSEE, FL 32317-4200


ETHI TV


EVITECOM   IAC SEARCH & MEDIA
FILE 30755
PO BOX 60000
SAN FRANCISCO, CA 94160


FOX NEWS CHANNEL
5715 COLLECTIONS CTR DR
CHICAGO, IL 60693


Friendly s (FRD)
1855 Boston Rd
Wilbraham, MA 01095


G 4   DR
FILE 50460
LOS ANGELES, CA 90074-0460

George Joseph


Global Media Group
30252 TOMAS
200
RCHOSTA MARG, CA 92688


GTRF TV
PO BOX 11848
CHARLESTON, WV 25339-1848


HISTORY CHANNEL INT L   DR
PO BOX 18546
NEWARK, NJ 07191-8546


HISTORY EN ESPANOL
THE HISTORY CHANNEL ESPANOL
PO BOX 18546
NEWARK, NJ 07191-8546


IBM CORP
PO BOX 643600
PITTSBURGH, PA 15264-3600


INVESTIGATION DISCOVERY
PO BOX 79961
BALTIMORE, MD 21279


IRON MOUNTAIN
PO BOX 601002
PASADENA, CA 91189-1002

KAAA AM
CAMERON BROADCASTING INC
1200 CALIFORNIA ST STE 102
REDLANDS, CA 92374


KCBY TV
3451 Broadway
North Bend, OR 97459


KCYU TV
4600 S REGAL ST
SPOKANE, WA 99223


KIRO TV
PO BOX 34936/D EPT 4171
SEATTLE, WA 98124-1936


KJJJ FM
PO BOX 2009
LAKE HAVASU, AZ 86405


KJMK FM


KLUK FM
CAMERON BROADCASTING INC
1200 CAMERON ST STE 102
REDLANDS, CA 92374


KNTR FM
PO BOX 2009
LAKE HAVASU, AZ 86405

KONG TV
DEPT 890933
PO BOX 120933
DALLAS, TX 75312-0933

KRCY FM
MAD DOG RADIO STATIONS
10 MEDIA CENTER DR
LAKE HAVASU, AZ 86403

KRQR FM
RESULTS RADIO OF CHICO LLC
856 MANZANITA CT
CHICO, CA 95926

KRVB FM

KTHU FM
RESULTS RADIO OF CHICO LLC
856 MANZANITA CT
CHICO, CA 95926

KTVD TV

KYLI FM

KZUL FM
MAD DOG RADIO STATIONS
10 MEDIA CENTER DR
LAKE HAVASU, AZ 86403

LATINO AMERICAN TV
WORLDLINK VENTURES
PO BOX 511407
LOS ANGELES, CA 90051-7962


MARTIN IOSUE & AKPOVI CPA
16830 VENTURA BOULEVARD SUITE 415
ENCINO, CA 91436


Merka Corp
3300 NE 192ND ST
SUITE 1101
AVENTURAL, FL 33180


MEXICANAL
1532 DUNWOODY VILLAGE PKWY
STE 203
ATLANTA, GA 30338


MILITARY CHANNEL  DR
PO BOX 79961
BALTIMORE, MD 21279


MUN2
PO BOX 402971
ATLANTA, GA 30384-2971


NAPP TV
APPLE VALLEY BROADCASTING INC
PO BOX 749907
LOS ANGELES, CA 90074-9907


Norman Direct LLC
16595 W STRATTON DDR
NEW BERLIN, WI 53151

Ntl  Police Gazette Enterprises
PO Box 372
Binghamton, NY 13902


OFFICE DEPOT LOS ANGELES
PO BOX 70025
LOS ANGELES, CA 90074-0025


PALLADIA
MTV NETWORKS
PO BOX 13683
NEWARK, NJ 07188


PC MALL
PC MALL FILE 55327
LOS ANGELES, CA 90074-5327


ROCKETFUEL   F5
15910 VENTURA BLVD 14TH FL
ENCINO, CA 91436


SCUBA DIVING MAGAZINE


Sizzler USA
25910 ACERO RD
SUITE 350
MISSION VIEJO, CA 92691


SKI MAGAZINE
3822 PAYSPHERE CIRCLE
CHICAGO, IL 60674-3822

SOUTHERN LIVING
2100 LAKESHORE DR
BIRMINGHAM, AL 35209


SPEED CHANNEL
FIL 56933
LOS ANGELES, CA 90074-6933


STAPLES CREDIT PLAN (NY)
DEPT 51 7818023292
PO BOX 689020
DES MOINES, IA 50368-9020


STRATA MARKETING INC
23608 NETWORK PLACE
CHICAGO, IL 60673-1236


SUDDENLINK/Amarillo Intercon
201 Quality Circle
College Station, TX 77845


TIME WARNER CABL/TW NY Z


TIME WARNER CABLE
PO BOX 11820
NEWARK, NJ 07101-8120


TIME WARNER KANSAS CITY

```
TIME WARNER/ Bergen NJ Mt Ver
GPO PO BOX 27908
NEW YORK, NY 10087


TIME WARNER/Albany
NCC
PO BOX 3350
BOSTON, MA 02241


TIME WARNER/Elmira Corning NY
NCC
PO BOX 3350
BOSTON, MA 02241


TIME WARNER/Hudson Valley



TIME WARNER/Utica Master Zone



TRU TV
PO BOX 532448
CHARLOTTE, NC 28290-2448


TV LAND
PO BOX 13683
NEWARK, NJ 07188


US Tax Shield
17328 VENTURA BLVD
SUITE 169
ENCINO, CA 91316
```

VERIZON   VN93175489
MCI
PO BOX 371355
PITTSBURGH, PA 15250-7355


VERIZON 197
PO BOX 4830
TRENTON, NJ 08650-4830


VERIZON WIRELESS 771609163 00001
PO BOX 660108
DALLAS, TX 75266-0108


VERIZON/Viamedia Providence
NCC
PO BOX 3350
BOSTON, MA 02241


WAFB TV
DRAWER 0340
PO BOX 11407
BIRMINGHAM, AL 35246-0340


WAWS/FOX 30
PO BOX 402619
ATLANTA, GA 30384-2619


WBAL TV11
PO BOX 73175
BALTIMORE, MD 21273


WBBH TV
PO BOX 7578
FT MEYERS, FL 33911-7578

WBDL FM
MAGNUM COMMUNICATIONS
1021 N SUPERIOR AVE 5
TOMAH, WI 54660


WBFF/FOX 45
2000 W 41ST ST
BALTIMORE, MD 21211-1420


WBFM FM
MIDWEST COMMUNICATIONS
1420 BELLEVUE ST
GREEN BAY, WI 54311-5649


WBGT TV
33 EAST MARKET ST
CORNING, NY 14830


WBKB-TV


WBNG TV
560 COLUMBIA DR
JOHNSON CITY, NY 13790


WBRZ TV
PO BOX 2906
BATON ROUGE, LA 70821


WBTW TV
PO BOX 26706
RICHMOND, VA 23261

WCHS TV
1301 PIEDMONT RD
CHARLESTON, WV 25301


WCTI TV
PO BOX 601517
CHARLOTTE, NC 28260-1517


WDSU TV6
846 HOWARD AVE
NEW ORLEANS, LA 70113


WE ENTERTAINMENT
11 PENN PLAZA 16TH FL
NEW YORK, NY 10001


WFTX TV36
621 SW PINE ISLAND RD
CAPE CORAL, FL 33991


WGN   ANTENNA CABLE
TRIBUNE BROADCASTING
PO BOX 98743
CHICAGO, IL 60693


WGNC:SUPERSTATION
16777 COLLECTIONS CTR DR
CHICAGO, IL 60693


WGNO TV
PO BOX 741053
ATLANTA, GA 30384

WIFR TV
GRAY TELEVISION GROUP
PO BOX 14200
TALLAHASSEE, FL 32317-4200


WINK TV11
2824 PALM BEACH BLVD
FORT MYERS, FL 33916


WITN TV
GRAY TELEVISION GROUP
PO BOX 14200
TALLAHASSEE, FL 32317-4200


WIXE AM
MONROE BROADCASTING
PO BOX 1007
MONROE, NC 28111


WJCL TV
10001 ABERCORN
SAVANNAH, GA 31406


WJHG TV7
PO BOX 277373
ATLANTA, GA 30384-7373


WJXA FM


WJXT TV
PO BOX 933520
ATLANTA, GA 31193-3520

WJXX TV
PO BOX 1212
JACKSONVILLE, FL 32231-1212


WJZ TV13
PO BOX 33091
NEWARK, NJ 07188-0091


WKNO FM


WMAR TV
PO BOX 79988
BALTIMORE, MD 21279-0988


WMBB TV13
613 HARRISON AVE
PANAMA, FL 32401


WMBF TV
918 FRONTAGE RD EAST
MYRTLE BEACH, SC 29578


WMMP TV
4301 ARCO LN
NORTH CHARLESTON, SC 29418


WMNO TV
165 WEST CENTER ST STE 402
CHASE BANK BLDG
MARION, OH 43302

WMRN AM
CLEAR CHANNEL BROADCASTING
5588 COLLECTIONS CTR DR
CHICAGO, IL 60693

WMRN FM
CLEAR CHANNEL BROADCASTING
5588 COLLECTIONS CTR DR
CHICAGO, IL 60693

WMTV TV
GRAY TELEVISION GROUP
PO BOX 14200
TALLAHASSEE, FL 32317-4200

WNCT TV
PO BOX 27625
RICHMOND, VA 23261-7625

WNOL TV
PO BOX 741053
ATLANTA, GA 30384

WOVA TV
PO BOX 14200
TALLAHASSEE, FL 32317-4200

WPDE TV
DEPT 4405
CAROL STREAM, IL 60122-4405

WPGX TV
LOCKBOX 1065
PO BOX 11407
BIRMINGHAM, AL 35246-1065

WRAL-FM
3100 Highwoods Blvd  Suite 140
Raleigh, NC 27604


WRNN FM
NEXT MEDIA RADIO
PO BOX 643579
CINCINNATI, OH 45264-3579


WSAV TV
PO BOX 27563
RICHMOND, VA 23261-7563


WSAW TV7
GRAY TELEVISION GROUP
PO BOX 14200
TALLAHASSEE, FL 32317-4200


WSAZ TV
GRAY TELEVISION GROUP
PO BOX 14200
TALLAHASSEE, FL 32317-4200


WTAP TV
GRAY TELEVISION GROUP
PO BOX 14200
TALLAHASSEE, FL 32317-4200


WTEV TV
PO BOX 402619
ATLANTA, GA 30384-2619


WTGS TV
10001 ABERCORN
SAVANNAH, GA 31406-3911

WTHI TV


WTLV TV
PO BOX 1212
JACKSONVILLE, FL 32231


WTOC TV
DRAWER 0244
PO BOX 11407
BIRMINGHAM, AL 35246-0244


WTOV TV
W1480
PO BOX 7777
PHILADELPHIA, PA 19175-1480


WTVZ TV


WTWC TV
8440 DEERLAKE S
TALLAHASSEE, FL 32312


WTXL TV
PO BOX 102306
ATLANTA, GA 30368-2306


WUOT FM

WUTC FM


WVAH TV
1301 PIEDMONT RD
CHARLSTON, WV 25301


WVBT TV


WVLA TV
10000 PERKINS ROAD
BATON ROUGE, LA 70810-1527


WVUE TV
PO BOX 50080
NEW ORLEANS, LA 70150


WWL TV
DEPT AT 40496
ATLANTA, GA 31192-0496


WWMB TV BARRINGTON BD
DEPT 4405
CAROL STREAM, IL 60122-4405


WXCW TV

```
WYAV FM
NEXTMEDIA RADIO
PO BOX 643579
CINCINNATI, OH 45264-3579


WYEZ FM
FIDELITY BROADCASTING
PO BOX 2830
MYRTLE BEACH, SC 29578


WYNT FM
CLEAR CHANNEL BROAD INC
5588 COLLECTION CTR DR
CHICAGO, IL 60693


WZVN TV
PO BOX 7578
FT MYERS, FL 33911-7578
```