JON L.R. DALBERG (State Bar No. 128259)
jdalberg@lgbfirm.com
RODGER LANDAU (State Bar No. 151456)
rlandau@lgbfirm.com
MONICA RIEDER (State Bar No. 263250)
mrieder@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Proposed Attorneys for Debtors
and Debtors in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

In re

KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,

Debtors.

☐ Affects KSL Media, Inc.

☐ Affects T.V. 10's, LLC

☐ Affects Fulcrum 5, Inc.

☒ Affects All Debtors

Case No. 1:13-15929-AA
Case No. 1:13-15930-AA
Case No. 1:13-15931-AA

Chapter 11

**DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GROBSTEIN TEEPLE FINANCIAL ADVISORY SERVICES, LLP, AS FINANCIAL ADVISORS, EFFECTIVE AS OF SEPTEMBER 11, 2013; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF**

[No hearing required unless requested per Local Bankruptcy Rule 2014-1(b)(1)]

      KSL Media, Inc. ("KSL"), T.V. 10's, LLC ("TV10's"), and Fulcrum 5, Inc. ("Fulcrum 5," and together with KSL and TV10's, the "Debtors"), the debtors and debtors in possession in the above-captioned Chapter 11 cases, hereby submit their application (the "Application") for an order authorizing the Debtors to employ Grobstein Teeple Financial Advisory Services, LLP ("GTFAS") as their financial advisors, effective as of September 11, 2013. In support of the Application, the Debtors represent as follows:

1. On September 11, 2013 (the "Petition Date"), the Debtors filed voluntary Chapter 11 petitions. The Debtors are related entities within the meaning of Federal Rule of Bankruptcy Procedure 1015, and the Debtors have filed a motion for joint administration of their Chapter 11 cases.

2. As set forth in the *Declaration of Janet Miller-Allen* filed on September 11, 2013 (docket no. 2) (the "Miller-Allen Declaration"), the accounting practices followed during the tenure of KSL's former controller, Geoffrey Charness, left the Debtors with extremely poor financial records. GTFAS was retained by the Debtors prior to the Petition Date for the purpose of reviewing the Debtors' financial data, preparing a summary of the Debtors' present financial condition, creating cash flow projections, and beginning a historical reconstruction of the Debtors' books and records.

3. Upon filing their cases, the Debtors immediately ceased their media-buying operations. However, for the reasons set forth in the Miller-Allen Declaration, the Debtors must maintain limited operations for a brief period to complete a reconciliation process that is necessary to liquidate the general unsecured claims against the Debtors' estates. The Debtors anticipate that the reconciliation process for TV10's and Fulcrum 5 will be completed within the first three months of the Chapter 11 cases, and KSL's will likely take approximately six months.

4. During that time, the Debtors will require a financial advisor with insolvency experience to assist them in complying with bankruptcy record-keeping and reporting requirements; advise them on a number of financial, operating, and tax issues; proceed with the historical reconstruction of their books and records; and provide other services as requested by the Debtors and their counsel.

1

### GTFAS' Qualifications

5. GTFAS is experienced in insolvency-related matters, including providing accounting services to trustees, creditors, and debtors in possession, and is well able to perform the accounting services required in this case. The breadth of GTFAS' experience is set forth in the firm's biographies attached as Exhibit "1" to the accompanying declaration of Howard B. Grobstein (the "Grobstein Declaration").

6. In addition, GTFAS is thoroughly familiar with the Debtors' records, systems, and personnel due to its extensive work with the Debtors during the pre-petition period.

### Scope of GTFAS' Proposed Representation

7. The Debtors propose to retain GTFAS as their financial advisors, effective as of the Petition Date.

8. The scope of GTFAS' proposed representation includes:

   (a) Review and analysis of the Debtors' financial data;

   (b) Assisting the Debtors in the preparation of information and reports for the Debtors' counsel, the Court, and the United States Trustee;

   (c) Reviewing weekly expenditures and assisting the Debtors in preparing weekly budget variance reports;

   (d) Assisting the Debtors with operational and financial issues, including business wind-down oversight and the reconciliation process;

   (e) Proceeding with the forensic accounting and reconstruction of records including general ledgers and other schedules;

   (f) Evaluating tax issues and preparing tax returns;

   (g) Providing other accounting and consulting services requested by the Debtors and their counsel; and

   (h) Providing litigation consulting if required.

### Compensation of GTFAS

9. GTFAS will charge the Debtors for its services on an hourly basis, billed in tenths of an hour increments, in accordance with its ordinary and customary hourly rates in effect on the

2

1  date that such services are rendered. The current hourly rates charged by GTFAS for professionals
2  and paraprofessionals employed in its offices are as follows:

|  | Billing Category | Range |
|---|---|---|
| 4 | Partners | $325 - $400 |
| 5 | Senior Consultants | $125 - $325 |
| 6 | Administrators | $95 |

7  These hourly rates are subject to periodic adjustments to reflect economic and other conditions.
8  GTFAS will also maintain detailed records of any actual and necessary costs incurred in
9  connection with the aforementioned services.

10    10.    Prior to the Petition Date, GTFAS received multiple retainer deposits from KSL
11  totaling $875,000. With KSL's authorization, GTFAS billed against and drew down on its
12  retainer multiple times prior to the Petition Date. As of the Petition Date, the amount of KSL's
13  retainer remaining in GTFAS' client trust account was $534,298.60 (the "Remaining Retainer").

14    11.    GTFAS proposes to draw down its fees and expenses from the Remaining Retainer
15  on a monthly basis in accordance with the procedure set forth in the *Guide to Applications for
16  Retainers, and Professional and Insider Compensation* promulgated by the U.S. Trustee. Once
17  the Remaining Retainer is exhausted, GTFAS shall receive payment of further fees and expenses
18  only after the filing of a fee application and an order of the Court approving the application and
19  authorizing payment. All amounts drawn down by GTFAS from the Remaining Retainer pursuant
20  to the monthly procedure, and all other fees and costs incurred by GTFAS in the Debtors' Chapter
21  11 cases, shall remain subject to approval by the Court on a final fee application, pursuant to 11
22  U.S.C. §§ 327 and 330.

23    12.    No agreement or understanding exists between GTFAS and any other entity for the
24  sharing of compensation received or to be received for services rendered in connection with the
25  cases, except insofar as compensation may be shared among the members of GTFAS.

**Lack of Adverse Interests**

27    13.    To the best of the Debtors' knowledge, and as set forth in the Grobstein
28  Declaration, GTFAS is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and

3

1 | does not hold or represent any interest adverse to the Debtors' estates.

2 |     14.    To the best of the Debtors' knowledge, and as set forth in the Grobstein Declaration, GTFAS does not have any connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as follows: the Debtors' general bankruptcy counsel, Landau Gottfried & Berger LLP ("LGB"), represents Mr. Grobstein (a partner of GTFAS) in his capacity as the Chapter 11 trustee in an unrelated bankruptcy case. GTFAS has also been involved in other unrelated bankruptcy cases in which LGB was retained as counsel.

**Effective Date of Employment**

    15.    The Debtors request that GTFAS' employment be approved as of September 11, 2013, the date on which GTFAS began providing services to the Debtors in their voluntary Chapter 11 cases.

    **WHEREFORE**, the Debtors respectfully request that the Court enter an order authorizing them to employ GTFAS as their financial advisors, effective as of September 11, 2013, on the terms and conditions set forth herein.

Dated: September 27, 2013

                                                        Janet Miller-Allen, Authorized Agent

Submitted by:
LANDAU GOTTFRIED & BERGER LLP

By: _Monica Rieder_
      Monica Rieder
Proposed Attorneys for Debtors and Debtors in Possession

4

# DECLARATION OF HOWARD B. GROBSTEIN

I, Howard B. Grobstein, hereby declare as follows:

1. I am a certified public accountant, duly licensed and authorized to practice accounting in the State of California. I am a member in good standing of the American Institute of Certified Public Accountants (AICPA), and am a partner at Grobstein Teeple Financial Advisory Services, LLP ("GTFAS"). Except as otherwise stated, I have personal knowledge of the facts set forth below and, if called to testify, I could and would competently testify thereto.

2. On September 11, 2013 (the "Petition Date"), KSL Media, Inc. ("KSL"), T.V. 10's, LLC, and Fulcrum 5, Inc. (collectively, the "Debtors"), filed voluntary Chapter 11 petitions.

3. I am informed and believe that the accounting practices followed during the tenure of KSL's former controller, Geoffrey Charness, left the Debtors with extremely poor financial records. GTFAS was retained by the Debtors prior to the Petition Date for the purpose of reviewing the Debtors' financial data, preparing a summary of the Debtors' present financial condition, creating cash flow projections, and beginning a historical reconstruction of the Debtors' books and records.

4. The Debtors propose to retain GTFAS as their financial advisors in the Chapter 11 cases. The scope of GTFAS' proposed representation includes:

    (a) Review and analysis of the Debtors' financial data;

    (b) Assisting the Debtors in the preparation of information and reports for the Debtors' counsel, the Court, and the United States Trustee;

    (c) Reviewing weekly expenditures and assisting the Debtors in preparing weekly budget variance reports;

    (d) Assisting the Debtors with operational and financial issues, including business wind-down oversight and the reconciliation process;

    (e) Proceeding with the forensic accounting and reconstruction of records including general ledgers and other schedules;

    (f) Evaluating tax issues and preparing tax returns;

    (g) Providing other accounting and consulting services requested by the

1                 Debtors and their counsel; and

2       (h)    Providing litigation consulting if required.

3     5.    GTFAS is experienced in insolvency-related matters, including providing accounting services to trustees, creditors, and debtors in possession, and is well able to perform the accounting services required in this case. The breadth of GTFAS' experience is set forth in the firm's biographies attached as Exhibit "1" hereto. In addition, GTFAS is thoroughly familiar with the Debtors' records, systems, and personnel due to its extensive work with the Debtors during the pre-petition period.

    6.    GTFAS will charge the Debtors for its services on an hourly basis, billed in tenths of an hour increments, in accordance with its ordinary and customary hourly rates in effect on the date that such services are rendered. The current hourly rates charged by GTFAS for professionals and paraprofessionals employed in its offices are as follows:

| Billing Category | Range |
| --- | --- |
| Partners | $325 - $400 |
| Senior Consultants | $125 - $325 |
| Administrators | $95 |

These hourly rates are subject to periodic adjustments to reflect economic and other conditions. GTFAS will also maintain detailed records of any actual and necessary costs incurred in connection with the aforementioned services.

    7.    Prior to the Petition Date, GTFAS received multiple retainer deposits from KSL totaling $875,000. With KSL's authorization, GTFAS billed against and drew down on its retainer multiple times prior to the Petition Date. As of the Petition Date, the amount of KSL's retainer remaining in GTFAS' client trust account was $534,298.60 (the "Remaining Retainer").

    8.    GTFAS proposes to draw down its fees and expenses from the Remaining Retainer on a monthly basis in accordance with the procedure set forth in the *Guide to Applications for Retainers, and Professional and Insider Compensation* promulgated by the U.S. Trustee. Once the Remaining Retainer is exhausted, GTFAS shall receive payment of further fees and expenses only after the filing of a fee application and an order of the Court approving the application and

6

authorizing payment. All amounts drawn down by GTFAS from the Remaining Retainer pursuant to the monthly procedure, and all other fees and costs incurred by GTFAS in the Debtors' Chapter 11 cases, shall remain subject to approval by the Court on a final fee application, pursuant to 11 U.S.C. §§ 327 and 330.

9. No agreement or understanding exists between GTFAS and any other entity for the sharing of compensation received or to be received for services rendered in connection with the cases, except insofar as compensation may be shared among the members of GTFAS.

10. To the best of my knowledge, I believe that GTFAS is a "disinterested person" within the meaning of 11 U.S.C. § 101(14) and does not hold or represent any interest adverse to the Debtors' estates.

11. GTFAS does not have any connections with the Debtors, creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as follows: the Debtors' general bankruptcy counsel, Landau Gottfried & Berger LLP ("LGB"), represents me in my capacity as the Chapter 11 trustee in an unrelated bankruptcy case. GTFAS has also been involved in other unrelated bankruptcy cases in which LGB was retained as counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 27, 2013, at Chicago, Illinois.

Howard B. Grobstein

7

# EXHIBIT 1

# GROBSTEIN TEEPLE FINANCIAL ADVISORY SERVICES, LLP
# FIRM BIOGRAPHIES

## PARTNERS

**HOWARD B. GROBSTEIN, CPA/CFF, CFE,** California State University Northridge (B.S. Accountancy, 1994) is a Partner in the Firm. He has acted as a Chapter 7 and Chapter 11 Trustee and Chapter 11 Examiner in the Central and Northern Districts of California. He has testified as an expert witness in District, Bankruptcy and State court cases. Mr. Grobstein has conducted numerous fraud investigations. He is a member of the Board of Directors and past chair of the Los Angeles/Orange County Chapter of the California Receiver's Forum. He is the current President of the Los Angeles Bankruptcy Forum. Mr. Grobstein is the Treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**JOSHUA TEEPLE, CPA/CFF, CFE, CISA, CITP,** University of Colorado, Boulder (B.S. Business Administration, 1997), Mr. Teeple is a Partner in the Firm. Mr. Teeple specializes in providing forensic accounting and forensic technology services. He has testified as an expert witness in such matters. Mr. Teeple has conducted multiple fraud investigations and regularly provides litigation consulting services.

## PROFESSIONALS

**KERMITH BOFFILL,** California State University Northridge (B.S. in Accountancy, 2007) is a Senior Tax Consultant with the Firm.

**KAILEY CRUM,** University of California, Santa Barbara (B.A., Economics, emphasis in Accounting) is a Senior Consultant with the Firm. Ms. Crum currently sits on the International Women's Insolvency & Restructuring Confederation SoCal Network Events Subcommittee and the Turnaround Management Association National Young Professional Committee. Ms. Crum is also an active member of the Los Angeles Bankruptcy Forum.

**BENJAMIN L. HOWARD, CPA,** University of Denver (M.A. Accountancy and B.S. Accountancy) is a Senior Consultant with the Firm. Mr. Howard has over 10 years of experience in bankruptcy, litigation support and forensic accounting services.

EXHIBIT 1
8

**BRIAN LUNDEEN, M.A.S., CFE** Northern Illinois University (Master of Accountancy Sciences, Accountancy, 2009) and Northern Illinois University (B.S., Accountancy, 2008) is a Senior Consultant with the Firm. Mr. Lundeen specializes in providing forensic accounting, litigation support, and fraud investigation services. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the California Receivers Forum, and the Los Angeles Bankruptcy Forum.

**KEVIN MEACHAM,** California State University, Northridge (B.S. Information Systems with an Option in Business) is a Consultant in the Firm. Mr. Meacham is knowledgeable in network technologies, database management, application development, business intelligence, IT audit, enterprise resource planning, project management, and IT security. He has experience in bank record reconstructions for numerous accounts related to fraudulent transactions. He is a member of the Information Systems Audit and Control Association (ISACA) and Management Information Systems Association (MISA) at California State University, Northridge.

**TRACEY MUGA,** California State University, Northridge (B.S. Family and Environmental Studies with an Option in Business, 1994) is a Senior Consultant with the Firm. Ms. Muga currently is an Auditor for the California Parent Teacher Association. She is bilingual in English and Spanish.

**STEVEN ROOPENIAN, CFE,** California State University, Long Beach (B.S. Business Management) is a Senior Consultant in the Firm. Mr. Roopenian has experience in bankruptcy, forensic accounting, and litigation support. He is a member of the Association of Certified Fraud Examiners, the Turnaround Management Association, the Association of Insolvency and Restructuring Advisors, and the Los Angeles Bankruptcy Forum. Additionally, Mr. Roopenian assists the treasurer of the Los Angeles/Orange County chapter of the Turnaround Management Association.

**BRIAN SIEGEL,** is a Forensic Technology Consultant with the Firm. Mr. Siegel has 10 years experience in the technology field. He is currently pursuing his Bachelor of Science degree in Information Technology-Information Security Systems at the University of Phoenix.

EXHIBIT 1
9

## PARAPROFESSIONALS

**WENDI CARRANZA,** is an Assistant Trustee Administrator in our Riverside office.

**SHEENA DEHOYOS,** West Los Angeles College, Los Angeles (A.A., Paralegal Studies) is a Trustee Administrator with the Firm.

**GWEN NGUYEN,** University of California Riverside (B.A., Psychology, 1998) is an Assistant Trustee Administrator in our Woodland Hills office.

EXHIBIT 1
10

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**Landau Gottfried & Berger LLP**; 1801 Century Park East, Suite 700; Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled (*specify*): ***DEBTORS' APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF GROBSTEIN TEEPLE FINANCIAL ADVISORY SERVICES, LLP, AS FINANCIAL ADVISORS, EFFECTIVE AS OF SEPTEMBER 11, 2013; DECLARATION OF HOWARD B. GROBSTEIN IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 27, 2013,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **September 27, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Alan M. Ahart
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342 / Courtroom 303
Woodland Hills, CA 91367

**United States Trustee (SV)**
Attn: S Margaux Ross
21051 Warner Ctr Ln Ste 115
Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/27/2013 | Samuel J. Colen | /s/ S. Colen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

1. **TO BE SERVED BY THE COURT VIA NEF**:

- Wanda Borges    ecfcases@borgeslawllc.com
- Howard Camhi    hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com
- Jeff Cohen    JC@SouthpawAsset.com
- Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;marizaga@lgbfirm.com;scolen@lgbfirm.com
- Ted A Dillman    Ted.dillman@lw.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com, tjones@wgllp.com
- Scott F Gautier    sgautier@peitzmanweg.com
- Paul R. Glassman    pglassman@sycr.com
- Eric D Goldberg    egoldberg@stutman.com
- Robbin L Itkin    ritkin@steptoe.com
- Lawrence M Jacobson    lmj@gfjlawfirm.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;pporooshani@greenbergglusker.com
- Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;rmartin-patterson@lgbfirm.com;vedwards@lgbfirm.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Paul J Laurin    plaurin@btlaw.com, tpearsall@btlaw.com
- Ira M Levee    ilevee@lowenstein.com, ehorn@lowenstein.com
- Richard M Lorenzen    RLorenzen@perkinscoie.com, KHardy@perkinscoie.com
- Thomas Rice    trice@coxsmith.com, phuffstickler@coxsmith.com
- Monica Rieder    mrieder@lgbfirm.com, rmartin-patterson@lgbfirm.com;vedwards@lgbfirm.com;scolen@lgbfirm.com;kalandy@lgbfirm.com
- Christopher O Rivas    crivas@reedsmith.com
- S Margaux Ross    margaux.ross@usdoj.gov
- David B Shemano    dshemano@peitzmanweg.com
- Alan R Smith    mail@asmithlaw.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Dennis J Wickham    wickham@scmv.com, nazari@scmv.com
- Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com
- Amy A Zuccarello    azuccarello@sandw.com
- Roye Zur    rzur@lgbfirm.com, rmartin-patterson@lgbfirm.com;scolen@lgbfirm.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE