Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rpachulski@pszjlaw.com
        jdulberg@pszjlaw.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,<br><br>Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors | Case No.: 1:13-bk-15929-AA<br>1:13-bk-15930-AA<br>1:13-bk-15931-AA<br><br>Chapter 11<br><br>**APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS *NUNC PRO TUNC* TO OCTOBER 10, 2013; DECLARATION OF JEFFREY W. DULBERG IN SUPPORT**<br><br>[No Hearing Required Per Local Bankruptcy Rule 2014-1(b)] |

The Official Committee of Unsecured Creditors (the "Committee") appointed in the jointly administered bankruptcy cases of debtors KSL Media, Inc., T.V. 10's, LLC and Fulcrum 5, Inc. (collectively, the "Debtors") submits this application to employ Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), *nunc pro tunc* to October 10, 2013, as its counsel (the "Application").

DOCS_LA:272152.3 47516/002

This Application is brought pursuant to section 1103(a) of title 11 of the United States Code (the "Bankruptcy Code"),[1] Rule 2014 of the Federal Rules of Bankruptcy Procedure,[2] and Local Bankruptcy Rule 2014-1 for an order authorizing the employment of the Firm. In support of this Application, the Committee respectfully represents as follows:

1. On September 11, 2013, the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases are being jointly administered under case number Case No.: 1:13-bk-15929-AA (the "Cases") in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "Bankruptcy Court").

2. On October 10, 2013, the United States Trustee appointed the Committee to represent the interests of all unsecured creditors for the Debtors pursuant to section 1102 of the Bankruptcy Code. The members appointed to the Committee are: (i) Fox Cable Network Services, LLC; (ii) MacDonald Media LLC; (iii) NBC Universal LLC; (iv) Telebrands Corp.; (v) TV Guide Networks; LLC; (vi) Valassis; and (vii) Viacom Media Networks.

3. On October 11, 2013, the Committee elected to retain PSZ&J to serve as counsel to the Committee. PSZ&J is a firm of approximately 65 attorneys with a practice concentrated on restructurings, bankruptcy reorganizations and liquidations, litigation and commercial issues. PSZ&J attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and other parties in interest in a wide variety of bankruptcy cases. More information about PSZ&J generally and its expertise as counsel to committees specifically is available on its website at www.pszjlaw.com. Subject to further order of this Bankruptcy Court, PSZ&J is expected to render, among other things, the following services to the Committee:

a. to assist, advise and represent the Committee in its consultations with the Debtors regarding the administration of these Cases;

b. to assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, participating in and reviewing any proposed asset sales, any asset dispositions, and financing arrangements or proceedings;

---

[1] All references to "sections" herein are to sections of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, as amended, unless otherwise noted.

[2] All references to "Bankruptcy Rules" herein are to the provisions of the Federal Rules of Bankruptcy Procedure.

DOCS_LA:272152.3 47516/002         2

    c.    to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

    d.    to assist, advise and represent the Committee in investigating the acts, conduct, assets and liabilities of the Debtors and the Debtors' financial condition, business operations and any other matters relevant to these Cases or to the formulation of a plan;

    e.    to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

    f.    to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

    g    to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

    h    to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

    i.    to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

4.    The Committee has retained PSZ&J for the primary purpose of attempting to maximize the amount of money that would be made available to be distributed to the Debtors' unsecured creditors.

5.    The Committee believes that PSZ&J is well qualified to render the foregoing services. Copies of the biographies of the PSZ&J attorneys expected to render services in these Cases are attached as **Exhibit A** to the Declaration of Jeffrey W. Dulberg (the "Dulberg Declaration"), filed concurrently herewith.

6.    To the best of the Committee's knowledge, and based upon the Dulberg Declaration, neither PSZ&J nor any of its attorneys have any connection with any party in interest, their attorneys or accountants, other than as set forth in the Dulberg Declaration.

DOCS_LA:272152.3 47516/002    3

7. To the best of the Committee's knowledge, neither PSZ&J, nor any of its attorneys represent any interest adverse to that of the Committee and the Debtors' estates and does not hold or represent any interest adverse to and has no connection with the Committee, the Debtors, their creditors or any party-in-interest herein in the matters on which the Firm is to be retained, except as set forth in the Dulberg Declaration. Therefore, to the best of the Committee's knowledge, PSZ&J and the PSZ&J's attorneys are disinterested persons within the meaning of section 101(14) of the Bankruptcy Code. The Committee submits that its proposed employment of PSZ&J is in the best interests of the Committee and the Debtors' estates.

8. The Committee desires to employ PSZ&J pursuant to section 1103 of the Bankruptcy Code and Bankruptcy Rule 2014. The Firm has received no retainer in these Cases. Neither the Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by PSZ&J in its representation of the Committee. The attorneys currently expected to be principally responsible for these Cases, and their respective hourly rates effective as of January 1, 2013 are as follows: Richard M. Pachulski-$995 and Jeffrey W. Dulberg-$675. The hourly rate for the paralegal assigned to these Cases is $295. The hourly rates of all of the Firm's attorneys and paraprofessionals are available upon request. The Firm reserves the right to use such other professionals as it deems necessary.

9. PSZ&J shall also file fee applications pursuant to United States Trustee Guidelines, any Order that this Court may approve for interim compensation procedures, Sections 330 and 331 of the Bankruptcy Code, and Bankruptcy Rule 2016.

10. There is no agreement between the Firm and any other entity for the sharing of compensation received or to be received for services rendered in connection with the Cases, except among the partners and attorneys of the Firm.

11. Pursuant to Local Bankruptcy Rule 2014-1(b)(4), a hearing is not required in connection with the Application unless requested by the United States Trustee, a party in interest, or

DOCS_LA:272152.3 47516/002                    4

1  otherwise ordered by the Court.  Pursuant to Local Bankruptcy Rule 2014-1(b)(3), any response to
2  the Application and request for hearing must be in the form prescribed by Local Bankruptcy Rule
3  9013-1(o)(1) and must be filed with the Court and served upon the Committee, its proposed counsel,
4  and the United States Trustee no later than fourteen (14) days from the date of service of notice of
5  the filing of the Application.

   **WHEREFORE**, the Committee requests that this Court approve the employment of PSZ&J, *nunc pro tunc* to October 10, 2013, as its counsel, to render services as described above with compensation to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow.

Dated:  October 22, 2013

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS

By  /s/ John Roussey
John Roussey
NBC Universal LLC

Solely in his capacity as Chair of the
Committee and not in any other capacity

## **DECLARATION OF JEFFREY W. DULBERG**

I, Jeffrey W. Dulberg, declare and state as follows:

1. I am an attorney duly admitted to practice by the State of California and am admitted before this Court.

2. I make this declaration in support of the application (the "Application") filed by the Official Committee of Unsecured Creditors (the "Committee") to employ Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm") as counsel to the Committee. Capitalized terms not otherwise defined herein have the meaning given them in the Application.

3. I am a partner in the Firm and am duly admitted and licensed to practice law in the State of California and am admitted to practice before this Court. The name, address, telephone number and fax number of the Firm are as follows:

> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067
> Telephone: (310) 277-6910
> Facsimile: (310) 201-0760

4. PSZ&J is a firm of approximately 65 attorneys with a practice concentrated on restructurings, bankruptcy reorganizations and liquidations, litigation and commercial issues. PSZ&J attorneys have extensive experience representing creditors' committees, debtors, creditors, trustees and other parties in interest in a wide variety of bankruptcy cases. Copies of the resumes of PSZ&J's attorneys expected to provide services in this matter are attached hereto as **Exhibit A.**

5. The services to be rendered by PSZ&J in these Cases are, among other things, the following:

 a. to assist, advise and represent the Committee in its consultations with the Debtors regarding the administration of these Cases;

 b. to assist, advise and represent the Committee in analyzing the Debtors' assets and liabilities, participating in and reviewing any proposed asset sales, any asset dispositions, and financing arrangements or proceedings;

 c. to assist, advise and represent the Committee in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory

contracts;

d. to assist, advise and represent the Committee in investigating the acts, conduct, assets and liabilities of the Debtors and the Debtors' financial condition, business operations and any other matters relevant to these Cases or to the formulation of a plan;

e. to assist, advise and represent the Committee in its participation in the negotiation, formulation and drafting of a plan of liquidation or reorganization;

f. to provide advice to the Committee on the issues concerning the appointment of a trustee or examiner under Section 1104 of the Bankruptcy Code;

g to assist, advise and represent the Committee in the performance of all of its duties and powers under the Bankruptcy Code and the Bankruptcy Rules and in the performance of such other services as are in the interests of those represented by the Committee;

h to assist, advise and represent the Committee in the evaluation of claims and on any litigation matters; and

i. to assist, advise and represent the Committee regarding such other matters and issues as may be necessary or requested by the Committee.

6. Subject to Court approval and in accordance with Sections 330 and 331 of the Bankruptcy Code, PSZ&J will be compensated at its regular hourly rates and reimbursed for expenses incurred herein from the assets of the Debtors' estates. The attorneys currently expected to be principally responsible for the Cases, and their respective hourly rates effective as of January 1, 2013 are as follows: Richard M. Pachulski-$995 and Jeffrey W. Dulberg-$675. The hourly rate for the paralegal assigned to the Cases is $295. The hourly rates of all of the Firm's attorneys and paraprofessionals are available upon request.

7. PSZ&J represents that the Firm has received no retainer from the Debtors or the Committee or any payment during the one year period prior to the filing of Debtors' petitions. No compensation has been paid or promised to be paid from a source other than the estates in these Cases. Neither the Committee nor its members (or any of their representatives) are or will be liable for fees or costs incurred by PSZ&J in its representation of the Committee.

DOCS_LA:272152.3 47516/002        2

8. PSZ&J has made the following investigation of disinterestedness prior to submitting this declaration. PSZ&J has undertaken a full and thorough review of its computer data base which contains the names of clients and other parties interested in particular matters. The Firm requires all of its professionals, before accepting the representation of a new client, or the representation of an existing client in a new matter, to perform a conflicts check through the PSZ&J data base and to enter into that data base conflict information regarding new clients or new matters. Thus, a review of said computerized data base should reveal any and all actual or potential conflicts of interest with respect to any given representation. In particular, an employee of Firm, under my supervision, ran the Debtors' current names, the name of the owner of the Debtors, the immediate past and present officers of the Debtors, Geoffrey Charness, and the twenty (20) largest unsecured creditors of each the Debtors, the Firm's data base and found no potential conflict.

9. Subject to the disclosures set forth below, PSZ&J has no connection with the Debtors, their creditors, the U.S. Trustee or any party-in-interest herein in the matters upon which PSZ&J is to be retained.

10.. PSZ&J has represented, represents, and in the future will likely represent many committees in matters unrelated to the Debtors and these Cases, whose members may be creditors and/or committee members in these Cases. The Firm, however, is not representing any of those entities in these Cases and will not represent any members of these committees in any claims that they may have collectively or individually against the Debtors.

11. Similarly, PSZ&J has represented, represents, and in the future will likely represent debtors, creditors' committees, trustees or other parties against creditors of the Debtors, including members of the Committee, in cases or proceedings that are unrelated to these Cases.

12. PSZ&J may currently represent, and in the future may represent professionals and advisors to committee members in matters unrelated to the Debtors and these Cases. The Firm, however, is not representing any of those entities in these Cases and will not represent such entities in these Cases.

13. PSZ&J and certain of its partners, of counsel and associates represented, represent, and in the future will likely represent certain of the creditors of each the Debtors in connection with

DOCS_LA:272152.3 47516/002     3

matters unrelated to the Debtors and these Cases. At this time, the Firm is not aware of any such representations. If the Firm identifies any such representations, the Firm shall make disclosures as may be appropriate at that time. The Firm, however, is not representing and will not represent any of those entities in these Cases.

12. PSZ&J is currently involved in cases, and in the future will be involved in cases in which professionals involved in these Cases are involved. PSZ&J has represented or represents committees, debtors, or other entities in chapter 11 matters unrelated to the Debtors in which, Landau Gottfried & Berger LLP, the Debtors' counsel, is or was involved. The Firm, however, is not representing any of those entities in these Cases.

13. PSZ&J is not, and has never been a creditor, an equity security holder or an insider of the Debtors.

14. PSZ&J is not and has never been an investment banker for any outstanding security of the Debtors.

15. PSZ&J is not, and was not, within three (3) years before the date of the filing of the petitions herein, an investment banker for a security of the Debtors, or an attorney for such investment banker in connection with the offer, sale or issuance of any security of the Debtors.

16. PSZ&J is not, and was not, within two (2) years before the date of the filing of the petitions herein, a director, officer or employee of the Debtors or of any investment banker for any security of the Debtors.

17. PSZ&J neither holds nor represents an interest materially adverse to the interests of the estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or an investment banker for any security of the Debtors, or for any other reason.

18. The members of the firm are familiar with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules and shall comply with them.

DOCS_LA:272152.3 47516/002                           4

To the best of my knowledge, after conducting or supervising the investigation described above, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 22nd day of October, 2013, at Los Angeles, California.

*/s/ Jeffrey W. Dulberg*
Jeffrey W. Dulberg

# EXHIBIT A





10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Richard M. Pachulski

Tel: 310.277.6910    |    rpachulski@PSZ&Jlaw.com

**EDUCATION**

University of California at Los Angeles (B.A., *summa cum laude*, 1976)

Stanford University (J.D. 1979)

Phi Beta Kappa; Pi Gamma Mu

**BAR AND COURT ADMISSIONS**

1979, California

**CLERKSHIPS**

Judicial extern, Robert M. Takasugi (C.D. Cal. 1978-79)

Mr. Pachulski has extensive experience in business reorganizations as well as debtor/creditor litigation, and during the 1980s was a well-known chapter 7 and chapter 11 trustee. He has represented numerous debtors and creditors' committees in both out-of-court workouts and in-court proceedings.

A representative sampling of Mr. Pachulski's professional achievements include the successful chapter 11 reorganization in mid-1999-2000 of Breed Technologies (more than $1.6 billion of debt restructured); the 1996-97 chapter 11 reorganization of Sizzler International (over $200 million in debt); the 2001 chapter 11 reorganization of Covad Communications, one of the largest independent DSL providers in the United States (approximately $2 billion of debt restructured); and the successful chapter 11 reorganization in 2002-2003 of the software company Peregrine Systems (over $600 million in debt), which sold to Hewlett-Packard for $425 million. In 2006, Mr. Pachulski spent his primary time representing an ad hoc bondholders' committee in the Adelphia Corporation matter in which he represented bondholders owed in excess of $1.5 billion. Most of those bondholders received in excess of 100 cents on the dollar on their claims. Mr. Pachulski was lead counsel in the restructuring of the debts of Toni Braxton, the internationally acclaimed artist, and lead counsel for the creditors' committee of First Executive Corporation, resulting in the resolution of billions of dollars of alleged debt.

During 2007 and 2008, Mr. Pachulski represented debtors and creditors' committees in numerous industries, though primarily in the real estate business and retail industry. A representative sampling of such matters included the representation of WL Homes, Inc. (aka John Laing Homes; debt in excess of $1 billion) and the creditors' committee of Circuit City and affiliates (debt in excess of $2 billion).

During 2009 and 2010, Mr. Pachulski continued to represent debtors and creditors' committees in numerous industries. In particular, Mr. Pachulski continued to represent the creditors' committee of Circuit City, the debtor in

**PACHULSKI STANG ZIEHL & JONES**

Richard M. Pachulski (Cont.)

MagnaChip Semiconductor with revenues of approximately $850 million per year and debt of nearly $1 billion, and various Lehman Bros. entities as a secured creditor with in excess of $2 billion of claims in the SunCal bankruptcies.

Mr. Pachulski has been cited by several publications as a leader in the legal community. Mr. Pachulski has been cited annually by K&R Restructuring Register as one of America's top 100 restructuring professionals; by the publication *Turnaround & Workouts* as one of the top national bankruptcy attorneys for 2001 (13 lawyers in total were identified); *California Law Business* as one of California's 100 Most Influential Attorneys for the years 2001, 2002 and 2003; and by the *Los Angeles Business Journal* as one of 15 of the top banking & finance - turnaround artists.

Mr. Pachulski is a graduate of UCLA and received his J.D. from Stanford University. He holds an AV Preeminent Peer Rating (Martindale-Hubbell's highest recognition for ethical standards and legal ability), has been listed among bankruptcy attorneys in *Best Lawyers in America* for more than ten years, and is ranked by Chambers USA America among the top-tier Bankruptcy/Restructuring lawyers in California. Mr. Pachulski is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors in American Suzuki Motor Corporation; Highway Technolgies; Peregrine Systems; Breed Technologies; Solyndra; Covad Communications Group, Commonwealth Equity Trust; Sizzler International; Toni Braxton; Mesa Air Group; MagnaChip Semiconductor

Creditors' committees in Circuit City; First Executive Corporation; Northpoint Communications

Ad hoc bondholders' committee in Adelphia Communications

Lehman Brothers in Palmdale Hills Property

Trustees in Triad America Corporation and Ezri Namvar

## Professional Affiliations

Fellow, American College of Bankruptcy

Member, Financial Lawyers Conference Board of Governors (1989-92)





10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Jeffrey W. Dulberg

Tel: 310.277.6910　|　jdulberg@PSZ&Jlaw.com

**EDUCATION**

Swarthmore College (B.A. 1991)

University of California, Los Angeles (J.D. 1995)

Moot Court Honors Program

**BAR AND COURT ADMISSIONS**

1995, California

Mr. Dulberg has substantial experience representing debtors, creditors, landlords, asset purchasers, and committees in chapter 11 cases throughout the country. Mr. Dulberg has served as lead counsel for several large debtors, including Z Gallerie (successful reorganization of national home furnishings retailer), Barbeques Galore (the world's largest specialty barbeque retailer), People's Choice Home Loan (formerly a major national subprime loan originator), and The Parent Company / eToys (a leading commerce, content, and new media company). Mr. Dulberg has also represented creditors' committees in Jays Foods, Pike Nursery and Sega GameWorks, among others. He has handled numerous out-of-court and commercial matters, including a wide variety of sales, and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit. Mr. Dulberg lectures frequently on chapter 11 issues and he has spoken nationwide regarding these matters. Mr. Dulberg is a graduate of Swarthmore College and received his J.D. from UCLA, where he was a teaching assistant with the Department of Political Science. In 2010, 2011 and 2012, he was named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights in a peer survey conducted by Law & Politics and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys. Mr. Dulberg is admitted to practice in California and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: The Parent Company; Barbeques Galore; People's Choice Home Loan; Prime Measurement Products; Olympia Group; RFB Cellular; Trend Technologies; Track 'n Trail

Creditors' committees: Select Snacks/Jay's Foods; Pike Nursery; Sega GameWorks; Mercury Plastics; Custom Food Products (trade committee)



Jeffrey W. Dulberg (Cont.)

Secured creditors in Meruelo Maddux Properties

Creditors/landlord representations: The Sylmark Group, Mid-Valley Properties

## Professional Affiliations

Turnaround Management Association

## Programs and Lectures

American Bankruptcy Institute, Turnaround Management Association, Valley Credit Professionals, Credit Managers Association, Los Angeles Bankruptcy Forum, Commercial Real Estate Women

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **APPLICATION FOR AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO OCTOBER 10, 2013;DECLARATION OF JEFFREY W. DULBERG IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 22, 2013**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **October 22, 2013**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **October 22, 2013**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**By Personal Delivery**
Honorable Alan M. Ahart
United States Bankruptcy Court
San Fernando Valley Division
21041 Burbank Blvd., Suite 342
Woodland Hills, CA  91367-6606

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 22, 2013 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:272502.1 47516/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 1:13-bk-15929-AA**

- *Wanda Borges ecfcases@borgeslawllc.com*
- *Howard Camhi hcamhi@ecjlaw.com, kanthony@ecjlaw.com*
- *Sara Chenetz schenetz@perkinscoie.com, dlax@perkinscoie.com*
- *Jeff Cohen JC@SouthpawAsset.com*
- *Natalie B. Daghbandan natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com*
- *Jon L Dalberg jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;marizaga@lgbfirm.com;scolen@lgbfirm.com*
- *Ted A Dillman Ted.dillman@lw.com*
- *Jeffrey W Dulberg jdulberg@pszjlaw.com*
- *Lei Lei Wang Ekvall lekvall@wgllp.com, tjones@wgllp.com*
- *Mary L Fullington lexbankruptcy@wyattfirm.com, pwest@wyattfirm.com*
- *Scott F Gautier sgautier@peitzmanweg.com*
- *Paul R. Glassman pglassman@sycr.com*
- *Eric D Goldberg egoldberg@stutman.com*
- *Emil W Herich eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatricktownsend.com;sramsey@kilpatricktownsend.com*
- *Marsha A Houston mhouston@reedsmith.com*
- *Robbin L Itkin ritkin@steptoe.com*
- *Lawrence M Jacobson lmj@gfjlawfirm.com*
- *Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com*
- *Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;pporooshani@greenbergglusker.com*
- *Rodger M Landau rlandau@lgbfirm.com, marizaga@lgbfirm.com;rmartin-patterson@lgbfirm.com;kalandy@lgbfirm.com*
- *Mary D Lane mal@msk.com, mec@msk.com*
- *Paul J Laurin plaurin@btlaw.com, tpearsall@btlaw.com*
- *Ira M Levee ilevee@lowenstein.com, ehorn@lowenstein.com*
- *Richard M Lorenzen RLorenzen@perkinscoie.com, KHardy@perkinscoie.com*
- *Neeta Menon nmenon@btlaw.com*
- *Vahid Naziri vnaziri@anhlegal.com, matthew@anhlegal.com*
- *Matthew Ochs mjochs@hollandhart.com, sjohnson@hollandhart.com*
- *Michael H Raichelson mhr@cabkattorney.com*
- *Thomas Rice trice@coxsmith.com, phuffstickler@coxsmith.com*
- *Monica Rieder mrieder@lgbfirm.com, rmartin-patterson@lgbfirm.com;scolen@lgbfirm.com*
- *Christopher O Rivas crivas@reedsmith.com*
- *S Margaux Ross margaux.ross@usdoj.gov*
- *David B Shemano dshemano@peitzmanweg.com*
- *Jonathon Shenson jshenson@shensonlawgroup.com*
- *Alan R Smith mail@asmithlaw.com*
- *Tiffany Strelow Cobb tscobb@vorys.com*
- *United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov*
- *Sharon Z. Weiss sharon.weiss@bryancave.com, raul.morales@bryancave.com*
- *Dennis J Wickham wickham@scmv.com, nazari@scmv.com*
- *Robert G Wilson rwilson@lgbfirm.com, kalandy@lgbfirm.com*
- *Bruce J Zabarauskas bruce.zabarauskas@tklaw.com*
- *Amy A Zuccarello azuccarello@sandw.com*
- *Roye Zur rzur@lgbfirm.com, rmartin-patterson@lgbfirm.com;scolen@lgbfirm.com;kalandy@lgbfirm.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                         **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:272502.1 47516/002

**2. SERVED BY UNITED STATES MAIL**:

MacDonald Media LLC
185 Madison Ave. 4th Floor
New York, NY 10016
Attn: Andrea MacDonald

NBC Universal LLC
30 Rockefeller Plaza
New York, NY 10012
Attn: John Roussey

Telebrands Corp.
One Telebrands Plaza
Fairfield, NJ 07004
Attn: Bob Barnett

TV Guide Networks, LLC
1800 N. Highland Ave., 7th Floor
Los Angeles, CA 90028
Attn: Kathy Sarrami

Valassis
235 Great Pond Drive
Windsor, CT 06095
Attn: Hal Manolan

Fox Cable Network Services, LLC
c/o Barnes & Thornburg LLP
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Attn: Paul Laurin

Viacom Media Networks
1540 Broadway
New York, NY 10036
Attn: Ross Weston

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:272502.1 47516/002

**F 9013-3.1.PROOF.SERVICE**