Richard M. Pachulski (CA Bar No. 90073)
Jeffrey W. Dulberg (CA Bar No. 181200)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rpachulski@pszjlaw.com
       jdulberg@pszjlaw.com

Proposed Counsel for the Official
Committee of Unsecured Creditors

**FILED & ENTERED**

**NOV 18 2013**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Remy **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,<br><br>Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors | Chapter 11<br><br>Case No.: 1:13-bk-15929-AA<br><br>Jointly Administered with Case Nos.: 1:13-bk-15930-AA and 1:13-bk-15931-AA<br><br>**ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**<br><br>**[Relates to Docket No. 154]**<br><br>[No Hearing Required Per Local Bankruptcy Rule 2014-1(b)] |

The Court has considered the *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors* (the "Application")[1] and the Declaration of Jeffrey W. Dulberg in support thereof [Docket No. 154], and based upon the record before the Court, it appears that the Firm does not hold or represent an interest adverse to the estates, that the Firm is a disinterested person, that its employment is in the best interest of the estates, and that no hearing on the Application is required pursuant to the Local Bankruptcy Rules. Accordingly, it is hereby

---
[1] All capitalized terms not otherwise defined herein shall have the same meaning as those ascribed in the Application.

1     **ORDERED** that the Committee is authorized to employ the law firm of Pachulski Stang Ziehl & Jones LLP, its bankruptcy counsel herein, effective as of October 11, 2013, on the terms and conditions set forth more fully in the Application and the accompanying Declaration of Jeffrey W. Dulberg; and it is further

    **ORDERED** that in any fee application filed by PSZ&J, PSZ&J shall appropriately allocate its fees among the three Debtors (unless the Debtors' estates shall have been substantively consolidated prior to the filing of the fee application).

###

Date: November 18, 2013

Alan M. Ahart
United States Bankruptcy Judge

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT OF PACHULSKI STANG ZIEHL & JONES LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **November 15, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

☒ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Debtors:
KSL Media, Inc.
T.V. 10's, LLC
Fulcrum 5, Inc.
15910 Ventura Blvd., 9th Floor
Encino, CA 91436-2806

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                              **F 9021-1.1.NOTICE.ENTERED.ORDER**
DOCS_LA:272153.2 47516/002

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**

**Mailing Information for Case 1:13-bk-15929-AA**

- Allison R Axenrod allison@claimsrecoveryllc.com
- Wanda Borges ecfcases@borgeslawllc.com
- Kayla D Britton kayla.britton@faegrebd.com
- Howard Camhi hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- Sara Chenetz schenetz@perkinscoie.com, dlax@perkinscoie.com
- Jeff Cohen JC@SouthpawAsset.com
- Natalie B. Daghbandan natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Jon L Dalberg jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;marizaga@lgbfirm.com;scolen@lgbfirm.com
- Ted A Dillman Ted.dillman@lw.com
- Jeffrey W Dulberg jdulberg@pszjlaw.com
- Lei Lei Wang Ekvall lekvall@wgllp.com, tjones@wgllp.com
- Mary L Fullington lexbankruptcy@wyattfirm.com, pwest@wyattfirm.com
- Scott F Gautier sgautier@peitzmanweg.com
- Paul R. Glassman pglassman@sycr.com
- Eric D Goldberg egoldberg@stutman.com
- Emil W Herich eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatricktownsend.com;sramsey@kilpatricktownsend.com
- Marsha A Houston mhouston@reedsmith.com
- Robbin L Itkin ritkin@steptoe.com
- Lawrence M Jacobson lmj@gfjlawfirm.com
- Christian A Jordan cjordan@btlaw.com, tpearsall@btlaw.com
- Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com
- Jeffrey A Krieger jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;sgaeta@greenbergglusker.com
- Rodger M Landau rlandau@lgbfirm.com, marizaga@lgbfirm.com;rmartin-patterson@lgbfirm.com;kalandy@lgbfirm.com
- Mary D Lane mal@msk.com, mec@msk.com
- Paul J Laurin plaurin@btlaw.com, tpearsall@btlaw.com
- Ira M Levee ilevee@lowenstein.com, ehorn@lowenstein.com
- Richard M Lorenzen RLorenzen@perkinscoie.com, KHardy@perkinscoie.com
- Scotta E McFarland smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Neeta Menon nmenon@btlaw.com
- Vahid Naziri vnaziri@anhlegal.com, matthew@anhlegal.com
- Matthew Ochs mjochs@hollandhart.com, sjohnson@hollandhart.com
- David M Powlen david.powlen@btlaw.com, pgroff@btlaw.com
- Michael H Raichelson mhr@cabkattorney.com
- Thomas Rice trice@coxsmith.com, phuffstickler@coxsmith.com
- Monica Rieder mrieder@lgbfirm.com, rmartin-patterson@lgbfirm.com;scolen@lgbfirm.com
- Christopher O Rivas crivas@reedsmith.com
- S Margaux Ross margaux.ross@usdoj.gov
- Norman D Schoenfeld lsi@liquiditysolutions.com
- David B Shemano dshemano@peitzmanweg.com
- Jonathon Shenson jshenson@shensonlawgroup.com
- Alan R Smith mail@asmithlaw.com
- Tiffany Strelow Cobb tscobb@vorys.com
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Dennis J Wickham wickham@scmv.com, nazari@scmv.com
- Robert G Wilson rwilson@lgbfirm.com, kalandy@lgbfirm.com
- Bruce J Zabarauskas bruce.zabarauskas@tklaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9021-1.1.NOTICE.ENTERED.ORDER**

DOCS_LA:272153.2 47516/002

- *Amy A Zuccarello azuccarello@sandw.com*
- *Roye Zur rzur@lgbfirm.com, rmartin-patterson@lgbfirm.com;scolen@lgbfirm.com;kalandy@lgbfirm.com*

**3.    TO BE SERVED BY THE LODGING PARTY:**

MacDonald Media LLC
185 Madison Ave. 4th Floor
New York, NY 10016
Attn: Andrea MacDonald

NBC Universal LLC
30 Rockefeller Plaza
New York, NY 10012
Attn: John Roussey

Telebrands Corp.
One Telebrands Plaza
Fairfield, NJ 07004
Attn: Bob Barnett

TV Guide Networks, LLC
1800 N. Highland Ave., 7th Floor
Los Angeles, CA 90028
Attn: Kathy Sarrami

Valassis
235 Great Pond Drive
Windsor, CT 06095
Attn: Hal Manolan

Fox Cable Network Services, LLC
c/o Barnes & Thornburg LLP
2029 Century Park East, Ste. 300
Los Angeles, CA 90067
Attn: Paul Laurin

Viacom Media Networks
1540 Broadway
New York, NY 10036
Attn: Ross Weston

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.