Richard M. Pachulski (SBN 90073)
Jeffrey W. Dulberg (SBN 181200)
**PACHULSKI STANG ZIEHL & JONES LLP**
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067-4003
Phone: (310) 277-6910
Facsimile: (310) 201-0760
Email: rpachulski@pszjlaw.com
          jdulberg@pszjlaw.com

Attorneys for (former) Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>KSL MEDIA, INC., T.V. 10'S, LLC, and FULCRUM 5, INC.,<br><br>                Debtors.<br><br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc.<br>☒ Affects All Debtors | Case No. 1:13-bk-15929-MB<br><br>Chapter 7<br><br>[Jointly Administered with Case Nos.: 1:13-bk-15930-MB and 1:13-bk-15931-MB]<br><br>**FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE CHAPTER 11 PERIOD; DECLARATION OF JEFFREY W. DULBERG IN SUPPORT THEREOF**<br><br>[Local Bankruptcy Rule 2016-1(a)]<br><br>Date:    August 12, 2015<br>Time:   11:00 a.m.<br>Place:   Courtroom 303<br>          21041 Burbank Blvd.<br>          Woodland Hills, CA 91367 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

I.    INTRODUCTORY STATEMENT ........................................................................1

II.   PRELIMINARY SUMMARY OF COMPENSATION DATA FOR THIS
      APPLICATION ...............................................................................................2

III.  BRIEF NARRATIVE HISTORY AND POSTURE OF THE CASES DURING THE
      CHAPTER 11 PERIOD....................................................................................3

      A.    General Background ...........................................................................3

      B.    The Background of the Debtors' Businesses .........................................4

      C.    Summary of the Case During the Chapter 11 Period..............................5

      D.    Debtors' Filing of the Plan and Subsequent Plan Process ......................5

            1.    Filing of the First Plan ...............................................................5

            2.    Debtors' Bad Faith in the Plan Process........................................5

      B.    Debtors' Inability and/or Unwillingness to Investigate/Pursue Claims, Causes
            of Action and Other Assets .................................................................7

            1.    In General................................................................................7

      E.    The Committee's Preliminary Investigation ..........................................7

IV.   NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME
      EXPENDED .................................................................................................9

      A.    Services Performed and Time Expended During the Application Period
            Covered by this Application .................................................................9

            1.    Asset Analysis and Recovery......................................................9

            2.    Avoidance Actions....................................................................9

            3.    Asset Disposition ...................................................................10

            4.    Bankruptcy Litigation .............................................................10

            5.    Case Administration ...............................................................11

            6.    Claims Admin/Objection .........................................................11

            7.    Employee Benefits/Pension .....................................................11

            8.    Executory Contracts ...............................................................12

            9.    Financial Filings.....................................................................12

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

i

10. General Creditors Committee .................................................................. 12

11. Litigation (Non-Bankruptcy) ................................................................ 12

12. Meeting of Creditors .............................................................................. 13

13. Management Issues ................................................................................ 13

14. Plan & Disclosure Statement ................................................................ 13

15. Retention of Professionals .................................................................... 14

16. Retention of Professionals/Others ........................................................ 15

17. Detailed Listing of all Time Spent by the Professional on the Matters for Which Compensation is Sought ........................................................ 15

B. List of Expenses by Category .......................................................................... 15

C. Hourly Rates .................................................................................................... 15

D. Description of Professional Education and Experience .................................... 15

E. No Fee Sharing ................................................................................................ 16

F. Notice of Application and Hearing .................................................................. 16

V. THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED BASED UPON APPLICABLE LAW ............................................................................ 16

A. Factors in Evaluating Requests for Compensation .......................................... 16

B. The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended ................................................................ 17

VI. CONCLUSION ......................................................................................................... 19

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**TABLE OF AUTHORITIES**

**Page**

**Cases**

*Blanchard v. Bergeron*,
   489 U.S. 87 (1989)............................................................................18

*Blum vs. Stenson*,
   465 U.S. 886 (1984)..........................................................................18

*Dang v. Cross*,
   422 F.3d 800 (9th Cir. 2005) ..........................................................19

*Hensley v. Eckerhart*,
   461 U.S. 424 (1983)..........................................................................18

*In re Charles Russell Buckridge, Jr.*,
   367 B.R. 191 (C.D. Cal. 2007) ...................................................1, 18

*In re Manoa Finance Co., Inc.*,
   853 F.2d 687 (9th Cir. 1988) ....................................................17, 19

*Johnson v. Georgia Highway Express, Inc.*
   488 F.2d 714 (5th Cir. 1974) ..........................................................17

*Kerr v. Screen Extras Guild*,
   526 F.2d 67 (9th Cir. 1975).......................................................1, 17

*Law Offices of David A. Boone v. Derham-Burk (In re Eliapo)*,
   468 F.3d 592 (9th Cir. 2006)..............................................................1

*Meronk v. Arter & Hadden, LLP (In re Meronk)*,
   249 B.R. 208 (B.A.P. 9th Cir. 2000).................................................17

*Pennsylvania v. Del. Valley Citizens' Council for Clean Air*,
   478 U.S. 546 (1986)..........................................................................18

*Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.*,
   924 F.2d 955 (9th Cir. 1991) ...........................................................19

**Statutes**

11 U.S.C. § 1102 ........................................................................................3
11 U.S.C. § 330 ...................................................................................passim
11 U.S.C. § 331 ..........................................................................................1

**Other Authorities**

Clean Air Act,
   42 U.S.C. § 7401 et seq...................................................................18

**Rules**

Bankruptcy Rule 2002(c)(2) ....................................................................16
Bankruptcy Rule 2002(i)......................................................................2, 16
Bankruptcy Rules 2002(a)(6)....................................................................16
Local Bankruptcy Rule 2016-1 ...................................................1, 9, 16, 22
Local Bankruptcy Rule 2016-1(a)(1)(D) ....................................................9
Local Bankruptcy Rule 2016-1(a)(2)(B) ...................................................16

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE,**

2  **THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND**

3  **ALL PARTIES REQUESTING SPECIAL NOTICE:**

4  　　　　Pachulski Stang Ziehl & Jones LLP (the "Firm" or "PSZJ"), counsel to the former Official

5  Committee of Unsecured Creditors (the "Committee"), in the chapter 11 cases of KSL Media, Inc.

6  ("KSL"), T.V. 10's LLC ("TV 10's") and Fulcrum 5 ("Fulcrum," together with KSL and TV 10's,

7  the "Debtors") hereby submits this *Final Application for Pachulski Stang Ziehl & Jones LLP for*

8  *Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel for the*

9  *Official Committee of Unsecured Creditors During the Chapter 11 Period* (the "Application"), for

10  the period of October 10, 2013 through December 29, 2013 (the "Chapter 11 Period") pursuant to

11  sections 330 and 331 of the Bankruptcy Code.[1]

12  **I.**

13  **INTRODUCTORY STATEMENT**

14  　　　　Local Bankruptcy Rule 2016-1(1)(a) sets forth certain requirements that a professional must

15  satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the

16  review of fee applications are set forth in the *United States Trustee's Guidelines for Reviewing*

17  *Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (the

18  "Compensation Guidelines").  Finally, cases interpreting sections 330 and 331 of the Bankruptcy

19  Code have required that courts consider the twelve (12) factors that the Ninth Circuit Court of

20  Appeals articulated in *Kerr v. Screen Extras Guild*, 526 F.2d 67, 70 (9th Cir. 1975), *cert. denied*, 425

21  U.S. 951, 96 S.Ct. 726 (1976).  The Ninth Circuit's primary method used to determine the

22  reasonableness of fees is to calculate the "lodestar."  *In re Charles Russell Buckridge, Jr.*, 367 B.R.

23  191, 201 (C.D. Cal. 2007).  The lodestar is ascertained by multiplying the number of hours

24  reasonably expended by a reasonable hourly rate.  *Law Offices of David A. Boone v. Derham-Burk*

25  *(In re Eliapo)*, 468 F.3d 592, 598 (9th Cir. 2006).  As set forth more fully herein, this Application

26  complies with all statutory guidelines and Court-imposed requirements.

27  ────────────

28  [1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.  All references to "Bankruptcy Rules" are to the Federal Rules of Bankruptcy Procedure.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

By this Application, Applicant seeks approval and payment of $678,835.00 in fees for the Chapter 11 Period, and costs in the amount of $10,036.95, for an aggregate total of $688,871.95 As of July 13, 2015, there is a total of $32,175,827.75 in funds held by the Estates, broken out as follows:  KSL Media:  $31,732,744.33, Fulcrum 5, Inc.:  $105,185.24, and TV 10s LLC: $337,898.18.

Pursuant to the *Order Limiting Scope of Notice* [Docket No. 554] entered on February 18, 2014, in the above-captioned chapter 7 cases (the "Cases"), notice of this Application has been served by NEF notice or by first class U.S. mail, as required, on (a) the Trustee, (b) the Office of the United States Trustee, (c) parties that have filed with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i), and (d) the Debtors' agent for service.  Notice of this Application was also served on the Debtors' twenty largest unsecured creditors.

## II.

## PRELIMINARY SUMMARY OF COMPENSATION DATA FOR THIS APPLICATION

**A.    ORDER RE EMPLOYMENT ENTERED:** November 18, 2013 with employment as counsel to the Committee of Unsecured Creditors (the "Committee") effective as of October 10, 2013 [Docket No. 253].

**B.    PERIOD OF EMPLOYMENT COVERED BY THIS APPLICATION:** October 10, 2013, through December 29, 2013

**C.    HOURS OF PROFESSIONAL TIME WHICH ARE THE SUBJECT OF THIS APPLICATION:** 927.90

**D.    FEES REQUESTED BY THIS APPLICATION**: $678,835.00

**E.    EXPENSES REQUESTED BY THIS APPLICATION:** $10,036.95

**F.    AMOUNT OF PRE-PETITION RETAINER RECEIVED:** n/a

**G.    AMOUNT OF FEES AND EXPENSES PREVIOUSLY AWARDED:** $0

**H.    AMOUNT OF FEES AND EXPENSES PAID POST-PETITION:** $0

**I.    BLENDED RATE:** $672.70 (Including Paraprofessionals)

$748.25 (Excluding Paraprofessionals)

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# III.

## BRIEF NARRATIVE HISTORY AND POSTURE OF THE CASES DURING THE CHAPTER 11 PERIOD

This Application covers the Chapter 11 Period, October 10, 2013 through December 30, 2013, during which the Firm represented the Committee in the Cases.

### A.    General Background

On September 11, 2013 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, which cases were being jointly administered under Case No.: 1:13-bk-15929-AA in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "Bankruptcy Court").

On October 10, 2013, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee") to represent the interests of all unsecured creditors for the Debtors pursuant to section 1102 of the Bankruptcy Code.  The Committee selected the Firm as its bankruptcy counsel and the Bankruptcy Court entered an order approving the Firm's employment by the Committee on November 18, 2013 [Docket No. 253].

On December 27, 2013, the Office of the United States Trustee (thee "UST") filed its *Motion to Appoint a Chapter 11 Trustee* [Docket No. 416].

Prior to the hearing on the UST's Motion, on December 30, 2013 (the "Conversion Date"), the Debtors filed a *Motion to Convert Case Under 11 U.S.C. §§ 706(a) or 1121(a)* in the each of the chapter 11 cases [Docket No. 427 in KSL's case; Docket No. 49 in TV 10's case; and Docket No. 53 in Fulcrum's case].

On the same date (a) the Bankruptcy Court entered orders converting the chapter 11 cases to cases under chapter 7 of the Bankruptcy Code [Docket Nos. 430, 51 and 55, respectively], and (b) the UST appointed David K. Gottlieb as the chapter 7 trustee in each of the Cases [Docket Nos. 433, 52 and 56, respectively].  The Cases continue to be jointly administered under Case No.: 1:13-bk-15929-AA.

Immediately upon the unanticipated conversion of the Cases, the Committee considered whether to seek to reconvert the Cases to chapter 11.  After the Committee concluded that it would

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  not seek to do so and was resigned to the case staying in chapter 7, the Trustee requested that the

2  Firm serve as his bankruptcy counsel in these Cases.  The Firm thereafter began rendering services

3  to the Trustee regarding the transition of the Cases from chapter 11 to chapter 7.

4      On January 22, 2014, the Trustee filed an *Application for an Order Authorizing and*

5  *Approving the Employment of Pachulski Stang Ziehl & Jones LLP, as His General Bankruptcy*

6  *Counsel Nunc Pro Tunc to December 30, 2013* [Docket No. 475].  On February 10, 2014, the Court

7  entered its *Order Granting Chapter 7 Trustee's Application to Employ Pachulski Stang Ziehl &*

8  *Jones LLP as His General Bankruptcy Counsel Nunc Pro Tunc to December 30, 2013* [Dkt. No.

9  532].

10  **B.      The Background of the Debtors' Businesses**

11      KSL, a Delaware corporation formed in 1981, had its principal place of business at 15910

12  Ventura Blvd., 9th Floor, Encino, California.  It also maintained offices at 387 Park Avenue, New

13  York, New York and 7251 West Lake Mead Blvd., Las Vegas, Nevada.  The New York and Las

14  Vegas offices were closed prior to the Petition Date and the New York and Las Vegas office leases

15  were rejected [Docket No. 182] by the Debtors.  During the pendency of the chapter 11 cases, the

16  Debtors continued to occupy the office located in Encino, California and, after the Conversion Date,

17  the Trustee continued to occupy part of the Encino office space under the terms of a modified lease

18  negotiated with the Encino landlord and is currently in the process of closing and surrendering the

19  Encino office at which time the Encino lease will be deemed rejected.

20      KSL provided clients stand-alone media planning and purchasing services.  KSL operated on

21  a very large scale.  As set forth in KSL's Statement of Financial Affairs, its gross income for 2011

22  was approximately $264 million, for 2012, approximately $330 million and for 2013 through

23  September 1, 2013, approximately $210 million.  As of the Petition Date, KSL was purportedly one

24  of the largest independent media buying companies in the country.

25      TV 10's and Fulcrum were much smaller companies, both of which were formed for the

26  purpose of buying and re-selling specific types of media (TV 10's bought ten-second television spots

27  and Fulcrum bought digital media).  KSL was the primary customer of both TV 10's and Fulcrum.

28

4

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**C.      Summary of the Case During the Chapter 11 Period**

The following events, among others, occurred during the Chapter 11 period:

On September 11, 2013 (the "Petition Date"), the Debtors commenced their chapter 11 cases. As explained in the first day declaration of Janet. Miller-Allen [Docket No. 2] (the "Miller-Allen Declaration"), the Debtors abruptly ceased operations, and were in a wind-down/liquidation process.

On October 9, 2013, the U.S. Trustee formed the Committee, comprised of the following members: (i) Fox Cable Network Services, LLC, (ii) MacDonald Media LLC, (iii) NBC Universal LLC, (iv) Telebrands Corp., (v) TV Guide Networks, LLC, (vi) Valassis, and (vii) Viacom Media Networks, which creditors hold many millions of dollars of claims against the Debtors.

**D.      Debtors' Filing of the Plan and Subsequent Plan Process**

**1.      Filing of the First Plan**

On October 2, 2013, prior to the Committee's formation, the Debtors filed their proposed liquidating plan (the "First Plan"), which, among other provisions, reserved the right to select the plan trustee – a provision which the Committee believed was a non-starter given both the Debtors' admitted and concealed prepetition and postpetition actions.  The Debtors did not file a disclosure statement with the First Plan, and there were no hearings set for disclosure statement approval or plan confirmation.  The Debtors could not confirm the First Plan without the consent of the general unsecured claims class (designated as Class 3 under the First Plan) – the only impaired class entitled to vote on the First Plan.

**2.      Debtors' Bad Faith in the Plan Process**

On November 11, 2013, the Debtors filed their *Initial Opposition to, and Request for Hearing on, Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors* (the "PSZJ Employment Opposition") [Docket No. 230], wherein the Debtors frivolously alleged that Committee's counsel had conflicts of interest.  Ultimately, the Debtors and Committee entered into a stipulation (the "Debtors/Committee Stipulation"), filed on November 14, 2013 [Docket No. 237], wherein, based on the declaration of the Committee's chairman (attached to the Debtors/Committee Stipulation), the Debtors "no longer contend that PSZJ holds an adverse interest to the Committee in

5

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   these Cases" and withdrew the PSZJ Employment Opposition.  In the Debtors/Committee

2   Stipulation, the Debtors and the Committee also agreed "to promptly jointly propose [a liquidating

3   plan for the estates] which shall name a specific agreed upon Liquidating Trustee under the Plan,

4   subject to Court approval."

5        Subsequent to the parties' entry into the Debtors/Committee Stipulation, the Debtors

6   circulated to the Committee a draft amended liquidating plan, which draft the Committee found

7   objectionable in numerous respects.  Among various other infirmities, the revised plan draft

8   provided for (i) exculpation of the Debtors' directors and officers in respect to any postpetition

9   conduct, a patently inappropriate provision given the Debtors' management's track record of

10  malfeasance, and (ii) a prohibition (the "Attorney Employment Restriction") restricting the

11  liquidating trustee from employing the attorneys for the Committee and the Debtors other than to

12  facilitate a "smooth transition" to new counsel (in such case of facilitating the transition, the

13  Committee's and Debtors' respective attorneys could only be employed for a very limited time).[2]

14  Promptly after receipt of this draft plan, the Committee expressed its concerns and issues to the

15  Debtors in detail on December 9, 2013.  However, the Debtors continued to stonewall in providing

16  substantive responses to the Committee's concerns, and further asserted that the plan drafting

17  process will have to be suspended until the main attorney at the Landau firm working on the plan

18  was back from his vacation in January 2014.  Thus, although the Debtors/Committee Stipulation

19  expressly contemplated the Debtors and the Committee "promptly jointly propos[ing]" a liquidating

20  plan, the Debtors made no progress, and indeed demonstrated bad faith, in working towards an

21  acceptable, consensual plan.  Shortly thereafter, the Debtors exercised their right to unilaterally

22  convert the Cases to chapter 7.

23

24

25

26

27  [2]  The Committee could think of no rational explanation for the Attorney Employment Restriction.  The
    Committee believed the plan trustee should be permitted to choose whichever counsel he or she finds to be
28  the most capable or otherwise in the best interest of the estates and creditors.

DOCS_LA:290391.1 47516/003

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**B.** **Debtors' Inability and/or Unwillingness to Investigate/Pursue Claims, Causes of Action and Other Assets**

**1.** **In General**

The Committee was aware that significant assets of the estates included claims and causes of action (including avoidance actions) against the Debtors' insiders, including the Debtors' owner and former officers, and their affiliates.  Yet, according to the sworn testimony of the Debtors' Controller, she was unaware of any investigation of such claims by the Debtors.

Even in respect to the Debtors' prepetition state court suit against Mr. Charness (the "Charness Action"), the sole former insider against whom the Debtors specifically alleged any wrongdoing, the Debtors did little to advance the estates' cause.  Indeed, within a couple weeks of the bankruptcy filing, apparently without any real fight, the Debtors stipulated to a stay of the Charness Action "pending determination of the [Debtors'] petition for relief under Chapter 11 of the Bankruptcy Code."

In light of the Debtors' reluctance and/or inability to investigate and pursue valuable estate assets, the Committee proposed to the Debtors' counsel that the Debtors enter into a stipulation pursuant to which the Committee would have exclusive standing and authority to pursue the estates' claims against insiders.  The Debtors ultimately conceded on this issue and an appropriate stipulation was approved by the Court [Docket No. 319].

**E.** **The Committee's Preliminary Investigation**

The Committee and its advisors conducted a preliminary investigation into potential claims and causes of action against certain of the Debtors' insiders, including Mr. Liebowitz and other former executives.  The Committee's investigation, while preliminary, showed that that the estates may be able to achieve substantial recoveries on account of these claims.[3]

Also, although the Committee's investigation and discovery was never completed, the Committee believed that the estates had valuable claims against Mr. Liebowitz arising out of the lack of appropriate institutional and financial controls which permitted the malfeasance of Mr. Charness

---

[3] Mr. Liebovitz ultimately filed a chapter 7 case currently pending in this District.  The Debtors are the holder of a large allowed claim against the Liebovitz estate.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

and other executives, and the failure to timely pursue recovery for the Debtors of the losses sustained thereby.[4]

Further, the Committee believed the estates possess various claims against Mr. Liebowitz for malfeasance, misfeasance, breaches of fiduciary duty, preferences and actual and constructive fraudulent conveyances arising from excessive compensation, apparently unpaid loans owed to the Debtors totaling at least $2.82 million, and unexplained "reimbursements" for legal expenses totaling at least $425,000 within three months preceding the Petition Date, plus a direct payment of $35,000 to Mr. Liebowitz's personal counsel.

Additionally, Mr. Liebowitz was a party to and the apparent beneficiary of a settlement agreement (the "Cumberland Settlement") between Cumberland Packing Corp. dba Sweet'n Low ("Cumberland"), the Debtors, Mr. Liebowitz and Harold Cohen (the former CEO of KSL),[5] which resulted in the transfer of $7 million[6] to or for the benefit of Cumberland within 14 months of the Petition Date, including an advance payment of $1,945,415 less than one month prior to the Petition Date. The Committee commenced an investigation of the factual bases for the Cumberland Settlement; however, they were unable to complete their work prior to the Conversion Date. The Committee believed that payments made by the Debtors within 90 days of the Petition Date could be avoided and recovered from the recipients thereof, but also might be recoverable from Liebowitz, Cohen and potentially others. The Debtors, according to the Controller, undertook no investigation of these matters, and there was no indication that any actions have been taken by the Debtors to recover such monies.

---

[4] There is nothing in the record to indicate that Mr. Liebowitz or any other member of the Debtors' management took proper remedial measures in response to the alleged malfeasance and other improper acts committed by Mr. Charness and other executives.

[5] The Committee's investigation regarding Mr. Cohen was never completed, but the Committee believed that the estates held valuable claims against Mr. Cohen.

[6] Of the $7 million settlement amount, $1.4 million was paid by insurers and the balance of $5.6 million (plus accruing interest) was paid by Debtor funds.

8

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**IV.**

**NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED**

**A.    Services Performed and Time Expended During the Application Period Covered by this Application**

Pursuant to the Compensation Guide and Local Bankruptcy Rule 2016-1(a)(1)(D), the Firm has classified all services performed for which compensation is sought for the Chapter 11 Period into one of several major categories.  The Firm attempted to place the services performed in the category that best relates to the service provided.  However, because certain services may relate to more than one category, services pertaining to one category may in fact be included in another category.

**1.    Asset Analysis and Recovery**

This category pertains to the identification and review of potential assets including causes of action and non-litigation recoveries.  During the Chapter 11 Period, the Firm: (i) reviewed the Debtors' schedules and statement of financial affairs; (ii) reviewed and analyzed the Debtors' insurance policies, including the D&O policy and insurance tail issues; (iii) reviewed Debtors' management policies; (iv) worked on reconciliation issues and conferred with committee members regarding same; (v) reviewed 401K issues; (vi) met with the financial advisors regarding reconciliation issues; (vii) prepared for and attended a meeting with Kalman Liebowitz; (viii) worked on litigation white paper issues; (ix) reviewed the transcript from the 341(a) meeting of creditors; (x) prepared for the 2004 examination of Kalman Liebowitz; and (xi) sent letters to insurers regarding potential claims.

During the Chapter 11 Period, the Firm expended 81.30 hours on this category.  The amount of fees attributable to this matter is $65,899.50.

**2.    Avoidance Actions**

This category pertains to avoidance actions under section 544-549 of the Bankruptcy Code to determine whether adversary proceedings are warranted and the prosecution thereof.

During the Chapter 11 Period the Firm, among other things, reviewed a memo from the financial advisors regarding preference issues, reviewed and analyzed issues pertaining to

9

1   Cumberland, including settlement and the perfection of security interests, and reviewed a

2   preliminary preference analysis.

3       During the Chapter 11 Period, the Firm expended 3.60 hours on this category.  The amount

4   of fees attributable to this matter is $2,838.00.

5       **3.      Asset Disposition**

6       During the Chapter 11 Period, the Firm spent time, among other things, reviewing the sale of

7   assets and reviewing and conferring regarding the Debtors' sale motion.

8       During the Chapter 11 Period, the Firm expended 2.70 hours on this category.  The amount

9   of fees attributable to this matter is $1,838.50.

10      **4.      Bankruptcy Litigation**

11      Time billed to this category relates to the various litigation issues arising in these Cases.

12      The Firm placed substantial time under this category related to the day-to-day effort of the

13  Committee to protect the interests of unsecured creditors.  The Firm's attorneys had dozens, if not

14  hundreds of electronic, telephonic and in-person communications and meetings with the Debtors'

15  counsel, executives and other professionals during the Chapter 11 Period.  At various times during

16  the period, the Firm's members attend meetings, both with and without Committee members present,

17  in an effort to resolve the Committee's ongoing concerns with the Debtors' progress in the Cases.

18  The Committee was steadfast in its desire to confirm a sound chapter 11 plan promptly.   Members

19  of the Firm attended the 341(a) meetings wherein Janet Miller-Allen gave initial testimony.  The

20  Firm prepared Rule 2004 examination motions for Ms. Miller-Allen, Mr. Liebowitz and Mr. Cohen

21  (which Rule 2004 orders were ultimately used by the Chapter 7 Trustee following his appointment).

22  The Firm conducted discovery and reviewed a multitude of materials relating to the Debtors'

23  historical activity.  The Firm investigated the Cumberland settlement and the pre-petition transfers

24  made by the Debtors in connection therewith.  Attorneys at the Firm with particular experience in

25  insurance coverage law also spent time under this category investigating assets of the estates.  Other

26  significant activity included researching and preparing fact-intensive motions to terminate

27  exclusivity and to appoint a chapter 11 trustee.  These pleadings were ultimately not filed once the

28  Office of the United States Trustee filed its own motion to dismiss or convert the Cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

10

1    During the Chapter 11 Period, the Firm expended 284.20 hours on this category.  The amount

2    of fees attributable to this matter is $205,193.00.

3    **5.    Case Administration**

4    Time billed to this category primarily relates to miscellaneous case matters that are not easily

5    classified within any other specific categories, including such items as reviewing the motion/order

6    regarding conversion of case and performing other administrative functions; analyzing case

7    documents and correspondence; communications with the OUST; addressing general creditor

8    inquiries, maintaining a creditors website, and updating service lists.

9    During the Chapter 11 Period, the Firm expended 17.80 hours on this category.  The amount

10    of fees attributable to this matter is $10,907.00.

11    **6.    Claims Admin/Objection**

12    Time billed to this category relates to matters concerning the administration of claims against

13    the Debtors' estates.  The Firm, among other things:  (i) reviewed pleadings regarding the claims bar

14    date; (ii) reviewed the Court's dockets regarding filed claims; (iii) analyzed advertiser agreements;

15    (iv) reviewed the administrative bar date motion and conferred regarding administrative claims; (v)

16    communicated with committee members regarding reimbursement of expenses and drafted

17    Stipulation and Order regarding the same; and (vi) conferred with the Committee regarding bar date

18    and claims

19    During the Chapter 11 Period, the Firm expended 30.20 hours on this category.  The amount

20    of fees attributable to this matter is $22,659.00.

21    **7.    Employee Benefits/Pension**

22    This category includes time spent pertaining to employee benefits and issues such as

23    severance, retention, 401k coverage and pension plans.  During this period, the Firm, among other

24    things, (i) conferred with the Committee regarding employee issues; (ii) reviewed notes pertaining to

25    insider compensation; (iii) reviewed and analyzed employee issues; (iv) reviewed the 401k plan

26    termination motion and filed pleadings regarding the 401k plan; (v) responded to the U.S. Trustee

27    regarding the employee bonus motion; and (vi) conferred with the U.S. Trustee regarding the

28    employee plan.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

11

DOCS_LA:290391.1 47516/003

During the Chapter 11 Period, the Firm expended 13.20 hours on this category.  The amount of fees attributable to this matter is $9,738.00.

**8.    Executory Contracts**

Time billed to this category relates to the review of the Debtors' lease and vendor contracts. During the Chapter 11 Period, the Firm, among other things, reviewed a motion to reject leases and discussed same with financial advisors, reviewed a motion to assume contracts with CIGNA and addressed issues related thereto, including attending a hearing thereon, reviewed the motion to extend the 365(d)(4) deadline, and reviewed the Cumberland transaction and conferred regarding the same.

During the Chapter 11 Period, the Firm expended 10.90 hours on this category.  The amount of fees attributable to this matter is $8,361.50.

**9.    Financial Filings**

Time billed to this category is minimal, and relates to reviewing a cash flow report, reviewing the Debtors' monthly operating reports, and reviewing Debtors' amended schedules and statement of financial affairs.

During the Chapter 11 Period, the Firm expended 1.20 hours on this category.  The amount of fees attributable to this matter is $716.00.

**10.    General Creditors Committee**

Time billed to this category generally relates to administration of the Committee, including preparation of initial documents upon formation to running day-to-day Committee activities.  The Firm prepared Committee bylaws and an information protocol motion which was approved by the Court.  The Firm included under this category time spent communicating with Committee members, creating Committee meeting agenda, and attending Committee meetings.

During the Chapter 11 Period, the Firm expended 109.60 hours on this category.  The amount of fees attributable to this matter is $83,779.00.

**11.    Litigation (Non-Bankruptcy)**

This category pertains to matters relating to state Court litigation.

DOCS_LA:290391.1 47516/003

016

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

During this period, the Firm, among other things, reviewed the Charness confidentiality agreement, the state court Complaint against Charness, the Stipulation between Debtor and Charness regarding confidentiality, and researched the docket regarding the Motion to Strike.

During the Chapter 11 Period, the Firm expended 3.80 hours on this category.  The amount of fees attributable to this matter is $2,891.00.

## 12.    Meeting of Creditors

Time billed to this category relates to the preparation for and attendance at the 341(a) meeting of creditors.

During this period, the Firm conferred with U.S. Trustee regarding the 341(a) meeting of creditors, attended the 341(a) meeting of creditors and reviewed the transcript regarding the same.

During the Chapter 11 Period, the Firm expended 5.10 hours on this category.  The amount of fees attributable to this matter is $3,538.50.

## 13.    Management Issues

Time spent in this category was minimal and included reviewing board issues, conferring with the financial advisors regarding Debtor issues, reviewing retention and other administrative issues, and conferred with Committee members regarding management's fiduciary duty issues.

During the Chapter 11 Period, the Firm expended 3.60 hours on this category.  The amount of fees attributable to this matter is $3,582.00.

## 14.    Plan & Disclosure Statement

Time billed to this category relates to the plan and disclosure statement drafting and approval process.

After the Committee concluded that the Debtors were stonewalling the Committee and unlikely to yield to the Committee's sound demands for the terms of a liquidating plan, the Committee elected to take action.  The Committee directed the Firm to oppose any extension of the plan exclusivity periods and to seek to terminate exclusivity early for the purpose of promulgating a new plan sponsored solely by the Committee.  Members of the Firm researched and prepared a motion to terminate exclusivity and draft opposition to the Debtors' motion to extend it.  The Firm also drafted a complete liquidating plan, a liquidating trust agreement and a disclosure statement to

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

13

1    accompanying the plan -- all in order to bolster its chances of success with its motion to terminate

2    exclusivity.  This required working with the Committee's financial advisors on a substantive

3    consolidation and claim reconciliation analysis.  Ultimately, while the Committee was on the verge

4    of abandoning its effort to cooperate with the Debtors on the terms of a liquidating plan in favor of

5    the Committee's own plan, the UST filed its own motion to dismiss or convert the case.  As the

6    Court is aware, the Debtors elected to voluntarily convert the Cases to chapter 7, prior to holding of

7    a hearing on the UST's motion.

8    　　　　During the Chapter 11 Period, the Firm expended 163.40 hours on this category.  The amount

9    of fees attributable to this matter is $119,588.00.

10    **15.    Retention of Professionals**

11    　　　　Time billed to this category relates to retention of the Firm and the Committee's financial

12    advisors.  The Firm spent substantial time and effort in these Cases on defending their own

13    employment.  Aside from preparing a standard employment application and notice, the Firm was

14    required to respond to the Debtors' opposition to the Firm's employment which ultimately proved to

15    be a frivolous dispute.  The Firm researched disqualification issues raised by the Debtors, prepared

16    briefs and worked on negotiations to eliminate the unnecessary dispute.  The Committee ultimately

17    prevailed upon the Debtors to acquiesce to the Firm's employment and the Firm prepared the

18    relevant pleadings with respect thereto.

19    　　　　Additional substantial time included under this category relates to overseeing and conducting

20    the Committee's interviews and retention of a financial advisor.  Given the uncommon issues

21    associated with advertising sales and media purchases and reconciliation, the Committee was

22    insistent upon meeting several candidates to ensure the best fit.  The Firm spent numerous hours

23    coordinating these introductions and interviews and worked closely with the Committee to complete

24    the process until a financial advisor was selected.

25    　　　　During the Chapter 11 Period, the Firm expended 178.70 hours on this category.  The amount

26    of fees attributable to this matter is $124,921.00.

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

14

**16.    Retention of Professionals/Others**

Time billed to this category relates to analysis of non-Committee professional retention issues. In particular, during the Chapter 11 Period, the Firm monitored the Debtors' efforts to retain Sidley & Austin as special counsel and investigated issues relating to the retention of Landau Gottfried & Berger..

During the Chapter 11 Period, the Firm expended 18.60 hours on this category.  The amount of fees attributable to this matter is $12,385.00.

**17.    Detailed Listing of all Time Spent by the Professional on the Matters for Which Compensation is Sought**

**Exhibit "A"** contains a summary, by category, of the Firm's services and expenses in this Case that were incurred during the Chapter 11 Period.  Such summary includes the time spent, rate and billing attributable to each person who performed compensable services for the Debtor. **Exhibit "C"** contains the Firm's detailed time records during the Chapter 11 Period.

**B.    List of Expenses by Category**

The Firm advanced costs in the amount of $10,036.95.  The costs incurred are summarized in **Exhibit "A"** attached hereto, which provides a monthly breakdown for the Application Period that complies with the Compensation Guidelines.  During the Application Period, the Firm charged $.20 per page for photocopying, $.10 per page for scanning documents, and $1.00 per page for incoming and outgoing faxes.  The Firm has also charged for unusual expenses, such as court costs and special messenger services, including Federal Express.

**C.    Hourly Rates**

The hourly rates of all professionals and paraprofessionals rendering services in the Cases are set forth on **Exhibit "A"** attached hereto.

**D.    Description of Professional Education and Experience**

**Exhibit "B"** includes a description of the professional education and biographies of the professionals employed by the Firm who rendered the majority services in the Cases.

DOCS_LA:290391.1 47516/003

019

**E.    No Fee Sharing**

The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in the Cases, except to the extent they are shared among members of the Firm.

**F.    Notice of Application and Hearing**

Pursuant to the *Order Limiting Scope of Notice* and Local Bankruptcy Rule 2016-1(a)(2)(B), notice of this Application has been served by NEF notice or by first class U.S. mail, as required, on (a) the Trustee, (b) the Office of the United States Trustee, (c) parties that have filed and do file with the Court requests for notice of all matters in accordance with Bankruptcy Rule 2002(i), (d)  the Debtors' twenty largest unsecured creditors, and (d) the Debtors' agent for service.  Copies of this Application with all supporting documents also was served on the parties listed above.  Therefore, notice should be deemed adequate under the circumstances and in accordance with Bankruptcy Rules 2002(a)(6) and 2002(c)(2).

**V.**

**THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED**

**BASED UPON APPLICABLE LAW**

The fees and expenses requested by this Application are an appropriate award for the Firm's services in acting as counsel to the Committee. This was an unusual case where the Debtors were unwilling or unable to adequately cooperate with the Committee in ensuring that the best interests of creditors would be served.  The Firm was required to go to great lengths to dislodge management whose failure to meet their obligations to creditors was indubitable.

**A.    Factors in Evaluating Requests for Compensation**

Pursuant to section 330 of the Bankruptcy Code, the Court may award to a professional person reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred.  As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred in the Cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

16

1    The professional services rendered by the Firm have required an expenditure of substantial

2    time and effort.  During the Chapter 11 Period, 927.90 hours have been recorded by members of the

3    Firm and more time was actually expended but either was not recorded or was written off.  The

4    Firm's blended hourly rate in the Cases for the Chapter 11 Period including paraprofessionals is

5    $721.51

6        Moreover, time and labor devoted is only one of many pertinent factors in determining an

7    award of fees and costs.  Based on the skills brought to bear in the Cases by the Firm and the results

8    obtained and in light of the accepted lodestar approach, the Firm submits that the compensation

9    requested herein is reasonable and appropriate.  The Firm assisted the Committee in addressing a

10    myriad of difficult and complex issues regarding potential causes of action, the reconciliation of

11    accounts receivable and payable, the sale of assets, winding-down the Debtors' affairs, and resolving

12    claims against the Debtors, all for the benefit of the creditors of these Estates.

**B.**    **The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate**
13        **by the Hours Expended**

14        In determining the amount of allowable fees under section 330(a) of the Bankruptcy Code,

15    courts are to be guided by the same "general principles" as are to be applied in determining awards

16    under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy

17    matters."  *In re Manoa Finance Co., Inc.*, 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter &*

18    *Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (B.A.P. 9th Cir. 2000) (reiterating that *Manoa*

19    *Finance* is the controlling authority and characterizing the factor test[7] identified in *Johnson v.*

20    *Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.*

21    526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now

22    subsumed within more refined analyses).

---

[7] The original twelve Johnson/Kerr factors were: (1) time and labor required, (2) novelty and difficulty of the questions involved, (3) skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent,(7) time limitations imposed by the client or the circumstances, (8) amount involved and results obtained, (9) experience, reputation, and ability of the attorneys (10) the "undesirability" of the case, (11) nature and length of the professional relationship with client, and  (12) awards in similar cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

17

The United States Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Supreme Court held that while the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those factors. *Hensley* at 434, n. 9.[8] The following year, another civil rights case, *Blum vs. Stenson*, 465 U.S. 886 (1984), provided the so-called lodestar calculation:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . . Adjustments to that fee then may be made as necessary in the particular case.

*Blum* at 888.

Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to determining fees should be applied using the lodestar approach, rather than an ad hoc approach. While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq., should be interpreted like that of the Civil Rights Act, the Supreme Court expressly rejected the ad hoc application of the factors set forth in *Johnson* and thus *Kerr*, stating that "the lodestar figure includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . .. " *Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *see also Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate").

While the lodestar approach is the primary basis for determining fee awards under the federal fee-shifting statutes and Bankruptcy Code, some of the *Johnson/Kerr* factors, previously applied in an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar approach. *Buckridge,* 367 B.R. 191, 201 (C.D. Cal. 2007) ("a court is permitted to adjust the lodestar up or down using a multiplier based on the criteria listed in §330 and its consideration of the Kerr

---

[8] For discussion of the Johnson/Kerr subsumed factors, see *Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors … are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds,* 984 F.2d 345 (9th Cir. 1993) (extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992), which held that sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

18

1    factors not subsumed within the initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800,

2    812 (9th Cir. 2005) (court may "adjust the lodestar amount after considering other factors that bear

3    on the reasonableness of the fee"); *Unsecured Creditors' Comm. v. Puget Sound Plywood, Inc.,* 924

4    F.2d 955, 960 (9th Cir. 1991) ("Although *Manoa* suggests that starting with the 'lodestar' is

5    customary, it does not mandate such an approach in all cases.… Fee shifting cases are persuasive,

6    but due to the uniqueness of bankruptcy proceedings, they are not controlling").

7        Attached hereto as **Exhibit "C"** is a copy of the Firm's time reports and records kept in the

8    regular course of business reflecting the services rendered and the expenses incurred by the Firm

9    during the Chapter 11 Period.  The Firm's time reports are initially handwritten or recorded via

10   computer by the attorney or paralegal performing the described services.  The time reports are

11   organized on a daily basis.  The Firm is sensitive to issues of "lumping," and unless time was spent

12   in one time frame on a variety of different matters, separate time entries are set forth in the time

13   reports.  The Firm's charges for its professional services are based upon the time, nature, extent and

14   value of such services and the cost of comparable services in the Southern California region, other

15   than in a case under the Bankruptcy Code.

## VI.

## CONCLUSION

18       This is the Firm's first and final request for compensation during the Chapter 11 Period.  The

19   Firm believes that the services rendered for which compensation is sought in this Application have

20   been beneficial to the creditors, that the costs incurred have been necessary and proper, and that the

21   sums requested for the services rendered and the costs incurred are fair and reasonable.

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:290391.1 47516/003

023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**WHEREFORE,** Pachulski Stang Ziehl & Jones LLP respectfully requests that this Court (1) allow fees in the total amount of $678,835.00 and reimbursement of costs in the total amount of $10,036.95 for the period October 10, 2013, through and including December 29, 2013, for a total award of $688,871.95; and (2) authorize payment to the Firm in the amount of $688,871.95.

Dated: July 22, 2015

PACHULSKI STANG ZIEHL & JONES LLP

By:    _/s/ Jeffrey W. Dulberg_

Richard M. Pachulski
Jeffrey W. Dulberg

Attorneys for David K. Gottlieb, the duly appointed chapter 7 trustee in the jointly administered bankruptcy cases of debtors KSL Media, Inc., TV 10's, LLC and Fulcrum 5, Inc.

DOCS_LA:290391.1 47516/003

1    ### DECLARATION OF JEFFREY W. DULBERG

2    I, Jeffrey W. Dulberg, declare as follows:

3    1.    I am an attorney at law duly authorized to practice in the State of California and

4    before this Court.  I am a Partner in the law firm of Pachulski Stang Ziehl & Jones LLP, former

5    counsel to the Committee.

6    2.    I have personal knowledge of the facts set forth in the foregoing Application and, if

7    called upon as a witness, I could and would competently testify as to all of the matters stated therein.

8    3.    I have personally reviewed the information contained in the Application, and believe

9    its contents to be true and correct to the best of my knowledge, information and belief.

10    4.    The Firm customarily charges $0.20 per page for photocopying expenses.  The Firm's

11    photocopying machines automatically record the number of copies made when the person that is

12    doing the copying enters the client's account number into a device attached to the photocopier.  The

13    Firm summarizes each client's photocopying charges on a daily basis.  Whenever feasible, the Firm

14    sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

15    5.    The Firm customarily charges $.10 for scanned copies.  The Firm's photocopying

16    machines automatically record the number of scanned copies made when the person that is doing the

17    copying enters the client's account number into a device attached to the photocopier.  The Firm

18    summarizes each client's scanned charges on a daily basis.

19    6.    The Firm ordinarily charges $1.00 per page for in coming and out-going facsimile

20    transmissions.

21    7.    Regarding providers of on-line legal research (e.g., LEXIS and WESTLAW), the

22    Firm charges the standard usage rates these providers charge for computerized legal research.  The

23    Firm bills its clients the actual cash charged by such services, with no premium.  Any volume

24    discount received by the Firm is passed on to the client.

25    8.    The Firm does not charge for local or long distance calls placed by attorneys from

26    their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing

27    services in the event that a multiple party teleconference is initiated through the Firm.

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

21

9.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995.

10.     I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

11.     Local Bankruptcy Rule 2016-1(a)(1)(K) Compliance:  I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2015 at Los Angeles, California.

/s/ Jeffrey W. Dulberg
JEFFREY W. DULBERG

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

22

# EXHIBIT A

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO KSL MEDIA, *INC.***

I. SERVICES

| Attorney / Paralegal* / Clerk** | Rate | Hours | | Total |
|---|---|---|---|---|
| October 10, 2013 - December 29, 2013 | | | | |
| | | | | |
| **ASSET ANALYSIS** | | | | |
| | | | | |
| Pachulski, Richard M. | 995 | 27.90 | $ | 27,760.50 |
| Nasatir, Iain W.N. | 795 | 14.70 | $ | 11,686.50 |
| Kahn, Steven J. | 775 | 3.30 | $ | 2,557.50 |
| Dulberg, Jeffrey W. | 675 | 35.40 | $ | 23,895.00 |
| | | | | |
| SUB TOTAL | | 81.30 | $ | 65,899.50 |
| | | | | |
| **BANKRUPTCY LITIGATION** | | | | |
| | | | | |
| Pachulski, Richard M. | 995 | 42.20 | $ | 41,989.00 |
| Barton, David J. | 825 | 1.30 | $ | 1,072.50 |
| Kahn, Steven J. | 795 | 0.50 | $ | 397.50 |
| Kahn, Steven J. | 775 | 73.00 | $ | 56,575.00 |
| Dulberg, Jeffrey W. | 675 | 82.30 | $ | 55,552.50 |
| McFarland, Scotta E. | 645 | 2.90 | $ | 1,870.50 |
| Kim, Jonathan J. | 645 | 67.00 | $ | 43,215.00 |
| Hong, Nina L. | 625 | 0.20 | $ | 125.00 |
| Brown, Gillian N. | 595 | 0.10 | $ | 59.50 |
| Dassa, Beth D. | 295 | 0.80 | $ | 236.00 |
| Jeffries, Patricia J. | 295 | 12.60 | $ | 3,717.00 |
| | | | | |
| SUB TOTAL | | 284.20 | $ | 205,193.00 |
| | | | | |
| **CASE ADMINISTRATION** | | | | |
| | | | | |
| Pachulski, Richard M. | 995 | 1.20 | $ | 1,194.00 |
| Goldich, Stanley E. | 825 | 0.30 | $ | 247.50 |
| Kahn, Steven J. | 775 | 0.70 | $ | 542.50 |
| Dulberg, Jeffrey W. | 695 | 1.00 | $ | 695.00 |
| Dulberg, Jeffrey W. | 675 | 8.20 | $ | 5,535.00 |
| McFarland, Scotta E. | 645 | 2.30 | $ | 1,483.50 |
| Forrester, Leslie A. | 295 | 2.60 | $ | 767.00 |
| Jeffries, Patricia J. | 295 | 1.50 | $ | 442.50 |
| | | | | |
| SUB TOTAL | | 17.80 | $ | 10,907.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO KSL MEDIA, *INC.***

CLAIMS ADMINISTRATION/OBJECTIONS

| | | | | |
|---|---|---|---|---|
| Pachulski Richard M. | 995 | 12.10 | $ | 12,039.50 |
| Dulberg, Jeffrey W. | 675 | 11.50 | $ | 7,762.50 |
| McFarland, Scotta E. | 645 | 2.60 | $ | 1,677.00 |
| Dassa, Beth D. | 295 | 3.20 | $ | 944.00 |
| Jeffries, Patricia J. | 295 | 0.80 | $ | 236.00 |
| SUB TOTAL | | 30.20 | $ | 22,659.00 |

GENERAL CREDITORS COMMITTEE

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 39.10 | $ | 38,904.50 |
| Kahn, Steven J. | 775 | 0.30 | $ | 232.50 |
| Dulberg, Jeffrey W. | 675 | 58.10 | $ | 39,217.50 |
| McFarland, Scotta E. | 645 | 5.30 | $ | 3,418.50 |
| Jeffries, Patricia J. | 295 | 6.80 | $ | 2,006.00 |
| SUB TOTAL | | 109.60 | $ | 83,779.00 |

PLAN AND DISCLOSURE STATEMENT

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 45.20 | $ | 44,974.00 |
| Kahn, Steven J. | 775 | 3.90 | $ | 3,022.50 |
| Newmark, Victoria A. | 695 | 0.40 | $ | 278.00 |
| Dulberg, Jeffrey W. | 675 | 36.10 | $ | 24,367.50 |
| Kim, Jonathan J. | 665 | 1.00 | $ | 665.00 |
| Kim, Jonathan J. | 645 | 7.40 | $ | 4,773.00 |
| Dassa, Beth D. | 295 | 0.10 | $ | 29.50 |
| Harrison, Felice S. | 295 | 9.20 | $ | 2,714.00 |
| SUB TOTAL | | 163.40 | $ | 119,588.00 |

LITIGATION (NON-BANKRUPTCY)

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 1.20 | $ | 1,194.00 |
| Kahn, Steven J. | 775 | 1.00 | $ | 775.00 |
| Dulberg, Jeffrey W. | 675 | 1.00 | $ | 675.00 |
| McFarland, Scotta E. | 645 | 0.20 | $ | 129.00 |
| Dassa, Beth D. | 295 | 0.40 | $ | 118.00 |
| SUB TOTAL | | 3.80 | $ | 2,891.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO KSL MEDIA, _INC._**

RETENTION OF PROFESSIONALS

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 25.70 | $ | 25,571.50 |
| Feinstein, Robert J. | 975 | 0.40 | $ | 390.00 |
| Pomerantz, Jeffrey N. | 850 | 0.60 | $ | 510.00 |
| Kahn, Steven J. | 775 | 16.80 | $ | 13,020.00 |
| Sandler, Bradford J. | 750 | 0.90 | $ | 675.00 |
| Litvak Maxim B. | 750 | 7.00 | $ | 5,250.00 |
| Hochman, Harry D. | 695 | 6.80 | $ | 4,726.00 |
| Cho, Shirley S. | 695 | 1.80 | $ | 1,251.00 |
| Dulberg, Jeffrey W. | 675 | 39.60 | $ | 26,730.00 |
| Kim, Jonathan J. | 665 | 0.90 | $ | 598.50 |
| Kim, Jonathan J. | 645 | 6.80 | $ | 4,386.00 |
| McFarland, Scotta E. | 645 | 59.20 | $ | 38,184.00 |
| Brown, Gillian N. | 595 | 0.10 | $ | 59.50 |
| Dassa, Beth D. | 295 | 2.20 | $ | 649.00 |
| Forrester, Leslie A. | 295 | 0.50 | $ | 147.50 |
| Jeffries, Patricia J. | 295 | 9.40 | $ | 2,773.00 |
| SUB TOTAL | | 178.70 | $ | 124,921.00 |

RETENTION OF PROFESSIONALS/OTHERS

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 1.10 | $ | 1,094.50 |
| Kahn, Steven J. | 775 | 0.20 | $ | 155.00 |
| Hochman, Harry D. | 695 | 5.40 | $ | 3,753.00 |
| Dulberg, Jeffrey W. | 675 | 5.40 | $ | 3,645.00 |
| McFarland, Scotta E. | 645 | 5.20 | $ | 3,354.00 |
| Harrison, Felice S. | 295 | 1.00 | $ | 295.00 |
| Jeffries, Patricia J. | 295 | 0.30 | $ | 88.50 |
| SUB TOTAL | | 18.60 | $ | 12,385.00 |

AVOIDANCE ACTIONS

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 0.40 | $ | 398.00 |
| Kahn, Steven J. | 775 | 2.80 | $ | 2,170.00 |
| Dulberg, Jeffrey W. | 675 | 0.40 | $ | 270.00 |
| SUB TOTAL | | 3.60 | $ | 2,838.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO KSL MEDIA, *INC.***

ASSET DISPOSITION

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 0.50 | $ | 497.50 |
| Dulberg, Jeffrey W. | 675 | 0.90 | $ | 607.50 |
| McFarland, Scotta E. | 645 | 1.00 | $ | 645.00 |
| Jeffries, Patricia J. | 295 | 0.30 | $ | 88.50 |
| SUB TOTAL | | 2.70 | $ | 1,838.50 |

EMPLOYEE BENEFITS/PENSION

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 2.70 | $ | 2,686.50 |
| Dulberg, Jeffrey W. | 675 | 9.30 | $ | 6,277.50 |
| McFarland, Scotta E. | 645 | 1.20 | $ | 774.00 |
| SUB TOTAL | | 13.20 | $ | 9,738.00 |

EXECUTORY CONTRACTS

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 3.30 | $ | 3,283.50 |
| Kahn, Steven J. | 775 | 0.10 | $ | 77.50 |
| Dulberg, Jeffrey W. | 675 | 6.60 | $ | 4,455.00 |
| McFarland, Scotta E. | 645 | 0.80 | $ | 516.00 |
| Jeffries, Patricia J. | 295 | 0.10 | $ | 29.50 |
| SUB TOTAL | | 10.90 | $ | 8,361.50 |

FINANCIAL FILINGS

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 0.30 | $ | 298.50 |
| Dulberg, Jeffrey W. | 675 | 0.40 | $ | 270.00 |
| Jeffries, Patricia J. | 295 | 0.50 | $ | 147.50 |
| SUB TOTAL | | 1.20 | $ | 716.00 |

MEETING OF CREDITORS

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 0.30 | $ | 298.50 |
| Dulberg, Jeffrey W. | 675 | 4.80 | $ | 3,240.00 |
| SUB TOTAL | | 5.10 | $ | 3,538.50 |

MANAGEMENT ISSUES

| | | | | |
|---|---|---|---|---|
| Pachulski, Richard M. | 995 | 3.60 | $ | 3,582.00 |
| SUB TOTAL | | 3.60 | $ | 3,582.00 |

SUMMARY OF SERVICE AND EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP
**IN RESPECT TO KSL MEDIA, *INC.***

| | | |
|---|---|---|
| TOTAL HOURS | 927.90 | |
| TOTAL SERVICES | $ | 678,835.00 |

II.  EXPENSES

| | | |
|---|---|---|
| Bloomberg | $ | 10.00 |
| Conference Call | $ | 269.64 |
| Federal Express | $ | 27.11 |
| Lexis/Nexis | $ | 1,712.48 |
| Attorney/Messenger Service | $ | 983.00 |
| Postage | $ | 187.32 |
| Reproduction Expense | $ | 729.20 |
| Reproduction/Scan Copy | $ | 570.10 |
| Westlaw/Legal Research | $ | 5,548.10 |
| SUB-TOTAL EXPENSES | $ | 10,036.95 |
| TOTAL EXPENSES | | |
| TOTAL SERVICES AND EXPENSES | $ | 688,871.95 |

In re

KSL Media, Inc., et al.

Debtors

| CURRENT APPLICATION | |
|---|---|
| Fees Requested | 678,835.00 |
| Expenses Requested | 10,036.95 |

CHAPTER      11
Case No.   13-15929
Counsel for Official Committee of Unsecured Creditors

FEE APPLICATION    October 10, 2013 - December 29, 2013

## ATTORNEYS

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Pachulski, Richard M. | 1979 | 995.00 | 206.80 | $205,766.00 |
| Feinstein, Robert J. | 1982 | 975.00 | 0.40 | $390.00 |
| Pomerantz, Jeffrey N. | 1989 | 850.00 | 0.60 | $510.00 |
| Goldich, Stanley E. | 1980 | 825.00 | 0.30 | $247.50 |
| Barton, David J. | 1981 | 825.00 | 1.30 | $1,072.50 |
| Nasatir, Iain A.W. | 1983 | 795.00 | 14.70 | $11,686.50 |
| Kahn, Steven J. | 1977 | 795.00 | 0.50 | $397.50 |
| Kahn, Steven J. | 1977 | 775.00 | 102.10 | $79,127.50 |
| Litvak, Maxim B. | 1997 | 750.00 | 7.00 | $5,250.00 |
| Sandler, Bradford J. | 1996 | 750.00 | 0.90 | $675.00 |
| Hochman, Harry D | 1987 | 695.00 | 12.20 | $8,479.00 |
| Dulberg, Jeffrey W. | 1995 | 695.00 | 1.00 | $695.00 |
| Dulberg, Jeffrey W. | 1995 | 675.00 | 300.00 | $202,500.00 |
| Cho, Shirley S. | 1997 | 695.00 | 1.80 | $1,251.00 |
| Newmark, Victoria A. | 1996 | 695.00 | 0.40 | $278.00 |
| Kim, Jonathan J. | 1996 | 665.00 | 1.90 | $1,263.50 |
| Kim, Jonathan J. | 1996 | 645.00 | 81.20 | $52,374.00 |
| McFarland, Scotta E. | 1980 | 645.00 | 140.80 | $90,816.00 |
| Hong, Nina L. | 1996 | 625.00 | 0.20 | $125.00 |
| Brown, Gillian N. | 1999 | 595.00 | 0.20 | $119.00 |
| | | | | |

## PARAPROFESSIONALS*/CLERK**

| | Year Admitted | Rate | Current Hours Billed | Total for Application |
|---|---|---|---|---|
| Dassa, Beth D. | N/A | 295 | 6.70 | 1,976.50 |
| Harrison, Felice S. | N/A | 295 | 10.20 | 3,009.00 |
| Forrester, Leslie A. | N/A | 295 | 4.40 | 1,298.00 |
| Jeffries, Patricia J. | N/A | 295 | 32.30 | 9,528.50 |

TOTAL HOURS       927.90

TOTAL FEES REQUESTED       $    678,835.00

BLENDED HOURLY RATE       672.70
INCLUDING PARAPROFESSIONALS

BLENDED HOURLY RATE       748.25
EXCLUDING PARAPROFESSIONALS

PACHULSKI STANG ZIEHL & JONES LLP
IN RESPECT TO KSL MEDIA, INC.

| 2013 | October | November | December | TOTAL |
|---|---|---|---|---|
| Asset Analysis | $ 30,872.00 | $ 33,311.00 | $ 1,716.50 | $ 65,899.50 |
| Bankruptcy Litigation | $ 7,328.50 | $ 43,155.50 | $ 154,709.00 | $ 205,193.00 |
| Case Administration | $ 4,837.50 | $ 5,235.00 | $ 834.50 | $ 10,907.00 |
| Claims Administration | $ 3,499.50 | $ 8,419.00 | $ 10,740.50 | $ 22,659.00 |
| General Creditors Committee | $ 47,210.50 | $ 18,852.50 | $ 17,716.00 | $ 83,779.00 |
| Plan & Disclosure Statement | $ 2,295.00 | $ 29,905.00 | $ 87,388.00 | $ 119,588.00 |
| Litigation - Non Bankruptcy | $ 398.00 | $ 202.50 | $ 2,290.50 | $ 2,891.00 |
| Retention of Professionals | $ 42,966.50 | $ 72,217.00 | $ 9,737.50 | $ 124,921.00 |
| Retention of Professionals/Other | $ 2,842.50 | $ 5,361.00 | $ 4,181.50 | $ 12,385.00 |
| Avoidance Actions | $ - | $ 2,568.00 | $ 270.00 | $ 2,838.00 |
| Asset Disposition | $ - | $ 1,142.50 | $ 696.00 | $ 1,838.50 |
| Employee Benefits/Pension | $ 1,005.50 | $ 7,435.00 | $ 1,297.50 | $ 9,738.00 |
| Executory Contracts | $ 4,452.00 | $ 742.50 | $ 3,167.00 | $ 8,361.50 |
| Financial Filings | $ 433.50 | $ 223.50 | $ 59.00 | $ 716.00 |
| Meeting of Creditors | $ - | $ 3,538.50 | $ - | $ 3,538.50 |
| Management Issues | $ 1,293.50 | $ 1,492.50 | $ 796.00 | $ 3,582.00 |
| TOTALS | $ 149,434.50 | $ 233,801.00 | $ 295,599.50 | $ 678,835.00 |

## EXPENSE SUMMARY FOR OCTOBER 1, 2013 THROUGH DECEMBER 31, 2013

PACHULSKI STANG ZIEHL & JONES LLP

<u>IN RESPECT TO KSL MEDIA, INC.</u>

| 2013 | October | November | December | TOTAL |
|---|---|---|---|---|
| Bloomberg | $ - | $ - | $ 10.00 | $ 10.00 |
| Conference Call | $ 40.09 | $ 126.04 | $ 103.51 | $ 269.64 |
| Federal Express | $ - | $ 27.11 | $ - | $ 27.11 |
| Lexis/Nexis | $ 35.69 | $ 692.31 | $ 984.48 | $ 1,712.48 |
| Attorney/Mesenger Services | $ 135.00 | $ 369.00 | $ 479.00 | $ 983.00 |
| Postage | $ 15.26 | $ 73.58 | $ 98.48 | $ 187.32 |
| Reproduction Expense | $ 68.40 | $ 322.40 | $ 338.40 | $ 729.20 |
| Reproduction/Scan Copy | $ 50.30 | $ 199.00 | $ 320.80 | $ 570.10 |
| Westlaw/Legal Research | $ - | $ 130.37 | $ 5,417.73 | $ 5,548.10 |
| | | | | |
| **Totals** | **$ 344.74** | **$ 1,939.81** | **$ 7,752.40** | **$ 10,036.95** |

# EXHIBIT B





10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Richard M. Pachulski

Tel: 310.277.6910    |    rpachulski@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A., *summa
cum laude,* 1976)

Stanford University (J.D.
1979)

Phi Beta Kappa; Pi Gamma
Mu

**BAR AND COURT
ADMISSIONS**

1979, California

**CLERKSHIPS**

Judicial extern, Robert M.
Takasugi (C.D. Cal. 1978-79)

Mr. Pachulski is widely regarded as one of the preeminent corporate restructuring attorneys in America. He was recently named an "Attorney of the Year" by *American Lawyer Media's* "The Recorder," and has been lead counsel on several deals that have been recognized as "Deal of the Year" by *The M&A Advisor, Turnaround & Workouts* and *Global M&A Network.* Over the past few years, he was lead counsel in the corporate restructurings of American Suzuki Motor Corporation, Solyndra LLC, and Mesa Airlines. Additionally, Mr. Pachulski also recently was lead bankruptcy counsel to Lehman Brothers in a matter involving over $2 billion due to Lehman Brothers.

For the past four decades, Mr. Pachulski has represented debtors and creditors' committees in both out-of-court workouts and in-court proceedings. In addition, he has extensive experience in business reorganizations, as well as debtor/creditor litigation across numerous industries. During the 1980s, he was a well-known chapter 7 and chapter 11 trustee. His work over this time span led to inclusion in the American College of Bankruptcy, an honorary association of the nation's most esteemed bankruptcy and insolvency professionals.

Other career highlights include representation of the debtors in MagnaChip Semiconductor, Breed Technologies, Sizzler International, Covad Communications and Peregrine Systems; representation of the Circuit City Creditors' Committee and, thereafter, the Circuit City Liquidating Trustee; representation of the ad hoc bondholders' committee in Adelphia Corporation; and lead counsel in the restructuring of the debts of internationally acclaimed singer-songwriter Toni Braxton. In total, he has assisted in tens of billions of dollars in restructurings during his career.

Several national publications and organizations frequently recognize Mr. Pachulski for his work in the restructuring and turnaround field. For example, *Chambers USA* repeatedly ranks him as a top-tier national bankruptcy/restructuring attorney; *Best Lawyers in America* has listed him among the nation's top bankruptcy attorneys every year since 1995; *K&R*

**PACHULSKI**

**STANG**

**ZIEHL**

**JONES**

Richard M. Pachulski (Cont.)

*Restructuring Register* and *Turnaround & Workouts* listed him as one of America's top restructuring professionals; *California Law Business* listed him as one of "California's 100 Most Influential Attorneys;" and *Los Angeles Business Journal* listed him as one of fifteen top banking & finance "turnaround artists." He also holds an "AV Preeminent Peer Rating," *Martindale-Hubbell's* highest recognition for ethical standards and legal ability.

Mr. Pachulski is a graduate of UCLA, and received his J.D. from Stanford University. He is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors in American Suzuki Motor Corporation; Highway Technolgies; Peregrine Systems; Breed Technologies; Solyndra; Covad Communications Group, Commonwealth Equity Trust; Sizzler International; Toni Braxton; Mesa Air Group; MagnaChip Semiconductor

Creditors' committees in Circuit City; First Executive Corporation; Northpoint Communications

Ad hoc bondholders' committee in Adelphia Communications

Lehman Brothers in Palmdale Hills Property

Trustees in Triad America Corporation and Ezri Namvar

## Professional Affiliations

Fellow, American College of Bankruptcy

Member, Financial Lawyers Conference Board of Governors (1989-92)

## Publications

Coauthor, "Chapter 11 - The Bank of Last Resort," 45 *Business Lawyer* 261 (1989)

Coauthor, "Plan Wars - The Use of Chapter 11 to Coax Continued Financing From a Reluctant Lender," 738 PLI/Comm. 7 (1996)





780 Third Avenue
34th Floor
New York, NY 10017-2024

# Robert J. Feinstein

Tel: 212.561.7700    |    rfeinstein@pszjlaw.com

**EDUCATION**

Lafayette College (A.B. 1978)

Boston University School of
Law (J.D., *magna cum laude*,
1981)

**BAR AND COURT
ADMISSIONS**

1982, New York

1982, Massachusetts

Robert J. Feinstein is the managing partner of the New York office of
Pachulski Stang Ziehl & Jones LLP, the nation's leading corporate
restructuring boutique. He represents debtors, creditors' committees, equity
committees, acquirers, and examiners in business reorganizations and
related litigation. He also has experience representing debtors, committees,
and other case constituencies in cross-border chapter 11 cases and chapter
15 cases.

Recent engagements include lead counsel to the official creditors'
committees in the chapter 11 cases of AMF Bowling Worldwide, Reddy Ice
Corporation, Coach Transportation and Circuit City Stores; and conflicts
counsel to the creditors' committees appointed in the ResCap and Chrysler
LLC cases. On the debtor side, he represents Digital Domain Media Group,
and represented boxer Mike Tyson and General Media, Inc., publisher of
*Penthouse* magazine, in their chapter 11 cases. His cross-border
representations include the Canadian receiver for Blockbuster Canada in its
chapter 15 case, Digital Domain's Canadian subsidiaries in pending
recognition proceedings, and the Circuit City liquidating trust in the
InterTAN proceeding under the CCAA. Mr. Feinstein also represented
worldwide modeling agency Elite S.A. in the New York chapter 11 case of its
wholly owned U.S. subsidiary.

Mr. Feinstein is an adjunct professor in the LL.M. Bankruptcy Program at St.
John's University School of Law, associate editor of the *Norton Journal of
Bankruptcy Law and Practice*, contributing editor of *Norton Bankruptcy Law
and Practice 2d*, has authored numerous articles, and frequently lectures on
bankruptcy topics. He is a graduate of Lafayette College and received his
J.D. (magna cum laude) from Boston University School of Law. He holds an
"AV Preeminent Peer Rating," Martindale-Hubbell's highest recognition for
ethical standards and legal ability, and was recently ranked among
Bankruptcy/Restructuring attorneys by *Chambers USA*.

Robert J. Feinstein (Cont.)

PACHULSKI
STANG
ZIEHL
JONES

## Representations

Official creditors' committees in AMF Bowling Worldwide; Agway; Berry-Hill Galleries (Coram Capital); Brooke Corporation; Chrysler (conflicts counsel); Circle Fine Art Corp.; Circuit City Stores; Coach America; Empire Beef; Flying J; Foss Manufacturing; Frank Parsons, Inc.; Freedom Communications; Gas City; Irving Tanning ; Jevic Holding; JHT Holdings; Loews Cineplex Entertainment; Lou Pearlman and Trans Continental Airlines; Movie Gallery Inc. I and II; Namco LLC; National Envelope; Neff Corporation; Palm Harbor Homes; Pennsylvania Fashions; Reddy Ice; Residential Capital (conflicts counsel); Salander O'Reilly Galleries; Strauss Discount Auto; Wehrenberg Theaters

Ad hoc movie studio committee in the Blockbuster chapter 11 case, Ad hoc committee of EFIH second lien holders in the Energy Future bankruptcy (conflicts counsel)

Chapter 11 debtors in Penthouse Magazine publisher General Media (named one of the "Top 10 Successful Restructurings of 2004" by Turnarounds & Workouts); boxer Mike Tyson; Dice (named one of the "Top 10 Successful Restructurings of 2003" by *Turnarounds & Workouts*); Digital Domain Media; ACandS; Hvide Marine; Venture Stores; Hexcel Corporation; Dana Corporation (conflicts counsel)

Receiver for Blockbuster Canada in chapter 15 case

Examiner appointed in Ralph Esmerian and R. Esmerian, Inc. chapter 11 cases

Equity holder in Elite Model Management

## Professional Affiliations

Vice chair, International Bar Association (IBA) Insolvency Section Reorganization & Workouts Subcommittee (2015-2016)

Member, International Insolvency Institute

Member, Bar Association of the City of New York Committee on Bankruptcy and Corporate Reorganization (2008-11)

## Programs and Lectures

Norton Bankruptcy Institute, American Bankruptcy Institute, St. John's University School of Law, Sotheby's Institute of Art, Turnaround Management Association

## Publications

"Trustees: When Retaining Counsel, Don't Forget About Special Counsel," 23 *Journal of the National Association of Bankruptcy Trustees* 22 (No. 3 Fall 2013); "Second Circuit Review," *Norton Bankruptcy Law Advisor* (1992-2011);

PACHULSKI

STANG

ZIEHL

JONES

Robert J. Feinstein (Cont.)

"Charitable Hospitals in Chapter 11," 1999 *Annual Survey of Bankruptcy Law* 25 (1999/2000); co-author with I. Scharf, "Update on the Role of Examiners in Chapter 11 Cases," *2004 Annual Survey of Bankruptcy Law 421* (2004); co-author, "LBO Litigation, Financial Projections and the Chapter 11 Plan Process," 21 *Seton Hall Law Review* 559 (1999)





# Jeffrey N. Pomerantz

Tel: 310.277.6910    |    jpomerantz@pszjlaw.com

10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

New York University (B.A.
1986)

New York University (J.D.
1989)

Phi Beta Kappa; Order of the
Coif

**BAR AND COURT
ADMISSIONS**

1989, California

Mr. Pomerantz is a member of the firm's management committee and is
resident in its Los Angeles office. Mr. Pomerantz's practice includes
representing companies, creditors' committees, and private equity funds in
complex financial restructurings and merger-and-acquisition transactions
both in and out of court. Mr. Pomerantz has particular expertise in
restructurings in the restaurant and retail sectors. Mr. Pomerantz also has an
active creditors' committee practice, having represented more than twenty
creditors' committees during the last several years, including Circuit City.
Mr. Pomerantz also frequently represents private equity funds in asset-
acquisition transactions. His practice is generally focused on middle-market
companies with annual revenues ranging from $50 - $300 million. Mr.
Pomerantz is a graduate of New York University (1986 Phi Beta Kappa),
where he also received his J.D. (1989, Order of the Coif). He holds an AV
Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical
standards and legal ability; has been named a "Super Lawyer" in the field of
Bankruptcy & Creditor/Debtor Rights every year since 2009 in a peer survey
conducted by Law & Politics and the publishers of Los Angeles magazine,
an honor bestowed on only 5% of Southern California attorneys; and was
selected by Best Lawyers in America. Mr. Pomerantz has also been
recognized as an outstanding lawyer by the preeminent publication
*Chambers USA* every year since 2007.

## Representations

Chapter 11 debtors: CyberDefender, Robbins Brothers, Ocean Park Hotels,
Retail Pro, Incentra Solutions, Inacom Corporation, Sunbelt Nursery Group,
Cooker Restaurant Corporation, Martin Lawrence Limited Edition, Gingiss
Group/Gary's Tuxedos, Breuner's Home Furnishings

Creditors' committees: Circuit City, Gas City, National Envelope, Souper
Salad, Charlie Browns, PJCOMN Acquisition (Papa John's), Daphne's Greek
Cafe, No Fear, S&K Famous Brands, Select Snacks/Jays Foods, Pike Nursery,
Airnet Communications, ISE Limited, Glazed Investments(Krispy Kreme),

Jeffrey N. Pomerantz (Cont.)

PACHULSKI
STANG
ZIEHL
&
JONES

Spectrum Restaurant Group, Mercury Plastics, Organized Living, Sega
Gameworks, Country Home Bakers, Lynx Golf, Bugle Boy Industries, Cimms,
Teardrop Golf Company, East Coast Bagel Company, Tom's Foods

## Professional Affiliations

Vice President-Education, American Bankruptcy Institute (2011-2013)

Member, American Bankruptcy Institute Executive Committee

Member, American Bankruptcy Institute Board of Directors

Co-chair, American Bankruptcy Institute Annual Southwest Bankruptcy
Conference (2004-2011)

Co-chair, American Bankruptcy Institute Bankruptcy Battleground West
(2002-2003)

## Programs and Lectures

American Bankruptcy Institute; Los Angeles Bankruptcy Forum; Financial
Lawyers Conference; Turnaround Managers Association; International
Conference of Shopping Centers

## Publications

Tectonic Changes Impact Evolving Turnaround Industry
Journal of Corporate Renewal (Nov/Dec 2014), December 2014

Properly Structured Private Equity Fund Avoids Pension Withdrawal Liability
Pachulski Bulletin #11, December 2012

Delaware Bankruptcy Court Weighs in on Intercreditor Agreements
31 American Bankruptcy Institute Journal 14 (No. 6 July 2012), July 2012

"Committee's Action Plan: Organizing Itself and Retaining Counsel," in *The
Role of Creditors' Committee in Chapter 11 Bankruptcies* (Aspatore 2008)

"The Bare Necessities of Critical Vendor Motions -- It's a Jungle Out There,"
13 *Journal of Bankruptcy Law & Practice* 73 (2004)





PACHULSKI
STANG
ZIEHL
JONES

10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Stanley E. Goldich

Tel: 310.277.6910    |    sgoldich@pszjlaw.com

**EDUCATION**

Trinity College (B.A. 1976).

Stanford University (J.D. 1979).

**BAR AND COURT ADMISSIONS**

1980, California

Mr. Goldich's legal practice primarily encompasses representation of debtors, creditors' committees, trustees and other parties in chapter 11 bankruptcy cases. He also regularly consults on conflicts and ethics issues in the firm's chapter 11 cases and is a former chair of the LACBA Ethics Committee, which he served on for over fifteen years. His current and recent matters include work as special plan counsel for the chapter 11 trustees in the jointly administered cases of Namco Capital and Ezri Namvar, representation of the liquidating trustee in the affiliated cases of People's Choice Home Loan, assistance in debtor and committee representations in the Solyndra and Digital Domain Media Group cases, and successful confirmation of a chapter 11 plan in an individual chapter 11 case involving a dozen unsecured lender guaranty claims totaling over $130 million. In addition to playing a lead role as debtor's counsel in many successful chapter 11 reorganizations and going-concern sales, Mr. Goldich's creditors' committee practice includes the chapter 11 proceedings of B.U.M. International and American Adventure, where committee-sponsored plans of reorganization were confirmed.

He is a graduate of Trinity College and received his J.D. from Stanford University Law School, and holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. Mr. Goldich is admitted to practice in California and is a resident in our Los Angeles office.

## Programs and Lectures

Los Angeles County Bar Association, Strafford CLE, CLE International

PACHULSKI

STANG

ℰ ZIEHL

JONES

Stanley E. Goldich (Cont.)

## Publications

The Sixth Circuit—Joining the Fourth, Fifth and Tenth Circuits—Holds That BAPCPA Did Not Abolish the Absolute-Priority Rule for Individual Chapter 11 Debtors
Norton Bankruptcy Law Advisor (No. 9 at 12), September 2014

Plain Meaning Rules: Did BAPCPA Abolish the Absolute-Priority Rule?
31 American Bankruptcy Institute Journal No. 5 @ 34, June 2012

Coauthor with Richard Pachulski, "Representation of Affliliated Corporate Entities in Chapter 11 Cases: Conflicts of Interest and Disclosure Issues," for the 17th Annual California Bankruptcy Forum (May 13-15, 2005)





10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# David J. Barton

Tel: 310.277.6910    |    dbarton@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A., *summa
cum laude,* 1978)

Leningrad State University,
USSR (Certificate of
Participation, 1977)

Harvard University (J.D.
1981)

Phi Beta Kappa; Pi Gamma
Mu; Mu Alpha Gamma;
Regents Scholar

**BAR AND COURT
ADMISSIONS**

1981, California

Mr. Barton practices business law, representing both public and private clients in a variety of transactions and specializing in middle-market company M&A, reorganizations, and work-outs. Mr. Barton has extensive experience in both domestic and international transactions, including Australia, Canada, and Mexico. From 1992 to 1997, Mr. Barton was vice president, general counsel, and secretary of Sizzler and remained in charge of the company's legal affairs throughout its chapter 11 reorganization. Mr. Barton holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest rating for ethical standards and legal ability. He holds a bachelor's degree in from UCLA and received his J.D. from Harvard Law School in 1981. He is a resident of our Los Angeles office.

## Professional Affiliations

Member, Transactions Committee of the Business Law Section of the State Bar (2012-2015)

Co-chair, Corporate and Securities Law Committee Insider Trading Procedures Practice Area Group (1997)

Member, American Corporate Counsel Association Corporate and Securities Committee (1995-1997)

Representative of Sizzler International, Inc., California Business Roundtable (1992-1993)

Member, State Bar of California Business Law Section Corporations Committee (1989-1992)

Member, State Bar of California Business Law Section Partnership Committee (1986-1989)

David J. Barton (Cont.)

## Programs and Lectures

Speaker, "Assessing, Building and Preserving and Transferring Value in California LLCs," Lorman Education Services (November 2007)

Lecturer, Export Marketing Seminars, Los Angeles District Office of U.S. Department of Commerce (June-July 1990)

Moderator, "Organizing and Advising California Partnerships," Continuing Education of the Bar and California State Bar Business Law Section (May 1989)

## Publications

SEC Disclosure, Filing Requirements for Public Companies in Chapter 11
Journal of Corporate Renewal, January 2009

Tougher SEC Standards Are Clogging the PIPEline
Journal of Corporate Renewal, May 2007

"Keeping the Debtor in 'Suspense': California Corporate Status in Chapter 11," 30 *California Bankruptcy Journal* 379 (2010)

"Rule 144A: Why Foreign Companies Are 'Taking the Plunge' into the U.S. Private Placement Market," *Int'l Executive* 9 (Nov./Dec.1990)

"California's Real Estate License Requirement: Obstacles and Risks for Real Estate Syndicators," 5 *California Business Law Practitioner* 145 (Fall 1990)

"Recent Development, Taxation of Foreign Income —Decree of the Supreme Soviet of U.S.S.R. of May 12, 1978," 20 *Harvard International Law Journal* 213 (1979)

Consultant, *Advising California Partnerships* ch. 2 (CEB 2d ed.)





# Iain A.W. Nasatir

Tel: 310.277.6910    |    inasatir@pszjlaw.com

10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Williams College; Columbia
University (B.A. 1979)

Benjamin N. Cardozo School
of Law (J.D., *cum laude*,
1982)

Order of Barristers; National
Moot Court Team

**BAR AND COURT
ADMISSIONS**

1983, New York

1991, California

Iain Nasatir specializes in insurance and reinsurance disputes, including in particular insolvency and coverage matters for primary, reinsurance, and excess carriers. He has had substantial experience in representing clients in coverage disputes with state guaranty associations, including, for example, those arising out of the Executive Life Insurance Company insolvency.

On the litigation front, in 2005 Mr. Nasatir obtained a defense judgment at trial on behalf of Fremont General in a suit brought by the Bank of New York over workers compensation deposits. He also obtained dismissals for the same client in litigations brought by the California Insurance Commissioner. On behalf of his Superior National client, he settled a reinsurance fraud dispute with a "walk-away." In the course of his firm's representation of Sizzler Restaurants International in bankruptcy, Mr. Nasatir advised on complex reinsurance and insurance defense issues arising in the bankruptcy regarding the debtor's captive, and successfully implemented a mandatory mediation program in the bankruptcy court to maximize the opportunity for a premium refund to be paid to the debtor. Mr. Nasatir has also been involved in similar capacities for the trustee of a bankrupt American subsidiary of a Japanese scrap metal company and for Breed Technologies in its bankruptcy. In addition to handling coverage issues on primary insurance and reinsurance agreements, Mr. Nasatir has represented policyholders in coverage disputes, including D & O coverage litigation with National Union Fire Insurance Company of Pittsburgh, Pa. and other similar carriers.

He attended Stowe School in Bucks, England, Williams College, Columbia College, and Cardozo School of Law. In 2006, he was named a Southern California Super Lawyer. Mr. Nasatir is admitted to practice in New York and California, and is a resident in our Los Angeles office.

Iain A.W. Nasatir (Cont.)

## Representations

Fremont General; Superior National; Commonwealth Insurance; Farmers; Certain Underwriters at Lloyds; Reinsurance Association of America

Insurance Insolvencies: KWELM; Mission Insurance; Transit Insurance; Executive Life

## Professional Affiliations

Conference of Insurance Counsel

Inter-Pacific Bar Association

Vice-chair, ABA Torts & Insurance Practice Section (2006-2007)

Member, International Association of Insurance Receivers

## Programs and Lectures

Lecturer, International Reinsurance Congress; Inter-Pacific Bar Association

## Publications

Co-author, "Recent Developments in Excess, Surplus Lines, and Reinsurance," 39 *ABA Tort Trial & Insurance Practice Law Journal* 376 (2004)

"Insurer's Collapse Highlights Hazards to Investors," *National Law Journal* (April 1995)

"For All the Wrong Reasons D & O Claims Should Diminish," *Risk Management* (Oct. 1994)

"Whose Contract Is It Anyway?" *Mealey's Litigation Reports Reinsurance* (Aug. 1994)

Co-author, "Communications Under Wraps," *Best's Review* (Sept.1992)

Co-Author, "Late Notice: In Harm's Way," *Best's Review* (Sept.1991)





10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Steven J. Kahn

Tel: 310.277.6910    |    skahn@pszjlaw.com

**EDUCATION**

University of California at
Los Angeles (B.A., *cum
laude*, 1973).

University of California at
Los Angeles (J.D. 1977).

**BAR AND COURT
ADMISSIONS**

1977, California.

Mr. Kahn specializes in civil and commercial litigation in the bankruptcy,
federal, and state courts. He has had substantial experience representing
debtors, bankruptcy trustees, creditors, and creditors' committees in all
aspects of civil litigation, including the prosecution and defense of claims
relating to fraud, preferential transfer, fraudulent conveyance, and other
complex claims across a broad range of industries. Mr. Kahn is a graduate
of the UCLA, where he also received his J.D. He holds an AV Preeminent
Peer Rating, Martindale-Hubbell's highest recognition for ethical standards
and legal ability. Mr. Kahn is admitted to practice in California and a resident
in our Los Angeles office.

## Professional Affiliations

Judge pro tem, Los Angeles Municipal Court, 1984-1987.

Member, Los Angeles County Bar Association Prejudgment Remedies
Executive Committee (1984-85).

## Publications

Coauthor, "Contractual Revisions to Medical Malpractice Liability," 49 *Law &
Contemporary Problems* 253 (1986).





150 California Street
15th Floor
San Francisco, CA
94111-4500

# Maxim B. Litvak

Tel: 415.263.7000    |    mlitvak@pszjlaw.com

**EDUCATION**

University of California (B.A. 1994)

Duke University School of Law (J.D. 1997)

**BAR AND COURT ADMISSIONS**

1997, Texas

2001, California

Mr. Litvak specializes in bankruptcy and restructuring matters. He has represented debtors, trustees, creditors, and creditors' committees in numerous bankruptcy cases and out-of-court restructurings. He has authored a number of papers on insolvency issues and has lectured at various seminars and bar association meetings. Mr. Litvak is a graduate of UC Berkeley and received his J.D. from Duke University. In 2014, he was named a "Northern California Super Lawyer" in a peer survey conducted by *Law & Politics* and the publishers of *San Francisco* magazine, an honor bestowed on only 5% of Northern California attorneys. He is admitted to practice in Texas and California, and speaks fluent Russian. Mr. Litvak is a resident in our San Francisco office.

## Representations

Chapter 11 debtors including Digital Domain Media (Delaware); Solyndra LLC (Delaware), Pacific Energy (Delaware), Woodside Homes (Riverside), Nellson Nutraceutical (Delaware), Proxim Corporation (Delaware), Sydran Services (Oakland), Deltagen (San Francisco), General Magic (San Jose), and Quokka Sports (San Francisco)

Creditors' committees including Carinalli (Santa Rosa), Humboldt Creamery (Santa Rosa), Pacific Lumber (Corpus Christi), SeraCare (San Diego), At Home Corporation (San Francisco), and Software Logistics (Oakland)

## Professional Affiliations

Member, Bench-Bar Liaison Committee of the Bankruptcy Court for the Northern District of California (2010-)

Turnaround Management Association, Northern California Chapter (Membership Committee, 2007-08; Secretary, 2004-07)

Maxim B. Litvak (Cont.)

## Programs and Lectures

Bar Association of San Francisco, American Bar Association, Turnaround Management Association

## Publications

Coauthor with D. Grassgreen: *First Day Motions: A Guide to the Critical First Days of a Bankruptcy Case* (ABI 2d ed. 2006)

Author, "What Does an Insider Have to Do to Make a Buck? A Commentary on the Recent Revisions to Section 503 of the Bankruptcy Code Limiting the Approval of Retention, Severance and Other Bonus Compensation to Insiders," in *Bankruptcy Reform 2005* at 63 (LRP Publications 2005)

Author, "Retention and Compensation of Investment Bankers in Bankruptcy Cases," 23 *American Bankruptcy Institute Journal* 30 (April 2004)

Contributing editor, *Norton Bankruptcy Law & Practice* (2006 - 2010)





919 North Market Street
17th Floor
Wilmington, DE 19801

780 Third Avenue
34th Floor
New York, NY 10017-2024

# Bradford J. Sandler

Tel: 302.778.6404    |    Tel: 212.561.7700    |    bsandler@pszjlaw.com

**EDUCATION**

Drexel University (B.S. 1989, *summa cum laude*)

Drexel University (M.B.A. 1989)

Temple University School of Law (J.D. 1995)

**BAR AND COURT ADMISSIONS**

Pennsylvania (1996)

New Jersey (1996)

Delaware (2001)

New York (2008)

Mr. Sandler serves as a cochair of the firm's national Committee Practice Group and maintains a national practice representing debtors, committees, acquirers, and other significant parties in interest in complex reorganizations and financially distressed situations, both in and out of court. He is listed among both The Best Lawyers in America and Delaware Super Lawyers in bankruptcy and creditor-debtor rights; is ranked among the top bankruptcy attorneys in the United States by The Deal; holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest rating for ethical standards and legal ability; and is ranked among Bankruptcy/Restructuring attorneys by Chambers USA, which states that he "is an expert in creditors' committee work," and that he "blend[s] traditional legal skills with commercial negotiating and business sense." Chambers USA has also described Mr. Sandler as "a creative, calm, effective lawyer who is also quick, smart and aggressive." Mr. Sandler regularly represents clients in a wide variety of industries, including retail and consumer products, technology, food and beverage, construction, life sciences, and manufacturing.

He also has substantial experience in representing businesses and entrepreneurs in both healthy and distressed corporate and commercial transactions. Additionally, he is an adjunct professor of law at Temple University School of Law in Philadelphia, where he teaches a course in business reorganizations. Mr. Sandler is a court-approved standing mediator for the United States Bankruptcy Court for the Districts of Delaware, New Jersey and New York, and the Superior Court for the State of Delaware.

Mr. Sandler is an active member of his community, continues to publish numerous articles, and is a frequent speaker on the topics of corporate law and business reorganization. He received a B.S. and an MBA at Drexel University and his J.D. at Temple University, where he served as executive editor of the Temple Environmental and Technological Law Journal. He is admitted to practice in Delaware, Pennsylvania, New Jersey and New York,

Bradford J. Sandler (Cont.)

and primarily practices out of the Firm's Wilmington and New York offices.

## Representations

Creditors' committees: Ashley Stewart, Fired Up (Johnny Carino's), Quantum Leap (TGi Friday franchisee), Martifer Solar, LifeCare Hospitals, Namco Holdings, Bakers Shoes, Coach America, Buffets Restaurants, Smurfit-Stone, Eddie Bauer, Harry & David Holdings, Back Yard Burgers, Joan Fabrics, Quaker Fabrics, Emivest Aerospace Corporation, Oasys Mobile, SSI Group (Souper Salad), KH Funding, PJComn Acquisition Corp (Papa John's), Freedom Rings, Old Original Bookbinders, National Envelope Corporation, National Dry Cleaners, Neff Corporation, Pure Beauty Salons & Boutiques (Trade Secret), Bowe Bell & Howe, Anchor Blue Retail Group, Charlie Brown's Restaurant Group, Dan River Holdings, Goodys, Specialty Packaging Holdings, Palm Harbor Homes, Frank Parsons Inc., Custom Cable Industries

Debtors: DVI Financial Services, Charleston Associates, Forward Foods, Network Access Solutions Corporation, Protarga, Kitchen Etc., Home Health Care of America, Avant-Garde Enterprises

Trustees (postconfirmation or chapter 7): Leading Edge, Evergreen International Airlines, TSC, VeraSun Energy, Net2000 Communications, Ultimate Electronics, US Automotive Friction, Carolina Fluids, Somody, American Remanufacturers

## Professional Affiliations

Co-chair, Business Reorganization Committee of the American Bankruptcy Institute

Immediate Past Chair and Executive Committee Member, Philadelphia Bar Association Business Law Section Bankruptcy Committee

Steering Committee Member, Eastern District of Pennsylvania Bankruptcy Conference Education Committee

Past Co-chair, American Bankruptcy Institute Special Projects Task Force of the Asset Sales Committee

Member, Turnaround Management Association, Association for Corporate Growth, International Federation of Insolvency Practitioners (INSOL), Delaware Bankruptcy American Inn of Court

Ambassador, Select Greater Philadelphia

Member, The Union League of Philadelphia

Director, Turnaround Management Association (Philadelphia Chapter), The Settlement Music School, The Mendelssohn Club of Philadelphia, The Philadelphia Art Alliance

Bradford J. Sandler (Cont.)

## Programs and Lectures

National Conference of Bankruptcy Judges, American Bankruptcy Institute, Turnaround Management Association, National Association of Credit Managers, Temple University School of Law (adjunct professor of law), Hildebrandt Institute, Pennsylvania Bar Institute, New York State Bar Association, Eastern District of Pennsylvania Bankruptcy Conference, and the Philadelphia Bar Association.

## Publications

Not for the Unwary: Claims Trading Strategies, Risks
Journal of Corporate Renewal, February 2015

Third Circuit Holds Philadelphia Newspapers LLC's Lenders Do Not Have a Right to Credit Bid
Absolute Priority Blog
March 23, 2010

Alan Greenspan Acknowledges Government Failures and Proposes New Bankruptcy Scheme for Financial Institutions
Absolute Priority Blog
March 20, 2010

Coauthor, "Suggested Amendments to US Bankruptcy Code," *Law360* (February 3, 2009)

Coauthor,"'Decoupling' Issues in Bankruptcy," *Business Bankruptcy Newsletter* (ABA Business Law Section January 2009)

Author, "Corporate Guidance in M&A Transactions From Chancery Court," 8 *Delaware Law Weekly* No. 36 (Sept. 14, 2005)

Coauthor, "Statutory Employer Immunity Under Pennsylvania Law," *Pennsylvania Bar Quarterly* (Winter 1998)

Coauthor, *Statutory Employer Immunity in Tort Cases Involving Work-Related Injuries*, Pennsylvania Trial Lawyers Association Pub. No. 148-1997 (1997)

Coauthor, "Recent Significant Case Decisions Involving Design Professionals," in program materials for 36th Annual Meeting of Invited Attorneys (Schinnerer & Co. 1997)

Regular law columnist for the monthly national magazine, *The Construction Specifier*

Author, "*Alcan* Revisited: Does the Denial of a De Minimis Defense Help Achieve a 'Polluter's Pay' Policy?" 8 *Temple Environmental Law & Technology Journal* 141 (1994)





# Harry Hochman

Tel: 310.277.6910    |    hhochman@pszjlaw.com

10100 Santa Monica Boulevard
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

University of Michigan (A.B. with high distinction 1982)

University of California at Los Angeles (J.D. 1987)

**BAR AND COURT ADMISSIONS**

California, 1987

**CLERKSHIPS**

Law clerk, Judge William J. Rea (C.D. Cal. 1987-89)

Judicial extern, Judge William Matthew Byrne, Jr. (C.D. Cal. 1986)

Mr. Hochman is experienced in both litigation and bankruptcy practice. He handles business litigation and appeals in federal and state courts, and has represented committees, debtors, trustees, and creditors in bankruptcy cases. He is a graduate of the University of Michigan and received his law degree from the UCLA School of Law, where he was editor-in-chief of the *UCLA Pacific Basin Law Journal*. He served as a federal law clerk to the Hon. William J. Rea and as a judicial extern to the Honorable Wm. Matthew Byrne, Jr. He holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability. Mr. Hochman is admitted to practice in California and is a resident in our Los Angeles office.

## Representations

National Association of Bankruptcy Trustees as amicus curiae in *USACM Liquidating Trust v. Deloitte & Touche* (9th Circuit); *Bondi* (extraordinary commissioner of Parmalat Finanziaria S.p.A.) *v. Citigroup* (Parmalat) (NJ Supreme Court); *Peterson* (chapter 7 trustee for Lancelot Investors Fund) *v. McGladrey* (7th Circuit); and *Kirschner* (trustee of the Refco Litigation Trust) *v. KPMG* (NY Court of Appeals)

## Reported Cases

*In re Future Media Productions, Inc.*, 530 F.3d 1178 (9th Cir. 2008)

*In re GC Companies, Inc.*, 298 B.R. 226 (D. Del. 2003)

*In re General Teamsters, Warehousemen and Helpers Union, Local 890*, 265 F.3d 869 (9th Cir. 2001)

*In re DAK Industries, Inc.*, 66 F.3d 1091 (9th Cir. 1995)

Harry Hochman (Cont.)

*In re Gordon*, 988 F.2d 1000 (9th Cir. 1993)

## Publications

Tectonic Changes Impact Evolving Turnaround Industry
Journal of Corporate Renewal (Nov/Dec 2014), December 2014





# Jeffrey W. Dulberg

Tel: 310.277.6910    |    jdulberg@pszjlaw.com

10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

**EDUCATION**

Swarthmore College (B.A.
1991)

University of California, Los
Angeles (J.D. 1995)

Moot Court Honors Program

**BAR AND COURT
ADMISSIONS**

1995, California

Mr. Dulberg has substantial experience representing debtors, creditors, trustees, asset purchasers, and committees in chapter 11 cases throughout the country. Mr. Dulberg has served as lead counsel for several large debtors, including **Z Gallerie** (reorganization of national home furnishings retailer; 2010 Winner "Chapter 11 Reorganization of the Year" - *The M&A Advisor* and 2010 Winner "Turnaround of the Year" – *Turnaround Management Association*), **Barbeques Galore** (the world's largest specialty barbeque retailer), **People's Choice Home Loan** (formerly a major national subprime loan originator), and **The Parent Company / eToys** (a leading commerce, content, and new media company). He was co-counsel in **Contessa Foods**, a food processor and retailer of frozen seafood products, which was deemed "Transaction of the Year, Mid-Size Company" by the *Turnaround Management Association*. Mr. Dulberg has also represented creditors' committees in **Hot Dog on a Stick**, **No Fear**, **Jays Foods**, and **SEGA GameWorks**, among others.

He has handled numerous out-of-court and commercial matters, including a wide variety of sales, and appeals before the Bankruptcy Appellate Panel of the Ninth Circuit. Mr. Dulberg lectures frequently on chapter 11 issues and he has spoken nationwide regarding these matters. Mr. Dulberg is a graduate of Swarthmore College and received his J.D. from UCLA, where he was a teaching assistant with the Department of Political Science. In 2010, 2011 and 2012, he was named a "Super Lawyer" in the field of Bankruptcy & Creditor/Debtor Rights in a peer survey conducted by *Law & Politics* and the publishers of *Los Angeles* magazine, an honor bestowed on only 5% of Southern California attorneys. Mr. Dulberg is admitted to practice in California and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Z Gallerie; Meridian Sports Clubs *dba* Bodies in Motion; The Parent Company; Barbeques Galore; People's Choice Home Loan; Prime Measurement Products; Olympia Group; RFB Cellular; Trend Technologies;

Jeffrey W. Dulberg (Cont.)

Track 'n Trail

Creditors' committees: Hot Dog on a Stick; No Fear; Select Snacks/Jay's Foods; Pike Nursery; Sega GameWorks; Mercury Plastics; Custom Food Products (trade committee);

Secured creditors in Meruelo Maddux Properties

Creditors/landlord representations: The Sylmark Group, Mid-Valley Properties

## Professional Affiliations

Board of Directors, Los Angeles Bankruptcy Forum

Member, Turnaround Management Association

Member, American Bankruptcy Institute

Member, California Bankruptcy Forum

## Programs and Lectures

NACM/West Coast Apparel & Footwear Credit Association, American Bankruptcy Institute, Turnaround Management Association, Valley Credit Professionals, Credit Managers Association, Los Angeles Bankruptcy Forum, Commercial Real Estate Women





10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Shirley S. Cho

Tel: 310.277.6910    |    scho@pszjlaw.com

**EDUCATION**

University of California,
Berkeley (B.A., *magna cum
laude*, 1994)

University of California,
Hastings College of the Law
(J.D. 1997)

**BAR AND COURT
ADMISSIONS**

California, 1997

New York, 2002

**CLERKSHIPS**

Law clerk, Judge John E.
Ryan (Bankr. C.D. Cal.
1997-98)

Ms. Cho has represented some of the largest companies in America in connection with their corporate restructuring efforts, including leading a $500 million reorganization of the third largest homebuilder in Nevada. In addition to representing companies in financial distress, Ms. Cho has represented over three dozen official committees of unsecured creditors across a variety of industries including retail, manufacturing, wholesale distribution, oil and gas, mining, finance, mortgage, finance, and healthcare.

Ms. Cho was part of a team of two attorneys who won the Chapter 11 Reorganization of the Year (Lower Middle Market) by the M&A Advisor for their work on behalf of the creditors' committee of The Walking Company. Ms. Cho has been recognized as a "Super Lawyer" in *Los Angeles Magazine*, as well as being listed as one of the Top Women Attorneys in Southern California for Bankruptcy in 2014.

Ms. Cho is an active member of the community, serving as cochair of the American Bankruptcy Institute Battleground West and on the board of directors of Asian Americans Advancing Justice, Los Angeles. She has also written and lectured extensively on insolvency issues. Ms. Cho is a member of the California and New York bars and is admitted to practice before the Ninth Circuit Court of Appeals. She is a graduate of UC Berkeley and received her J.D. from Hastings College of the Law. Ms. Cho is resident in our Los Angeles office.

## Representations

Chapter 11 debtors: American Suzuki; CyberDefender Corporation; Rhodes Homes; William Lyon Homes; Solyndra

Creditors' committees: Martifer Solar; Orchard Supply Hardware Stores; Rodeo Creek Gold; Contract Research Solutions; Alethia Research & Management; Nevada Cancer Institute; Coach America; Palm Harbor Homes; CB Holdings (Charlie Brown's); Souper Salad/Grandy's; ISE

Shirley S. Cho (Cont.)

Corporation; MMFX Corporation; Gas City; The Walking Company; S&K Famous Brands; Fleetwood Enterprises; Daphne's Greek Cafe

DIP lender: New Century Financial Corporation ($150 million credit facility)

Asset purchaser for steering division of Delphi Corporation (estimated value $700 million)

## Professional Affiliations

Board member, Asian Americans Advancing Justice (fka Asian Pacific American Legal Center)

Executive Advisory Board Member, American Bankruptcy Institute Bankruptcy Battleground West

Cochair, American Bankruptcy Institute Battleground West (2014, 2015)

## Programs and Lectures

American Bar Association

## Publications

Trustees: When Retaining Counsel, Don't Forget About Special Counsel 23 Journal of the National Association of Bankruptcy Trustees 22 (No. 3 Fall 2013)

Delaware Bankruptcy Court Weighs in on Intercreditor Agreements 31 American Bankruptcy Institute Journal 14 (No. 6 July 2012), July 2012

"Chapter 11 Bankruptcy After BAPCPA - A Closer Look at Critical Trade, Exclusivity, and Dismissal/Conversion," 63 *Consumer Finance Law Quarterly Report* (Spring/Summer 2009)

Coauthor, *A Comparison Shopping Guide for 363 Sales* (ABI 2009)

Coauthor, "*Clear Channel* Muddies the Waters of Section 363(m) Mootness Protection," 22 *Bankruptcy Strategist* 1 (No. 2 Dec. 2008)

"The Intersection of Critical Vendor Orders and Bankruptcy Code Section 503(b)(9)," 29 *California Bankruptcy Journal* 1 (2007)

"The Southern District of New York Adds Its Two Cents to the *Catapult* Debate," 4 *ABI Technology & Telecommunications Committee Newsletter* (No. 2 June 2007)

"A Closer Look at Critical Trade; Exclusivity; and Dismissal/Conversion," published in materials for American Bar Association Annual Meeting (2006)

"The Danger Zone: Fiduciary Duty Issues Impacting Directors and Officers in the Zone of Insolvency and Beyond," published in materials for Strategies for Distressed Companies Conference (CLE Int'l Nov. 2001)

Shirley S. Cho (Cont.)

"What To Do When Your Payor Goes Under," published in materials for American Hospitals & Health Systems Law Institute Conference (2000)

"Continuing Economic Reform in the People's Republic of China: Bankruptcy Legislation Leads the Way," 19 *Hastings International & Comparative Law Review* 739 (1996)

Coauthor, "U.S.-Canadian Cross-Border Insolvencies -- A Survey of Recent Ancillary Proceedings," published in materials for Canadian-American Symposium on Cross-Border Insolvency Law (ABI Feb. 2005)

Coauthor, "A Model for Canadian Cross-Border Insolvency: *Core-Mark International, Inc.*," 22 *Bankruptcy Strategist* 1 (No. 6 Apr. 2005)

Coauthor, "The Zone of Insolvency: When Has a Company Entered Into It and, Once There, What Are the Board's Duties?" published in materials for Bankruptcy 2002: Views From the Bench (ABI 2002)



PACHULSKI
STANG
ZIEHL
JONES



10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Victoria A. Newmark

Tel: 310.277.6910    |    vnewmark@pszjlaw.com

**EDUCATION**

University of California at
Berkeley (B.A. 1991, with
honors)

Yale Law School (J.D. 1995)

**BAR AND COURT
ADMISSIONS**

1996, California

Ms. Newmark has extensive experience as a bankruptcy lawyer, including representation of debtors, creditors, and equity holders in chapter 11 reorganization cases. She has also represented buyers and sellers in acquisitions and sales of distressed assets, and borrowers and lenders in loan originations and out-of-court work-outs. Ms. Newmark is a graduate of UC Berkeley and received her J.D. from Yale Law School, where she was an editor of the *Yale Law Journal* and managing editor of the *Yale Journal of International Law*. She co-authored an article on trade vendor rights legislation under the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005. She has also been recognized annually ever year from 2004 to 2010 as a Southern California Rising Star in the Law & Politics Media Inc. survey published in *Los Angeles Magazine* and the Southern California edition of *Super Lawyers*. Ms. Newmark is admitted to practice in California and is a resident of our Los Angeles office.

## Representations

Represented a subprime mortgage loan originator and servicer, the nation's second-largest at the time of its chapter 11 filing, as debtor's counsel

Represented the purchaser of a mid-size nutritional supplements distributorship in contested bankruptcy auction proceedings

Represented a publicly held ISP and global online media content company and its affiliates as debtors' counsel in their chapter 11 cases

Represented the seed investor and acquirer of a California specialty retail business pursuant to section 363 of the Bankruptcy Code

www.pszjlaw.com        LOS ANGELES    SAN FRANCISCO    NEW YORK    WILMINGTON

Victoria A. Newmark (Cont.)

PACHULSKI
STANG
ZIEHL
JONES

## Publications

First Day Motions (3d ed.)
A Guide to the Critical First Days of a Bankruptcy Case
American Bankruptcy Institute, June 2012

Coauthor, "Tradeoffs," *The Deal* (May 23, 2005)





PACHULSKI
STANG
ZIEHL
JONES

10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Jonathan J. Kim

Tel: 310.277.6910    |    jkim@pszjlaw.com

**EDUCATION**

Duke University (A.B., *magna cum laude*, 1992)

Harvard University Law School (J.D., *cum laude*, 1995)

**BAR AND COURT ADMISSIONS**

1995, California

Mr. Kim has represented both debtors and creditors on a wide range of issues in chapter 11 cases, bankruptcy litigation, and federal court appeals, with substantial experience in plan, corporate/transactional, and litigation matters. He is a graduate of Duke University and received his J.D. from Harvard. He is a member of the Financial Lawyers Conference. Mr. Kim is admitted to practice in California, and is a resident in our Los Angeles office.

## Representations

Chapter 11 debtors: Woodside Homes; Ownit Mortgage Solutions; Murray Inc.; Peregrine Systems

## Publications

Navigating Corporate Bankruptcy in the Electronic Age
Bankruptcy Law 360, January 15, 2015

Potential Risks and Lessons for Debtor-Licensors in Chapter 15 Cases Based on Recent Fourth Circuit Decision
International Bar Association: Insolvency and Restructuring International, September 2014

Authored or coauthored program materials for: "The Great Debate" (ABI Annual Bankruptcy Battleground West Conference, March 2011); "Trends and Issues in Commercial Real Estate Lending Covenants and Documentation" (California Bankruptcy Forum 2011); "The Mootness Doctrine as Applied to Bankruptcy Sales" (August 2009); "Retail Debtor Cases – Recent Issues" (Bloomberg Bankruptcy Law Seminar, May 2008); "Report From the Front: Creditors Committees After BAPCPA" (ABI Mid-Atlantic Conference 2006)



## PACHULSKI
## STANG
## ZIEHL
## JONES



# Scotta E. McFarland

Tel: 310.277.6910    |    Tel: 302.652.4100    |    smcfarland@pszjlaw.com

10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

919 North Market Street
17th Floor
Wilmington, DE 19801

**EDUCATION**

University of North Texas
(B.S. Ed. 1969)

Southern Methodist
University (J.D. 1980)

**BAR AND COURT
ADMISSIONS**

1980, Texas (inactive)

1993, California

2002, Delaware

Scotta McFarland is a bankruptcy attorney with over thirty years' experience representing debtors, creditors' committees, secured creditors, trustees, lessors, lessees, equity holders, and purchasers of assets in both chapter 11 cases and out-of-court restructurings. Ms. McFarland received her BSEd from the University of North Texas and her JD from Southern Methodist University. She is admitted to practice in Texas (inactive), California and Delaware. She holds an AV Preeminent Peer Rating, Martindale-Hubbell's highest recognition for ethical standards and legal ability.

Prior to joining the firm, Ms. McFarland's practice primarily involved representing creditors' committees and banks in reorganizations of oil and gas companies, both in and out of court, and representing financial institutions and insurance companies in real estate chapter 11 cases. In many of these matters, Ms. McFarland served as lead attorney in trials conducted in bankruptcy courts.

After joining the firm, Ms. McFarland practiced in the firm's Wilmington, Delaware office for six years. Since 2007, Ms. McFarland has practiced in the firm's Los Angeles office. Since joining the firm, she has concentrated her practice in the representation of large corporate debtors in a variety of industries, including retail, real estate, manufacturing, technology, healthcare, and food distribution. Ms. McFarland has advised clients regarding and assisted with the preparations for filing chapter 11 cases, advised debtors regarding operation of a business in chapter 11, negotiated and documented settlements with major creditors, second chaired the chapter 11 reorganizations of substantial retail debtors, participated in the reorganization of a company burdened with asbestos lawsuits, participated in the representation of nursing homes and an acute-care hospital and managed the process of objecting to hundreds of claims in various cases.

PACHULSKI
STANG
ZIEHL
JONES

Scotta E. McFarland (Cont.)

## Representations

Chapter 11 debtors: Harnischfeger Industries/Joy Global; Covad
Communications; Fleming Distribution; HomePlace of America; Copelands'
Enterprises; Peregrine Systems; Empire Land; Thorpe Insulation; Pacific
Energy Resources; People's Choice Home Loan; Z Gallerie; Alert Cellular;
Specialty Trust; Victor Valley Community Hospital

## Programs and Lectures

Southern Methodist University Bankruptcy Law Institute; East Texas State
University; California Bankruptcy Forum; American Land Title Association,
Lender's Counsel Group; Los Angeles County Bar Association Real Estate
Section

## Publications

Author, "Waiver of Bankruptcy Rights in Workout Agreements," *Probate &
Property* (Nov.Dec. 1984)

Author, "Jurisdictional Stumbling Blocks," in *Southern Methodist University
Bankruptcy Law Institute—Representing Debtors in Bankruptcy—Practice
Strategies* (Matthew Bender 1990).

Author, "Attorneys and Experts: The Perfect Couple," in *Southern Methodist
University Bankruptcy Law Institute—Representing Debtors in Bankruptcy—
Litigating in the Bankruptcy Court* (Matthew Bender 1989).





10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Nina L. Hong

Tel: 310.277.6910     |     nhong@pszjlaw.com

**EDUCATION**

Columbia College (B.A.,
*summa cum laude*, 1993)

Columbia University School
of Law (J.D. 1996)

Phi Beta Kappa; Omicron
Delta Epsilon; Harlan Fiske
Stone Scholar

**BAR AND COURT
ADMISSIONS**

1996, California

Ms. Hong specializes in a variety of business transactions and corporate governance matters, including formation and governance of business entities, debt and equity financings, mergers and acquisitions, venture capital investments, corporate restructurings, and compliance with federal and state securities laws. She has also advised clients in acquisitions of assets from distressed companies. She represents private and public companies in both domestic and international business transactions, including cross-border transactions involving Chinese companies. Ms. Hong is an author and speaker on a variety of legal issues, including developments in California and Delaware corporate law. She is a graduate of Columbia University, where she also received her J.D. She is fluent in Mandarin. Ms. Hong is admitted to practice in California and is a resident in our Los Angeles office.

## Professional Affiliations

Board of Governors,Southern California Chinese Lawyers Association (2013-)

Vice chair, State Bar of California Business Law Section Corporations Committee (2007-2008; member, 2004-2008)

Member, State Bar of California Business Law Section Partnerships and Limited Liability Companies Committee (2010-)

Member, Inter-Pacific Bar Association

## Programs and Lectures

Keynote Speaker, Southwestern Law School's APALSA Banquet (April 2015)

Nina L. Hong (Cont.)

Speaker, Southern California Chinese Lawyers Association's Summer Event (September 2014)

Speaker, "California LLC Operating Agreements," Teleseminar for State Bar of California Business Law Section (May 2014)

Co-lecturer, "The New LLC Act: Life After Beverly Killea," UCLA Faculty Center CEB Presentation (November 2013)

Co-lecturer, "Hot Topics in Business Tax and Fiduciary Duties of Managers of Insolvent Limited Liability Companies," Teleseminar for State Bar of California Business Law Section (May 2012)

"Recent Corporate Law Developments," State Bar of California 80th Annual Meeting (Sept. 2007)

## Publications

Contributing editor, *Handbook for Incorporating a Business in California* (State Bar of California 2006)

Coauthor, "Selected Developments in Corporate Law," *Business Law News* 3 (State Bar of California Annual Review 2007)





10100 Santa Monica
Boulevard
13th Floor
Los Angeles, CA 90067-4003

# Gillian N. Brown

Tel: 310.277.6910    |    gbrown@pszjlaw.com

**EDUCATION**

University of California at
Berkeley (B.A., with honors,
1994)

Berkeley Law/Boalt Hall
School of Law, University of
California, Berkeley (J.D.
1999)

Phi Beta Kappa; Alumni
Scholar

**BAR AND COURT
ADMISSIONS**

1999, California

2008, Washington, D.C.

2010, New York

**CLERKSHIPS**

Law clerk, Judge William M.
Hoeveler (S.D. Fla.
1999-2000)

Ms. Brown has litigated matters in California state courts, federal district courts, and federal bankruptcy courts. She is a graduate of the University of California at Berkeley and attended the Centro Studi della Boston University in Padova, Italy. At Boalt Hall School of Law, she was a notes & comments editor for the *California Law Review* and book review editor for the *Berkeley Women's Law Review.*

Ms. Brown's practice includes representing clients in general business litigation, including contract disputes, business tort litigation, and unfair competition actions. She has also prosecuted and defended class actions and complex litigation, defended employees and employers in employment discrimination matters, and represented both debtors and creditors' committees in bankruptcy litigation. Since 2004, Ms. Brown has represented sex abuse survivors in bankruptcy cases involving the Roman Catholic Church. Ms. Brown was named a "Southern California Super Lawyers Rising Star" every year from 2004 - 2008. She was named a "Southern California Super Lawyer" in 2015. She is fluent in Italian.

Ms. Brown is a resident in our Los Angeles office.

## Representations

Business litigation: Trial verdict in excess of $2 million in *Mortgage Lenders Network USA v. Wells Fargo Bank* (Bankr. D. Del. 2009); Trial counsel in successful litigation finding investment pool assets worth $120 million to be property of the chapter 11 estate, *Official Committee v. Catholic Diocese of Wilmington, Inc. (In re Catholic Diocese of Wilmington, Inc.)*, 432 B.R. 135 (Bankr. D. Del. 2010)

Committees of sex abuse survivors: Catholic Diocese of Spokane; Diocese of Davenport; Roman Catholic Bishop of San Diego; Society of Jesus, Oregon Province; Catholic Bishop of Northern Alaska; Catholic Diocese of Wilmington; Archdiocese of Milwaukee; Christian Brothers of Ireland Inc.

Gillian N. Brown (Cont.)

and Christian Brothers Institute; Roman Catholic Church of the Diocese of Gallup; Roman Catholic Bishop of Helena, Montana; Roman Catholic Bishop of Stockton

Class actions/complex litigation: plaintiff class in *In re Structured Settlement Litigation*; defense of FUJIFILM Holdings America Corporation

## Professional Affiliations

President, Beverly Hills Bar Foundation (2014-2015)

Board of Directors, Beverly Hills Bar Foundation (2011-2014)

Board of Directors, Boalt Hall Alumni Association (2010 - 2013)

Advisory Board, Western Center on Law & Poverty (2007 - 2012)

Member, American Bar Association Electronic Discovery Working Group (2011 - )

Member, International Women's Insolvency and Restructuring Confederation

## Publications

E-Discovery Issues
Business Credit, October 2008

# EXHIBIT C

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

JWD

March 31, 2014
Invoice    110251
Client    47516
Matter    00002
**JWD**

RE:  Committee O.C.U.C.

_____

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   03/31/2014

| | |
|---|---|
| FEES | $678,835.00 |
| EXPENSES | $10,036.95 |
| **TOTAL CURRENT CHARGES** | **$688,871.95** |
| **TOTAL BALANCE DUE** | **$688,871.95** |

Pachulski Stang Ziehl & Jones LLP                                    Page:    2
KSL Media O.C.C.                                                     Invoice 110251
47516    00002                                                      March 31, 2014

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 81.30 | $65,899.50 |
| AC | Avoidance Actions | 3.60 | $2,838.00 |
| AD | Asset Disposition [B130] | 2.70 | $1,838.50 |
| BL | Bankruptcy Litigation [L430] | 284.20 | $205,193.00 |
| CA | Case Administration [B110] | 17.80 | $10,907.00 |
| CO | Claims Admin/Objections[B310] | 30.20 | $22,659.00 |
| EB | Employee Benefit/Pension-B220 | 13.20 | $9,738.00 |
| EC | Executory Contracts [B185] | 10.90 | $8,361.50 |
| FF | Financial Filings [B110] | 1.20 | $716.00 |
| GC | General Creditors Comm. [B150] | 109.60 | $83,779.00 |
| LN | Litigation (Non-Bankruptcy) | 3.80 | $2,891.00 |
| MC | Meeting of Creditors [B150] | 5.10 | $3,538.50 |
| MI | Management Issues | 3.60 | $3,582.00 |
| PD | Plan & Disclosure Stmt. [B320] | 163.40 | $119,588.00 |
| RP | Retention of Prof. [B160] | 178.70 | $124,921.00 |
| RPO | Ret. of Prof./Other | 18.60 | $12,385.00 |
| | | 927.90 | $678,835.00 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| BDD | Dassa, Beth D. | Paralegal | 295.00 | 6.70 | $1,976.50 |
| BJS | Sandler, Bradford J. | Partner | 750.00 | 0.90 | $675.00 |
| DJB | Barton, David J. | Partner | 825.00 | 1.30 | $1,072.50 |
| FSH | Harrison, Felice  S. | Paralegal | 295.00 | 10.20 | $3,009.00 |
| GNB | Brown, Gillian N. | Partner | 595.00 | 0.20 | $119.00 |
| HDH | Hochman, Harry D. | Counsel | 695.00 | 12.20 | $8,479.00 |
| IAWN | Nasatir, Iain A. W. | Partner | 795.00 | 14.70 | $11,686.50 |
| JJK | Kim, Jonathan J. | Counsel | 645.00 | 81.20 | $52,374.00 |
| JJK | Kim, Jonathan J. | Counsel | 665.00 | 1.90 | $1,263.50 |
| JNP | Pomerantz, Jeffrey N. | Partner | 850.00 | 0.60 | $510.00 |
| JWD | Dulberg, Jeffrey W. | Partner | 675.00 | 300.00 | $202,500.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:     3
KSL Media O.C.C.                                                     Invoice 110251
47516     00002                                                     March 31, 2014

| | | | | | |
|------|----------------------|-----------|--------|--------|-------------|
| JWD  | Dulberg, Jeffrey W.   | Partner   | 695.00 | 1.00   | $695.00     |
| LAF  | Forrester, Leslie A.  | Other     | 295.00 | 4.40   | $1,298.00   |
| MBL  | Litvak, Maxim B.      | Partner   | 750.00 | 7.00   | $5,250.00   |
| NLH  | Hong, Nina L.         | Partner   | 625.00 | 0.20   | $125.00     |
| PJJ  | Jeffries, Patricia J. | Paralegal | 295.00 | 32.30  | $9,528.50   |
| RJF  | Feinstein, Robert J.  | Partner   | 975.00 | 0.40   | $390.00     |
| RMP  | Pachulski, Richard M. | Partner   | 995.00 | 206.80 | $205,766.00 |
| SEG  | Goldich, Stanley E.   | Partner   | 825.00 | 0.30   | $247.50     |
| SEM  | McFarland, Scotta E.  | Counsel   | 645.00 | 140.80 | $90,816.00  |
| SJK  | Kahn, Steven J.       | Counsel   | 775.00 | 102.10 | $79,127.50  |
| SJK  | Kahn, Steven J.       | Counsel   | 795.00 | 0.50   | $397.50     |
| SSC  | Cho, Shirley S.       | Counsel   | 695.00 | 1.80   | $1,251.00   |
| VAN  | Newmark, Victoria A.  | Counsel   | 695.00 | 0.40   | $278.00     |
| | | | | 927.90 | $678,835.00 |

## **Summary of Expenses**

| Description | Amount |
|-------------|--------|
| Bloomberg   | $10.00 |
| Conference Call [E105] | $269.64 |
| Federal Express [E108] | $27.11 |
| Lexis/Nexis- Legal Research [E | $1,712.48 |
| Legal Vision Atty Mess Service | $983.00 |
| Postage [E108] | $187.32 |

Pachulski Stang Ziehl & Jones LLP

Page:    4
Invoice 110251
March 31, 2014

KSL Media O.C.C.

47516    00002

## Summary of Expenses

| Description | Amount |
|---|---|
| Reproduction Expense [E101] | $729.20 |
| Reproduction/ Scan Copy | $570.10 |
| Westlaw - Legal Research [E106 | $5,548.10 |
| | $10,036.95 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    5
KSL Media O.C.C.                                                     Invoice 110251
47516    00002                                                      March 31, 2014

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Asset Analysis/Recovery[B120]

| Date | Init | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2013 | RMP | AA | Prepare for Debtor meeting. | 1.40 | 995.00 | $1,393.00 |
| 10/14/2013 | JWD | AA | Call with R Landau re various issues and reconciliation, draft emails to committee | 0.60 | 675.00 | $405.00 |
| 10/14/2013 | JWD | AA | Work on notes and issue list for meeting with Debtor and draft notes re same (1.2); respond to Committee inquiries re same (0.3) | 1.50 | 675.00 | $1,012.50 |
| 10/15/2013 | JWD | AA | Review schedules and SOFA's, draft notes and inquiry emails re same | 1.20 | 675.00 | $810.00 |
| 10/15/2013 | JWD | AA | Prepare email to J Shenson and review response and schedules | 0.20 | 675.00 | $135.00 |
| 10/15/2013 | JWD | AA | Emails with D Himmel re review of insurance policy (0.2); emails with M Rieder re policies (0.2); review various policies (0.8) | 1.20 | 675.00 | $810.00 |
| 10/16/2013 | RMP | AA | Review e-mails and telephone conferences with Committee members regarding reconciliation issues. | 0.90 | 995.00 | $895.50 |
| 10/16/2013 | RMP | AA | Conference with J. Dulberg regarding reconciliation issues. | 0.40 | 995.00 | $398.00 |
| 10/16/2013 | RMP | AA | Review package of insurance policies. | 1.40 | 995.00 | $1,393.00 |
| 10/16/2013 | JWD | AA | Review MOR's and emails re same | 0.60 | 675.00 | $405.00 |
| 10/16/2013 | JWD | AA | Prepare and review additional requests and correspondence to KSL counsel | 0.60 | 675.00 | $405.00 |
| 10/16/2013 | JWD | AA | Review emails from Shenson and analyze issues re same | 1.00 | 675.00 | $675.00 |
| 10/17/2013 | IAWN | AA | Review Jeff Dulberg email re insurance issues on management and life policies | 0.10 | 795.00 | $79.50 |
| 10/17/2013 | IAWN | AA | Review life policy and analyze issues, draft email responding re issues including beneficiary issue | 1.70 | 795.00 | $1,351.50 |
| 10/17/2013 | IAWN | AA | Exchange emails with Jeff Dulberg re application and payment information | 0.10 | 795.00 | $79.50 |
| 10/17/2013 | RMP | AA | Telephone conference with Kathy S. regarding reconciliation issues. | 0.80 | 995.00 | $796.00 |
| 10/17/2013 | JWD | AA | Prepare for and attend call with J Shenson and draft notes re same | 0.50 | 675.00 | $337.50 |
| 10/17/2013 | JWD | AA | Initial review of insurance policies and emails re same (.9); prepare notes for I Nasatir (.3) | 1.20 | 675.00 | $810.00 |
| 10/17/2013 | JWD | AA | Review R Landau email re reconciliation and draft notes and emails to Committee re same | 0.40 | 675.00 | $270.00 |
| 10/17/2013 | JWD | AA | Tel call with D Himmel re life insurance policy | 0.30 | 675.00 | $202.50 |
| 10/17/2013 | JWD | AA | Emails with J Shenson re KSL and call with | 0.50 | 675.00 | $337.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516      00002

Page:      6
Invoice 110251
March 31, 2014

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | Shenson re same |  |  |  |
| 10/18/2013 | IAWN | AA | Review management policies and advertising policy and analyze same, draft and send discussion of insurance issues potentially raised | 2.70 | 795.00 | $2,146.50 |
| 10/18/2013 | RMP | AA | Review materials and prepare and participate on Province call and follow-up with J. Dulberg regarding same. | 1.10 | 995.00 | $1,094.50 |
| 10/18/2013 | JWD | AA | Review issues re life insurance policy and emails re same | 0.30 | 675.00 | $202.50 |
| 10/21/2013 | JWD | AA | Initiate logging of all areas for possible investigation, work with S Kahn re same | 0.80 | 675.00 | $540.00 |
| 10/22/2013 | JWD | AA | Research trust issue for committee legal analysis; emails re same | 0.50 | 675.00 | $337.50 |
| 10/22/2013 | JWD | AA | Review file re advertiser issues and research same and emails re same | 0.60 | 675.00 | $405.00 |
| 10/23/2013 | RMP | AA | Review D&O issues with I. Nasatir and review policies. | 0.70 | 995.00 | $696.50 |
| 10/23/2013 | JWD | AA | Review notes and draft emails re advertiser contracts | 0.20 | 675.00 | $135.00 |
| 10/23/2013 | JWD | AA | Research trust and tracing issue re claimant inquiry | 0.40 | 675.00 | $270.00 |
| 10/24/2013 | RMP | AA | Telephone conferences with Province regarding reconciliation issues. | 0.80 | 995.00 | $796.00 |
| 10/24/2013 | RMP | AA | Conferences with J. Dulberg and telephone conference with Kravitz regarding reconstruction issues. | 0.70 | 995.00 | $696.50 |
| 10/24/2013 | JWD | AA | Work on issues for litigation white paper and prep for S Kahn meeting | 1.30 | 675.00 | $877.50 |
| 10/24/2013 | JWD | AA | Emails with M Rieder re advertising agreements (0.2); review same (0.8) | 1.00 | 675.00 | $675.00 |
| 10/24/2013 | JWD | AA | Work on analysis of reconciliation issues and draft email to company counsel re same and other issues | 1.20 | 675.00 | $810.00 |
| 10/25/2013 | JWD | AA | Review potential claims issues for insurance policies and email with I Nasatir re protecting proceeds from D's and O's | 0.60 | 675.00 | $405.00 |
| 10/25/2013 | JWD | AA | Review summary of schedules and prepare email to P Huygens re same | 0.50 | 675.00 | $337.50 |
| 10/28/2013 | IAWN | AA | Review directors & officers policy re claims by directors and officers, review letter from directors and officers counsel re access to policy proceeds, analyze policy and order of payments and draft email with recommendations and analysis | 2.30 | 795.00 | $1,828.50 |
| 10/28/2013 | RMP | AA | Review 401(k) issues and conference with J. Dulberg regarding same and telephone conference with Province regarding same. | 0.80 | 995.00 | $796.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    7
KSL Media O.C.C.                                                          Invoice 110251
47516    00002                                                           March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/28/2013 | JWD | AA | Review correspondence re insurance policy and strategize issues re same | 0.40 | 675.00 | $270.00 |
| 10/29/2013 | RMP | AA | Telephone conference with J. Dulberg regarding reconciliation and related issues. | 0.60 | 995.00 | $597.00 |
| 10/30/2013 | RMP | AA | Telephone conference with Roussey and conference with J. Dulberg regarding reconstruction issues. | 0.80 | 995.00 | $796.00 |
| 10/30/2013 | RMP | AA | Review and respond to e-mails regarding reconstruction issues. | 0.80 | 995.00 | $796.00 |
| 10/30/2013 | JWD | AA | Meeting with P Huygens re case issues and assets | 1.00 | 675.00 | $675.00 |
| 10/31/2013 | JWD | AA | Review reconciliation results from P Huygens and emails re same | 1.40 | 675.00 | $945.00 |
| 10/31/2013 | JWD | AA | Review Province summary and draft notes re same | 0.60 | 675.00 | $405.00 |
| 10/31/2013 | JWD | AA | Review reconciliation emails and work on same | 0.50 | 675.00 | $337.50 |
| 11/01/2013 | RMP | AA | Review and respond to e-mails regarding FAs interaction with Debtor reps and telephone conferences with J. Dulberg regarding same. | 0.90 | 995.00 | $895.50 |
| 11/01/2013 | RMP | AA | Telephone conferences with J. Dulberg regarding FA interviews with Debtor regarding reconciliation and related issues. | 0.40 | 995.00 | $398.00 |
| 11/01/2013 | JWD | AA | Prep for and attend reconciliation subcommittee call | 0.90 | 675.00 | $607.50 |
| 11/05/2013 | IAWN | AA | Exchange emails with Jeffrey Dulberg, review letter re directors & officers claim and insurance and analyze same | 0.80 | 795.00 | $636.00 |
| 11/05/2013 | RMP | AA | Review insurance issues and conference with I. Nasatir regarding same. | 0.70 | 995.00 | $696.50 |
| 11/05/2013 | JWD | AA | Analyze issue re white paper insider and director claims | 0.70 | 675.00 | $472.50 |
| 11/05/2013 | JWD | AA | Review letter re insurance issues from J Shenson (0.5); emails with I Nasitir re same (0.2) | 0.70 | 675.00 | $472.50 |
| 11/05/2013 | JWD | AA | Work on questions for Liebovitz meeting | 0.80 | 675.00 | $540.00 |
| 11/05/2013 | JWD | AA | Work on reconciliation review issues with K Sarrami | 0.30 | 675.00 | $202.50 |
| 11/05/2013 | JWD | AA | Review emails from P Huygens re various reconciliation issues and emails with subcommittee re same | 0.70 | 675.00 | $472.50 |
| 11/06/2013 | IAWN | AA | Exchange emails with Jeffrey Dulberg re letter to insurer | 0.10 | 795.00 | $79.50 |
| 11/06/2013 | RMP | AA | Prepare for Liebowitz meeting and conference with S. Kahn regarding same. | 1.30 | 995.00 | $1,293.50 |
| 11/06/2013 | JWD | AA | Call with P Huygens re sub con analysis | 0.30 | 675.00 | $202.50 |
| 11/07/2013 | RMP | AA | Prepare for Liebowitz meeting and conferences with S. Kahn and J. Dulberg regarding same. | 1.20 | 995.00 | $1,194.00 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    8
KSL Media O.C.C.                                                          Invoice 110251
47516    00002                                                           March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/07/2013 | RMP | AA | Review D&O insurance and coverage issues and conference with I. Nasatir regarding same. | 0.80 | 995.00 | $796.00 |
| 11/07/2013 | JWD | AA | Work on notes and prep for Liebowitz meeting and review S Kahn changes re same | 0.80 | 675.00 | $540.00 |
| 11/07/2013 | JWD | AA | Research insurance issue and prepare notes for letter re same | 0.70 | 675.00 | $472.50 |
| 11/07/2013 | JWD | AA | Review and respond to emails re insurance coverage tail | 0.80 | 675.00 | $540.00 |
| 11/07/2013 | JWD | AA | Emails re reconciliation subcommittee (.3) call with P Huygens re same (.3); review analysis and attend call (1.7); follow up call with P Huygens (.3) | 2.60 | 675.00 | $1,755.00 |
| 11/08/2013 | RMP | AA | Prepare for and participate in Liebowitz meeting and follow-up with J. Dulberg and Roussey regarding same. | 3.20 | 995.00 | $3,184.00 |
| 11/08/2013 | RMP | AA | Telephone conference with Kallick and JD regarding Liebowitz meeting and follow-up with JD and S. Kahn regarding same. | 1.60 | 995.00 | $1,592.00 |
| 11/08/2013 | RMP | AA | Follow-up on D&O issues. | 0.30 | 995.00 | $298.50 |
| 11/08/2013 | JWD | AA | Review Shenson emails re D&O policy | 0.20 | 675.00 | $135.00 |
| 11/10/2013 | RMP | AA | Prepare and respond to numerous e-mails regarding reconstruction issues and Liquidating Trustee issues. | 2.20 | 995.00 | $2,189.00 |
| 11/11/2013 | IAWN | AA | Review three coverage letters and emails responding re same and Jeff Dulberg's inquiry | 1.50 | 795.00 | $1,192.50 |
| 11/11/2013 | RMP | AA | Review e-mails regarding D&O insurance and conference with I. Nasatir regarding same. | 0.50 | 995.00 | $497.50 |
| 11/11/2013 | JWD | AA | Draft extensive committee email re D&O tail coverage (.3); respond to emails re same (.2) | 0.50 | 675.00 | $337.50 |
| 11/11/2013 | JWD | AA | Emails with R Landau re D&O issues | 0.30 | 675.00 | $202.50 |
| 11/11/2013 | JWD | AA | Review reports from Province re reconciliation | 0.40 | 675.00 | $270.00 |
| 11/13/2013 | RMP | AA | Review D&O issues and conferences with I. Nasatir regarding same. | 0.90 | 995.00 | $895.50 |
| 11/14/2013 | JWD | AA | Review Province report and emails re same | 0.50 | 675.00 | $337.50 |
| 11/14/2013 | SJK | AA | Review memo from J. Dulberg regarding 341(a) hearing and proposed 2004 examination of Liebowitz. | 0.10 | 775.00 | $77.50 |
| 11/15/2013 | SJK | AA | Review memo from J. Dulberg regarding 341(a) transcript. | 0.10 | 775.00 | $77.50 |
| 11/15/2013 | SJK | AA | Review transcript from first session of 341(a) hearing. | 1.40 | 775.00 | $1,085.00 |
| 11/18/2013 | JWD | AA | Work on litigation white paper issues | 0.30 | 675.00 | $202.50 |
| 11/18/2013 | JWD | AA | Work with S Kahn re issues for Liebowitz examination | 0.40 | 675.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

Page:        9

KSL Media O.C.C.

Invoice 110251

47516      00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2013 | SJK | AA | Memo to J. Dulberg regarding 341(a) hearing questions. | 0.10 | 775.00 | $77.50 |
| 11/18/2013 | SJK | AA | Review check registers for Debtors regarding payment. | 0.50 | 775.00 | $387.50 |
| 11/19/2013 | IAWN | AA | Draft letters to primary and excess insurers, review background material re same, policies etc, research law, exchange emails with Jeff Dulberg re corrections to letter, revise accordingly | 3.20 | 795.00 | $2,544.00 |
| 11/19/2013 | JWD | AA | Work on drafts by I Nasatir of correspondence to insurers | 0.60 | 675.00 | $405.00 |
| 11/19/2013 | SJK | AA | Review amended schedules. | 0.30 | 775.00 | $232.50 |
| 11/19/2013 | SJK | AA | Review memo from J. Dulberg regarding 341(a) hearing results. | 0.10 | 775.00 | $77.50 |
| 11/20/2013 | IAWN | AA | Analyze motion to purchase tail, draft email discussion re same and send to Jeff Dulberg, Richard M Pachulski,  office conference re same, exchange emails re comments, review follow-up comments from Landau et al, review Jeff Dulberg responses | 0.40 | 795.00 | $318.00 |
| 11/20/2013 | IAWN | AA | Further revise and modify letters to insurers re property of the estate | 1.00 | 795.00 | $795.00 |
| 11/20/2013 | JWD | AA | Review letters to insurers | 0.80 | 675.00 | $540.00 |
| 11/20/2013 | JWD | AA | Office conf with I Nasatir re insurer correspondence | 0.20 | 675.00 | $135.00 |
| 11/20/2013 | SJK | AA | Memo to R. Pachulski regarding Liebowitz article. | 0.10 | 775.00 | $77.50 |
| 11/21/2013 | IAWN | AA | Finalize letters to insurers and send same | 0.70 | 795.00 | $556.50 |
| 11/21/2013 | JWD | AA | Revise I Nasatir correspondence to insurers | 0.30 | 675.00 | $202.50 |
| 11/21/2013 | JWD | AA | Review Province report and draft emails re same | 0.30 | 675.00 | $202.50 |
| 11/22/2013 | IAWN | AA | Review federal express confirmations of receipts by insurers | 0.10 | 795.00 | $79.50 |
| 11/22/2013 | RMP | AA | Review D&O issues and conferences with J. Dulberg and I. Nasatir regarding same. | 0.80 | 995.00 | $796.00 |
| 11/22/2013 | RMP | AA | Review e-mails, motion and conference with J. Dulberg regarding terminating 401(k) plan. | 0.70 | 995.00 | $696.50 |
| 11/22/2013 | SJK | AA | Review D&O policy notice letters. | 0.10 | 775.00 | $77.50 |
| 12/02/2013 | SJK | AA | Review memos from J. Dulberg and R. Landau regarding plan progress; reconciliation issues. | 0.20 | 775.00 | $155.00 |
| 12/03/2013 | SJK | AA | Review memo from R. Landau regarding claim reconciliation/plan issues. | 0.10 | 775.00 | $77.50 |
| 12/04/2013 | RMP | AA | Telephone conferences with Committee members regarding reconciliation issues. | 0.80 | 995.00 | $796.00 |
| 12/09/2013 | RMP | AA | Review insurance tail issues and conference with J. Dulberg regarding same. | 0.40 | 995.00 | $398.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/09/2013 | JWD | AA | Review email and order re insurance coverage tail purchase and email to M Rieder re same | 0.20 | 675.00 | $135.00 |
| 12/09/2013 | SJK | AA | Telephone conference with I. Kallick regarding documents/examination of Liebowitz; tail insurance purchase. | 0.10 | 775.00 | $77.50 |
| 12/09/2013 | SJK | AA | Conference with J. Dulberg regarding discussion with Liebowitz counsel. | 0.10 | 775.00 | $77.50 |
|  |  |  |  | **81.30** |  | **$65,899.50** |

### Avoidance Actions

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/01/2013 | RMP | AC | Review Cumberland related e-mail and conference with S. Kahn regarding same. | 0.40 | 995.00 | $398.00 |
| 11/12/2013 | SJK | AC | Review memo from Province regarding status of preference data assembly. | 0.10 | 775.00 | $77.50 |
| 11/18/2013 | SJK | AC | Review and analyze issues regarding Cumberland Settlement; possible DePrizio liability of Liebowitz and Cohen; perfection of security interests. | 1.70 | 775.00 | $1,317.50 |
| 11/18/2013 | SJK | AC | Telephone conference with P. Higgins regarding Cumberland transaction, books and records issues; TV 10 issues. | 0.40 | 775.00 | $310.00 |
| 11/19/2013 | SJK | AC | Memo to J. Dulberg regarding CTI/Cumberland issues; questions for 341(a) hearing regarding same. | 0.60 | 775.00 | $465.00 |
| 12/16/2013 | JWD | AC | Review prelim preference analysis and call re same | 0.40 | 675.00 | $270.00 |
| | | | | **3.60** | | **$2,838.00** |

### Asset Disposition [B130]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/25/2013 | RMP | AD | Review sale of assets and conference with J. Dulberg regarding same. | 0.50 | 995.00 | $497.50 |
| 11/25/2013 | SEM | AD | Review Debtors' sale motion and summarize for Jeff Dulberg | 0.70 | 645.00 | $451.50 |
| 11/25/2013 | SEM | AD | Responding to Jeff Dulberg regarding sale hearing issues | 0.10 | 645.00 | $64.50 |
| 11/25/2013 | SEM | AD | Continued email communications with Jeff Dulberg regarding the sale motion and drafting email to send to Committee re same | 0.20 | 645.00 | $129.00 |
| 12/02/2013 | PJJ | AD | Review sale motion (.2); Email J. Dulberg and S. McFarland re same (.1). | 0.30 | 295.00 | $88.50 |
| 12/02/2013 | JWD | AD | Review pleadings re sale and draft notes re same and email to R Landau re same | 0.40 | 675.00 | $270.00 |
| 12/02/2013 | JWD | AD | Emails re NY sale motion | 0.20 | 675.00 | $135.00 |
| 12/17/2013 | JWD | AD | Review tentative notice and emails re same re sale of NY property | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    11

Invoice 110251

March 31, 2014

|  |  |  | | 2.70 | | $1,838.50 |
|---|---|---|---|---|---|---|

### Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/14/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.30 | 295.00 | $88.50 |
| 10/18/2013 | SJK | BL | Review background facts and issues regarding potential insider/insurance claims. | 0.30 | 775.00 | $232.50 |
| 10/22/2013 | PJJ | BL | Review docket re critical dates. | 0.10 | 295.00 | $29.50 |
| 10/23/2013 | SEM | BL | Meeting with Jeff Dulberg regarding the status of various pending matters in the case | 0.40 | 645.00 | $258.00 |
| 10/24/2013 | JWD | BL | Work with Province on gathering documents and other materials for analysis of various wind down issues | 1.40 | 675.00 | $945.00 |
| 10/24/2013 | SJK | BL | Conference with J. Dulberg regarding initial investigations into possible claims, case issues for inquiry. | 0.40 | 775.00 | $310.00 |
| 10/24/2013 | SJK | BL | Review docket regarding pertinent pleadings. | 0.40 | 775.00 | $310.00 |
| 10/24/2013 | SJK | BL | Review memos from I. Nasatir regarding coverages. | 0.20 | 775.00 | $155.00 |
| 10/25/2013 | SJK | BL | Review memos between J. Dulberg and Landau regarding Liebowitz/reconstruction issues. | 0.10 | 775.00 | $77.50 |
| 10/25/2013 | SJK | BL | Review information regarding officers/director and pleadings regarding development of strategies. | 1.70 | 775.00 | $1,317.50 |
| 10/25/2013 | SJK | BL | Review additional data regarding potential claims. | 1.40 | 775.00 | $1,085.00 |
| 10/28/2013 | SJK | BL | Review memo from I. Nasatir regarding D&O policies/claim issues. | 0.10 | 775.00 | $77.50 |
| 10/29/2013 | JWD | BL | Tel call with Debtors counsel re various issues for hearing | 0.30 | 675.00 | $202.50 |
| 10/29/2013 | JWD | BL | Meeting with Debtor's counsel and Debtor's FA at lunch | 2.50 | 675.00 | $1,687.50 |
| 10/29/2013 | JWD | BL | Tel call with R Pachulski re debtor meeting | 0.20 | 675.00 | $135.00 |
| 10/30/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.50 | 295.00 | $147.50 |
| 10/30/2013 | JWD | BL | Tel call with R Landau re various issues | 0.30 | 675.00 | $202.50 |
| 10/31/2013 | JWD | BL | Emails with S Gautier re follow up | 0.10 | 675.00 | $67.50 |
| 11/01/2013 | JWD | BL | Tel cal with P Huygens re access issues | 0.30 | 675.00 | $202.50 |
| 11/01/2013 | JWD | BL | Work on issues re financial advisor access to Debtor employees and records including numerous emails with company counsel re same | 1.70 | 675.00 | $1,147.50 |
| 11/01/2013 | JWD | BL | Follow up call with R Landau re access issues and draft emails re same | 0.80 | 675.00 | $540.00 |
| 11/01/2013 | JWD | BL | Work on fact gathering re Committee access | 0.80 | 675.00 | $540.00 |
| 11/01/2013 | JWD | BL | Work on data requests and information requests from directors' counsel | 1.20 | 675.00 | $810.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    12

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/01/2013 | JWD | BL | Tel call with R Landau re various issues | 0.80 | 675.00 | $540.00 |
| 11/01/2013 | JWD | BL | Update case task lists and items for review | 0.30 | 675.00 | $202.50 |
| 11/03/2013 | JWD | BL | Further emails re various case issues with Debtor's counsel | 0.60 | 675.00 | $405.00 |
| 11/04/2013 | PJJ | BL | Draft 2004 exam motion. | 1.50 | 295.00 | $442.50 |
| 11/04/2013 | JWD | BL | Review and respond to emails re financial advisors access issues | 0.40 | 675.00 | $270.00 |
| 11/04/2013 | JWD | BL | Tel call with R Landau re various issues; draft notes re same | 0.30 | 675.00 | $202.50 |
| 11/05/2013 | SJK | BL | Review memo from J. Dulberg regarding office demands on D&O policy. | 0.10 | 775.00 | $77.50 |
| 11/06/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.50 | 295.00 | $147.50 |
| 11/06/2013 | JWD | BL | Work on scheduling Liebovitz meeting and notes re same | 0.20 | 675.00 | $135.00 |
| 11/07/2013 | SJK | BL | Review memo from J. Dulberg regarding Liebowitz interview and add additional inquiries. | 0.40 | 775.00 | $310.00 |
| 11/08/2013 | SEM | BL | Email communications with Myra Kulick regarding the filing of the Decs of Non-Opp on the information protocol motion and the PSZJ Employment App on Monday | 0.10 | 645.00 | $64.50 |
| 11/08/2013 | JWD | BL | Emails and work on issues re Liebovitz meeting | 0.70 | 675.00 | $472.50 |
| 11/08/2013 | JWD | BL | Emails to S Kahn re P Huygens re document requests | 0.20 | 675.00 | $135.00 |
| 11/08/2013 | JWD | BL | Attend meeting with K Liebowitz and draft notes re same and follow up emails re same | 2.80 | 675.00 | $1,890.00 |
| 11/08/2013 | JWD | BL | Analyze issues and progress towards Committee goals following Liebowitz interview | 1.50 | 675.00 | $1,012.50 |
| 11/10/2013 | JWD | BL | Review emails and work on issues re liquidating trustee appointment | 2.50 | 675.00 | $1,687.50 |
| 11/11/2013 | RMP | BL | Telephone conferences with Rosen regarding Telebrands 2004. | 0.40 | 995.00 | $398.00 |
| 11/11/2013 | JWD | BL | Draft/review various emails re resolving matters with Debtor's counsel | 0.80 | 675.00 | $540.00 |
| 11/11/2013 | JWD | BL | Tel call with R Landau re settlement meeting | 0.60 | 675.00 | $405.00 |
| 11/11/2013 | JWD | BL | Review and respond to R Landau emails re meeting (0.8); draft Committee update email (0.5) | 1.30 | 675.00 | $877.50 |
| 11/12/2013 | RMP | BL | Telephone conferences with J. Dulberg regarding Landau conversations. | 0.50 | 995.00 | $497.50 |
| 11/12/2013 | JWD | BL | Tel call with R Landau re meeting | 0.40 | 675.00 | $270.00 |
| 11/12/2013 | JWD | BL | Meeting at Universal with Debtors' counsel re various issues (2.3); meeting with J Roussey (1.0) | 3.30 | 675.00 | $2,227.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516     00002

Page:     13

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2013 | PJJ | BL | Transcribe initial 341(a) meeting of creditors CD. | 2.40 | 295.00 | $708.00 |
| 11/13/2013 | RMP | BL | Telephone conferences with Kravitz regarding discussions with Landau. | 0.70 | 995.00 | $696.50 |
| 11/13/2013 | JWD | BL | Office conf with R Pachulski re various issues and litigation strategy | 0.50 | 675.00 | $337.50 |
| 11/13/2013 | JWD | BL | Tel call with R Landau and R Pachulski and notes re same | 0.90 | 675.00 | $607.50 |
| 11/13/2013 | JWD | BL | Work on issues re litigation prep and emails re 341a hearing | 0.40 | 675.00 | $270.00 |
| 11/14/2013 | JJK | BL | Emails Dulberg on standstill. | 0.20 | 645.00 | $129.00 |
| 11/14/2013 | PJJ | BL | Further transcribe initial 341(a) meeting of creditors CD. | 4.70 | 295.00 | $1,386.50 |
| 11/14/2013 | RMP | BL | Review and edit stipulation and conference with J. Dulberg regarding same. | 0.60 | 995.00 | $597.00 |
| 11/14/2013 | JWD | BL | Work on settlement stipulation re employment, trustee assigment | 1.50 | 675.00 | $1,012.50 |
| 11/14/2013 | JWD | BL | Tel call with R Landau re various disputes and trustee appointment (0.3); work on stipulation issues re same (0.7) | 1.00 | 675.00 | $675.00 |
| 11/14/2013 | JWD | BL | Work on settlement with Debtor | 4.50 | 675.00 | $3,037.50 |
| 11/14/2013 | JWD | BL | Follow up call w. R Landau re stipulation and emails re same | 0.30 | 675.00 | $202.50 |
| 11/14/2013 | JWD | BL | Review 341 initial transcript | 0.60 | 675.00 | $405.00 |
| 11/15/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.20 | 295.00 | $59.00 |
| 11/15/2013 | RMP | BL | Review KSL 341(a) transcript and meeting with S. Kahn and J. Dulberg regarding same. | 1.30 | 995.00 | $1,293.50 |
| 11/15/2013 | JWD | BL | Respond to emails from R Landau re case task list (0.8); follow up emails re same (0.2) | 1.00 | 675.00 | $675.00 |
| 11/15/2013 | SJK | BL | Review Cumberland Settlement documents. | 1.50 | 775.00 | $1,162.50 |
| 11/15/2013 | SJK | BL | Research Corporate Trade Inc. and Pedone as releasors under Cumberland Agreement. | 0.60 | 775.00 | $465.00 |
| 11/15/2013 | SJK | BL | Research NY District Court docket regarding KSL, Cumberland litigation and conference with J. Dulberg regarding same. | 0.30 | 775.00 | $232.50 |
| 11/18/2013 | SEM | BL | Email communications with Myra Kulick regarding updating the service list | 0.10 | 645.00 | $64.50 |
| 11/18/2013 | JWD | BL | Review S Gautier email and review issues for response | 0.40 | 675.00 | $270.00 |
| 11/18/2013 | JWD | BL | Tel call with R Landau re various issues | 0.70 | 675.00 | $472.50 |
| 11/18/2013 | SJK | BL | Review memo from P. Hutchins regarding Pedone Corp. and Corporate Trade, Inc. | 0.10 | 775.00 | $77.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   14

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2013 | JWD | BL | Work on first day research issues | 0.60 | 675.00 | $405.00 |
| 11/19/2013 | SJK | BL | Draft correspondence to Liebowitz counsel regarding 2004 examination and definitions, topics of inquiry and document requests for 2004 examination. | 2.50 | 775.00 | $1,937.50 |
| 11/20/2013 | JWD | BL | Analyze issues re insurance tail purchase motion and draft/review emails re same | 1.80 | 675.00 | $1,215.00 |
| 11/20/2013 | SJK | BL | Conference with J. Dulberg regarding K. Liebowitz history in web article. | 0.10 | 775.00 | $77.50 |
| 11/20/2013 | SJK | BL | Proof, revise and augment correspondence to Liebowitz counsel regarding 2004 examination and loan. | 0.30 | 775.00 | $232.50 |
| 11/20/2013 | SJK | BL | Proof, revise and augment definitions and document requests for Liebowitz. | 0.80 | 775.00 | $620.00 |
| 11/20/2013 | SJK | BL | Proof and finalize Liebowitz requests and memo to J. Dulberg regarding same. | 0.80 | 775.00 | $620.00 |
| 11/21/2013 | RMP | BL | Meeting with S. Kahn regarding 2004s and document issues and telephone conference with J. Dulberg regarding same. | 0.70 | 995.00 | $696.50 |
| 11/21/2013 | JWD | BL | Emails with S Gautier re various concerns and call with Committee counsel | 0.30 | 675.00 | $202.50 |
| 11/21/2013 | JWD | BL | Review correspondence draft and doc request re Liebowitz | 0.60 | 675.00 | $405.00 |
| 11/22/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.20 | 295.00 | $59.00 |
| 11/22/2013 | RMP | BL | Review 2004 issues and motions and conference with S.Kahn regarding same. | 0.60 | 995.00 | $597.00 |
| 11/22/2013 | JWD | BL | Review report from Province and emails re inquiry for S Kahn | 0.30 | 675.00 | $202.50 |
| 11/22/2013 | SJK | BL | Review J. Dulberg notes regarding 2004 request and letter regarding Liebowitz and revise same. | 0.10 | 775.00 | $77.50 |
| 11/22/2013 | SJK | BL | Memo to R. Pachulski regarding Liebowitz examination issues. | 0.10 | 775.00 | $77.50 |
| 11/22/2013 | SJK | BL | Review memo from P. Hudgens regarding availability of records regarding Debtor receipt to funds. | 0.10 | 775.00 | $77.50 |
| 11/22/2013 | SJK | BL | Review memo from J. Dulberg regarding additional inquiry target regarding Liebowitz. | 0.10 | 775.00 | $77.50 |
| 11/26/2013 | PJJ | BL | Revise critical dates memo and circulate. | 0.30 | 295.00 | $88.50 |
| 11/26/2013 | SEM | BL | Conference with Jeff Dulberg regarding various pending matters and the status of the case | 0.30 | 645.00 | $193.50 |
| 11/26/2013 | JWD | BL | Office conf with S McFarland re various motions and status | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516     00002

Page:    15

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2013 | JWD | BL | Work on demand requests for former officers | 1.30 | 675.00 | $877.50 |
| 11/26/2013 | SJK | BL | Review and respond to memo from J. Dulberg regarding 2004 examinations. | 0.10 | 775.00 | $77.50 |
| 11/26/2013 | SJK | BL | Draft correspondence to Cohen counsel regarding proposed examinations. | 0.30 | 775.00 | $232.50 |
| 11/26/2013 | SJK | BL | Draft 2004 taxes and document requests regarding Cohen. | 0.60 | 775.00 | $465.00 |
| 11/26/2013 | SJK | BL | Proof and revise Cohen letter. | 0.10 | 775.00 | $77.50 |
| 11/26/2013 | SJK | BL | Proof, revise and augment Liebowitz document inquiry requests. | 0.30 | 775.00 | $232.50 |
| 11/26/2013 | SJK | BL | Proof and revise Cohen inquiry/document request. | 0.20 | 775.00 | $155.00 |
| 11/26/2013 | SJK | BL | Memo to R. Pachulski and J. Dulberg regarding Cohen document/topic requests and letter to counsel. | 0.10 | 775.00 | $77.50 |
| 11/27/2013 | RMP | BL | Conference with S. Kahn regarding 2004 issues. | 0.60 | 995.00 | $597.00 |
| 11/27/2013 | JWD | BL | Prepare for and attend status conf | 1.50 | 675.00 | $1,012.50 |
| 12/02/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.20 | 295.00 | $59.00 |
| 12/02/2013 | RMP | BL | Review Lieberman and Cohen 2004 letter and conference with S. Kahn regarding same. | 0.60 | 995.00 | $597.00 |
| 12/05/2013 | RMP | BL | Review Liebowitz and Cohen 2004s and conferences with S. Kahn regarding same. | 1.10 | 995.00 | $1,094.50 |
| 12/05/2013 | SJK | BL | Proof and revise form of order. | 0.20 | 775.00 | $155.00 |
| 12/05/2013 | SJK | BL | Review memo from J. Dulberg regarding approval of 2004 examination letters. | 0.10 | 775.00 | $77.50 |
| 12/05/2013 | SJK | BL | Update letters to Liebowitz and Cohen counsel regarding 2004 examinations. | 0.20 | 775.00 | $155.00 |
| 12/05/2013 | SJK | BL | Forward 2004 letters to Liebowitz and Cohen counsel. | 0.10 | 775.00 | $77.50 |
| 12/05/2013 | SJK | BL | Review memo from Liebowitz counsel regarding pending review. | 0.10 | 775.00 | $77.50 |
| 12/05/2013 | SJK | BL | Memo to R. Pachulski regarding Rule 2004 examination letters. | 0.10 | 775.00 | $77.50 |
| 12/09/2013 | PJJ | BL | Review docket re critical dates. | 0.10 | 295.00 | $29.50 |
| 12/09/2013 | PJJ | BL | Draft stipulation and order granting Committee leave and authority to settle claims. | 0.50 | 295.00 | $147.50 |
| 12/09/2013 | SEM | BL | Review draft of stipulation regarding standing of committee to pursue insider claims and email communications with Patricia Jeffries re same | 0.10 | 645.00 | $64.50 |
| 12/09/2013 | SEM | BL | Conference with Jeff Dulberg regarding various pending issues, including the committee plan and disclosure statement, liquidating trust agreement, motion to terminate exclusivity or to appoint a | 0.90 | 645.00 | $580.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516      00002

Page:    16

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | trustee, supplemental disclosure, stip re insider claims | | | |
| 12/10/2013 | JJK | BL | Emails Dulberg on mtn. to terminate exclusivity and trustee motion (0.2); emails Dulberg on trustee motion issues (0.1); research and prepare motion to appoint trustee (1.7). | 2.00 | 645.00 | $1,290.00 |
| 12/10/2013 | JJK | BL | Emails Kahn on info. for trustee mtn. | 0.10 | 645.00 | $64.50 |
| 12/10/2013 | JJK | BL | Conf. Dulberg on trustee motion and mtn. to terminate exclusivity. | 0.30 | 645.00 | $193.50 |
| 12/10/2013 | JJK | BL | Emails Kahn, Dulberg on issues re: trustee mtn. and consider. | 0.40 | 645.00 | $258.00 |
| 12/10/2013 | JJK | BL | Email Barton on corp. law issues for trustee mtn. (0.3); emails Kahn on info. for trustee mtn. (0.1); review documents/pleadings and prepare trustee mtn. (1.2). | 1.60 | 645.00 | $1,032.00 |
| 12/10/2013 | JJK | BL | Research/prepare trustee mtn. | 0.90 | 645.00 | $580.50 |
| 12/10/2013 | RMP | BL | Review insider claims stipulation and conference with S. Kahn regarding strategy. | 0.40 | 995.00 | $398.00 |
| 12/10/2013 | RMP | BL | Meet with Steve Kahn regarding 2004's and review pleadings regarding same. | 0.70 | 995.00 | $696.50 |
| 12/10/2013 | SEM | BL | Revise stip and order re committee standing per Jeff Dulberg's comments | 0.10 | 645.00 | $64.50 |
| 12/10/2013 | SJK | BL | Review memo from J. Kim regarding requested information. | 0.10 | 775.00 | $77.50 |
| 12/10/2013 | SJK | BL | Assemble and forward information to J. Kim. | 0.30 | 775.00 | $232.50 |
| 12/10/2013 | SJK | BL | Excerpt first 341(a) transcript and forward to J. Kim. | 1.20 | 775.00 | $930.00 |
| 12/10/2013 | SJK | BL | Review and prepare excerpts for second 341(a) transcript and forward to J. Kim and S. McFarland. | 0.70 | 775.00 | $542.50 |
| 12/10/2013 | SJK | BL | Review and respond to memo from Cohen counsel regarding examination contact. | 0.10 | 775.00 | $77.50 |
| 12/10/2013 | SJK | BL | Begin privilege research. | 0.80 | 775.00 | $620.00 |
| 12/10/2013 | SJK | BL | Review and respond to memo from Cohen counsel regarding examination. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | DJB | BL | Interoffice conference with J. Kim re motion to appoint a trustee. | 0.30 | 825.00 | $247.50 |
| 12/11/2013 | JJK | BL | Emails Dulberg on info/issues for trustee mtn. and consider. | 0.50 | 645.00 | $322.50 |
| 12/11/2013 | JJK | BL | Call Barton on corp. law issues for trustee mtn. | 0.40 | 645.00 | $258.00 |
| 12/11/2013 | JJK | BL | Research/review documents and prepare mtn. to appoint trustee and term. exclusivity. | 5.20 | 645.00 | $3,354.00 |
| 12/11/2013 | JJK | BL | Emails Dulberg, Kahn re: info/issues for trustee mtn. | 0.20 | 645.00 | $129.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    17

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/11/2013 | JJK | BL | Emails Dulberg, Kahn on privilege issues and consider same. | 0.30 | 645.00 | $193.50 |
| 12/11/2013 | JJK | BL | Emails Dulberg on plan/creditor issues for trustee mtn. | 0.20 | 645.00 | $129.00 |
| 12/11/2013 | JJK | BL | Research, review, prepare trustee mtn. and mtn. to terminate exclusivity, | 1.00 | 645.00 | $645.00 |
| 12/11/2013 | RMP | BL | Review joint interest privilege memos and case authority. | 0.40 | 995.00 | $398.00 |
| 12/11/2013 | RMP | BL | Review 2004 issues and conferences with S. Kahn regarding same. | 0.80 | 995.00 | $796.00 |
| 12/11/2013 | JWD | BL | Work on issues for trustee motion | 0.80 | 675.00 | $540.00 |
| 12/11/2013 | JWD | BL | Review emails re Cohen depo (0.2) and attend call re same (0.3) | 0.50 | 675.00 | $337.50 |
| 12/11/2013 | JWD | BL | Conference with S Kahn (2x) re litigation issues | 0.60 | 675.00 | $405.00 |
| 12/11/2013 | SJK | BL | Review memo from Cohen counsel regarding suggested production/examination dates. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | SJK | BL | Review memo from R. Landau regarding Cohen examination. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | SJK | BL | Memo to parties regarding Cohen examination. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | SJK | BL | Review memos from Debtor and Cohen counsel regarding production issues. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | SJK | BL | Complete privilege research and memo to J. Dulberg regarding same. | 1.40 | 775.00 | $1,085.00 |
| 12/11/2013 | SJK | BL | Prepare for call with Cohen and Debtor counsel regarding 2004 examination. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | SJK | BL | Telephone conference with Cohen and Debtor counsel regarding 2004 production and examination. | 0.30 | 775.00 | $232.50 |
| 12/11/2013 | SJK | BL | Draft stipulation regarding 2004 examination. | 0.70 | 775.00 | $542.50 |
| 12/11/2013 | SJK | BL | Prepare subpoena using new court form for same post amendments. | 0.20 | 775.00 | $155.00 |
| 12/11/2013 | SJK | BL | Proof and revise stipulation regarding Cohen examination. | 0.30 | 775.00 | $232.50 |
| 12/11/2013 | SJK | BL | Review memo from J. Dulberg regarding joint interest and conference with J. Dulberg and R. Pachulski regarding same. | 0.20 | 775.00 | $155.00 |
| 12/11/2013 | SJK | BL | Revise subpoena. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | SJK | BL | Final proof of and revisions to 2004 stipulation | 0.20 | 775.00 | $155.00 |
| 12/11/2013 | SJK | BL | Memo to parties regarding stipulation and subpoena regarding Cohen examination. | 0.30 | 775.00 | $232.50 |
| 12/11/2013 | SJK | BL | Draft order on 2004 stipulation. | 0.30 | 775.00 | $232.50 |
| 12/12/2013 | JJK | BL | Emails Dulberg on info/issues for trustee mtn. | 0.20 | 645.00 | $129.00 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516     00002

Page:    18
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2013 | JJK | BL | Research, prepare trustee motion and declarations; emails Dulberg on info for same; emails Kahn on info for same; emails Huygens re: info for same; emails Jeffries on 341 transcripts; emails Kahn on evidence issues. | 3.60 | 645.00 | $2,322.00 |
| 12/12/2013 | JJK | BL | Research, review docs and prepare mtn. to appoint trustee, terminate exclusivity, and supporting declarations. | 4.40 | 645.00 | $2,838.00 |
| 12/12/2013 | SEM | BL | Finalizing the stip and order re granting committee standing re comments from Jon Dalberg and email communications with Jeff Dulberg re same | 0.30 | 645.00 | $193.50 |
| 12/12/2013 | SEM | BL | Coordination of the filing and service of the Stip re Committee Standing and the uploading of the order | 0.20 | 645.00 | $129.00 |
| 12/12/2013 | JWD | BL | Emails re standing stip and review changes (0.3); calls re same (0.2); review further mark up and order (0.2) | 0.70 | 675.00 | $472.50 |
| 12/12/2013 | SJK | BL | Review memo from J. Dulberg regarding insider action stipulation status. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | SJK | BL | Follow-up memo to Cohen and Debtor counsel regarding stipulation. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | SJK | BL | Review and respond to memo from R. Landau regarding 2004 stipulation issues. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | SJK | BL | Review and respond to memo from J. Kim regarding Cumberland settlement payment issue. | 0.10 | 775.00 | $77.50 |
| 12/13/2013 | JJK | BL | Emails Kahn on evidence matters (0.3); emails Jeffries on her dec. re: transcripts (0.2); review/compile evidence/documents for trustee mtn. and prepare declarations; research and prepare trustee mtn.; emails Dulberg on comments on trustee mtn.; emails Kahn on addit. evidence matters. | 4.00 | 645.00 | $2,580.00 |
| 12/13/2013 | JJK | BL | Emails Kahn on 2004 Liebowitz matters. | 0.20 | 645.00 | $129.00 |
| 12/13/2013 | JJK | BL | Emails Kahn on info for trustee mtn; emails Huygens, et al. on info. for trustee mtn. and review emails from them on same; research exclusivity, state litigation stay and other mtn. issues; emails Dulberg on Province issues; revise trustee mtn. and declarations. | 4.50 | 645.00 | $2,902.50 |
| 12/13/2013 | RMP | BL | Conference with Steven J. Kahn and review emails regarding conference 2004. | 0.60 | 995.00 | $597.00 |
| 12/13/2013 | RMP | BL | Review draft KSL Trustee motion and conference with Steven J. Kahn regarding same. | 0.90 | 995.00 | $895.50 |
| 12/13/2013 | JWD | BL | Work on emails and concepts for trustee motion | 1.50 | 675.00 | $1,012.50 |
| 12/13/2013 | SJK | BL | Review and respond to memo from J. Kim regarding potential exhibits for Trustee motion. | 0.20 | 775.00 | $155.00 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516      00002

Page:    19
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/13/2013 | SJK | BL | Telephone conference with I. Kallick regarding Liebowitz settlement/examination issues. | 0.10 | 775.00 | $77.50 |
| 12/13/2013 | SJK | BL | Review memo from Cohen counsel regarding stipulation approval. | 0.10 | 775.00 | $77.50 |
| 12/13/2013 | SJK | BL | Review and respond to memo from Debtor counsel regarding Cohen stipulation. | 0.10 | 775.00 | $77.50 |
| 12/13/2013 | SJK | BL | Assemble and forward exhibits to J. Kim regarding Liebowitz/Cohen advances. | 0.30 | 775.00 | $232.50 |
| 12/13/2013 | SJK | BL | Assemble and forward additional documents to J. Kim for trustee motion. | 0.20 | 775.00 | $155.00 |
| 12/13/2013 | SJK | BL | Memo to R. Pachulski and J. Dulberg regarding K. Liebowitz. | 0.10 | 775.00 | $77.50 |
| 12/14/2013 | SJK | BL | Review and respond to memo from Cohen counsel regarding 2004 stipulation. | 0.10 | 775.00 | $77.50 |
| 12/15/2013 | JJK | BL | Emails Kahn re: Cohen 2004 matters and consider issues. | 0.50 | 645.00 | $322.50 |
| 12/15/2013 | SJK | BL | Retrieve and assemble documents and memo to J. Kim regarding Debtor counsel 2004 examination of Cohen. | 0.40 | 775.00 | $310.00 |
| 12/15/2013 | SJK | BL | Memo to and from Debtor counsel regarding 2004 stipulation terms. | 0.40 | 775.00 | $310.00 |
| 12/16/2013 | JJK | BL | Emails Dulberg, et al. on books, records, related issues. | 0.20 | 645.00 | $129.00 |
| 12/16/2013 | JJK | BL | Review info for trustee mtn. and revise same; emails Dulberg on issues/info for trustee motion; research exclusivity and other issues for motion. | 2.00 | 645.00 | $1,290.00 |
| 12/16/2013 | JJK | BL | Call Huygens, et al. on Province issues for trustee mtn. and review related emails (0.8); research for mtn. to appoint trustee / terminate exclusivity and revise motion and declarations; emails Jeffries on transcripts and her dec.; emails Dulberg re: his communications with Landau. | 4.30 | 645.00 | $2,773.50 |
| 12/16/2013 | PJJ | BL | Review docket re critical dates. | 0.20 | 295.00 | $59.00 |
| 12/16/2013 | SEM | BL | Responding to Jeff Dulberg's request regarding available hearing dates for a trustee motion | 0.20 | 645.00 | $129.00 |
| 12/16/2013 | JWD | BL | Work on issues for upcoming motion and gathering facts re same | 1.70 | 675.00 | $1,147.50 |
| 12/16/2013 | JWD | BL | Tel call with M Ross re UST concerns (2x) | 0.80 | 675.00 | $540.00 |
| 12/16/2013 | JWD | BL | Tel call with P Huygens re support for motions | 0.40 | 675.00 | $270.00 |
| 12/16/2013 | JWD | BL | Emails and analysis re plan and Debtor's responses (1.4); various committee calls re same (0.5) | 1.90 | 675.00 | $1,282.50 |
| 12/16/2013 | JWD | BL | Tel call with P Huygens re trustee motion | 0.60 | 675.00 | $405.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    20

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/16/2013 | JWD | BL | Tel calls with M Ross re case status (2x) | 1.00 | 675.00 | $675.00 |
| 12/16/2013 | JWD | BL | Review 401k plan order and operating reports | 0.30 | 675.00 | $202.50 |
| 12/16/2013 | SJK | BL | Memo to J. Dulberg and R. Pachulski regarding status of discussions with Debtor counsel regarding 2004 of Cohen. | 0.10 | 775.00 | $77.50 |
| 12/16/2013 | SJK | BL | Review memos from J. Dulberg and R. Pachulski regarding Cohen 2004 and Liebowitz 2004. | 0.10 | 775.00 | $77.50 |
| 12/16/2013 | SJK | BL | Review and respond to memo from J. Kim regarding status of dispute with Debtor regarding Cohen 2004 examination. | 0.10 | 775.00 | $77.50 |
| 12/17/2013 | JJK | BL | Emails Dulberg, Pachulski, Landau on plan, committee, related issues; emails Dulberg re: info/issues for trustee/exclusivity motion. | 0.90 | 645.00 | $580.50 |
| 12/17/2013 | JJK | BL | Review info/docs for trustee/exclusivity termination motion; create separate exclusivity motion version; prepare declarations for same; emails Kahn re: his declaration; emails Huygens on his declaration; emails Bowes re: Huygens' declaration; emails Dulberg on trustee motion issues. | 3.10 | 645.00 | $1,999.50 |
| 12/17/2013 | JJK | BL | Research/prepare trustee/exclusivity termination motion and revise declarations; compile/review exhibits; emails Dulberg, Pachulski on same; emails Dulberg on emails from/to Landau; emails Dulberg with comments on draft motions. | 5.30 | 645.00 | $3,418.50 |
| 12/17/2013 | JWD | BL | Further work on Landau letter and review comments from Committee re same | 1.50 | 675.00 | $1,012.50 |
| 12/17/2013 | JWD | BL | Tel call with M Ross re plan and trustee issues (2x) | 0.80 | 675.00 | $540.00 |
| 12/17/2013 | JWD | BL | Revise letter to Landau (0.3) | 0.50 | 675.00 | $337.50 |
| 12/17/2013 | SJK | BL | Review and revise Declaration regarding 2004 examination efforts. | 0.30 | 775.00 | $232.50 |
| 12/17/2013 | SJK | BL | Proof and revise declaration. | 0.20 | 775.00 | $155.00 |
| 12/17/2013 | SJK | BL | Review memo from R. Pachulski regarding proposed letter to Liebowitz counsel. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | JJK | BL | Review MORs, recent filings, for trustee/exclusivity motions. | 0.60 | 645.00 | $387.00 |
| 12/18/2013 | JJK | BL | Email Sinclair on Cohen production matters. | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | JJK | BL | Emails Dulberg on info. for trustee/exclusivity motion. | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | JJK | BL | Revise trustee motion per new developments; emails Dulberg on trustee motion; emails Kahn on Liebowitz 2004 matters; emails Dulberg on letter to Landau; revise trustee motion and separate exclusivity motion (alt. version) and revise | 4.80 | 645.00 | $3,096.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    21

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | declarations per comments; review transcript cites; review/incorporate additional info. into motions; emails Kahn to Landau re: Cohen 2004 matters. | | | |
| 12/18/2013 | JJK | BL | Emails Kahn, Sinclair on document issues. | 0.20 | 645.00 | $129.00 |
| 12/18/2013 | JJK | BL | Call Huygens on his declaration (0.2); revise his declaration and prepare notes on same (0.7). | 0.90 | 645.00 | $580.50 |
| 12/18/2013 | JJK | BL | Emails Dulberg, Pachulski on trustee/exclusivity motions and prepare alternative version of trustee papers. | 1.30 | 645.00 | $838.50 |
| 12/18/2013 | JJK | BL | Review additional info/docs from Dulberg for trustee/exclusivity motions and declarations. | 0.50 | 645.00 | $322.50 |
| 12/18/2013 | RMP | BL | Review Motion to approve a Trustee and to terminate exclusivity and conferences with Jeffrey W. Dulberg and Jeffrey L. Kandel regarding same. | 1.40 | 995.00 | $1,393.00 |
| 12/18/2013 | RMP | BL | Conference with Steven J. Kahn regarding Liebowitz 2004. | 0.50 | 995.00 | $497.50 |
| 12/18/2013 | RMP | BL | Review and respond to emails with and telephone conferences with Meyers regarding conversion issues. | 0.90 | 995.00 | $895.50 |
| 12/18/2013 | SEM | BL | Discussion with Myra Kulick regarding the potential filing of the motion to appoint a trustee and the response to the Sidley application and email communications with Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SJK | BL | Draft letter to Liebowitz counsel regarding 2004 examinations; revise. | 0.30 | 775.00 | $232.50 |
| 12/18/2013 | SJK | BL | Review memo from Cohen counsel regarding 2004 examination. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | SJK | BL | Review, draft response and respond to memo from Cohen counsel regarding production and examination. | 0.70 | 775.00 | $542.50 |
| 12/18/2013 | SJK | BL | Conference with R. Pachulski regarding letter to Liebowitz counsel regarding 2004. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | SJK | BL | Revise, proof and transmit letter to Liebowitz counsel regarding 2004 setting. | 0.20 | 775.00 | $155.00 |
| 12/18/2013 | SJK | BL | Conference with R. Pachulski and J. Dulberg regarding Debtor and Liebowitz letters; response to Cohen counsel. | 0.20 | 775.00 | $155.00 |
| 12/18/2013 | SJK | BL | Review and respond to memo from Cohen counsel regarding production/examination. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | SJK | BL | Review and respond to memos from Debtor counsel and Cohen counsel regarding production protocol setting. | 0.30 | 775.00 | $232.50 |
| 12/18/2013 | SJK | BL | Review memo from Debtor counsel regarding 12/18 letter. | 0.10 | 775.00 | $77.50 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516    00002

Page:    22
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2013 | NLH | BL | Correspond with J. Dulberg re Delaware Corporate Law (.1); Research Delaware Corporate Law (.1). | 0.20 | 625.00 | $125.00 |
| 12/19/2013 | DJB | BL | Analysis of DE law re officers. | 1.00 | 825.00 | $825.00 |
| 12/19/2013 | JJK | BL | Emails Kahn on petition docs; emails Kahn on trustee mtn. draft. | 0.20 | 645.00 | $129.00 |
| 12/19/2013 | JJK | BL | Emails Dulberg, Pachulski on first day dec. / Miller-Allen. | 0.10 | 645.00 | $64.50 |
| 12/19/2013 | JJK | BL | Review corresp. from Liebowitz counsel on 2004 and emails Dulberg on same. | 0.20 | 645.00 | $129.00 |
| 12/19/2013 | JJK | BL | Emails Dulberg re: continuing hearing and deadlines. | 0.10 | 645.00 | $64.50 |
| 12/19/2013 | JJK | BL | Prepare opp. to exclusivity extension motion; revise trustee motion; revise exclusivity termination motion; and supporting declarations. | 1.60 | 645.00 | $1,032.00 |
| 12/19/2013 | JJK | BL | Revise trustee motion, revise exclusivity termination motion, revise opp. to exclusivity extension motion. | 1.60 | 645.00 | $1,032.00 |
| 12/19/2013 | RMP | BL | Conference with Steven J. Kahn regarding Liebowitz and review correspondence to Kallice regarding Liebowitz. | 0.60 | 995.00 | $597.00 |
| 12/19/2013 | RMP | BL | Review research regarding need for officer under Delaware law and conference with Jeffrey W. Dulberg regarding same. | 0.60 | 995.00 | $597.00 |
| 12/19/2013 | RMP | BL | Review Kallior letter regarding Liebowitz and conference with Steven J. Kahn regarding same. | 0.60 | 995.00 | $597.00 |
| 12/19/2013 | SEM | BL | Review draft of declaration for committee members and other creditors re committee trustee motion | 0.10 | 645.00 | $64.50 |
| 12/19/2013 | SJK | BL | Review memo from J. Dulberg to R. Landau regarding extension to respond; 2004 examination settings of Miller-Allen and Liebowitz. | 0.10 | 775.00 | $77.50 |
| 12/19/2013 | SJK | BL | Begin drafting 2004 examination motion regarding Miller-Allen and Liebowitz. | 1.60 | 775.00 | $1,240.00 |
| 12/19/2013 | SJK | BL | Continue drafting Liebowitz/Miller-Allen 2004 examination motion. | 1.50 | 775.00 | $1,162.50 |
| 12/19/2013 | SJK | BL | Proof and revise completed portions of 2004 motion. | 0.80 | 775.00 | $620.00 |
| 12/19/2013 | SJK | BL | Augment and revise 2004 motion; draft Dulberg and Kahn declarations. | 1.00 | 775.00 | $775.00 |
| 12/19/2013 | SJK | BL | Review correspondence from I. Kallick regarding 2004 examination of Liebowitz. | 0.10 | 775.00 | $77.50 |
| 12/19/2013 | SJK | BL | Further proof and revise draft motion for 2004 examinations. | 0.40 | 775.00 | $310.00 |
| 12/19/2013 | SJK | BL | Review memo from J. Dulberg including communications from US Trustee, R. Pachulski and R. Landau regarding Trustee appointment and | 0.20 | 775.00 | $155.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516      00002

Page:    23

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | conference with J. Dulberg regarding same. | | | |
| 12/19/2013 | BDD | BL | Preparation of draft declaration of committee members in support of appointment of Ch. 11 Trustee | 0.30 | 295.00 | $88.50 |
| 12/19/2013 | BDD | BL | Email to J. Dulberg re draft declaration of Committee members in support of appointment of Ch. 11 Trustee | 0.10 | 295.00 | $29.50 |
| 12/20/2013 | JJK | BL | Emails Kahn, Pachulski on 2004 matters; emails Kahn on exhibits for same; emails Pachulski, Dulberg on same. | 0.50 | 645.00 | $322.50 |
| 12/20/2013 | RMP | BL | Review stipulation regarding hearing dates and review and respond to emails regarding same. | 0.60 | 995.00 | $597.00 |
| 12/20/2013 | JWD | BL | Work on Committee email re negotiations with Debtors and failures re same and review emails from Committee | 0.40 | 675.00 | $270.00 |
| 12/20/2013 | JWD | BL | Draft text for creditor declarations re plan and trustee motion | 0.70 | 675.00 | $472.50 |
| 12/20/2013 | JWD | BL | Analyze issues and emails with Committee members re strategy and trustee investigation tasks | 0.70 | 675.00 | $472.50 |
| 12/20/2013 | JWD | BL | Work on strategy for Committee re Debtor usurping control of estate | 0.70 | 675.00 | $472.50 |
| 12/20/2013 | JWD | BL | Review numerous emails re Liebowitz examination and emails re same (0.6); work on revisions to Rule 2004 motions (0.7) | 1.30 | 675.00 | $877.50 |
| 12/20/2013 | JWD | BL | Review and revise Rule 2004 motion | 0.60 | 675.00 | $405.00 |
| 12/20/2013 | SJK | BL | Telephone conference with Cohen counsel regarding production and administration issues. | 0.30 | 775.00 | $232.50 |
| 12/20/2013 | SJK | BL | Further revise and update 2004 motion. | 0.50 | 775.00 | $387.50 |
| 12/20/2013 | SJK | BL | Review memo from Cohen counsel regarding production issues. | 0.10 | 775.00 | $77.50 |
| 12/20/2013 | SJK | BL | Proof completed 2004 draft and memo to R. Pachulski and J. Dulberg regarding same. | 0.40 | 775.00 | $310.00 |
| 12/20/2013 | SJK | BL | Review and respond to memo from R. Pachulski regarding filing timing. | 0.10 | 775.00 | $77.50 |
| 12/20/2013 | SJK | BL | Review memo from R. Pachulski to I. Kallick regarding Liebowitz examination and conference with R. Pachulski regarding same. | 0.20 | 775.00 | $155.00 |
| 12/20/2013 | SJK | BL | Revise 2004 motion regarding same; proof and circulate. | 0.40 | 775.00 | $310.00 |
| 12/20/2013 | SJK | BL | Draft form of 2004 order. | 0.40 | 775.00 | $310.00 |
| 12/20/2013 | SJK | BL | Retrieve and assemble exhibits for motion. | 0.40 | 775.00 | $310.00 |
| 12/20/2013 | SJK | BL | Draft subpoenas for 2004 examinations. | 0.30 | 775.00 | $232.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516     00002

Page:    24

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2013 | SJK | BL | Memo to P. Jeffries regarding declaration execution. | 0.10 | 775.00 | $77.50 |
| 12/20/2013 | SJK | BL | Review memos from R. Pachulski and Committee members regarding Liebowitz 2004 examination availability and conduct issues. | 0.30 | 775.00 | $232.50 |
| 12/20/2013 | SJK | BL | Review and respond to memos from J. Dulberg regarding revisions to 2004 motion. | 0.20 | 775.00 | $155.00 |
| 12/20/2013 | SJK | BL | Review memo from J. Dulberg regarding change to 2004 motion. | 0.10 | 775.00 | $77.50 |
| 12/20/2013 | BDD | BL | Revisions to Decl. of Committee member in support of appointment of Ch. 11 Trustee | 0.20 | 295.00 | $59.00 |
| 12/20/2013 | BDD | BL | Email to J. Dulberg re revised Declaration of Committee members in support of appointment for Ch. 11 Trustee | 0.10 | 295.00 | $29.50 |
| 12/21/2013 | JJK | BL | Emails Dulberg on draft motions/pleadings to be prepared and related issues. | 0.30 | 645.00 | $193.50 |
| 12/21/2013 | JWD | BL | Multiple emails with Committee member re case status and issues for Committee strategy, review materials re same | 1.30 | 675.00 | $877.50 |
| 12/21/2013 | BDD | BL | Email to J. Dulberg re exhibits to Motion to Strike | 0.10 | 295.00 | $29.50 |
| 12/22/2013 | SJK | BL | Revise 2004 motion and memo to R. Pachulski and J. Dulberg regarding same. | 0.80 | 775.00 | $620.00 |
| 12/23/2013 | JJK | BL | Revise trustee motion and declarations; emails Dulberg on comp. notice and other info. for motion, and consider issues. | 1.30 | 645.00 | $838.50 |
| 12/23/2013 | PJJ | BL | Emails from/to J. Dulberg and the UST re 341(a) hearing transcripts. | 0.20 | 295.00 | $59.00 |
| 12/23/2013 | PJJ | BL | Review declaration re 341(a) hearing transcripts (.1); Email S. Kahn re same (.1). | 0.20 | 295.00 | $59.00 |
| 12/23/2013 | RMP | BL | Review 2004 motions for Miller-Allen and Liebowitz and conferences with Steven J. Kahn regarding same. | 0.70 | 995.00 | $696.50 |
| 12/23/2013 | RMP | BL | Draft correspondence to respond to Kallior correspondence. | 0.40 | 995.00 | $398.00 |
| 12/23/2013 | RMP | BL | Telephone conference with Landau and Committee Member regarding settlement possibilities. | 1.70 | 995.00 | $1,691.50 |
| 12/23/2013 | SJK | BL | Review executed declaration from P. Jeffries. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Review memo from J. Dulberg regarding proposed additions to 2004 motion and conference with J. Dulberg regarding same. | 0.30 | 775.00 | $232.50 |
| 12/23/2013 | SJK | BL | Review memos from counsel and letter from I. Kallish regarding Liebowitz and Miller-Allen examinations and respond. | 0.30 | 775.00 | $232.50 |
| 12/23/2013 | SJK | BL | Begin revisions to 2004 motion regarding focus and | 1.20 | 775.00 | $930.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516      00002

Page:    25

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | new events. | | | |
| 12/23/2013 | SJK | BL | Review memos from R. Pachulski, R. Landau and US Trustee regarding disputes and chapter 11 trustee appointment issues. | 0.30 | 775.00 | $232.50 |
| 12/23/2013 | SJK | BL | Further work on revisions/additions to 2004 motion. | 2.00 | 775.00 | $1,550.00 |
| 12/23/2013 | SJK | BL | Review additional emails between R. Pachulski and Debtors' counsel regarding plan and related issues and 2004 examinations. | 0.30 | 775.00 | $232.50 |
| 12/23/2013 | SJK | BL | Review and respond to memo from R. Landau regarding Miller-Allen examination. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Conference with R. Pachulski and J. Dulberg regarding 2004 motion issues. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Further augment and revise 2004 motion. | 1.80 | 775.00 | $1,395.00 |
| 12/23/2013 | SJK | BL | Memo to Debtor counsel confirming Miller-Allen examination. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Review and respond to memos from Office of US Trustee and Debtor counsel regarding protective order issues. | 0.20 | 775.00 | $155.00 |
| 12/23/2013 | SJK | BL | Telephone conference with Office of US Trustee regarding protective order issues. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Review and respond to memo from Debtor counsel regarding protective order. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Review decision regarding 107 and protective orders; Rule 26 protective orders and memo to Debtor counsel regarding same. | 0.40 | 775.00 | $310.00 |
| 12/23/2013 | SJK | BL | Finalize 2004 motion and conference with R. Pachulski regarding same; additional revisions. | 0.40 | 775.00 | $310.00 |
| 12/23/2013 | SJK | BL | Review memo from J. Dulberg regarding insider compensation application and review same. | 0.10 | 775.00 | $77.50 |
| 12/23/2013 | SJK | BL | Conference with R. Pachulski regarding authority to file motion; circulate for signatures; assembly of exhibits; service and filing instructions. | 0.30 | 775.00 | $232.50 |
| 12/23/2013 | SJK | BL | Revise form of order to comport with revised motion and issue lodgment instructions. | 0.20 | 775.00 | $155.00 |
| 12/23/2013 | SJK | BL | Draft document request for Miller-Allen. | 0.70 | 775.00 | $542.50 |
| 12/24/2013 | JJK | BL | Emails Kahn, Sinclair on 2004 docs. | 0.20 | 645.00 | $129.00 |
| 12/24/2013 | JJK | BL | Emails Dulberg, Kahn on Liebowitz 2004 motion and review same; emails Kahn on info. for trustee motion; emails Dulberg on possible additional declarations; revise trustee motion and exclusivity extension opp. and related research; emails Dulberg on same. | 4.10 | 645.00 | $2,644.50 |
| 12/24/2013 | PJJ | BL | Update critical dates memo and circulate. | 0.50 | 295.00 | $147.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   26

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/24/2013 | RMP | BL | Telephone conference with Ross regarding settlement status and Trustee issues. | 0.90 | 995.00 | $895.50 |
| 12/24/2013 | RMP | BL | Telephone conference with Creditor's counsel regarding status. | 0.70 | 995.00 | $696.50 |
| 12/24/2013 | RMP | BL | Review 341 transcripts for Trustee motion and conference with Jeffrey W. Dulberg  regarding Trustee motion. | 1.20 | 995.00 | $1,194.00 |
| 12/24/2013 | JWD | BL | Work on examination issues and strategy re same | 0.60 | 675.00 | $405.00 |
| 12/24/2013 | JWD | BL | Work on creditor decs re trustee motion | 0.50 | 675.00 | $337.50 |
| 12/24/2013 | JWD | BL | Review and respond to creditor inquiries re 2004 motion | 0.20 | 675.00 | $135.00 |
| 12/24/2013 | SJK | BL | Augment and finalize document request to Miller-Allen. | 0.50 | 775.00 | $387.50 |
| 12/24/2013 | SJK | BL | Memo to Miller-Allen counsel forwarding document request. | 0.10 | 775.00 | $77.50 |
| 12/24/2013 | SJK | BL | Review and respond to memos from J. Dulberg regarding 2004 motion issues. | 0.40 | 775.00 | $310.00 |
| 12/24/2013 | SJK | BL | Prepare and cause additional service on Miller-Allen. | 0.20 | 775.00 | $155.00 |
| 12/24/2013 | SJK | BL | Draft motion supplement. | 0.40 | 775.00 | $310.00 |
| 12/24/2013 | SJK | BL | Proof and revise motion supplement and forward to J. Dulberg. | 0.20 | 775.00 | $155.00 |
| 12/24/2013 | SJK | BL | Review and respond to memos from Cohen counsel regarding production. | 0.20 | 775.00 | $155.00 |
| 12/24/2013 | SJK | BL | Conference with R. Pachulski and J. Dulberg regarding status; 2004 motion; proposed Trustee motion. | 0.30 | 775.00 | $232.50 |
| 12/26/2013 | GNB | BL | Office conference with Steven J. Kahn regarding clawback agreement and electronic document production/review. | 0.10 | 595.00 | $59.50 |
| 12/26/2013 | JJK | BL | Emails Pachulski, Dulberg on Pachulski dec. re: trustee motion, etc. and review same and consider issues. | 0.50 | 645.00 | $322.50 |
| 12/26/2013 | JJK | BL | Emails Kahn, Landau, et al. on Cohen 2004 matters. | 0.20 | 645.00 | $129.00 |
| 12/26/2013 | RMP | BL | Review Cowen production. | 1.30 | 995.00 | $1,293.50 |
| 12/26/2013 | RMP | BL | Prepare declaration and analyze emails and documents in preparing same. | 4.40 | 995.00 | $4,378.00 |
| 12/26/2013 | RMP | BL | Review and revise creditor supporting declarations. | 0.30 | 995.00 | $298.50 |
| 12/26/2013 | RMP | BL | Analyze redline of Debtors' Plan regarding Trustee Motion. | 0.60 | 995.00 | $597.00 |
| 12/26/2013 | JWD | BL | Work on insider litigation issues and respond to emails re same | 0.40 | 675.00 | $270.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516      00002

Page:    27

Invoice 110251

March 31, 2014

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 12/26/2013 | SJK | BL | Review and process notice from clerk regarding re-submission of lodged order regarding 2004 examination motion. | 0.30 | 775.00 | $232.50 |
| 12/26/2013 | SJK | BL | Review new lodged order. | 0.10 | 775.00 | $77.50 |
| 12/26/2013 | SJK | BL | Review and analyze hard copy documents produced by H. Cohen. | 0.80 | 775.00 | $620.00 |
| 12/26/2013 | SJK | BL | Conference with R. Pachulski regarding Cohen production. | 0.10 | 775.00 | $77.50 |
| 12/26/2013 | SJK | BL | Memo to Cohen and Debtor counsel regarding proposed computer production and protocols. | 0.20 | 775.00 | $155.00 |
| 12/26/2013 | SJK | BL | Review memo from R. Berger regarding same. | 0.10 | 775.00 | $77.50 |
| 12/26/2013 | SJK | BL | Draft clawback stipulation regarding Cohen computer information. | 0.70 | 775.00 | $542.50 |
| 12/26/2013 | SJK | BL | Review memo from J. Dulberg to P. Huygens regarding 2004 examinations. | 0.10 | 775.00 | $77.50 |
| 12/26/2013 | SJK | BL | Memo to P. Huygens regarding documents produced by Cohen. | 0.40 | 775.00 | $310.00 |
| 12/26/2013 | SJK | BL | Review and respond to memo from R. Pachulski regarding Cumberland transfer issues. | 0.20 | 775.00 | $155.00 |
| 12/26/2013 | SJK | BL | Proof and revise clawback agreement. | 0.30 | 775.00 | $232.50 |
| 12/26/2013 | SJK | BL | Review and respond to memos from R. Pachulski and J. Dulberg regarding Cumberland payment issues and memo to R. Landau regarding same. | 0.40 | 775.00 | $310.00 |
| 12/26/2013 | SJK | BL | Review memos from R. Pachulski and R. Landau regarding privilege issues. | 0.20 | 775.00 | $155.00 |
| 12/26/2013 | SJK | BL | Memo to R. Berger and B. Sinclair regarding clawback agreement. | 0.10 | 775.00 | $77.50 |
| 12/26/2013 | SJK | BL | Review and respond to memos from J. Dulberg, R. Pachulski and P. Huygens regarding Cumberland negative covenant agreements and passe interplay between same and settlement agreement. | 1.00 | 775.00 | $775.00 |
| 12/26/2013 | SJK | BL | Review entered 2004 Order. | 0.10 | 775.00 | $77.50 |
| 12/26/2013 | SJK | BL | Complete and assemble 2004 subpoenas and forward to I. Kallick and R. Landau regarding acceptance of service. | 0.50 | 775.00 | $387.50 |
| 12/27/2013 | JJK | BL | Emails Pachulski, Dulberg on mtn. to appoint trustee and related matters; review UST motion to appoint trustee and consider issues. | 0.90 | 645.00 | $580.50 |
| 12/27/2013 | RMP | BL | Review and revise declaration and review exhibits for Trustee motion. | 3.60 | 995.00 | $3,582.00 |
| 12/27/2013 | RMP | BL | Review draft of Motion to Appoint Trustee and make comments. | 1.30 | 995.00 | $1,293.50 |
| 12/27/2013 | RMP | BL | Review emails and draft Roussey declaration. | 1.70 | 995.00 | $1,691.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    28

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/27/2013 | JWD | BL | Work on strategy for trustee motion (2.5); call with P Huygens re same (0.3) | 2.80 | 675.00 | $1,890.00 |
| 12/27/2013 | JWD | BL | Review confidentiality issues re evidence for trustee motion | 0.60 | 675.00 | $405.00 |
| 12/27/2013 | SJK | BL | Review docket regarding new filings. | 0.10 | 775.00 | $77.50 |
| 12/27/2013 | SJK | BL | Review and respond to memos from R. Pachulski, J. Dulberg and P. Huygens regarding trustee motion issues and Cumberland. | 0.70 | 775.00 | $542.50 |
| 12/27/2013 | SJK | BL | Draft portion of insert regarding Cumberland. | 1.00 | 775.00 | $775.00 |
| 12/27/2013 | SJK | BL | Review confidentiality agreement. | 0.30 | 775.00 | $232.50 |
| 12/27/2013 | SJK | BL | Draft filing notice regarding Cumberland documents and memo to R. Pachulski and J. Dulberg regarding same. | 0.40 | 775.00 | $310.00 |
| 12/27/2013 | SJK | BL | Review memos from R. Pachulski and J. Dulberg regarding revisions to notice; revise and forward to Debtor counsel. | 0.20 | 775.00 | $155.00 |
| 12/27/2013 | SJK | BL | Complete draft of Cumberland insert. | 1.10 | 775.00 | $852.50 |
| 12/27/2013 | SJK | BL | Research whereabouts of Miller-Allen residence for service. | 0.30 | 775.00 | $232.50 |
| 12/27/2013 | SJK | BL | Follow-up memo to Miller-Allen and Liebowitz counsel regarding service. | 0.10 | 775.00 | $77.50 |
| 12/27/2013 | SJK | BL | Proof and revise Cumberland insert and memo to R. Pachulski and J. Dulberg regarding same. | 0.30 | 775.00 | $232.50 |
| 12/27/2013 | SJK | BL | Review and respond to memo from I. Kallick regarding Liebowitz service. | 0.10 | 775.00 | $77.50 |
| 12/27/2013 | SJK | BL | Review and respond to memo from R. Landau regarding Miller-Allen service issues. | 0.10 | 775.00 | $77.50 |
| 12/27/2013 | SJK | BL | Review memo from R. Landau regarding filing notice. | 0.10 | 775.00 | $77.50 |
| 12/27/2013 | SJK | BL | Calculate witness/mileage fees and issue detailed service instructions for 2004 subpoenas. | 0.40 | 775.00 | $310.00 |
| 12/27/2013 | SJK | BL | Proof and revise R. Pachulski Declaration and conference with R. Pachulski regarding same. | 0.50 | 775.00 | $387.50 |
| 12/27/2013 | SJK | BL | Review memo from P. Huygens regarding Cumberland insert; revise and forward same. | 0.30 | 775.00 | $232.50 |
| 12/27/2013 | SJK | BL | Retrieve and forward exhibits to R. Pachulski. | 0.20 | 775.00 | $155.00 |
| 12/27/2013 | SJK | BL | Prepare portions of inserts to Huygens Declaration. | 0.40 | 775.00 | $310.00 |
| 12/28/2013 | SJK | BL | Augment Huygens declaration regarding Cumberland issues. | 0.50 | 795.00 | $397.50 |
| 12/28/2013 | SJK | BL | Memo to J. Dulberg regarding Huygens draft declaration. | 0.20 | 775.00 | $155.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    29

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/28/2013 | SJK | BL | Memo to P. Huygens regarding declaration. | 0.10 | 775.00 | $77.50 |
| 12/28/2013 | SJK | BL | Review service status report regarding subpoenas. | 0.10 | 775.00 | $77.50 |
| 12/28/2013 | SJK | BL | Review draft Roussey Declaration. | 0.20 | 775.00 | $155.00 |
| 12/29/2013 | JWD | BL | Work on trustee motion | 4.50 | 675.00 | $3,037.50 |
| 12/29/2013 | SJK | BL | Review memos from R. Pachulski and J. Dulberg regarding declaration revisions. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | JJK | BL | Review motion to convert case and consider issues. | 0.20 | 645.00 | $129.00 |
| 12/30/2013 | RMP | BL | Review U.S. Trustee motion to appoint Trustee and telephone conference with Ross regarding coordination. | 1.20 | 995.00 | $1,194.00 |
| 12/30/2013 | RMP | BL | Revise declaration, particularly administrative claim issues section and review transcript regarding similar Landau case. | 1.40 | 995.00 | $1,393.00 |
| 12/30/2013 | RMP | BL | Review Huygens declaration. | 0.20 | 995.00 | $199.00 |
| 12/30/2013 | RMP | BL | Telephone conference with Ross and Committee Members and conferences with Jeffrey W. Dulberg and Steven J. Kahn regarding conversion issues. | 3.20 | 995.00 | $3,184.00 |
| 12/30/2013 | RMP | BL | Meeting with Jeffrey W. Dulberg and Steven J. Kahn to outline re-conversion motion and edit Trustee motion to achieve same. | 1.30 | 995.00 | $1,293.50 |
| 12/30/2013 | JWD | BL | Tel call with R Pachulski re UST motion | 0.20 | 675.00 | $135.00 |
| 12/30/2013 | JWD | BL | Tel call with B Blum and revise email re trustee motion | 0.30 | 675.00 | $202.50 |
| 12/30/2013 | JWD | BL | Work on trustee motion | 1.50 | 675.00 | $1,012.50 |
| 12/30/2013 | JWD | BL | Tel call with M Ross re motion to convert | 0.50 | 675.00 | $337.50 |
| 12/30/2013 | JWD | BL | Review motion to convert | 0.40 | 675.00 | $270.00 |
| 12/30/2013 | JWD | BL | Work on motion to reconvert and appoint trustee | 5.00 | 675.00 | $3,375.00 |
| 12/30/2013 | JWD | BL | Call with Court clerk re motion to convert (0.2); call with UST re same (0.2); call with J Roussey re same (0.2); review order (0.1) | 0.70 | 675.00 | $472.50 |
| 12/30/2013 | SJK | BL | Follow-up memo to Cohen and Debtor counsel regarding proposed clawback; privilege review. | 0.20 | 775.00 | $155.00 |
| 12/30/2013 | SJK | BL | Review Pachulski Declaration and notate proposed revisions. | 0.40 | 775.00 | $310.00 |
| 12/30/2013 | SJK | BL | Review and respond to memo from J. Dulberg regarding exhibit retrieval and assembly. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | BL | Memo to J. Dulberg regarding suggested revisions to Pachulski Declaration. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | BL | Review memo from R. Landau regarding Cumberland issues and R. Pachulski reply. | 0.10 | 775.00 | $77.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    30

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/30/2013 | SJK | BL | Revise, update and augment Kahn Declaration. | 1.00 | 775.00 | $775.00 |
| 12/30/2013 | SJK | BL | Proof and revise Kahn Declaration and forward to J. Dulberg. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Retrieve and assemble exhibits to Kahn Declaration. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Re-format Huygens Declaration. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | BL | Retrieve and assemble exhibits for Huygens Declaration. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Review report on Miller-Allen service status. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | BL | Review memo from R. Pachulski to Debtor counsel regarding conversion motion and chapter 11 trustee motions and request for consent. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | BL | Conference with R. Pachulski and J. Dulberg regarding new motion by reason of conversion motion. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Conference with J. Dulberg regarding declaration revisions and further revise Huygens Declaration. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Review law and draft application for OST. | 1.60 | 775.00 | $1,240.00 |
| 12/30/2013 | SJK | BL | Proof and forward revised declaration to J. Roussey. | 0.20 | 775.00 | $155.00 |
| 12/30/2013 | SJK | BL | Draft proposed OST to be lodged with application. | 0.20 | 775.00 | $155.00 |
| 12/30/2013 | SJK | BL | Conferences with J. Dulberg and R. Pachulski regarding conversion order; required revisions to pleadings and declarations. | 0.50 | 775.00 | $387.50 |
| 12/30/2013 | SJK | BL | Telephone conference with Committee chair regarding conversion order; declaration revisions; motion strategy. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Revise Kahn Declaration. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Revise Huygens Declaration. | 0.40 | 775.00 | $310.00 |
| 12/30/2013 | SJK | BL | Proof and revise Pachulski Declaration. | 0.40 | 775.00 | $310.00 |
| 12/30/2013 | SJK | BL | Review portions of revised motion. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | BL | Proof and further revise Pachulski Declaration. | 0.20 | 775.00 | $155.00 |
| 12/30/2013 | SJK | BL | Enter exhibit identifications into motion and Declarations of R. Pachulski, S. Kahn and P. Huygens. | 1.30 | 775.00 | $1,007.50 |
| 12/30/2013 | SJK | BL | Proof and finalize declarations and exhibit references. | 0.40 | 775.00 | $310.00 |
| 12/30/2013 | SJK | BL | Review and respond to memo regarding committee meeting. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | BL | Review revised motion for re-conversion. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | LAF | BL | Legal research re: Opposing motion to dismiss/convert. | 1.00 | 295.00 | $295.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    31

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/30/2013 | LAF | BL | Legal research re: Conversion from chapter 7 to 11. | 0.30 | 295.00 | $88.50 |
| | | | | **284.20** | | **$205,193.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2013 | PJJ | CA | Update contacts list and create email group. | 0.50 | 295.00 | $147.50 |
| 10/11/2013 | JWD | CA | Call with R Landau re case update, draft notes re same | 1.00 | 695.00 | $695.00 |
| 10/15/2013 | PJJ | CA | Prepare binders of schedules and statements for each Debtor. | 0.80 | 295.00 | $236.00 |
| 10/16/2013 | JWD | CA | Respond to various creditor inquiries re case status | 0.60 | 675.00 | $405.00 |
| 10/22/2013 | RMP | CA | Discuss KSL issues with creditor counsel. | 0.90 | 995.00 | $895.50 |
| 10/29/2013 | RMP | CA | Conference with J. Dulberg regarding status conference. | 0.30 | 995.00 | $298.50 |
| 10/30/2013 | JWD | CA | Prepare for status conference (0.5); attend hearing and meeting with R Landau and J Dalberg (2.2); draft follow up notes (0.2) | 2.90 | 675.00 | $1,957.50 |
| 10/31/2013 | JWD | CA | Return creditor calls re status | 0.30 | 675.00 | $202.50 |
| 11/04/2013 | JWD | CA | Review new docket entries and calendar items | 0.20 | 675.00 | $135.00 |
| 11/07/2013 | JWD | CA | Office conf with R Pachulski re case status and draft notes re same | 0.30 | 675.00 | $202.50 |
| 11/08/2013 | PJJ | CA | Update contact list. | 0.10 | 295.00 | $29.50 |
| 11/08/2013 | SEM | CA | Communications with creditor regarding status of the case | 0.10 | 645.00 | $64.50 |
| 11/11/2013 | LAF | CA | Update creditor website. | 0.50 | 295.00 | $147.50 |
| 11/15/2013 | SEM | CA | Review email from Rodger Landau regarding pending matters and email communications with Jeff Dulberg regarding same | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | JWD | CA | Draft task list | 0.50 | 675.00 | $337.50 |
| 11/15/2013 | SJK | CA | Review memos from J. Dulberg and R. Landau regarding pending/planned motions. | 0.20 | 775.00 | $155.00 |
| 11/18/2013 | SEM | CA | Return call to attorney for creditor in case re status of case | 0.10 | 645.00 | $64.50 |
| 11/18/2013 | JWD | CA | Respond to emails re case status | 0.20 | 675.00 | $135.00 |
| 11/19/2013 | SEM | CA | Prepare chart that tracks the top 20 as it has changed | 0.70 | 645.00 | $451.50 |
| 11/19/2013 | SEM | CA | Email communications to Jeff Dulberg regarding action items | 0.20 | 645.00 | $129.00 |
| 11/19/2013 | SEM | CA | Communications with creditor re status of case | 0.10 | 645.00 | $64.50 |
| 11/19/2013 | SEM | CA | Telephone conference with Jeff Dulberg regarding the 341a meeting and follow-up matters to handle | 0.50 | 645.00 | $322.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    32

KSL Media O.C.C.

Invoice 110251

47516      00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/19/2013 | LAF | CA | Set up creditor website. | 1.80 | 295.00 | $531.00 |
| 11/20/2013 | LAF | CA | Work on creditor website. | 0.30 | 295.00 | $88.50 |
| 11/21/2013 | JWD | CA | Tel call with R Landau re case status | 0.20 | 675.00 | $135.00 |
| 11/22/2013 | PJJ | CA | Update contact list. | 0.10 | 295.00 | $29.50 |
| 11/22/2013 | JWD | CA | Review task list and conference with S McFarland re various issues | 0.60 | 675.00 | $405.00 |
| 11/26/2013 | SEM | CA | Email communications with Jeff Dulberg and Myra Kulick regarding appearance at the Status Conference on Wednesday | 0.10 | 645.00 | $64.50 |
| 11/26/2013 | SEM | CA | Various telephone conferences with Jeff Dulberg regarding pending matters | 0.30 | 645.00 | $193.50 |
| 11/26/2013 | JWD | CA | Review task list and emails re same | 0.20 | 675.00 | $135.00 |
| 11/26/2013 | JWD | CA | Review tentative ruling and emails re same (0.2); call with J Dalberg re same and emails re same (0.2) | 0.40 | 675.00 | $270.00 |
| 11/26/2013 | JWD | CA | Office conf with R Pachulski re status | 0.30 | 675.00 | $202.50 |
| 11/26/2013 | JWD | CA | Various calls with debtor's counsel and work on issues for status conf | 1.30 | 675.00 | $877.50 |
| 12/17/2013 | JWD | CA | Call with creditors re case status | 0.20 | 675.00 | $135.00 |
| 12/18/2013 | SEM | CA | Various telephone conferences with Jeff Dulberg regarding pending issues | 0.10 | 645.00 | $64.50 |
| 12/30/2013 | SEG | CA | Review Jeffrey W. Dulberg email regarding 1112(b) and review research regarding section 1112 and emails to Jeffrey W. Dulberg regarding same. | 0.30 | 825.00 | $247.50 |
| 12/30/2013 | SJK | CA | Review motion to convert. | 0.30 | 775.00 | $232.50 |
| 12/30/2013 | SJK | CA | Review proposed conversion order. | 0.10 | 775.00 | $77.50 |
| 12/30/2013 | SJK | CA | Review memos from J. Dulberg and J. Roussey regarding chapter 7 motion and declaration. | 0.10 | 775.00 | $77.50 |
| | | | | **17.80** | | **$10,907.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/15/2013 | JWD | CO | Tel call with K Sarrami and notes re same | 0.20 | 675.00 | $135.00 |
| 10/22/2013 | JWD | CO | Review case law re various constructive trust theories re potential claims | 1.20 | 675.00 | $810.00 |
| 10/22/2013 | JWD | CO | Review pleadings re claims bar date | 0.20 | 675.00 | $135.00 |
| 10/23/2013 | JWD | CO | Review bar date order and draft notes re same | 0.20 | 675.00 | $135.00 |
| 10/23/2013 | JWD | CO | Review filed claims and docket | 0.40 | 675.00 | $270.00 |
| 10/25/2013 | RMP | CO | Review and respond to Roussey e-mails regarding Disney. | 0.30 | 995.00 | $298.50 |
| 10/25/2013 | JWD | CO | Analyze advertiser agrements | 1.50 | 675.00 | $1,012.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    33

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/25/2013 | JWD | CO | Tel call with J Roussey re various issues and claims reconciliation | 0.30 | 675.00 | $202.50 |
| 10/28/2013 | RMP | CO | Telephone conference with Roussey regarding Disney. | 0.30 | 995.00 | $298.50 |
| 10/28/2013 | JWD | CO | Review email re claim recon and tel call with J Roussey re same (0.3) | 0.30 | 675.00 | $202.50 |
| 11/01/2013 | JWD | CO | Review admin claim bar date motion and draft notes and emails re same | 0.60 | 675.00 | $405.00 |
| 11/04/2013 | RMP | CO | Review administrative motion and telephone conferences with J. Dulberg and Committee members regarding same. | 1.30 | 995.00 | $1,293.50 |
| 11/04/2013 | SEM | CO | Review and summarize bar date motion for Jeff Dulberg | 0.40 | 645.00 | $258.00 |
| 11/07/2013 | JWD | CO | Emails with J Roussey re bar date issues | 0.20 | 675.00 | $135.00 |
| 11/07/2013 | JWD | CO | Review advertiser contracts re admin claim issues | 1.50 | 675.00 | $1,012.50 |
| 11/09/2013 | SEM | CO | Email communications with Jeff Dulberg regarding reimbursement of Committee Expenses | 0.10 | 645.00 | $64.50 |
| 11/10/2013 | SEM | CO | Email communications with Patricia Jeffries regarding reimbursement of committee member expenses | 0.10 | 645.00 | $64.50 |
| 11/12/2013 | PJJ | CO | Research re committee formation meeting expense request. | 0.30 | 295.00 | $88.50 |
| 11/12/2013 | SEM | CO | Email exchange with Patricia Jeffries regarding reimbursement of committee expenses | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | RMP | CO | Review e-mails regarding administrative bar date and telephone conferences with Roussey and Kravitz regarding same. | 0.80 | 995.00 | $796.00 |
| 11/15/2013 | SEM | CO | Telephone conference with Jeff Dulberg regarding the bar date motion | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | JWD | CO | Work on response re admin bar date issues and emails re same to Committee and Landau | 0.80 | 675.00 | $540.00 |
| 11/18/2013 | JWD | CO | Tel call with R Campbell re claim | 0.20 | 675.00 | $135.00 |
| 11/18/2013 | JWD | CO | Emails re claims bar date issues | 0.20 | 675.00 | $135.00 |
| 11/20/2013 | SEM | CO | Remail communications with Jeff Dulberg and Debtors' counsel  regarding admin bar date order(.1);review and revise admin bar date order(.1) | 0.20 | 645.00 | $129.00 |
| 11/20/2013 | JWD | CO | Emails re admin bar date and respond re same | 0.30 | 675.00 | $202.50 |
| 11/20/2013 | JWD | CO | Work on issues re form of bar date order | 0.60 | 675.00 | $405.00 |
| 11/21/2013 | JWD | CO | Tel call with J Roussey re Committee issues and bar dates | 0.30 | 675.00 | $202.50 |
| 11/25/2013 | JWD | CO | Review filed notice re admin bar date and emails re same | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516    00002

Page:    34
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/26/2013 | RMP | CO | Telephone conferences with Roussey and Laurin regarding claim protocol. | 0.90 | 995.00 | $895.50 |
| 11/27/2013 | RMP | CO | Telephone conferences with Committee members regarding claim protocol. | 1.40 | 995.00 | $1,393.00 |
| 12/02/2013 | SEM | CO | Email communications with Jeff Dulberg regarding section 503(b)(3)(F) claims being excepted from the Jan. 15th Admin Claim bar date | 0.10 | 645.00 | $64.50 |
| 12/02/2013 | JWD | CO | Emails with Debtor re committee member expenses | 0.20 | 675.00 | $135.00 |
| 12/02/2013 | JWD | CO | Create email for Committee re expenses (0.2); call with H Manoian re same (0.2) | 0.40 | 675.00 | $270.00 |
| 12/03/2013 | RMP | CO | Telephone conferences with Committee members regarding potential claims protocol. | 1.20 | 995.00 | $1,194.00 |
| 12/03/2013 | RMP | CO | Review reconciliation issues, e-mails regarding same and telephone conference with Huygens regarding same. | 1.30 | 995.00 | $1,293.50 |
| 12/03/2013 | JWD | CO | Work on issues re committee member expenses | 0.60 | 675.00 | $405.00 |
| 12/04/2013 | SEM | CO | Email communications with Jeff Dulberg re status of pending matters including the Stip regarding the exclusion of the committee expense claims from the admin bar date | 0.10 | 645.00 | $64.50 |
| 12/04/2013 | SEM | CO | Drafting the Stipulation between the Committee and the Debtors regarding the reimbursement of Committee Expenses | 0.80 | 645.00 | $516.00 |
| 12/05/2013 | JWD | CO | Review and revise stip re admin bar date | 0.50 | 675.00 | $337.50 |
| 12/06/2013 | RMP | CO | Telephone conferences with Committee members regarding claims issues. | 0.90 | 995.00 | $895.50 |
| 12/09/2013 | PJJ | CO | Telephone call from creditor, and email to same, re inquiry as to proof of claim and change of address forms. | 0.30 | 295.00 | $88.50 |
| 12/10/2013 | SEM | CO | Responding to Amanda Demby's request regarding a proof of claim form and email communications with Jeff Dulberg re same | 0.20 | 645.00 | $129.00 |
| 12/11/2013 | RMP | CO | Telephone conferences with Laurin regarding Bacardi. | 0.30 | 995.00 | $298.50 |
| 12/16/2013 | RMP | CO | Review and analyze administrative claim issues. | 0.90 | 995.00 | $895.50 |
| 12/16/2013 | BDD | CO | Review Committee member claims; preparation of chart re same | 0.70 | 295.00 | $206.50 |
| 12/17/2013 | PJJ | CO | Research and track administrative expense claims. | 0.20 | 295.00 | $59.00 |
| 12/17/2013 | RMP | CO | Review and respond to emails regarding administrative claims issues. | 0.70 | 995.00 | $696.50 |
| 12/17/2013 | JWD | CO | Meeting with P Jeffries re claims docket review and emails re same | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    35

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2013 | SEM | CO | Email to committee members reminding them of the bar date tomorrow | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SEM | CO | Telephone conference with Jeff Dulberg regarding claims analysis | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SEM | CO | Responding to John Roussey's inquiry regarding filing of claims | 0.20 | 645.00 | $129.00 |
| 12/18/2013 | BDD | CO | Conference with J. Dulberg re analysis of admin claims | 0.20 | 295.00 | $59.00 |
| 12/18/2013 | BDD | CO | Email to P. Jefferies re administrative claims | 0.10 | 295.00 | $29.50 |
| 12/18/2013 | BDD | CO | Begin reviewing claims filed between 9/11/13 and 10/15/13 (re admin) | 0.80 | 295.00 | $236.00 |
| 12/18/2013 | BDD | CO | Email to E. Marroquin re claim #s 1-32 | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to J. Dulberg re Committee member claims | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to S. McFarland re Committee member claims | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to J. Dulberg re NBC claim | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to N. Deleon re Committee member claims | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to J. Dulberg re filed POCs of Committee members | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to J. Dulberg re NBC Universal proofs of claim | 0.10 | 295.00 | $29.50 |
| 12/19/2013 | BDD | CO | Email to J. Dulberg re administrative claims analysis | 0.10 | 295.00 | $29.50 |
| 12/23/2013 | RMP | CO | Telephone conference with Committee Members and respond to emails regarding administrative claims. | 0.90 | 995.00 | $895.50 |
| 12/23/2013 | BDD | CO | Work on chart re committee member claims | 0.30 | 295.00 | $88.50 |
| 12/23/2013 | BDD | CO | Review committee member claims | 0.20 | 295.00 | $59.00 |
| 12/23/2013 | BDD | CO | Email to J. Dulberg re NBC Universal claim | 0.10 | 295.00 | $29.50 |
| 12/24/2013 | RMP | CO | Review _____ filed claims. | 0.90 | 995.00 | $895.50 |
| 12/24/2013 | JWD | CO | Review current claims summary and committee member claims | 0.40 | 675.00 | $270.00 |
| | | | | **30.20** | | **$22,659.00** |

### Employee Benefit/Pension-B220

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/16/2013 | JWD | EB | Review file re notices of insider compensation and notes re missing | 0.30 | 675.00 | $202.50 |
| 10/17/2013 | JWD | EB | Tel call with M Rieder re employee listing and emails with Committee member re same | 0.30 | 675.00 | $202.50 |
| 10/30/2013 | JWD | EB | Tel call with J Roussey re employee issues | 0.30 | 675.00 | $202.50 |
| 10/31/2013 | RMP | EB | Review employee issues and e-mails regarding | 0.40 | 995.00 | $398.00 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516    00002

Page:    36
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | same. | | | |
| 11/01/2013 | JWD | EB | Analyze employee program issues | 0.70 | 675.00 | $472.50 |
| 11/04/2013 | JWD | EB | Call with J Roussey and review analysis re employee right sizing | 0.70 | 675.00 | $472.50 |
| 11/05/2013 | JWD | EB | Review correspondence and issues re employee right sizing | 0.30 | 675.00 | $202.50 |
| 11/06/2013 | RMP | EB | Review employee e-mail and telephone conference withRoussey regarding same. | 0.60 | 995.00 | $597.00 |
| 11/06/2013 | JWD | EB | Review issues re employee retention and bonus issues | 0.40 | 675.00 | $270.00 |
| 11/07/2013 | JWD | EB | Emails with J Roussey re employee right-sizing | 0.20 | 675.00 | $135.00 |
| 11/07/2013 | JWD | EB | Review issues re employee retention and emails re same | 0.30 | 675.00 | $202.50 |
| 11/07/2013 | JWD | EB | Email re employee protocol motion and review file re same | 0.20 | 675.00 | $135.00 |
| 11/10/2013 | JWD | EB | Review and respond to various emails re meetings with Debtors over employees | 0.50 | 675.00 | $337.50 |
| 11/21/2013 | SEM | EB | Review 401(k) motion(.1);Review emails regarding the severance plan(.1) | 0.20 | 645.00 | $129.00 |
| 11/21/2013 | JWD | EB | Call with J Dalberg re employee issues (0.3); review issues re same (1.2) | 1.50 | 675.00 | $1,012.50 |
| 11/21/2013 | JWD | EB | Review 401k plan termination motion draft (0.5); emails re same with Committee chair and Debtors (0.2) | 0.70 | 675.00 | $472.50 |
| 11/21/2013 | JWD | EB | Draft email to J Roussey and P Huygens re employee issues | 0.30 | 675.00 | $202.50 |
| 11/22/2013 | JWD | EB | Email to J Dalberg re employee plan | 0.10 | 675.00 | $67.50 |
| 11/22/2013 | JWD | EB | Review issues for employee plan | 0.80 | 675.00 | $540.00 |
| 11/25/2013 | JWD | EB | Review filed pleadings re 401K plan | 0.20 | 675.00 | $135.00 |
| 11/26/2013 | RMP | EB | Review employee severance plan and conferences with J. Dulberg regarding same. | 0.80 | 995.00 | $796.00 |
| 11/26/2013 | SEM | EB | Review employee severance motion(.3);Email to Jeff Dulberg summarizing issues with same | 0.50 | 645.00 | $322.50 |
| 11/26/2013 | SEM | EB | Review employee severance motion to verify changes were made and email Jeff Dulberg re same | 0.40 | 645.00 | $258.00 |
| 11/26/2013 | JWD | EB | Review issues and prepare comments and email to J Dalberg re employee bonus program and pleadings | 0.70 | 675.00 | $472.50 |
| 11/26/2013 | JWD | EB | Further review of employee benefits motion and emails re same | 0.30 | 675.00 | $202.50 |
| 12/09/2013 | JWD | EB | Respond to UST inquiry re employee bonus motion | 0.30 | 675.00 | $202.50 |
| 12/09/2013 | JWD | EB | Call with UST re employee plan | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    37

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/10/2013 | SEM | EB | Review motion re termination of 401(k) and email communications with Jeff Dulberg and Monica Rieder re same | 0.10 | 645.00 | $64.50 |
| 12/24/2013 | RMP | EB | Conference with Jeffrey W. Dulberg and review and respond to emails employee issues. | 0.90 | 995.00 | $895.50 |
| | | | | 13.20 | | $9,738.00 |

## Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2013 | JWD | EC | Review motion to reject leases | 0.20 | 675.00 | $135.00 |
| 10/12/2013 | JWD | EC | Review stips re rejection and pleadings re same | 1.10 | 675.00 | $742.50 |
| 10/24/2013 | PJJ | EC | Email Province re contract rejection motion. | 0.10 | 295.00 | $29.50 |
| 10/29/2013 | RMP | EC | Review Cigna issues and conference with J. Dulberg regarding same. | 0.40 | 995.00 | $398.00 |
| 10/29/2013 | JWD | EC | Review entered order re lease rejection and draft note to FA re same | 0.20 | 675.00 | $135.00 |
| 10/29/2013 | JWD | EC | Review shortened notice pleadings and health insurance contract assumption (0.4); emails re same (0.2) | 0.60 | 675.00 | $405.00 |
| 10/30/2013 | SEM | EC | Review motion to assume two contracts with Cigna and summarize for Jeff Dulberg | 0.40 | 645.00 | $258.00 |
| 10/30/2013 | SEM | EC | Review motion to redact the business information attached to the motion to reject the CIGNA Contracts | 0.10 | 645.00 | $64.50 |
| 10/30/2013 | JWD | EC | Review pleadigns re CIGNA and motion to seal agreement and draft emails re same | 0.70 | 675.00 | $472.50 |
| 10/31/2013 | RMP | EC | Review and respond to e-mails regarding Cigna. | 0.60 | 995.00 | $597.00 |
| 10/31/2013 | JWD | EC | Review Cigna assumption motion issues and draft committee email re same (0.8); call with Debtor's counsel re same and draft notes (0.3) | 1.10 | 675.00 | $742.50 |
| 10/31/2013 | JWD | EC | Emails re insurance motion, redaction and draft notes re same | 0.70 | 675.00 | $472.50 |
| 11/06/2013 | JWD | EC | Attend CIGNA hearing via telephone (0.5); draft emails re same to Committee (0.1) | 0.60 | 675.00 | $405.00 |
| 11/08/2013 | JWD | EC | Review order re executory contract and motion re cigna | 0.50 | 675.00 | $337.50 |
| 12/12/2013 | JWD | EC | Review 365d4 timing and prepare notes re same | 0.40 | 675.00 | $270.00 |
| 12/12/2013 | JWD | EC | Review lease and notes re same | 0.50 | 675.00 | $337.50 |
| 12/12/2013 | SJK | EC | Review memos from J. Dulberg and Debtor counsel regarding lease objection. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | SEM | EC | Review motion to extent the section 365(d)(4) deadline and summarize for Jeff Dulberg | 0.20 | 645.00 | $129.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    38

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2013 | SEM | EC | Email communications with Jeff Dulberg regarding removal of the 365(d)(4) deadline extension motion from the stip to continue hearings | 0.10 | 645.00 | $64.50 |
| 12/27/2013 | RMP | EC | Review Cumberland transaction and draft and respond to emails regarding same. | 2.30 | 995.00 | $2,288.50 |
| | | | | **10.90** | | **$8,361.50** |

## Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/14/2013 | JWD | FF | Review cash flow report | 0.20 | 675.00 | $135.00 |
| 10/16/2013 | RMP | FF | Review MORs and conference with J. Dulberg regarding same. | 0.30 | 995.00 | $298.50 |
| 11/15/2013 | PJJ | FF | Download monthly operating reports and circulate. | 0.10 | 295.00 | $29.50 |
| 11/15/2013 | JWD | FF | Review MOR's | 0.20 | 675.00 | $135.00 |
| 11/18/2013 | PJJ | FF | Review amended schedules and statements. | 0.20 | 295.00 | $59.00 |
| 12/16/2013 | PJJ | FF | Download operating reports and email to J. Dulberg and P. Huygens. | 0.20 | 295.00 | $59.00 |
| | | | | **1.20** | | **$716.00** |

## General Creditors Comm. [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/11/2013 | RMP | GC | Prepare for and participate in meeting with Debtors' counsel and follow-up with Roussey regarding case issues. | 2.20 | 995.00 | $2,189.00 |
| 10/11/2013 | RMP | GC | Telephone conferences with Committee members regarding case timeline. | 0.70 | 995.00 | $696.50 |
| 10/11/2013 | RMP | GC | Conference with J. Dulberg regarding case strategy and organization and follow-up with Roussey regarding same. | 0.80 | 995.00 | $796.00 |
| 10/11/2013 | RMP | GC | Prepare for and participate in call with Debtors' counsel regarding case issues. | 1.40 | 995.00 | $1,393.00 |
| 10/11/2013 | JWD | GC | Work on organization issues for new committee | 0.80 | 675.00 | $540.00 |
| 10/11/2013 | JWD | GC | Work on agenda for next Committee call (0.4); respond to various emails from members re initial organization (0.5) | 0.90 | 675.00 | $607.50 |
| 10/11/2013 | JWD | GC | Calls with different committee members re new committee issues | 0.40 | 675.00 | $270.00 |
| 10/11/2013 | JWD | GC | Review committee info motion | 0.60 | 675.00 | $405.00 |
| 10/11/2013 | JWD | GC | Work on organizational matters for Committee, review bylaws | 0.90 | 675.00 | $607.50 |
| 10/12/2013 | JWD | GC | Review docket and various pleadings from prior to Committee appointment including plan, rejection pleadings, reports | 2.30 | 675.00 | $1,552.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    39

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2013 | JWD | GC | Review emails and work on task list for meeting with Debtor | 0.70 | 675.00 | $472.50 |
| 10/14/2013 | RMP | GC | Prepare for and participate in Creditor Committee call. | 1.30 | 995.00 | $1,293.50 |
| 10/14/2013 | RMP | GC | Follow-up calls with Laurin and Roussey regarding case issues. | 1.40 | 995.00 | $1,393.00 |
| 10/14/2013 | RMP | GC | Review by-laws and telephone conference with J. Dulberg regarding same. | 0.20 | 995.00 | $199.00 |
| 10/14/2013 | JWD | GC | Draft and revise bylaws and agenda for committee call | 1.20 | 675.00 | $810.00 |
| 10/14/2013 | JWD | GC | Work on administrative matters for new committee and review distribution and email lists | 0.70 | 675.00 | $472.50 |
| 10/14/2013 | JWD | GC | Prepare for and attend Committee call | 1.00 | 675.00 | $675.00 |
| 10/14/2013 | JWD | GC | Tel call with K Sarrami re various Committee issues | 0.20 | 675.00 | $135.00 |
| 10/14/2013 | JWD | GC | Review bylaws and revise same (0.1); review and revise request for notice (0.2); draft meeting minutes (0.3); revise minutes (0.1); emails re admin matters (0.1) | 0.80 | 675.00 | $540.00 |
| 10/14/2013 | JWD | GC | Work on document checklist and requests (1.3); emails re various items with Debtor counsel (0.2) | 1.50 | 675.00 | $1,012.50 |
| 10/15/2013 | PJJ | GC | Draft committee confidentiality agreement. | 0.30 | 295.00 | $88.50 |
| 10/15/2013 | PJJ | GC | Revise committee bylaws. | 0.20 | 295.00 | $59.00 |
| 10/15/2013 | RMP | GC | Prepare for and participate in meeting with Debtors' reps and Committee members and follow-up calls with Kravitz and Roussey regarding same. | 3.60 | 995.00 | $3,582.00 |
| 10/15/2013 | JWD | GC | Prepare for and attend meeting with Committee and Debtor reps | 3.00 | 675.00 | $2,025.00 |
| 10/15/2013 | JWD | GC | Draft notes and memo to Committee re meeting and status | 0.60 | 675.00 | $405.00 |
| 10/15/2013 | JWD | GC | Work on task list for committee issues | 0.50 | 675.00 | $337.50 |
| 10/15/2013 | JWD | GC | Review and revise critical dates list, confidentiality agreement and emails re same | 0.40 | 675.00 | $270.00 |
| 10/16/2013 | SEM | GC | Working on the Information Protocol Motion, Notice and Order | 3.20 | 645.00 | $2,064.00 |
| 10/16/2013 | JWD | GC | Work on various committee meeting issues and task list | 0.50 | 675.00 | $337.50 |
| 10/16/2013 | JWD | GC | Tel call with K Sarrami re various case issues and draft emails and notes re same | 0.50 | 675.00 | $337.50 |
| 10/16/2013 | JWD | GC | Review and revise bylaws, draft follow up email to committee and re various committee issues | 0.60 | 675.00 | $405.00 |
| 10/16/2013 | JWD | GC | Tel call with P Kravitz re committee call | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    40

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/17/2013 | PJJ | GC | Revise committee bylaws. | 0.20 | 295.00 | $59.00 |
| 10/17/2013 | RMP | GC | Telephone conferences with Andrea McDonald regarding Committee issues. | 1.40 | 995.00 | $1,393.00 |
| 10/17/2013 | JWD | GC | Tel call with K Sarrami re Intermedia | 0.30 | 675.00 | $202.50 |
| 10/18/2013 | JWD | GC | Further revisions to confidentiality agreement and emails with M Rieder re same | 0.80 | 675.00 | $540.00 |
| 10/18/2013 | JWD | GC | Review confidentiality agreement and emails re same | 0.30 | 675.00 | $202.50 |
| 10/20/2013 | JWD | GC | Review emails from members re bylaws and draft email re tally for bylaws and confidentiality | 0.30 | 675.00 | $202.50 |
| 10/21/2013 | RMP | GC | Prepare for and participate on Committee call. | 1.30 | 995.00 | $1,293.50 |
| 10/21/2013 | RMP | GC | Telephone conferences with Committee members regarding upcoming issues. | 0.90 | 995.00 | $895.50 |
| 10/21/2013 | JWD | GC | Emails re additional Committee call attendees | 0.20 | 675.00 | $135.00 |
| 10/21/2013 | JWD | GC | Emails with Committee members re confi agt | 0.20 | 675.00 | $135.00 |
| 10/21/2013 | JWD | GC | Prep for and conduct Committee call | 1.50 | 675.00 | $1,012.50 |
| 10/21/2013 | JWD | GC | Tel call with J Yobe re various committee issues | 0.30 | 675.00 | $202.50 |
| 10/21/2013 | JWD | GC | Call with A MacDonald re Committee concerns | 0.20 | 675.00 | $135.00 |
| 10/21/2013 | JWD | GC | Work on confidentiality agreement issues and review P Laurin email re same | 0.40 | 675.00 | $270.00 |
| 10/22/2013 | JWD | GC | Prepare email to Committee re various admin issues | 0.20 | 675.00 | $135.00 |
| 10/22/2013 | JWD | GC | Review letter from Hallmark counsel | 0.10 | 675.00 | $67.50 |
| 10/23/2013 | SEM | GC | Review draft of Information Protocol Motion | 0.10 | 645.00 | $64.50 |
| 10/23/2013 | SEM | GC | Email communications with Jeff Dulberg regarding the meaning of confidential information(.1);comparing the meaning in the Confidentiality Agreement with the meaning in the Information Protocol Motion (.2); drafting email to Jeff Dulberg regarding same (.2) | 0.50 | 645.00 | $322.50 |
| 10/23/2013 | SEM | GC | Email communications with Myra Kulick and Patricia Jeffries regarding form of the Information Protocol Motion for filing | 0.10 | 645.00 | $64.50 |
| 10/23/2013 | JWD | GC | Work on orienting FA to case and review of pending issues | 0.80 | 675.00 | $540.00 |
| 10/23/2013 | JWD | GC | Work on info access protocol motion | 0.30 | 675.00 | $202.50 |
| 10/24/2013 | RMP | GC | Telephone conference with McDonald and counsel regarding Committee issues. | 1.20 | 995.00 | $1,194.00 |
| 10/24/2013 | JWD | GC | Review agreement and prepare email to M Rieder re confi agt | 0.20 | 675.00 | $135.00 |
| 10/24/2013 | JWD | GC | Prepare committee call agenda | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    41

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/24/2013 | JWD | GC | Review non-opp re committee access protocol | 0.10 | 675.00 | $67.50 |
| 10/25/2013 | RMP | GC | Prepare for and participate on Committee weekly call and follow-up conferences with J. Dulberg and Province professionals regarding same. | 1.90 | 995.00 | $1,890.50 |
| 10/25/2013 | JWD | GC | Work on further orienting Province and work with Debtor to arrange access and meetings | 1.20 | 675.00 | $810.00 |
| 10/25/2013 | JWD | GC | Attend subcommittee call | 0.70 | 675.00 | $472.50 |
| 10/25/2013 | JWD | GC | Prepare for and attend committee call (0.9); follow up emails re same (0.6) | 1.50 | 675.00 | $1,012.50 |
| 10/28/2013 | RMP | GC | Meeting with Paul Laurin regarding case issues. | 1.40 | 995.00 | $1,393.00 |
| 10/28/2013 | JWD | GC | Work on meeting with K Liebovitz and counsel; emails with I Kallick re same | 0.70 | 675.00 | $472.50 |
| 10/29/2013 | RMP | GC | Telephone conferences with Committee members regarding case issues. | 1.20 | 995.00 | $1,194.00 |
| 10/30/2013 | JWD | GC | Tel call with R Pachulski re status conference (0.2); Tel call with H Grobstein re same (0.1); tel call with J Roussey re status (0.2); tel call with P Huygens (0.2) | 0.70 | 675.00 | $472.50 |
| 10/30/2013 | JWD | GC | Work with S McFarland on task list and draft notes re various issues | 0.70 | 675.00 | $472.50 |
| 10/30/2013 | JWD | GC | Office conf with S McFarland re various issues and draft notes re same | 0.50 | 675.00 | $337.50 |
| 10/31/2013 | RMP | GC | Prepare for and participate on creditor call and follow-up with Dulberg regarding same. | 1.30 | 995.00 | $1,293.50 |
| 10/31/2013 | RMP | GC | Review Committee agenda and conference with J. Dulberg regarding same. | 0.60 | 995.00 | $597.00 |
| 10/31/2013 | JWD | GC | Prep for and attend call with counsel for TVB and Discovery | 1.00 | 675.00 | $675.00 |
| 10/31/2013 | JWD | GC | Tel call with P Huygens and draft notes for committee call | 0.30 | 675.00 | $202.50 |
| 10/31/2013 | JWD | GC | Draft committee call agenda | 0.30 | 675.00 | $202.50 |
| 11/01/2013 | RMP | GC | Prepare for and participate on Committee call and follow-up with J. Dulberg and Kravitz regarding same. | 1.40 | 995.00 | $1,393.00 |
| 11/01/2013 | JWD | GC | Prep for and attend committee call; follow up email re same | 0.90 | 675.00 | $607.50 |
| 11/02/2013 | JWD | GC | Tel call with P Huygens re various issues; notes re same | 0.40 | 675.00 | $270.00 |
| 11/03/2013 | JWD | GC | Emails with R Landau re case status | 0.50 | 675.00 | $337.50 |
| 11/04/2013 | JWD | GC | Call with P Huygens re case status | 0.20 | 675.00 | $135.00 |
| 11/04/2013 | JWD | GC | Tel call with P Huygens re case status | 0.20 | 675.00 | $135.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    42

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2013 | RMP | GC | Telephone conferences with Committee members regarding various case issues. | 1.90 | 995.00 | $1,890.50 |
| 11/05/2013 | SEM | GC | Email communications with Patricia Jeffries regarding the status of Information Protocol Motion | 0.10 | 645.00 | $64.50 |
| 11/05/2013 | JWD | GC | Tel call with K Sarrami re Committee tasks (0.1); emails re same (0.1) | 0.20 | 675.00 | $135.00 |
| 11/06/2013 | JWD | GC | Further research of issues re subcon | 1.50 | 675.00 | $1,012.50 |
| 11/07/2013 | SEM | GC | Email communications with Jeff Dulberg regarding the status of the Protocol Information Motion | 0.10 | 645.00 | $64.50 |
| 11/08/2013 | PJJ | GC | Draft declaration of non-opposition and order approving committee information motion. | 0.30 | 295.00 | $88.50 |
| 11/08/2013 | SEM | GC | Email communications with Patricia Jeffries regarding the dec of non-opp re the Information Protocol Motion | 0.10 | 645.00 | $64.50 |
| 11/08/2013 | JWD | GC | Office conf with R Pachulski re various issues and follow up emails re same | 0.60 | 675.00 | $405.00 |
| 11/10/2013 | SEM | GC | Email communications with Leslie Forrester regarding setting up an website for the case information | 0.10 | 645.00 | $64.50 |
| 11/11/2013 | RMP | GC | Prepare for and participate on Committee call. | 1.60 | 995.00 | $1,592.00 |
| 11/11/2013 | SEM | GC | Email communications with Leslie Forrester regarding the web site | 0.10 | 645.00 | $64.50 |
| 11/11/2013 | JWD | GC | Revise agenda and draft email to committee re same | 0.50 | 675.00 | $337.50 |
| 11/11/2013 | JWD | GC | Prepare for and conduct committee call, draft follow up notes re same | 0.80 | 675.00 | $540.00 |
| 11/11/2013 | JWD | GC | Prepare email to Committee re update | 0.30 | 675.00 | $202.50 |
| 11/12/2013 | JWD | GC | Review and respond to H Manoian email | 0.10 | 675.00 | $67.50 |
| 11/13/2013 | SEM | GC | Email communications with Patricia Jeffries regarding the information protocol motion and its status | 0.10 | 645.00 | $64.50 |
| 11/13/2013 | JWD | GC | Committee call and email and notes re same | 0.60 | 675.00 | $405.00 |
| 11/13/2013 | JWD | GC | Second committee call and notes re same | 0.70 | 675.00 | $472.50 |
| 11/14/2013 | JWD | GC | Attend committee call | 1.00 | 675.00 | $675.00 |
| 11/15/2013 | PJJ | GC | Revise declaration of non-opposition re Committee Information Access Motion. | 0.30 | 295.00 | $88.50 |
| 11/15/2013 | JWD | GC | Tel call with P Laurin re various issues; Tel call with J Roussey re same | 0.70 | 675.00 | $472.50 |
| 11/18/2013 | SEM | GC | Working with Patricia Jeffries to finalize the Dec of Non-opp and order re Information Protocol Motion | 0.10 | 645.00 | $64.50 |
| 11/18/2013 | SEM | GC | Email communications with Patricia Jeffries and Leslie Forrester regarding the website | 0.20 | 645.00 | $129.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    43

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2013 | SEM | GC | Review Dec of Non-Opp and Order regarding the Information Protocol Motion(.2);Coordinate filing and service of same(.1) | 0.30 | 645.00 | $193.50 |
| 11/18/2013 | JWD | GC | Office conf with R Pachulski re various issues for Committee | 0.30 | 675.00 | $202.50 |
| 11/18/2013 | JWD | GC | Call with P Huygens re various issues and draft notes re same | 0.70 | 675.00 | $472.50 |
| 11/19/2013 | SEM | GC | Email communications with Leslie Forrester regarding the website | 0.10 | 645.00 | $64.50 |
| 11/19/2013 | SEM | GC | Email communications with Jeff Dulberg and Leslie Forrester regarding the Website logo | 0.10 | 645.00 | $64.50 |
| 11/19/2013 | JWD | GC | Work on issues for creditor website | 0.30 | 675.00 | $202.50 |
| 11/20/2013 | JWD | GC | Review status report (0.5); emails re case updates and calendar entries (0.2) | 0.70 | 675.00 | $472.50 |
| 11/20/2013 | JWD | GC | Tel call with J Roussey re various issues | 0.20 | 675.00 | $135.00 |
| 11/21/2013 | JWD | GC | Prepare agenda and review materials for Committee email | 0.40 | 675.00 | $270.00 |
| 11/22/2013 | RMP | GC | Prepare for and participate on Committee call. | 1.10 | 995.00 | $1,094.50 |
| 11/22/2013 | JWD | GC | Review Province report and draft email re same | 0.70 | 675.00 | $472.50 |
| 11/22/2013 | JWD | GC | Attend committee call and prep re same (0.8); follow up re same with A McDonald (0.5) | 1.30 | 675.00 | $877.50 |
| 11/22/2013 | JWD | GC | Tel call with P Huygens re various Committee issues | 0.30 | 675.00 | $202.50 |
| 11/22/2013 | JWD | GC | Tel call with K Sarrrami re various matters | 0.40 | 675.00 | $270.00 |
| 11/25/2013 | PJJ | GC | Transcribe November 19 341(a) meeting of creditors CD. | 5.00 | 295.00 | $1,475.00 |
| 11/25/2013 | JWD | GC | Work on setting meeting with Trustee for Committee | 0.50 | 675.00 | $337.50 |
| 11/28/2013 | JWD | GC | Review case task list and email assignments and changes re same | 0.30 | 675.00 | $202.50 |
| 12/01/2013 | JWD | GC | Draft notes re NY sale and plan negotiations re Committee meeting | 1.00 | 675.00 | $675.00 |
| 12/02/2013 | RMP | GC | Prepare for and participate on Committee call. | 1.30 | 995.00 | $1,293.50 |
| 12/02/2013 | RMP | GC | Telephone conferences with Committee members regarding Plan and general Committee issues. | 1.20 | 995.00 | $1,194.00 |
| 12/02/2013 | JWD | GC | Prepare Committee agenda and email re meeting | 0.80 | 675.00 | $540.00 |
| 12/02/2013 | JWD | GC | Tel call with J Roussey re Committee meeting | 0.30 | 675.00 | $202.50 |
| 12/02/2013 | JWD | GC | Conduct committee meeting and draft follow up notes re same | 0.90 | 675.00 | $607.50 |
| 12/08/2013 | JWD | GC | Review issues for agenda and prepare email to Committee re same | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    44

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/09/2013 | RMP | GC | Prepare for and participate on Committee call and follow-up call with Committee members regarding Plan issues. | 2.40 | 995.00 | $2,388.00 |
| 12/09/2013 | JWD | GC | Review and respond to Committee member emails | 0.30 | 675.00 | $202.50 |
| 12/09/2013 | JWD | GC | Prepare for Committee call | 0.40 | 675.00 | $270.00 |
| 12/09/2013 | JWD | GC | Conduct committee meeting (0.9); draft follow up notes re same (0.2) | 1.10 | 675.00 | $742.50 |
| 12/09/2013 | SJK | GC | Review memo from J. Dulberg regarding Committee meeting call agenda. | 0.10 | 775.00 | $77.50 |
| 12/11/2013 | JWD | GC | Tel call with P Laurin re Bacardi and other Committee issues (0.3); respond to A McDonald emails (0.1); respond to K Sarrami emails (0.4) | 0.80 | 675.00 | $540.00 |
| 12/12/2013 | RMP | GC | Telephone conference with McDonald media representatives regarding status. | 0.70 | 995.00 | $696.50 |
| 12/13/2013 | JWD | GC | Tel call with J Roussey re Debtor issues | 0.20 | 675.00 | $135.00 |
| 12/16/2013 | PJJ | GC | Draft declaration re transcription of 341(a) recordings. | 0.50 | 295.00 | $147.50 |
| 12/16/2013 | JWD | GC | Prepare agenda, prep for committee call and emails re same | 0.60 | 675.00 | $405.00 |
| 12/16/2013 | JWD | GC | Tel call w. J Roussey re case status | 0.30 | 675.00 | $202.50 |
| 12/17/2013 | RMP | GC | Prepare for and participate with Committee call and follow-up with Lavrin regarding same. | 1.60 | 995.00 | $1,592.00 |
| 12/17/2013 | JWD | GC | Prep for (0.4) and attend committee call | 1.60 | 675.00 | $1,080.00 |
| 12/17/2013 | JWD | GC | Tel call with J Krieger re case status | 0.20 | 675.00 | $135.00 |
| 12/17/2013 | SJK | GC | Conference with J. Dulberg regarding status; Committee meeting. | 0.20 | 775.00 | $155.00 |
| 12/20/2013 | JWD | GC | Calls to Committee members re email on Debtor demands | 0.20 | 675.00 | $135.00 |
| 12/23/2013 | RMP | GC | Prepare for and participate in Committee call and follow-up conference calls with Jeffrey W. Dulberg and Steven J. Kahn regarding same. | 1.60 | 995.00 | $1,592.00 |
| 12/23/2013 | RMP | GC | Telephone conference with Gubner regarding case issues. | 0.20 | 995.00 | $199.00 |
| 12/30/2013 | RMP | GC | Prepare for and participate on Committee call. | 1.30 | 995.00 | $1,293.50 |
| 12/30/2013 | JWD | GC | Prepare for Committee call | 0.40 | 675.00 | $270.00 |
| 12/30/2013 | JWD | GC | Committee call | 0.70 | 675.00 | $472.50 |
| 12/30/2013 | JWD | GC | Prepare further Committee email and respond to emails re next call | 0.40 | 675.00 | $270.00 |
| | | | | **109.60** | | **$83,779.00** |

Pachulski Stang Ziehl & Jones LLP

Page:    45

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

### Litigation (Non-Bankruptcy)

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2013 | RMP | LN | Review e-mails and KSL confidentiality agreement re Chamess. | 0.40 | 995.00 | $398.00 |
| 11/08/2013 | JWD | LN | Tel call with M Raichelson re Charness | 0.30 | 675.00 | $202.50 |
| 12/05/2013 | RMP | LN | Review Charness issues and telephone conference with Charness counsel. | 0.80 | 995.00 | $796.00 |
| 12/05/2013 | JWD | LN | Review issues and prepare email re litigation correspondence | 0.40 | 675.00 | $270.00 |
| 12/10/2013 | SJK | LN | Review state court complaint v. Charness. | 0.40 | 775.00 | $310.00 |
| 12/19/2013 | SEM | LN | Review stip filed between Debtor and Charness re confidentiality of certain docs(.1);Email communications re same with Jeff Dulberg, Rich Pachulski and Steve Kahn | 0.20 | 645.00 | $129.00 |
| 12/19/2013 | SJK | LN | Review confidentiality stipulation between Debtor and Charness. | 0.10 | 775.00 | $77.50 |
| 12/20/2013 | JWD | LN | Review and analyze issue re Charness stip | 0.30 | 675.00 | $202.50 |
| 12/20/2013 | SJK | LN | Review confidentiality agreement terms; research SOL issues and memo to R. Pachulski and J. Dulberg regarding same. | 0.50 | 775.00 | $387.50 |
| 12/21/2013 | BDD | LN | Research docket for Motion to Strike w/ exhibits (per J. Dulberg request) | 0.30 | 295.00 | $88.50 |
| 12/21/2013 | BDD | LN | Email to J. Dulberg re Motion to Strike (research) | 0.10 | 295.00 | $29.50 |
| | | | | **3.80** | | **$2,891.00** |

### Meeting of Creditors [B150]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2013 | JWD | MC | Emails re 341a hearing and transcript | 0.20 | 675.00 | $135.00 |
| 11/13/2013 | JWD | MC | Call with T Gay, counsel for media members | 0.20 | 675.00 | $135.00 |
| 11/14/2013 | JWD | MC | Review and respond to email from UST re 341a meeting | 0.30 | 675.00 | $202.50 |
| 11/15/2013 | JWD | MC | Tel call w/ UST re creditor meeting | 0.30 | 675.00 | $202.50 |
| 11/18/2013 | JWD | MC | Review transcript and prep for 341a | 1.30 | 675.00 | $877.50 |
| 11/19/2013 | RMP | MC | Telephone conferences with J. Dulberg regarding continued 341 and telephone conference with Committee member regarding same. | 0.30 | 995.00 | $298.50 |
| 11/19/2013 | JWD | MC | Review notes and emails from S Kahn re 341a prep | 0.50 | 675.00 | $337.50 |
| 11/19/2013 | JWD | MC | Return creditor calls re 341a and claims | 0.30 | 675.00 | $202.50 |
| 11/19/2013 | JWD | MC | Attend 341a and draft notes re same (1.2); call with S McFarland re same (0.5) | 1.70 | 675.00 | $1,147.50 |
| | | | | **5.10** | | **$3,538.50** |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    46

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|

## Management Issues

| 10/25/2013 | RMP | MI | Review Board issues. | 0.40 | 995.00 | $398.00 |
| 10/31/2013 | RMP | MI | Telephone conferences and e-mails with Huygens regarding Debtor issues and meetings. | 0.90 | 995.00 | $895.50 |
| 11/15/2013 | RMP | MI | Review outstanding administrative issues and conferences with J. Dulberg regarding same. | 0.80 | 995.00 | $796.00 |
| 11/21/2013 | RMP | MI | Review retention and other administrative issues and telephone conference with J. Dulberg regarding same. | 0.70 | 995.00 | $696.50 |
| 12/17/2013 | RMP | MI | Telephone conference with Committee Members regarding management's fiduciary duty issues. | 0.80 | 995.00 | $796.00 |
| | | | | **3.60** | | **$3,582.00** |

## Plan & Disclosure Stmt. [B320]

| 10/18/2013 | JWD | PD | Work on redline to plan | 1.50 | 675.00 | $1,012.50 |
| 10/28/2013 | JWD | PD | Work on scheduling meeting with Debtor re plan etc | 0.40 | 675.00 | $270.00 |
| 10/31/2013 | JWD | PD | Work on notes re plan, sub con issues, comments re distribution issues | 1.50 | 675.00 | $1,012.50 |
| 11/01/2013 | JWD | PD | Review issues re sub consolidation analysis | 1.30 | 675.00 | $877.50 |
| 11/04/2013 | JWD | PD | Review email from H Grobstein | 0.20 | 675.00 | $135.00 |
| 11/04/2013 | JWD | PD | Review plan mark up and revise same | 1.20 | 675.00 | $810.00 |
| 11/04/2013 | JWD | PD | Review issues re appointment of LT | 0.50 | 675.00 | $337.50 |
| 11/06/2013 | RMP | PD | Telephone conferences with Committee members regarding Liquidating Trustee issues. | 1.40 | 995.00 | $1,393.00 |
| 11/06/2013 | JWD | PD | Review Province subcon analysis for plan analysis | 0.60 | 675.00 | $405.00 |
| 11/07/2013 | JWD | PD | Review sub con analysis issues for plan distribution | 0.60 | 675.00 | $405.00 |
| 11/08/2013 | JWD | PD | Tel call with R Landau re trustee appointment and follow up notes and email re same | 0.50 | 675.00 | $337.50 |
| 11/11/2013 | RMP | PD | Review and respond to numerous e-mails regarding Liquidating Trustee issues. | 1.80 | 995.00 | $1,791.00 |
| 11/12/2013 | JJK | PD | Review documents/filings and research/draft motion to terminate exclusivity and related declarations; emails Pachulski, Dulberg on same. | 3.70 | 645.00 | $2,386.50 |
| 11/12/2013 | JJK | PD | Emails Pachulski, Dulberg on mtn. to terminate exclusivity. | 0.20 | 645.00 | $129.00 |
| 11/12/2013 | RMP | PD | Prepare for, travel to and from, and meeting with Debtors' reps regarding Plan issues. | 4.20 | 995.00 | $4,179.00 |
| 11/13/2013 | JJK | PD | Research for mtn. to terminate exclusivity. | 0.60 | 645.00 | $387.00 |
| 11/13/2013 | RMP | PD | Telephone conferences with Ross regarding trustee | 0.70 | 995.00 | $696.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    47

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | issues. |  |  |  |
| 11/13/2013 | JWD | PD | Tel call with R Pachulski (0.2); Tel call with R Landau (0.3); analyze issues re trustee appt (0.6); email re Committee call and various Committee emails re same and status of settlement (0.8); call with T Meyers re trustee appointment (0.3); Tel call M Ross re same (0.2) | 2.40 | 675.00 | $1,620.00 |
| 11/14/2013 | JJK | PD | Research/revise motion to terminate exclusivity and related declarations. | 1.00 | 665.00 | $665.00 |
| 11/14/2013 | RMP | PD | Review exclusivity termination and related pleadings. | 0.90 | 995.00 | $895.50 |
| 11/14/2013 | RMP | PD | Prepare for and participate on Committee calls regarding Liquidation Trustee and follow-ups with Ross, Roussey, Kravitz and J. Dulberg. | 2.20 | 995.00 | $2,189.00 |
| 11/15/2013 | JWD | PD | Review entered order re stip and work on enforcement and follow up issues and emails to Committee re approval | 0.70 | 675.00 | $472.50 |
| 11/18/2013 | RMP | PD | Telephone conferences with Committee members regarding Plan issues. | 1.20 | 995.00 | $1,194.00 |
| 11/18/2013 | RMP | PD | Review substantive consolidation issues and telephone conferences with Huygens regarding same. | 0.80 | 995.00 | $796.00 |
| 11/18/2013 | JWD | PD | Emails re plan meeting (0.4); call with R Landau re same (0.5) | 0.90 | 675.00 | $607.50 |
| 11/18/2013 | JWD | PD | Review issues re response to creditor inquiries | 0.90 | 675.00 | $607.50 |
| 11/19/2013 | RMP | PD | Telephone conferences with Gautier regarding responses to question and conferences with J. Dulberg regarding same. | 1.20 | 995.00 | $1,194.00 |
| 11/19/2013 | SEM | PD | Review emails regarding the plan discussions and email communications with Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 11/22/2013 | RMP | PD | Review substantive consolidation issues and conference with J. Dulberg regarding same. | 0.60 | 995.00 | $597.00 |
| 11/25/2013 | RMP | PD | Conferences with J. Dulberg regarding Plan issues and telephone conferences with Committee members regarding same. | 1.70 | 995.00 | $1,691.50 |
| 11/25/2013 | JWD | PD | Work on plan revisions | 1.20 | 675.00 | $810.00 |
| 11/26/2013 | RMP | PD | Telephone conferences with Committee members regarding Plan issues and review old plan. | 1.70 | 995.00 | $1,691.50 |
| 11/26/2013 | JWD | PD | Work on notes for revised plan | 0.80 | 675.00 | $540.00 |
| 12/02/2013 | RMP | PD | Conference with J. Dulberg regarding Plan issues and review Plan related e-mails. | 0.90 | 995.00 | $895.50 |
| 12/02/2013 | JWD | PD | Prepare correspondence to Debtor's counsel re plan status and review issues re same | 1.30 | 675.00 | $877.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    48

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/02/2013 | JWD | PD | Work on plan issues and emails with Debtors re same | 1.20 | 675.00 | $810.00 |
| 12/03/2013 | JWD | PD | Review issues re plan and Landau email | 0.50 | 675.00 | $337.50 |
| 12/04/2013 | RMP | PD | Review revised draft of liquidation and conferences with J. Dulberg and telephone conferences with Committee members regarding same. | 2.20 | 995.00 | $2,189.00 |
| 12/04/2013 | JWD | PD | Work on issues re plan | 0.80 | 675.00 | $540.00 |
| 12/04/2013 | JWD | PD | Review plan and numerous emails re same | 1.30 | 675.00 | $877.50 |
| 12/04/2013 | SJK | PD | Review memos from J. Dulberg and Debtor counsel regarding draft plan issues. | 0.20 | 775.00 | $155.00 |
| 12/05/2013 | RMP | PD | Review Plan issues and conference with J. Dulberg and telephone conference with Roussey regarding same. | 0.80 | 995.00 | $796.00 |
| 12/05/2013 | JWD | PD | Review plan from Debtor | 1.30 | 675.00 | $877.50 |
| 12/05/2013 | SJK | PD | Review memos from J. Dulberg and R. Huygens regarding Debtors' proposed revised plan. | 0.10 | 775.00 | $77.50 |
| 12/05/2013 | SJK | PD | Review memo from J. Dulberg regarding Debtor plan review. | 0.10 | 775.00 | $77.50 |
| 12/06/2013 | RMP | PD | Deal with Plan issues and conference with J. Dulberg regarding same. | 0.90 | 995.00 | $895.50 |
| 12/06/2013 | RMP | PD | Meeting with Huygens regarding substantive consolidation issues. | 0.70 | 995.00 | $696.50 |
| 12/06/2013 | JWD | PD | Call with R Pachulski re various plan and committee issues; draft notes re same | 0.80 | 675.00 | $540.00 |
| 12/07/2013 | SEM | PD | Reading the draft of the "joint" plan from Landau and analysis thereof | 6.00 | 645.00 | $3,870.00 |
| 12/07/2013 | JWD | PD | Emails re plan issues to various people | 0.50 | 675.00 | $337.50 |
| 12/08/2013 | SEM | PD | Preparing summary of plan issues for Jeff Dulberg | 1.30 | 645.00 | $838.50 |
| 12/08/2013 | SEM | PD | Finish review and analysis of draft of "joint" plan received from Landau | 1.10 | 645.00 | $709.50 |
| 12/08/2013 | JWD | PD | Review plan and work on email to Committee re same | 1.80 | 675.00 | $1,215.00 |
| 12/08/2013 | JWD | PD | Review and respond to T Meyers email re plan | 0.20 | 675.00 | $135.00 |
| 12/09/2013 | RMP | PD | Review Plan e-mail to Landau and conferences with J. Dulberg regarding Plan issues. | 1.10 | 995.00 | $1,094.50 |
| 12/09/2013 | SEM | PD | Conference with Steve Kahn regarding information on causes of action for the Disclosure Statement and Plan | 0.20 | 645.00 | $129.00 |
| 12/09/2013 | SEM | PD | Review email from Jeff Dulberg to Rodger Landau regarding issues with Debtors' draft of plan | 0.20 | 645.00 | $129.00 |
| 12/09/2013 | SEM | PD | Email exchange with Jeff Dulberg regarding the | 0.10 | 645.00 | $64.50 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516    00002

Page:    49
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | drafting of the committee plan and disclosure statement and the liquidating trust agreement | | | |
| 12/09/2013 | SEM | PD | Email communications with Myra Kulick regarding putting the Landau plan on the system | 0.10 | 645.00 | $64.50 |
| 12/09/2013 | JWD | PD | Review and revise notes re plan and review Scotta notes re same | 0.80 | 675.00 | $540.00 |
| 12/09/2013 | JWD | PD | Meeting with S McFarland re various plan related issues | 0.80 | 675.00 | $540.00 |
| 12/09/2013 | JWD | PD | Prepare letter to Debtor's counsel re plan issues | 3.50 | 675.00 | $2,362.50 |
| 12/09/2013 | JWD | PD | Work on exclusivity analysis | 0.60 | 675.00 | $405.00 |
| 12/09/2013 | SJK | PD | Conference with S. McFarland regarding disclosure statement issues. | 0.20 | 775.00 | $155.00 |
| 12/09/2013 | SJK | PD | Review memo from J. Dulberg to Debtor counsel regarding Plan provisions and required revisions. | 0.10 | 775.00 | $77.50 |
| 12/09/2013 | SJK | PD | Order state court complaint v. Charness re Disclosure Statement. | 0.10 | 775.00 | $77.50 |
| 12/09/2013 | SJK | PD | Retrieve on-line information regarding Charness for use in Disclosure Statement. | 0.30 | 775.00 | $232.50 |
| 12/10/2013 | RMP | PD | Review exclusivity termination motion and telephone conference with Roussey regarding same. | 0.70 | 995.00 | $696.50 |
| 12/10/2013 | RMP | PD | Review Debtor's Disclosure Statement and conferences with J. Dulberg regarding same. | 0.80 | 995.00 | $796.00 |
| 12/10/2013 | SEM | PD | Gathering information for plan and ds, review and analysis of same and working on draft of plan and disclosure statement | 8.30 | 645.00 | $5,353.50 |
| 12/10/2013 | SEM | PD | Conference with Steve Kahn regarding information on causes of action for Disclosure Statement. | 0.30 | 645.00 | $193.50 |
| 12/10/2013 | BDD | PD | Email to S. McFarland re Plan & Disclosure Statement | 0.10 | 295.00 | $29.50 |
| 12/10/2013 | VAN | PD | Research regarding precedent for creditor filing of plan prior to expiration of exclusivity | 0.40 | 695.00 | $278.00 |
| 12/11/2013 | RMP | PD | Strategy meeting with J. Dulberg regarding Plan issues and telephone conference with Laurin regarding same. | 1.20 | 995.00 | $1,194.00 |
| 12/11/2013 | SEM | PD | Working on draft of Committee Plan and Disclosure Statement | 7.20 | 645.00 | $4,644.00 |
| 12/11/2013 | JWD | PD | Review and respond to plan negotiation emails and strategize re same | 1.20 | 675.00 | $810.00 |
| 12/12/2013 | RMP | PD | Review Landau Plan email and conference with Jeffrey W. Dulberg regarding same. | 0.90 | 995.00 | $895.50 |
| 12/12/2013 | RMP | PD | Review substantive consolidation issues and telephone conference with Hudgens regarding same. | 0.80 | 995.00 | $796.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    50

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/12/2013 | SEM | PD | Working on draft of the Committee Disclosure Statement and Plan | 10.20 | 645.00 | $6,579.00 |
| 12/12/2013 | SEM | PD | Conference with Jeff Dulberg regarding the Plan and DS (.2);Conference with Steve Kahn regarding disclosure issues(.1) | 0.30 | 645.00 | $193.50 |
| 12/12/2013 | SJK | PD | Review memo from Debtor counsel regarding Plan disputes. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | SJK | PD | Review memo from J. Dulberg regarding plan disputes. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | SJK | PD | Review and respond to memo from S. McFarland regarding Cumberland settlement. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | SJK | PD | Retrieve and forward 341(a) transcripts to S. McFarland. | 0.10 | 775.00 | $77.50 |
| 12/12/2013 | FSH | PD | Prepare Liquidating Trust of KSL for Plan and Disclosure Statement. | 3.20 | 295.00 | $944.00 |
| 12/13/2013 | JJK | PD | Email Dulberg to Landau on plan related matters and consider issues. | 0.30 | 645.00 | $193.50 |
| 12/13/2013 | RMP | PD | Review and respond to Landau regarding Plan and telephone conferences with Committee Members of Plan issues; Conference with Jeffrey W. Dulberg regarding same. | 1.90 | 995.00 | $1,890.50 |
| 12/13/2013 | SEM | PD | Working on draft of Committee DS and Plan | 1.70 | 645.00 | $1,096.50 |
| 12/13/2013 | SEM | PD | Review and analysis of email from Rodger Landau regarding Committee's issues with the Debtors' plan(.3);Email to Jeff Dulberg re same(.3) | 0.60 | 645.00 | $387.00 |
| 12/13/2013 | FSH | PD | Additional work on Liquidating Trust. | 2.00 | 295.00 | $590.00 |
| 12/14/2013 | SJK | PD | Review memo from J. Dulberg to Debtor's counsel regarding plan disputes. | 0.10 | 775.00 | $77.50 |
| 12/15/2013 | SEM | PD | Working on draft of Committee Plan and Disclosure Statement | 5.70 | 645.00 | $3,676.50 |
| 12/16/2013 | JJK | PD | Email from Dulberg; emails from Landau re: Committee/plan issues. | 0.20 | 645.00 | $129.00 |
| 12/16/2013 | RMP | PD | Telephone conference with Lavrin and follow-up with Jeffrey W. Dulberg regarding Plan issues. | 1.20 | 995.00 | $1,194.00 |
| 12/16/2013 | SEM | PD | Working on draft of Plan and DS for Committee | 6.50 | 645.00 | $4,192.50 |
| 12/16/2013 | JWD | PD | Tel call with J Roussey re various plan and case issues | 0.40 | 675.00 | $270.00 |
| 12/16/2013 | SJK | PD | Review memo from R. Landau and J. Dulberg regarding response issues. | 0.20 | 775.00 | $155.00 |
| 12/17/2013 | RMP | PD | Review Landau response to Plan issues and telephone conference with Jeffrey W. Dulberg and Ross regarding same. | 1.90 | 995.00 | $1,890.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    51

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/17/2013 | SEM | PD | Draft of letter to Rodger Landau regarding need to move forward with Plan or have a Trustee appointed (.9);Review revised letter(.2) | 1.10 | 645.00 | $709.50 |
| 12/17/2013 | SEM | PD | Finalizing the Plan and Disclosure Statement | 5.90 | 645.00 | $3,805.50 |
| 12/17/2013 | SEM | PD | Email to Margaux Ross regarding the letter sent to Rodger Landau regarding the plan disagreements and the possible trustee motion | 0.10 | 645.00 | $64.50 |
| 12/17/2013 | JWD | PD | Work on letter to Debtors re plan issues | 2.50 | 675.00 | $1,687.50 |
| 12/17/2013 | SJK | PD | Review memo from Debtor counsel regarding responding to Committee areas of concern. | 0.20 | 775.00 | $155.00 |
| 12/17/2013 | SJK | PD | Review Committee substantive reply to Plan issues and Debtor responses. | 0.20 | 775.00 | $155.00 |
| 12/17/2013 | SJK | PD | Review memos from R. Pachulski and J. Dulberg regarding debtor position on administrative claims and Committee. | 0.20 | 775.00 | $155.00 |
| 12/17/2013 | SJK | PD | Review memos from R. Pachulski and R. Landau regarding debtor control issues; reconciliation and potential joint plan. | 0.10 | 775.00 | $77.50 |
| 12/17/2013 | SJK | PD | Review revised letter to Debtor, R. Pachulski comments and memo to J. Dulberg regarding revisions. | 0.20 | 775.00 | $155.00 |
| 12/17/2013 | SJK | PD | Review draft letter to Debtor counsel regarding impasse. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | RMP | PD | Review correspondence to landau regarding Plan and telephone conference with Jeffrey W. Dulberg regarding same. | 0.60 | 995.00 | $597.00 |
| 12/18/2013 | RMP | PD | Various calls regarding U.S. Trustee counsel regarding KSL Plan and related issues. | 1.90 | 995.00 | $1,890.50 |
| 12/18/2013 | SEM | PD | Email communications and discussions with Felice Harrison regarding proof reading the committee plan re the revisions I did yesterday | 0.40 | 645.00 | $258.00 |
| 12/18/2013 | SEM | PD | Review motion to extend exclusivity and summarize same for Jeff Dulbert | 0.40 | 645.00 | $258.00 |
| 12/18/2013 | SEM | PD | Further discussions with Felice Harrison re revisions to Plan and DS | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SEM | PD | Review email from Margaux Ross re plan provision for vesting of property after confirmation and email communications with Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SEM | PD | Email communication to Jeff Dulberg regarding the finalized draft of the committee plan and Disclosure Statement. | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SJK | PD | Review revised draft of letter to Debtor counsel regarding impasse; Chapter 11 Trustee. | 0.20 | 775.00 | $155.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516     00002

Page:    52

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/18/2013 | FSH | PD | Proofread numerous iterations of the Disclosure Statement and Plan and mark needed corrections. | 2.10 | 295.00 | $619.50 |
| 12/19/2013 | JJK | PD | Email from Dulberg from Comm. members on exclusivity extension motion. | 0.10 | 645.00 | $64.50 |
| 12/19/2013 | JJK | PD | Emails Dulberg on opp. to exclusivity extension mtn. | 0.20 | 645.00 | $129.00 |
| 12/19/2013 | JJK | PD | Research, preapre opposition to Debtors' exclusivity extension motion (1.9); review Dulberg email to Landau on related matters (0.1); call Dulberg on same (0.1). | 2.10 | 645.00 | $1,354.50 |
| 12/19/2013 | RMP | PD | Review debtor motions including to extend exclusivity and conference with Jeffrey W. Dulberg regarding same. | 0.90 | 995.00 | $895.50 |
| 12/19/2013 | RMP | PD | Review and respond to numerous emails from Ross and Landau regarding appointment of Trustee and conference with Jeffrey W. Dulberg regarding same. | 1.90 | 995.00 | $1,890.50 |
| 12/19/2013 | RMP | PD | Telephone conference with Ross regarding Plan disputes. | 0.90 | 995.00 | $895.50 |
| 12/19/2013 | RMP | PD | Review redlines regarding debtor Plan. | 0.40 | 995.00 | $398.00 |
| 12/19/2013 | SEM | PD | Responding to Jeff Dulberg's request regarding a red-line of the Debtors' original plan and the draft of the joint plan sent to the Committee in early December | 0.50 | 645.00 | $322.50 |
| 12/19/2013 | SEM | PD | Work on Stipulation to Continue the hearing on the exclusivity motion and on 365(d)(4) extension motion | 0.60 | 645.00 | $387.00 |
| 12/19/2013 | SEM | PD | Review proposed email from Rich Pachulski to Rodger Landau regarding plan terms | 0.10 | 645.00 | $64.50 |
| 12/19/2013 | FSH | PD | Prepare stipulation between the Debtors and the Committee to continue hearings scheduled for January 8, 2014. | 1.10 | 295.00 | $324.50 |
| 12/19/2013 | FSH | PD | Review and respond to correspondence from Scotta E. McFarland regarding stipulation to be prepared. | 0.20 | 295.00 | $59.00 |
| 12/20/2013 | RMP | PD | Telephone conference with Ross regarding Trustee issues. | 0.80 | 995.00 | $796.00 |
| 12/20/2013 | RMP | PD | Draft offer to Debtors and telephone conferences with Committee Members regarding same. | 1.40 | 995.00 | $1,393.00 |
| 12/20/2013 | SEM | PD | Working on draft of Stip to Reschedule the Exclusivity Extension hearing | 0.30 | 645.00 | $193.50 |
| 12/20/2013 | SEM | PD | Email communications with Jeff Dulberg regarding the stip to continue hearing on the exclusivity motion and the objection to the Sidley Application | 0.30 | 645.00 | $193.50 |
| 12/20/2013 | JWD | PD | Work on stip revisions and emails re same | 0.50 | 675.00 | $337.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    53

KSL Media O.C.C.

Invoice 110251

47516      00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/20/2013 | JWD | PD | Review UST email re plan and draft emails re same to Committee | 0.20 | 675.00 | $135.00 |
| 12/20/2013 | JWD | PD | Emails re exclusivity stipulation and revision to exclude 365d4 | 0.30 | 675.00 | $202.50 |
| 12/20/2013 | FSH | PD | Prepare order on stipulation to continue exclusivity hearing. | 0.60 | 295.00 | $177.00 |
| 12/22/2013 | JWD | PD | Emails with J Krieger re plan exclusivity | 0.20 | 675.00 | $135.00 |
| 12/22/2013 | SJK | PD | Review memo from R. Pachulski to Debtor counsel regarding dispute resolution; memos from claimant counsel, J. Dulberg and R. Pachulski regarding Debtor issues and referenced pleading exhibits. | 0.50 | 775.00 | $387.50 |
| 12/23/2013 | RMP | PD | Review Landau rejection correspondence and telephone conference with Committee Members regarding same. | 1.20 | 995.00 | $1,194.00 |
| 12/23/2013 | RMP | PD | Telephone conference with Ross regarding Trustee issues. | 0.80 | 995.00 | $796.00 |
| 12/23/2013 | SEM | PD | Coordination of the filing of the stip to continue the exclusivity motion and the uploading of the order | 0.20 | 645.00 | $129.00 |
| 12/23/2013 | JWD | PD | Review and revise order re exclusivity stip | 0.20 | 675.00 | $135.00 |
| 12/23/2013 | SJK | PD | Review memo from Debtor counsel regarding proposed plan settlement. | 0.40 | 775.00 | $310.00 |
| | | | | **163.40** | | **$119,588.00** |

## Retention of Prof. [B160]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2013 | JWD | RP | Review employment application for PSZJ. | 0.70 | 675.00 | $472.50 |
| 10/14/2013 | SEM | RP | Email communications with Aaron Bonn regarding the conflicts review re PSZJ retention. | 0.20 | 645.00 | $129.00 |
| 10/14/2013 | SEM | RP | Review and revise proposed order re PSZJ employment | 0.20 | 645.00 | $129.00 |
| 10/14/2013 | SEM | RP | Drafting the PSZJ Employment Application and supporting declaration | 2.00 | 645.00 | $1,290.00 |
| 10/14/2013 | SEM | RP | Review the draft of the PSZJ Employment App and comment on same to Patricia Jeffries | 0.30 | 645.00 | $193.50 |
| 10/14/2013 | SEM | RP | Review and revise the notice of the PSZJ Employment App | 0.20 | 645.00 | $129.00 |
| 10/15/2013 | SEM | RP | Telephone conference with Robert Feinstein regarding question on conflicts check re PSZJ retention. | 0.10 | 645.00 | $64.50 |
| 10/15/2013 | SEM | RP | Email communications with Aaron Bonn regarding additional names to run through conflicts re PSZJ retention. | 0.10 | 645.00 | $64.50 |
| 10/15/2013 | SEM | RP | Email communications with Aaron Bonn and Jeff | 0.10 | 645.00 | $64.50 |

Pachulski Stang Ziehl & Jones LLP

Page:     54

KSL Media O.C.C.

Invoice 110251

47516      00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dulberg regarding conflicts results for the Landau firm re PSZJ retention. | | | |
| 10/15/2013 | SEM | RP | performing conflicts check for PSZJ's employment as committee counsel | 2.30 | 645.00 | $1,483.50 |
| 10/15/2013 | SEM | RP | Revising the PSZJ Employment App, Dulberg Declaration, the Notice and the proposed order | 0.30 | 645.00 | $193.50 |
| 10/16/2013 | SEM | RP | Finishing  conflicts review re PSZJ retention. | 0.30 | 645.00 | $193.50 |
| 10/16/2013 | SEM | RP | Working on the draft of the PSZJ Employment Application and supporting declaration of Jeff Dulberg | 1.20 | 645.00 | $774.00 |
| 10/16/2013 | SEM | RP | Email communications with Jeff Dulberg transmitting draft of PSZJ employment app and commenting on various issues for his attention | 0.20 | 645.00 | $129.00 |
| 10/16/2013 | JWD | RP | Review and revise employment application re PSZJ retention. | 0.80 | 675.00 | $540.00 |
| 10/17/2013 | RMP | RP | Telephone conferences and e-mails with Committee members regarding FAs. | 1.60 | 995.00 | $1,592.00 |
| 10/17/2013 | JWD | RP | Tel call with K Sarrami re FA selection | 0.20 | 675.00 | $135.00 |
| 10/17/2013 | JWD | RP | Work on arranging FA prelim interviews including numerous calls and emails to candidates | 1.50 | 675.00 | $1,012.50 |
| 10/17/2013 | JWD | RP | Continue working on FA prelim issues and emails re same (0.3); draft notes for calls (0.6) | 0.90 | 675.00 | $607.50 |
| 10/18/2013 | PJJ | RP | Create tracking chart of potential advisors. | 0.40 | 295.00 | $118.00 |
| 10/18/2013 | RMP | RP | Prepare for and participate on FTI interviews and follow-up with J. Dulberg. | 0.80 | 995.00 | $796.00 |
| 10/18/2013 | RMP | RP | Review materials and prepare for and participate on BDO interviews. | 0.90 | 995.00 | $895.50 |
| 10/18/2013 | RMP | RP | Review materials and prepare for and participate on Alix call. | 0.90 | 995.00 | $895.50 |
| 10/18/2013 | RMP | RP | Review materials and prepare for and participate on A&M call. | 1.20 | 995.00 | $1,194.00 |
| 10/18/2013 | JWD | RP | Work on FA interview prep and scheduling | 1.20 | 675.00 | $810.00 |
| 10/18/2013 | JWD | RP | Conduct preliminary interviews with FA candidates | 0.80 | 675.00 | $540.00 |
| 10/18/2013 | JWD | RP | Conduct three prelim FA interviews and draft chart re same | 1.90 | 675.00 | $1,282.50 |
| 10/18/2013 | JWD | RP | Prepare correspondence to Committee re FA status | 0.20 | 675.00 | $135.00 |
| 10/20/2013 | JWD | RP | Call with K Stapleton re FA interview | 0.50 | 675.00 | $337.50 |
| 10/21/2013 | JNP | RP | Conference with Jeffrey W. Dulberg and Richard M. Pachulski  regarding retention of financial advisors; Conference with PWC regarding same. | 0.30 | 850.00 | $255.00 |
| 10/21/2013 | RMP | RP | Telephone conferences with FA candidates. | 1.20 | 995.00 | $1,194.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    55

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/21/2013 | RMP | RP | Prepare for and participate o PWC FA interview and follow-up with Kravitz and J. Dulberg regarding same. | 1.10 | 995.00 | $1,094.50 |
| 10/21/2013 | RMP | RP | Prepare for and participate on Gavin FA interview and follow-up with J. Dulberg regarding same. | 0.90 | 995.00 | $895.50 |
| 10/21/2013 | JWD | RP | Review and revise employment pleadings | 0.60 | 675.00 | $405.00 |
| 10/21/2013 | JWD | RP | Conduct prelim FA interviews and emails arranging same | 1.50 | 675.00 | $1,012.50 |
| 10/21/2013 | JWD | RP | Review notes re various FA candidates | 0.20 | 675.00 | $135.00 |
| 10/21/2013 | JWD | RP | Work on emails to various candidates and scheduling final interviews for Committee FA. | 0.80 | 675.00 | $540.00 |
| 10/21/2013 | JWD | RP | Calls with FA candidates and review pitch materials from same | 0.70 | 675.00 | $472.50 |
| 10/21/2013 | JWD | RP | Tel call with R Scadron re FA role | 0.20 | 675.00 | $135.00 |
| 10/21/2013 | SSC | RP | Telephone conference with Dulberg, Kravitz, Pachulski and Province on KSL retention issues. | 1.80 | 695.00 | $1,251.00 |
| 10/22/2013 | RMP | RP | Prepare for FA interviews and telephone conferences with Committee members regarding same and conference with J. Dulberg regarding same. | 1.80 | 995.00 | $1,791.00 |
| 10/22/2013 | SEM | RP | Email communications with Jeff Dulberg and Myra Kulick regarding filing the PSZJ Employment Application | 0.20 | 645.00 | $129.00 |
| 10/22/2013 | SEM | RP | Email communications with Jeff Dulberg and Myra Kulick and telephone conference with Jeff Dulberg regarding the filing of the PSZJ Employment App | 0.20 | 645.00 | $129.00 |
| 10/22/2013 | JWD | RP | Review A&M materials and prepare email to Committee re same | 0.40 | 675.00 | $270.00 |
| 10/22/2013 | JWD | RP | Calls with Committee members re prep for FA interviews (0.3); review presentations (0.6); email re various matters to committee (0.1) | 1.00 | 675.00 | $675.00 |
| 10/22/2013 | JWD | RP | Review application and notice for PSZJ. | 0.30 | 675.00 | $202.50 |
| 10/23/2013 | PJJ | RP | Draft financial advisor retention application. | 1.80 | 295.00 | $531.00 |
| 10/23/2013 | RMP | RP | Prepare for, travel to and from, and interview potential FAs, meeting with chosen FA and follow-up Committee meeting. | 6.70 | 995.00 | $6,666.50 |
| 10/23/2013 | SEM | RP | Begin drafting to the employment app for Province | 0.10 | 645.00 | $64.50 |
| 10/23/2013 | JWD | RP | Prepare for and attend Committee meeting re FA selection | 3.50 | 675.00 | $2,362.50 |
| 10/23/2013 | JWD | RP | Follow up emails and calls re FA selection | 0.50 | 675.00 | $337.50 |
| 10/24/2013 | SEM | RP | Working on the draft of the Province Employment Application | 1.30 | 645.00 | $838.50 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    56
KSL Media O.C.C.                                                         Invoice 110251
47516      00002                                                        March 31, 2014

_____

|            |      |    |                                                        | Hours | Rate | Amount |
|------------|------|----|--------------------------------------------------------|-------|------|--------|
| 10/24/2013 | SEM  | RP | Drafting email to Paul Huygens with Province regarding information needed for the Province engagement letter and employment app | 0.20 | 645.00 | $129.00 |
| 10/25/2013 | SEM  | RP | Working on draft of Province engagement letter | 0.40 | 645.00 | $258.00 |
| 10/25/2013 | SEM  | RP | Email communications with Aaron Bonn and Paul Huygens of Province regarding names to run through conflicts check | 0.10 | 645.00 | $64.50 |
| 10/27/2013 | SEM  | RP | Work on the drafting of the Province Engagement Letter | 3.40 | 645.00 | $2,193.00 |
| 10/28/2013 | PJJ  | RP | Research re financial advisor engagement. | 0.60 | 295.00 | $177.00 |
| 10/28/2013 | SEM  | RP | Email communication with Jeff Dulberg regarding indemnification of financial advisors re Province engagement. | 0.10 | 645.00 | $64.50 |
| 10/28/2013 | SEM  | RP | Working on the draft of the Province engagement letter | 0.60 | 645.00 | $387.00 |
| 10/28/2013 | SEM  | RP | Email communication with Patricia Jeffries regarding engagement agreement of Province | 0.10 | 645.00 | $64.50 |
| 10/28/2013 | SEM  | RP | Email communication with Jeff Dulberg re possible issues with indemnification of financial advisor and how to handle in engagement letter with Province | 0.10 | 645.00 | $64.50 |
| 10/28/2013 | SEM  | RP | Email communications with Jeff Dulberg regarding his comments on the Province engagement letter | 0.10 | 645.00 | $64.50 |
| 10/28/2013 | JWD  | RP | Review and respond to emails re Province retention and review mark up to retention agreement | 0.40 | 675.00 | $270.00 |
| 10/29/2013 | SEM  | RP | Reviewing draft of Dec of Non-Opp to PSZJ Employment App | 0.10 | 645.00 | $64.50 |
| 10/29/2013 | SEM  | RP | Working on the draft of the Province engagement letter | 0.30 | 645.00 | $193.50 |
| 10/29/2013 | SEM  | RP | Email communications with Jeff Dulberg regarding draft of Province engagement letter and email to Paul Huygens re same | 0.10 | 645.00 | $64.50 |
| 10/30/2013 | SEM  | RP | Email communications with John Rossey regarding the Province engagement letter | 0.10 | 645.00 | $64.50 |
| 10/30/2013 | SEM  | RP | Revise Province engagement letter re John Roussey's comments | 0.20 | 645.00 | $129.00 |
| 10/30/2013 | SEM  | RP | Review emails between Jeff Dulberg and Paul Huygens regarding John Roussey's changes to the Province Engagement Letter and review the changes made by Paul Huygens to Roussey's changes | 0.20 | 645.00 | $129.00 |
| 10/30/2013 | SEM  | RP | Review Paul Huygens' revisions to the Province Engagement Letter and make final revisions | 0.10 | 645.00 | $64.50 |
| 10/31/2013 | RMP  | RP | Conference with J. Dulberg regarding US Trustee position on employment of PSZJ. | 0.20 | 995.00 | $199.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    57

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/31/2013 | SEM | RP | Email to John Roussey regarding signing the Province engagement letter | 0.10 | 645.00 | $64.50 |
| 10/31/2013 | SEM | RP | Review UST objection to PSZJ employment app (.1):Email communications with Jeff Dulberg re same (.1) | 0.20 | 645.00 | $129.00 |
| 10/31/2013 | JWD | RP | Review emails and objection re PSZJ employment (.3); draft UST email (.1); draft committee email and review docket re other orders (.4) | 0.80 | 675.00 | $540.00 |
| 11/01/2013 | SEM | RP | Email communications with Jeff Dulberg regarding the changes to the orders employing committee counsel and FA on the allocation among the Debtors | 0.10 | 645.00 | $64.50 |
| 11/01/2013 | SEM | RP | Email communications with Jeff Dulberg and Patricia Jeffries regarding the filing of the Dec of Non-Opp and uploading the order on PSZJ's employment app | 0.20 | 645.00 | $129.00 |
| 11/01/2013 | SEM | RP | Communications with Margaux Ross regarding changes to PSZJ employment app she has requested | 0.10 | 645.00 | $64.50 |
| 11/01/2013 | SEM | RP | Drafting Province employment applications | 3.60 | 645.00 | $2,322.00 |
| 11/01/2013 | JWD | RP | Review UST limited objection re start date and splitting time (0.2); emails re same and revisions to order (0.4) | 0.80 | 675.00 | $540.00 |
| 11/04/2013 | SEM | RP | Email communications with Jeff Dulberg regarding the Province Employment App | 0.10 | 645.00 | $64.50 |
| 11/04/2013 | SEM | RP | Revise Province employment app per Jeff Dulberg's comments | 0.10 | 645.00 | $64.50 |
| 11/04/2013 | SEM | RP | Email communications with Paul Huygens regarding Province's employment app | 0.10 | 645.00 | $64.50 |
| 11/04/2013 | JWD | RP | Emails with M Ross re employment issues (0.2); call with M Ross re same (0.2); draft email re same (0.1) | 0.50 | 675.00 | $337.50 |
| 11/04/2013 | JWD | RP | Review draft of app to employ Province | 0.40 | 675.00 | $270.00 |
| 11/05/2013 | SEM | RP | Revise PSZJ employment order (.3); Email communications with Jeff Dulberg and Myra Kulick re same (.1) | 0.40 | 645.00 | $258.00 |
| 11/05/2013 | SEM | RP | Email communications with Margaux Ross of UST Office regarding the form of order for PSZJ's employment | 0.10 | 645.00 | $64.50 |
| 11/05/2013 | SEM | RP | Review changes to Province employment app made by Paul Huygens and email Paul Huygens re same | 0.10 | 645.00 | $64.50 |
| 11/05/2013 | SEM | RP | Email communications with John Roussey regarding the Province Employment App | 0.10 | 645.00 | $64.50 |
| 11/05/2013 | JWD | RP | Review order re PSZJ employment and email re same | 0.20 | 675.00 | $135.00 |
| 11/06/2013 | SEM | RP | Email communications with Patricia Jeffries | 0.10 | 645.00 | $64.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    58

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding the filing of the Dec of Non-Opp and uploading the order on PSZJ's employment app | | | |
| 11/07/2013 | PJJ | RP | Draft declaration of non-opposition to PSZJ retention and prepare order for filing. | 0.50 | 295.00 | $147.50 |
| 11/07/2013 | SEM | RP | Email communications with Jeff Dulberg and John Roussey regarding the Province employment app status | 0.10 | 645.00 | $64.50 |
| 11/07/2013 | SEM | RP | Email communications with Patricia Jeffries regarding the dec of non-opp regarding the PSZJ employment app | 0.10 | 645.00 | $64.50 |
| 11/07/2013 | SEM | RP | Review  and revuse dec of non-opp for PSZJ employment application | 0.30 | 645.00 | $193.50 |
| 11/07/2013 | SEM | RP | Working with Myra Kulick to prepare the Province employment app for filing | 0.40 | 645.00 | $258.00 |
| 11/07/2013 | SEM | RP | Various emails to John Roussey and Paul Huygens regarding signatures needed in order to file the Province Employment App | 0.10 | 645.00 | $64.50 |
| 11/07/2013 | JWD | RP | Emails re dec and order for firm app (0.2); review dec (0.1) | 0.30 | 675.00 | $202.50 |
| 11/07/2013 | JWD | RP | Emails with J Roussey and S McFarland re Province retention (0.1); review final version of app (0.1) | 0.20 | 675.00 | $135.00 |
| 11/11/2013 | RMP | RP | Telephone conference with Kravitz regarding response and declarations. | 0.50 | 995.00 | $497.50 |
| 11/11/2013 | RMP | RP | Review work-product issues and conference with S. Kahn regarding same. | 0.70 | 995.00 | $696.50 |
| 11/11/2013 | RMP | RP | Review and respond to e-mails regarding Province employment. | 0.30 | 995.00 | $298.50 |
| 11/11/2013 | RMP | RP | Review opposition to employment of PSZJ and telephone conferences with Committee members and JD regarding same. | 1.70 | 995.00 | $1,691.50 |
| 11/11/2013 | SEM | RP | Responding to inquiry from Richard Pachulski and Jeff Dulberg regarding disclosures for PSZJ. | 0.30 | 645.00 | $193.50 |
| 11/11/2013 | SEM | RP | Gathering information for and preparation of the reply to opposition to firm's employment as counsel to the committee | 9.50 | 645.00 | $6,127.50 |
| 11/11/2013 | SEM | RP | Email communications and conferences with Steven Kahn regrading the reply to the opposition to PSZJ's employment | 0.80 | 645.00 | $516.00 |
| 11/11/2013 | JWD | RP | Review debtor's objection to PSZJ app | 0.20 | 675.00 | $135.00 |
| 11/11/2013 | JWD | RP | Emails with R Landau re Province employment | 0.20 | 675.00 | $135.00 |
| 11/11/2013 | JWD | RP | Tel call with R Landau re opposition to PSZJ retention | 0.20 | 675.00 | $135.00 |
| 11/11/2013 | JWD | RP | Work on response re PSZJ employment objection | 1.60 | 675.00 | $1,080.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    59

KSL Media O.C.C.

Invoice 110251

47516      00002

March 31, 2014

| Date | | | | Hours | Rate | Amount |
|------|---|---|---|-------|------|--------|
| 11/11/2013 | JWD | RP | Attend meeting with J Roussey and P Kravitz re case status and objection to PSZJ employment. | 1.70 | 675.00 | $1,147.50 |
| 11/11/2013 | JWD | RP | Call with R Landau after meeting re objection to PSZJ employment. | 0.40 | 675.00 | $270.00 |
| 11/11/2013 | JWD | RP | Tel call with S McFarland re reply to opposition to PSZJ employment; draft notes re same | 0.30 | 675.00 | $202.50 |
| 11/11/2013 | SJK | RP | Conference with J. Dulberg regarding Landau opposition to employment. | 0.10 | 775.00 | $77.50 |
| 11/11/2013 | SJK | RP | Review Landau opposition to PSZJ employment. | 0.30 | 775.00 | $232.50 |
| 11/11/2013 | SJK | RP | Conference with S. McFarland regarding response to opposition to PSZJ employment.. | 0.30 | 775.00 | $232.50 |
| 11/11/2013 | SJK | RP | Research privilege law and memo to R. Pachulski regarding same re Landau opposition to PSZJ employment. | 1.70 | 775.00 | $1,317.50 |
| 11/11/2013 | SJK | RP | Review memos from J. Dulberg and S. McFarland regarding representation issues. | 0.10 | 775.00 | $77.50 |
| 11/11/2013 | SJK | RP | Review and respond to memo from J. Dulberg and S. McFarland regarding reply and declarations re PSZJ employment.. | 0.20 | 775.00 | $155.00 |
| 11/11/2013 | SJK | RP | Conference with S. McFarland regarding facts for Declarations for reply to commitee opposition to PSZJ employment. | 0.30 | 775.00 | $232.50 |
| 11/11/2013 | SJK | RP | Draft, revise and forward declarations for J. Dulberg, JR. Pachulski and P. Kravitz for PSZJ reply. | 1.80 | 775.00 | $1,395.00 |
| 11/11/2013 | SJK | RP | Conference with J. Dulberg and S. McFarland regarding status; reply preparation. | 0.20 | 775.00 | $155.00 |
| 11/11/2013 | SJK | RP | Review additional emails from J. Dulberg and Landau regarding opposition to PSZJ employment.. | 0.10 | 775.00 | $77.50 |
| 11/12/2013 | HDH | RP | Review correspondence re PSZJ retention issues | 0.30 | 695.00 | $208.50 |
| 11/12/2013 | HDH | RP | Conference with Jeffrey W. Dulberg re PSZJ retention issues | 0.30 | 695.00 | $208.50 |
| 11/12/2013 | HDH | RP | Revise draft or reply brief re PSZJ retention. | 0.70 | 695.00 | $486.50 |
| 11/12/2013 | HDH | RP | Research disqualification of counsel re PSZJ retention. | 0.80 | 695.00 | $556.00 |
| 11/12/2013 | HDH | RP | Further research re disqualification re PSZJ retention. | 0.40 | 695.00 | $278.00 |
| 11/12/2013 | HDH | RP | Review declarations re PSZJ retention. | 0.40 | 695.00 | $278.00 |
| 11/12/2013 | HDH | RP | Review pleadings re PSZJ employment | 1.60 | 695.00 | $1,112.00 |
| 11/12/2013 | JJK | RP | Emails Dulberg, Ziehl, McFarland, et al. on conf. call and other info. on Debtors' obj. to PSZJ emp. app. and related motions/matters. | 0.40 | 645.00 | $258.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    60

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2013 | JJK | RP | Team conf. call (Pachulski, Dulberg, Kahn, et al.) on Debtors' obj. to emp. app. and motions/documents to be prepared. | 0.80 | 645.00 | $516.00 |
| 11/12/2013 | JJK | RP | Emails McFarland re: response to Debtors' objection to PSZJ app. and other draft declarations; review same for background and mtn. to terminate exclusivity; review case documents/filings for motion. | 1.70 | 645.00 | $1,096.50 |
| 11/12/2013 | JJK | RP | Emails Hochman on revisions to reply re: PSZJ emp. app. and review same. | 0.20 | 645.00 | $129.00 |
| 11/12/2013 | JJK | RP | Review documents/filings and research/draft motion to terminate exclusivity and related declarations. | 3.30 | 645.00 | $2,128.50 |
| 11/12/2013 | JJK | RP | Review emails/documents for team conf. call on response to Debtors' objection to PSZJ employment and related matters. | 0.40 | 645.00 | $258.00 |
| 11/12/2013 | PJJ | RP | Review opposition to PSZJ retention. | 0.30 | 295.00 | $88.50 |
| 11/12/2013 | PJJ | RP | Inter office meeting re filing response to PSZJ retention opposition. | 0.80 | 295.00 | $236.00 |
| 11/12/2013 | RMP | RP | Team meeting regarding response to opposition to employment application and motions to appoint a trustee, etc. | 0.90 | 995.00 | $895.50 |
| 11/12/2013 | RMP | RP | Review Kravitz declaration and telephone conferences with Kravitz regarding same re PSZJ retention.. | 0.90 | 995.00 | $895.50 |
| 11/12/2013 | SEM | RP | Meeting with Jeff Dulberg, Steve Kahn, Dean Ziehl, Rich Pachulski, Harry Hochman regarding the pleadings that need to be prepared regarding the reply to the opposition to the firm's employment and the filing of a plan | 1.00 | 645.00 | $645.00 |
| 11/12/2013 | SEM | RP | Prepare for meeting on responding to the opposition to PSZJ's employment | 0.20 | 645.00 | $129.00 |
| 11/12/2013 | SEM | RP | Email communications with Jonathan Kim and Harry Hochman regarding information gathered regarding the response to the opposition to PSZJ's employment | 0.10 | 645.00 | $64.50 |
| 11/12/2013 | SEM | RP | Gathering information for a possible supplement to disclosure for PSZJ | 0.80 | 645.00 | $516.00 |
| 11/12/2013 | SEM | RP | Conference with Jeff Dulberg regarding possible supplement to PSZJ disclosure | 0.20 | 645.00 | $129.00 |
| 11/12/2013 | SEM | RP | Email communications with Steven Kahn and John Roussey regarding declarations to support the reply to be filed to the opposition to PSZJ's employment | 0.30 | 645.00 | $193.50 |
| 11/12/2013 | SEM | RP | Review revisions to Reply and email to Steven Kahn re same | 0.10 | 645.00 | $64.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    61

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2013 | JWD | RP | Tel call from M Ross re Debtor objection | 0.30 | 675.00 | $202.50 |
| 11/12/2013 | JWD | RP | Prep for and conduct meeting with team re response to objection (1.2); Work on various pleadings re response to limited opposition (3.0) | 4.20 | 675.00 | $2,835.00 |
| 11/12/2013 | SJK | RP | Review emails between constituents and counsel regarding moratorium; pleading issues. | 0.20 | 775.00 | $155.00 |
| 11/12/2013 | SJK | RP | Review memos from J. Dulberg regarding declarations; proposed pleadings; meeting scheduling re PSZJ retention.. | 0.20 | 775.00 | $155.00 |
| 11/12/2013 | SJK | RP | Draft Declaration of John Roussey re PSZJ retention.. | 0.30 | 775.00 | $232.50 |
| 11/12/2013 | SJK | RP | Conference with S. McFarland, J. Dulberg, R. Pachulski, D. Ziehl and J. Kim regarding status of response to objection to PSZJ retention; issues; strategies; and filings. | 1.00 | 775.00 | $775.00 |
| 11/12/2013 | SJK | RP | Research motion to strike re objection to PSZJ retention. | 0.50 | 775.00 | $387.50 |
| 11/12/2013 | SJK | RP | Review and revise Roussey Declaration  re objection to PSZJ retention and forward. | 0.20 | 775.00 | $155.00 |
| 11/12/2013 | SJK | RP | Review and incorporate revisions to Roussey Declaration  re objection to PSZJ retention and forward to client for execution; further revise. | 0.30 | 775.00 | $232.50 |
| 11/12/2013 | SJK | RP | Research protective order requirements/motion to strike limitations re response to objection to PSZJ employment. | 2.00 | 775.00 | $1,550.00 |
| 11/12/2013 | SJK | RP | Conference with J. Dulberg and R. Pachulski regarding appropriate form of motion re reply to objection to PSZJ retention. | 0.10 | 775.00 | $77.50 |
| 11/12/2013 | SJK | RP | Additional research regarding motion to strike/seal re response to objection to PSZJ retention . | 0.50 | 775.00 | $387.50 |
| 11/12/2013 | SJK | RP | Review H. Hochman revisions to reply brief re PSZJ retention. | 0.20 | 775.00 | $155.00 |
| 11/12/2013 | SJK | RP | Draft motion regarding protective order/motion to seal re PSZJ retention.. | 1.50 | 775.00 | $1,162.50 |
| 11/12/2013 | SJK | RP | Revise first portion of protective order motion re PSZJ retention. | 0.30 | 775.00 | $232.50 |
| 11/12/2013 | BJS | RP | Review objection to PSZJ retention in KSL and discuss with Robert J. Feinstein | 0.30 | 750.00 | $225.00 |
| 11/13/2013 | HDH | RP | Review declarations re reply and motions re PSZJ retention. | 0.30 | 695.00 | $208.50 |
| 11/13/2013 | JNP | RP | Emails with Scotta E. McFarland regarding disclosures re PSZJ retention ; Conference with Robert J. Feinstein regarding same. | 0.30 | 850.00 | $255.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    62

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2013 | PJJ | RP | Draft application for order shortening time on various motions re objection to PSZJ retention application. | 2.80 | 295.00 | $826.00 |
| 11/13/2013 | PJJ | RP | Prepare notice of hearing re objection to PSZJ retention application. | 1.00 | 295.00 | $295.00 |
| 11/13/2013 | RMP | RP | Review pleadings regarding employment and trustee and conferences with J. Dulberg regarding same. | 1.40 | 995.00 | $1,393.00 |
| 11/13/2013 | SEM | RP | Email communications with Patricia Jeffries and Aaron Bonn regarding information on advisors to committee members | 0.30 | 645.00 | $193.50 |
| 11/13/2013 | SEM | RP | Telephone conference with Rob Feinstein regarding supplemental disclosures for the Firm | 0.10 | 645.00 | $64.50 |
| 11/13/2013 | SEM | RP | Gathering information for and preparing supplement to disclosure for PSZJ | 2.60 | 645.00 | $1,677.00 |
| 11/13/2013 | SEM | RP | Telephone conference with Jeff Dulberg regarding agreement to resolve issues over PSZJ's employment (.2);Drafting stipulation between Committee and Debtor re same (1.6) | 1.80 | 645.00 | $1,161.00 |
| 11/13/2013 | JWD | RP | Work on reply pleadings re application objection and related pleadings | 2.00 | 675.00 | $1,350.00 |
| 11/13/2013 | JWD | RP | Review various declarations re employment reply | 0.40 | 675.00 | $270.00 |
| 11/13/2013 | JWD | RP | Work on responsive pleadings re Debtor employment opposition | 1.20 | 675.00 | $810.00 |
| 11/13/2013 | JWD | RP | Emails with Debtor's counsel re 401k auditor application and review same | 0.70 | 675.00 | $472.50 |
| 11/13/2013 | JWD | RP | Email re status of Committee financial advisor app | 0.10 | 675.00 | $67.50 |
| 11/13/2013 | JWD | RP | Work on further disclosures re case connections for PSZJ. | 0.40 | 675.00 | $270.00 |
| 11/13/2013 | SJK | RP | Review new draft of Kravitz Declaration re PSZJ retention. | 0.20 | 775.00 | $155.00 |
| 11/13/2013 | SJK | RP | Revise Kravitz Declaration re PSZJ retention.. | 0.30 | 775.00 | $232.50 |
| 11/13/2013 | SJK | RP | Revise motion for protective order re PSZJ retention.. | 0.40 | 775.00 | $310.00 |
| 11/13/2013 | SJK | RP | Proof and revise Kravitz Declaration re PSZJ retention.. | 0.20 | 775.00 | $155.00 |
| 11/13/2013 | SJK | RP | Further revise Kravitz Declaration re PSZJ retention.. | 0.10 | 775.00 | $77.50 |
| 11/13/2013 | SJK | RP | Further revise and augment protective order motion and draft R. Pachulski and J. Dulberg Declarations re PSZJ retention.. | 1.30 | 775.00 | $1,007.50 |
| 11/13/2013 | SJK | RP | Review memos from J. Dulberg and P. Kravitz regarding declaration revisions; revise and forward re PSZJ retention.. | 0.30 | 775.00 | $232.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    63

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/13/2013 | SJK | RP | Memo to H. Hochman and S. McFarland regarding new Kravitz Declaration re PSZJ retention.. | 0.10 | 775.00 | $77.50 |
| 11/13/2013 | SJK | RP | Review and respond to memo from J. Dulberg regarding Continued 341(a) hearing re PSZJ retention.. | 0.10 | 775.00 | $77.50 |
| 11/13/2013 | SJK | RP | Proof and finalize protective order motion and memo to R. Pachulski and J. Dulberg regarding same re PSZJ retention.. | 0.30 | 775.00 | $232.50 |
| 11/13/2013 | SJK | RP | Review memo from J. Dulberg regarding hearing settings and memo to P. Jeffries regarding same re PSZJ retention.. | 0.10 | 775.00 | $77.50 |
| 11/13/2013 | RJF | RP | Attention to retention application re PSZJ retention.. | 0.40 | 975.00 | $390.00 |
| 11/14/2013 | HDH | RP | Review motion for protective order re PSZJ's retention. | 0.20 | 695.00 | $139.00 |
| 11/14/2013 | HDH | RP | Revise reply re PSZJ employment | 1.80 | 695.00 | $1,251.00 |
| 11/14/2013 | JJK | RP | Revise revised declarations and reply to employment objection; | 0.90 | 665.00 | $598.50 |
| 11/14/2013 | SEM | RP | Email communications with Arron Bonn regarding the advisors to the committee members and review and consideration of reports related to same re PSZJ disclosure. | 0.30 | 645.00 | $193.50 |
| 11/14/2013 | SEM | RP | Review stip with Debtors regarding PSZJ employment and email communications with Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 11/14/2013 | SEM | RP | Review revised reply regarding opposition filed by Debtors to PSZJ employment and email communications with Harry Hockman regarding status of dispute | 0.10 | 645.00 | $64.50 |
| 11/14/2013 | SEM | RP | Working on the supplement to the PSZJ disclsoure | 1.40 | 645.00 | $903.00 |
| 11/14/2013 | SEM | RP | Working on Stipulation between Committee and Debtors regarding the objection to PSZJ employment | 0.30 | 645.00 | $193.50 |
| 11/14/2013 | JWD | RP | Review issues re dec and order re employment of PSZJ. | 0.20 | 675.00 | $135.00 |
| 11/14/2013 | SJK | RP | Review court forms regarding sealing/redacting and memo to S. McFarland regarding same re PSZJ retention.. | 0.20 | 775.00 | $155.00 |
| 11/14/2013 | SJK | RP | Revise protective order motion and memo to team regarding same re PSZJ retention.. | 0.10 | 775.00 | $77.50 |
| 11/14/2013 | SJK | RP | Proof H. Hochman draft of reply brief re PSZJ retention.. | 0.30 | 775.00 | $232.50 |
| 11/14/2013 | SJK | RP | Review memo from J. Dulberg regarding settlemen re PSZJ retention. | 0.10 | 775.00 | $77.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    64

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/14/2013 | BJS | RP | Various emails with Scotta E. McFarland regarding PSZJ retention application/supplemental affidavit | 0.10 | 750.00 | $75.00 |
| 11/15/2013 | PJJ | RP | Telephone calls (5) with clerk re removal of opposition to PSZJ retention from docket. | 0.40 | 295.00 | $118.00 |
| 11/15/2013 | PJJ | RP | Draft motion for protective order re restricted access to opposition to PSZJ retention application, and order re same. | 0.30 | 295.00 | $88.50 |
| 11/15/2013 | SEM | RP | Email communications with Jeff Dulberg and Patricia Jeffries regarding the timing of the filing of the Dec of Non-Opp and uploading the order for Province | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | SEM | RP | Follow-up with Patricia Jeffries regarding the Province employment app timing | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | SEM | RP | Email communications with Paul Huygens regarding Province supplemental disclosure | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | SEM | RP | Email communications with Jeff Dulberg regarding the entry of the order approving the Stip with the Debtors re PSZJ employment and uploading of order and filing dec of non opp | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | SEM | RP | Email communications with Jeff Dulberg and Patricia Jeffries regarding the withdrawal of the Debtors opposition to PSZJ's employment from the Docket | 0.30 | 645.00 | $193.50 |
| 11/15/2013 | SEM | RP | Communications with Margaux Ross regarding the employment app and order for Province | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | SEM | RP | Review and revise order for the employment of PSZJ | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | SEM | RP | Review and revise the Dec of Non-Opp regarding PSZJ employment | 0.10 | 645.00 | $64.50 |
| 11/15/2013 | JWD | RP | Emails re Province employment | 0.20 | 675.00 | $135.00 |
| 11/17/2013 | SEM | RP | Email exchange with Jeff Dulberg regarding the stip to remove the opposition from the docket | 0.10 | 645.00 | $64.50 |
| 11/17/2013 | SEM | RP | Drafting the stipulation regarding a protective order for the opposition to PSZJ's employment | 2.00 | 645.00 | $1,290.00 |
| 11/17/2013 | SEM | RP | Drafting order regarding the protective order for the opposition to PSZJ's employment | 0.20 | 645.00 | $129.00 |
| 11/18/2013 | SEM | RP | Email communications with Jeff Dulberg re the entry of the order employing PSZJ and email communications with Myra Kulick regarding service of the same | 0.10 | 645.00 | $64.50 |
| 11/18/2013 | SEM | RP | Email communications with Margaux Ross regarding the Province employment order | 0.10 | 645.00 | $64.50 |
| 11/18/2013 | JWD | RP | Tel call with M Ross re Province app | 0.30 | 675.00 | $202.50 |

Pachulski Stang Ziehl & Jones LLP

Page:    65

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/18/2013 | JWD | RP | Conf with S McFarland re professional retention | 0.20 | 675.00 | $135.00 |
| 11/19/2013 | GNB | RP | Office conference with Scotta E. McFarland regarding supplemental disclosures. | 0.10 | 595.00 | $59.50 |
| 11/19/2013 | SEM | RP | Working on finalizing draft of Stip and Order re Protective Order re opposition to PSZJ employment | 0.40 | 645.00 | $258.00 |
| 11/19/2013 | SEM | RP | Email communications with Patricia Jeffries regarding the timing on filing the dec of non opp for Province and drafting the order for their employment | 0.10 | 645.00 | $64.50 |
| 11/19/2013 | SEM | RP | Drafting the supplemental declaration for Jeff Dulberg in support of PSZJ employment | 4.30 | 645.00 | $2,773.50 |
| 11/19/2013 | JWD | RP | Review and revise supplemental disclosure documents | 0.40 | 675.00 | $270.00 |
| 11/19/2013 | BJS | RP | Review and revise supplemental declaration regarding PSZJ and email J. Dulbery regarding same | 0.30 | 750.00 | $225.00 |
| 11/20/2013 | PJJ | RP | Draft order approving Province Advisors retention. | 0.40 | 295.00 | $118.00 |
| 11/20/2013 | SEM | RP | Email to Paul Huygens regarding supplemental disclosures for Province. | 0.10 | 645.00 | $64.50 |
| 11/20/2013 | SEM | RP | Continue research into previous cases in which Committee members in this case were committee members re PSZJ employment. | 0.40 | 645.00 | $258.00 |
| 11/20/2013 | SEM | RP | Continue working on the Supplemental Declaration of Jeff Dulberg in support of the PSZJ employment | 0.50 | 645.00 | $322.50 |
| 11/20/2013 | JWD | RP | Work on additional disclosure issues re PSZJ employment. | 0.20 | 675.00 | $135.00 |
| 11/20/2013 | JWD | RP | Further work on disclosures re PSZJ employment. | 0.20 | 675.00 | $135.00 |
| 11/20/2013 | BJS | RP | Various emails with J. Dulberg regarding supplemental declaration | 0.10 | 750.00 | $75.00 |
| 11/22/2013 | PJJ | RP | Draft declaration of non-opposition to Province retention application. | 0.10 | 295.00 | $29.50 |
| 11/22/2013 | SEM | RP | Telephone conference with Paul Huygens regarding supplemental disclosures of Province | 0.20 | 645.00 | $129.00 |
| 11/22/2013 | SEM | RP | Review and revise Province order and email to Paul Huygens regarding approval | 0.20 | 645.00 | $129.00 |
| 11/22/2013 | SEM | RP | Email communications with Margaux Ross regarding Province employment order | 0.10 | 645.00 | $64.50 |
| 11/22/2013 | SEM | RP | Review section 327 of the code per Margaux Ross's comments regarding the Province Order and email exchange with Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 11/22/2013 | SEM | RP | Review and revise order on Province employment | 0.70 | 645.00 | $451.50 |
| 11/22/2013 | JWD | RP | Emails re order to employ Province and review issues re same | 0.40 | 675.00 | $270.00 |
| 11/24/2013 | SEM | RP | Finalizing the Supplemental Declaration of Jeff | 0.10 | 645.00 | $64.50 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    66

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Dulberg re PSZJ employment | | | |
| 11/24/2013 | SEM | RP | Gathering information for and drafting the Supplemental Declaration of Paul Huygens re the Province employment app | 2.00 | 645.00 | $1,290.00 |
| 11/25/2013 | SEM | RP | Telephone conference with Jeff Dulberg regarding Province supplemental disclosure | 0.10 | 645.00 | $64.50 |
| 11/25/2013 | SEM | RP | Telephone conference with Jeff Dulberg regarding PSZ&J's supplemental disclosure | 0.10 | 645.00 | $64.50 |
| 11/25/2013 | SEM | RP | Working on draft of supplemental disclosure for Province | 0.50 | 645.00 | $322.50 |
| 11/25/2013 | SEM | RP | Revise Supplemental Disclosure for PSZJ re employment | 0.70 | 645.00 | $451.50 |
| 11/25/2013 | JWD | RP | Tel calls with S McFarland re disclosures | 0.20 | 675.00 | $135.00 |
| 11/26/2013 | SEM | RP | Finalizing the Province Supplemental Disclosure and employment order | 0.20 | 645.00 | $129.00 |
| 11/26/2013 | SEM | RP | Drafting the Dec of Non-Opp for employment of Province | 0.30 | 645.00 | $193.50 |
| 11/26/2013 | SEM | RP | Coordination of the filing of the Dec of Non-Opp for Province and the order approving their employment | 0.10 | 645.00 | $64.50 |
| 11/26/2013 | SEM | RP | Email communications with Jeff Dulberg regarding the supplemental disclosures for Province and PSZJ | 0.10 | 645.00 | $64.50 |
| 11/26/2013 | SEM | RP | Coordinate the filing of the PSZJ Supplemental Disclosure | 0.10 | 645.00 | $64.50 |
| 11/26/2013 | SEM | RP | Email communications with Jeff Dulberg regarding the Province employment order | 0.10 | 645.00 | $64.50 |
| 11/26/2013 | SEM | RP | Email communications with Myra Kulick regarding filing the dec of non-opp and uploading the order re Province | 0.10 | 645.00 | $64.50 |
| 11/26/2013 | JWD | RP | Review and respond to P Huygens email re employment (.2); review dec and order re same (.2) | 0.40 | 675.00 | $270.00 |
| 11/26/2013 | SJK | RP | Final proof and revisions to reply, Krausz Declaration and exhibits re PSZJ employment. | 0.30 | 775.00 | $232.50 |
| 11/26/2013 | BJS | RP | Review supplemental disclosures | 0.10 | 750.00 | $75.00 |
| 11/27/2013 | SEM | RP | Email communications with Jeff Dulberg, Paul Huygens and Noni de Leon regarding Province employment order | 0.10 | 645.00 | $64.50 |
| 11/27/2013 | JWD | RP | Review entered order re Province and email re same | 0.20 | 675.00 | $135.00 |
| 12/03/2013 | SEM | RP | Email communications with Jeff Dulberg and Paul Huygens regarding Huygens' Supplemental Disclosure Affidavit | 0.10 | 645.00 | $64.50 |
| 12/04/2013 | SEM | RP | Follow-up with Paul Huygens regarding status of supplemental disclosure for Province | 0.10 | 645.00 | $64.50 |

Pachulski Stang Ziehl & Jones LLP

Page:   67

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/04/2013 | SEM | RP | Attn to the prep for fling and service of the Supplemental Disclosure of Huygens for Province | 0.10 | 645.00 | $64.50 |
| 12/09/2013 | RMP | RP | Review conflict case law and conference with J. Dulberg regarding same. | 0.40 | 995.00 | $398.00 |
| 12/09/2013 | SEM | RP | Conference with Beth Dassa regarding research on committee counsel conflicts | 0.20 | 645.00 | $129.00 |
| 12/09/2013 | SEM | RP | Email communications with Leslie Forrester regarding research on conflicts of committee counsel | 0.10 | 645.00 | $64.50 |
| 12/09/2013 | SEM | RP | Review case re committee counsel conflict (.2);voice message and email communication to Jeff Dulberg re same(.1) | 0.30 | 645.00 | $193.50 |
| 12/09/2013 | JWD | RP | Work on research re 1103 issues and draft email re same | 0.30 | 675.00 | $202.50 |
| 12/09/2013 | BDD | RP | Conference with S. McFarland re case law re disqualification of professionals | 0.20 | 295.00 | $59.00 |
| 12/09/2013 | BDD | RP | Research case law re disqualification of committee counsel | 2.00 | 295.00 | $590.00 |
| 12/10/2013 | SEM | RP | Review case law regarding committee counsel conflicts | 0.10 | 645.00 | $64.50 |
| 12/10/2013 | MBL | RP | Calls with I. Kharasch and J. Dulberg re PSZJ retention issues (0.3); initial review of pleadings (0.2). | 0.50 | 750.00 | $375.00 |
| 12/10/2013 | LAF | RP | Legal research re: Disqualification of committee counsel. | 0.50 | 295.00 | $147.50 |
| 12/11/2013 | SEM | RP | Working on draft of Supplemental Declaration for Province | 0.20 | 645.00 | $129.00 |
| 12/11/2013 | SEM | RP | Email communications with Jeff Dulberg regarding additional supplemental disclosure of Province | 0.10 | 645.00 | $64.50 |
| 12/11/2013 | SEM | RP | Prepare draft of second supplemental disclosure declaration of Paul Huygens | 0.40 | 645.00 | $258.00 |
| 12/11/2013 | MBL | RP | Review pleadings/research re retention issues. | 0.50 | 750.00 | $375.00 |
| 12/12/2013 | RMP | RP | Telephone conference with Kravitz regarding Providence status and issues. | 0.80 | 995.00 | $796.00 |
| 12/12/2013 | SEM | RP | Email communications with Myra Kulick regarding the filing of the Second Supplemental Disclosure re Province and review same for filing | 0.10 | 645.00 | $64.50 |
| 12/12/2013 | JWD | RP | Review and revise second supplemental declaration of P Huygens | 0.30 | 675.00 | $202.50 |
| 12/12/2013 | JWD | RP | Emails re disclosure memo re PSZJ employment. | 0.20 | 675.00 | $135.00 |
| 12/12/2013 | MBL | RP | Research PSZJ employment issues. | 2.50 | 750.00 | $1,875.00 |
| 12/12/2013 | MBL | RP | Draft memo re PSZJ employment issues. | 3.50 | 750.00 | $2,625.00 |
| 12/13/2013 | RMP | RP | Telephone conference with U.S. Trustee counsel | 0.40 | 995.00 | $398.00 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

Page:    68

Invoice 110251

March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | regarding Province. | | | |
| 12/16/2013 | RMP | RP | Telephone conference with Ross regarding PSZJ employment issues. | 0.40 | 995.00 | $398.00 |
| | | | | **178.70** | | **$124,921.00** |

### Ret. of Prof./Other

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/15/2013 | SEM | RPO | Telephone conference with Jeff Dulberg regarding requesting a Pillowtex Analysis from the Landau firm | 0.10 | 645.00 | $64.50 |
| 10/15/2013 | SEM | RPO | Email communications with James O'Neill regarding Pillowtex Analysis demand | 0.10 | 645.00 | $64.50 |
| 10/15/2013 | SEM | RPO | Review Landau app and declaration regarding Pillowtex related isses | 0.10 | 645.00 | $64.50 |
| 10/15/2013 | JWD | RPO | Review issues re employment re Debtor professionals (.4); emails w/ S McFarland re same (.2) | 0.60 | 675.00 | $405.00 |
| 10/16/2013 | SEM | RPO | Review material regarding Pillowtex analysis and drafting letter to Landau firm regarding production of necessary information | 1.50 | 645.00 | $967.50 |
| 10/25/2013 | SEM | RPO | Review orders regarding the employment of Landau and Grobstein and email to Jeff Dulberg re same | 0.20 | 645.00 | $129.00 |
| 10/27/2013 | SEM | RPO | Review the employment application of Martini Iosue & Akpovi and summarize for Jeff Dulberg | 0.30 | 645.00 | $193.50 |
| 10/28/2013 | SEM | RPO | Email communication with Jeff Dulberg re employment app of accountants to audit retirement plans and email to Patricia Jeffries regarding a notice of non-opp to same | 0.10 | 645.00 | $64.50 |
| 10/28/2013 | JWD | RPO | Review app to employ accountant and draft/review emails re same and to committee | 0.30 | 675.00 | $202.50 |
| 10/29/2013 | PJJ | RPO | Draft Notice of Non-Opposition to Debtors' Application to Employ Martini. | 0.30 | 295.00 | $88.50 |
| 10/29/2013 | SEM | RPO | Review notice of non-opp to Martini employment app and email communications with Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 10/29/2013 | SEM | RPO | Email communications with Myra Kulick regarding the filing of the Notice of Non-Opp re Martini employment app | 0.10 | 645.00 | $64.50 |
| 10/29/2013 | JWD | RPO | Review non-opp to app to employ 401k auditor | 0.20 | 675.00 | $135.00 |
| 10/30/2013 | SEM | RPO | Email communications with Patricia Jeffries re Martini employment app | 0.10 | 645.00 | $64.50 |
| 10/31/2013 | JWD | RPO | Review app to employ issues re other professionals and UST concern | 0.40 | 675.00 | $270.00 |
| 11/04/2013 | JWD | RPO | Review employment issues and terms of LGB stip | 0.50 | 675.00 | $337.50 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516     00002

Page:     69
Invoice 110251
March 31, 2014

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | with UST | | | |
| 11/05/2013 | JWD | RPO | Review entered orders re employment stips re Debtors' professionals. | 0.20 | 675.00 | $135.00 |
| 11/07/2013 | SEM | RPO | Telephone conference with Jeff Dulberg regarding request for Pillowtex analysis from Landau | 0.10 | 645.00 | $64.50 |
| 11/07/2013 | SEM | RPO | Review the Stips entered into regarding the Landau and Grobstein disclosures regarding Pillowtex issues(.1);Email communications with Jeff Dulberg re same (.1) | 0.20 | 645.00 | $129.00 |
| 11/07/2013 | JWD | RPO | Review issues re professionals stips and Pillowtex analysis | 0.20 | 675.00 | $135.00 |
| 11/08/2013 | JWD | RPO | Review additional disclosures from Debtor's counsel | 0.30 | 675.00 | $202.50 |
| 11/08/2013 | JWD | RPO | Review Grobstein additional disclosures | 0.20 | 675.00 | $135.00 |
| 11/09/2013 | JWD | RPO | Review case docket and catch up review of pleadings re additional disclosures | 0.40 | 675.00 | $270.00 |
| 11/11/2013 | SEM | RPO | Review information supplied by Rodger Landau regarding the Pillowtex issues and email to Jeff Dulberg re same | 0.10 | 645.00 | $64.50 |
| 11/11/2013 | JWD | RPO | Review additional materials from professionals re employment | 0.20 | 675.00 | $135.00 |
| 11/13/2013 | HDH | RPO | Research and drafting of motion to disqualify LGB | 4.80 | 695.00 | $3,336.00 |
| 11/14/2013 | HDH | RPO | Revise motion to disqualify Landau Firm. | 0.60 | 695.00 | $417.00 |
| 12/16/2013 | RMP | RPO | Review Sidley application;  telephone conference with Jeffrey W. Dulberg and review emails regarding same. | 0.80 | 995.00 | $796.00 |
| 12/16/2013 | SEM | RPO | Review the draft of the application to employ Sidley | 0.20 | 645.00 | $129.00 |
| 12/16/2013 | SEM | RPO | Email communications with Jeff Dulberg regarding the draft of the application to employ Sidley by the Debtors | 0.10 | 645.00 | $64.50 |
| 12/16/2013 | SJK | RPO | Review memos from J. Dulberg and R. Landau and response to Committee concern regarding plans and proposed motion to hire Sidley & Austin. | 0.10 | 775.00 | $77.50 |
| 12/17/2013 | JWD | RPO | Review Sidley application draft | 0.20 | 675.00 | $135.00 |
| 12/18/2013 | SEM | RPO | Telephone conference with Jeff Duberg regarding the objection to the Sidley employment app and the timing thereof | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SEM | RPO | Email communications with Felice Harrison regarding starting a draft of an objection to the App to Employ Sidley | 0.10 | 645.00 | $64.50 |
| 12/18/2013 | SJK | RPO | Review notice of Sidley Austin extention motion filing. | 0.10 | 775.00 | $77.50 |
| 12/18/2013 | FSH | RPO | Confer with assistant regarding calendaring of the deadline to object to Application to Employ Sidley | 0.20 | 295.00 | $59.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    70

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | & Austin. |  |  |  |
| 12/18/2013 | FSH | RPO | Review local rules regarding objections to employment applications and prepare Objection and Request for hearing on Debtors' Application to employ Sidley & Austin. | 0.80 | 295.00 | $236.00 |
| 12/19/2013 | SEM | RPO | Work on objection and request for a hearing regarding the app to employ Sidley filed by Debtors. | 0.50 | 645.00 | $322.50 |
| 12/20/2013 | SEM | RPO | Work on draft of objection and request for hearing re the Sidley Employment Application | 0.80 | 645.00 | $516.00 |
| 12/20/2013 | JWD | RPO | Analyze issues and concerns re Sidley application | 0.40 | 675.00 | $270.00 |
| 12/23/2013 | SEM | RPO | Revisions and comments to the objection and request for hearing re Sidley app | 0.30 | 645.00 | $193.50 |
| 12/23/2013 | JWD | RPO | Review and revise limited objection to Sidley employment | 0.90 | 675.00 | $607.50 |
| 12/27/2013 | RMP | RPO | Review opposition to Sidley application and conference with Jeffrey W. Dulberg regarding same. | 0.30 | 995.00 | $298.50 |
| 12/27/2013 | JWD | RPO | Review and revise Sidley opposition | 0.40 | 675.00 | $270.00 |
|  |  |  |  | **18.60** |  | **$12,385.00** |

**TOTAL SERVICES FOR THIS MATTER:**                    **$678,835.00**

Pachulski Stang Ziehl & Jones LLP                              Page:    71
KSL Media O.C.C.                                              Invoice 110251
47516      00002                                             March 31, 2014

---

### Expenses

| Date | Code | Description | Amount |
|---|---|---|---|
| 10/14/2013 | RE2 | SCAN/COPY ( 33 @0.10 PER PG) | 3.30 |
| 10/14/2013 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 10/14/2013 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/17/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/17/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/17/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/17/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 10/18/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 10/21/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 24.80 |
| 10/22/2013 | LN | 47516.00002 Lexis Charges for 10-22-13 | 35.69 |
| 10/22/2013 | LV | Legal Vision Atty/Mess. Service- Inv.25185, San Fernando Bankruptcy Court, SEM | 45.00 |
| 10/22/2013 | PO | 47516.00001 :Postage Charges for 10-22-13 | 6.02 |
| 10/22/2013 | RE | ( 174 @0.20 PER PG) | 34.80 |
| 10/22/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/22/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/22/2013 | RE2 | SCAN/COPY ( 135 @0.10 PER PG) | 13.50 |
| 10/22/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 10/22/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/22/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/23/2013 | LV | Legal Vision Atty/Mess. Service- Inv.25311, San Fernando Bankruptcy Court, SEM | 45.00 |

Pachulski Stang Ziehl & Jones LLP                    Page:    72
KSL Media O.C.C.                                     Invoice 110251
47516    00002                                       March 31, 2014

| | | | |
|---|---|---|---|
| 10/23/2013 | PO | 47516.00001 :Postage Charges for 10-23-13 | 6.02 |
| 10/23/2013 | RE | ( 105 @0.20 PER PG) | 21.00 |
| 10/23/2013 | RE | ( 35 @0.20 PER PG) | 7.00 |
| 10/23/2013 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/24/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/24/2013 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 10/24/2013 | RE2 | SCAN/COPY ( 39 @0.10 PER PG) | 3.90 |
| 10/25/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 15.29 |
| 10/29/2013 | LV | Legal Vision Atty/Mess. Service- Inv.25337, San Fernando Bankruptcy Court, SEM | 45.00 |
| 10/29/2013 | PO | 47516.00001 :Postage Charges for 10-29-13 | 3.22 |
| 10/29/2013 | RE | ( 28 @0.20 PER PG) | 5.60 |
| 10/29/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/30/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 10/30/2013 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | 7.60 |
| 10/30/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/30/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/01/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 7.65 |
| 11/01/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 22.46 |
| 11/01/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/05/2013 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    73
KSL Media O.C.C.                                                       Invoice 110251
47516     00002                                                       March 31, 2014

| | | | |
|---|---|---|---|
| 11/06/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/07/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 19.21 |
| 11/07/2013 | LV | Legal Vision Atty/Mess. Service- Inv. 25649, San Fernando Bankruptcy Court, SEM | 45.00 |
| 11/07/2013 | PO | 47516.00001 :Postage Charges for 11-07-13 | 7.42 |
| 11/07/2013 | RE | ( 231 @0.20 PER PG) | 46.20 |
| 11/07/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/07/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/07/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/07/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/07/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/07/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/08/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/11/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 27.29 |
| 11/11/2013 | LN | 47516.00002 Lexis Charges for 11-11-13 | 68.96 |
| 11/11/2013 | RE | ( 12 @0.20 PER PG) | 2.40 |
| 11/11/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/11/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   74
KSL Media O.C.C.                                                     Invoice 110251
47516    00002                                                      March 31, 2014

| 11/11/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
|------------|-----|----------------------------|------|
| 11/11/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/11/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | CC  | Conference Call [E105] AT&T Conference Calls, JWD | 4.21 |
| 11/12/2013 | LN  | 47516.00002 Lexis Charges for 11-12-13 | 275.83 |
| 11/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 30 @0.10 PER PG) | 3.00 |
| 11/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 11/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/12/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/12/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/12/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/12/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| | | | |
|---|---|---|---|
| 11/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/12/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/12/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/12/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/12/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 11/12/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/12/2013 | WL | 47516.00001 Westlaw Charges for 11-12-13 | 130.37 |
| 11/13/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 10.90 |
| 11/13/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 6.83 |
| 11/13/2013 | LN | 47516.00002 Lexis Charges for 11-13-13 | 174.21 |
| 11/13/2013 | LV | Legal Vision Atty/Mess. Service- Inv.25756, Pick Up from Office of US Trustee, P.Jeffries | 69.00 |
| 11/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Page:   76

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| Date | Code | Description | Amount |
|---|---|---|---|
| 11/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/13/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/13/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/13/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/13/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/13/2013 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 11/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/13/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/13/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 11.44 |
| 11/14/2013 | LN | 47516.00002 Lexis Charges for 11-14-13 | 14.06 |
| 11/14/2013 | LV | Legal Vision Atty/Mess. Service- Inv.25783, San Fernando Bankruptcy Court, JWD | 45.00 |
| 11/14/2013 | PO | 47516.00001 :Postage Charges for 11-14-13 | 0.66 |
| 11/14/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/14/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/14/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/14/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/14/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/14/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                          Page:    77
KSL Media O.C.C.                                           Invoice 110251
47516    00002                                             March 31, 2014

| | | | |
|---|---|---|---|
| 11/14/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/14/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/14/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/14/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/14/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/14/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/15/2013 | PO | 47516.00001 :Postage Charges for 11-15-13 | 10.64 |
| 11/15/2013 | RE | ( 266 @0.20 PER PG) | 53.20 |
| 11/15/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/15/2013 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 11/15/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/15/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/15/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 11/15/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/15/2013 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/15/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/16/2013 | LV | Legal Vision Atty/Mess. Service- Inv. 25898, San Fernando Bankruptcy Court, SEM | 45.00 |
| 11/18/2013 | LV | Legal Vision Atty/Mess. Service- Inv. 25910, San Fernando Bankruptcy Court, SEM | 45.00 |
| 11/18/2013 | LV | Legal Vision Atty/Mess. Service- Inv. 25910, San Fernando Bankruptcy Court, SEM | 45.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    78
KSL Media O.C.C.                                                     Invoice 110251
47516      00002                                                    March 31, 2014

| | | | |
|---|---|---|---|
| 11/18/2013 | PO | 47516.00001 :Postage Charges for 11-18-13 | 24.32 |
| 11/18/2013 | PO | 47516.00001 :Postage Charges for 11-18-13 | 3.22 |
| 11/18/2013 | RE | ( 595 @0.20 PER PG) | 119.00 |
| 11/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/18/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/18/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/18/2013 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 11/18/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/18/2013 | RE2 | SCAN/COPY ( 292 @0.10 PER PG) | 29.20 |
| 11/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/18/2013 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 11/18/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 11/18/2013 | RE2 | SCAN/COPY ( 156 @0.10 PER PG) | 15.60 |
| 11/19/2013 | FE | Federal Express [E108] | 13.15 |
| 11/19/2013 | LN | 47516.00002 Lexis Charges for 11-19-13 | 159.25 |
| 11/19/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/19/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/19/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                          Page:    79
KSL Media O.C.C.                                                          Invoice 110251
47516    00002                                                           March 31, 2014

| | | | |
|---|---|---|---|
| 11/19/2013 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 11/19/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/19/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/19/2013 | RE2 | SCAN/COPY ( 78 @0.10 PER PG) | 7.80 |
| 11/20/2013 | PO | 47516.00001 :Postage Charges for 11-20-13 | 7.82 |
| 11/20/2013 | RE | ( 119 @0.20 PER PG) | 23.80 |
| 11/20/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2013 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 11/20/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/20/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/20/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/20/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/20/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/21/2013 | FE | 47516.00002 FedEx Charges for 11-21-13 | 13.96 |
| 11/21/2013 | LV | Legal Vision Atty/Mess. Service- Inv. 25974, Pick up from US Trustee Office, P. Jeffries | 75.00 |
| 11/21/2013 | RE | ( 73 @0.20 PER PG) | 14.60 |
| 11/21/2013 | RE2 | SCAN/COPY ( 47 @0.10 PER PG) | 4.70 |
| 11/21/2013 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 11/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP
KSL Media O.C.C.
47516    00002

| | | | |
|---|---|---|---|
| 11/21/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/21/2013 | RE2 | SCAN/COPY ( 73 @0.10 PER PG) | 7.30 |
| 11/21/2013 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 11/21/2013 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 11/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/21/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/22/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 16.05 |
| 11/22/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/22/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/25/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/26/2013 | PO | 47516.00001 :Postage Charges for 11-26-13 | 10.56 |
| 11/26/2013 | RE | ( 226 @0.20 PER PG) | 45.20 |
| 11/26/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/26/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/26/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/26/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/26/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/26/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |

Pachulski Stang Ziehl & Jones LLP                                     Page:    81
KSL Media O.C.C.                                                      Invoice 110251
47516    00002                                                       March 31, 2014

| | | | |
|---|---|---|---|
| 11/26/2013 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/26/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/26/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/26/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/26/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/26/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/26/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/26/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/26/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/26/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 11/26/2013 | RE2 | SCAN/COPY ( 38 @0.10 PER PG) | 3.80 |
| 11/26/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/27/2013 | PO | 47516.00002 :Postage Charges for 11-27-13 | 8.28 |
| 11/27/2013 | PO | 47516.00002 :Postage Charges for 11-27-13 | 0.66 |
| 11/27/2013 | RE | ( 90 @0.20 PER PG) | 18.00 |
| 11/27/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/27/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/27/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/27/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/01/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26137, San Fernando Bankruptcy Court, SEM | 45.00 |
| 12/02/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 15.19 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    82
KSL Media O.C.C.                                                     Invoice 110251
47516    00002                                                      March 31, 2014

| | | | |
|---|---|---|---|
| 12/04/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26218, San Fernando Bankruptcy Court, SEM | 45.00 |
| 12/04/2013 | PO | 47516.00002 :Postage Charges for 12-04-13 | 8.28 |
| 12/04/2013 | RE | ( 90 @0.20 PER PG) | 18.00 |
| 12/04/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/04/2013 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | 11.60 |
| 12/04/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/05/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/06/2013 | CC | Conference Call [E105] Court Call, December 02, 2013 through December 31, 2013 | 35.00 |
| 12/09/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 18.73 |
| 12/09/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/09/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/09/2013 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | 11.60 |
| 12/09/2013 | WL | 47516.00002 Westlaw Charges for 12-09-13 | 3,736.54 |
| 12/10/2013 | BB | 47516.00002 Bloomberg Charges for 12-10-13 | 10.00 |
| 12/10/2013 | LN | 47516.00002 Lexis Charges for 12-10-13 | 132.18 |
| 12/10/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26302, Van Nuys Northwest District, SJK | 139.00 |
| 12/10/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/10/2013 | RE2 | SCAN/COPY ( 69 @0.10 PER PG) | 6.90 |
| 12/10/2013 | RE2 | SCAN/COPY ( 99 @0.10 PER PG) | 9.90 |
| 12/10/2013 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |

Pachulski Stang Ziehl & Jones LLP

Page:    83

KSL Media O.C.C.

Invoice 110251

47516    00002

March 31, 2014

| 12/10/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/10/2013 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/10/2013 | RE2 | SCAN/COPY ( 18 @0.10 PER PG) | 1.80 |
| 12/10/2013 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/10/2013 | WL | 47516.00002 Westlaw Charges for 12-10-13 | 278.70 |
| 12/11/2013 | LN | 47516.00002 Lexis Charges for 12-11-13 | 156.97 |
| 12/11/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/11/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/11/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/11/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/11/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    84
KSL Media O.C.C.                                                     Invoice 110251
47516     00002                                                     March 31, 2014

| | | | |
|---|---|---|---|
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/11/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/12/2013 | PO | 47516.00002 :Postage Charges for 12-12-13 | 8.28 |
| 12/12/2013 | PO | 47516.00002 :Postage Charges for 12-12-13 | 8.28 |
| 12/12/2013 | RE | ( 234 @0.20 PER PG) | 46.80 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/12/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/12/2013 | RE2 | SCAN/COPY ( 43 @0.10 PER PG) | 4.30 |
| 12/12/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/12/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/12/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/12/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |

Pachulski Stang Ziehl & Jones LLP                                       Page:   85
KSL Media O.C.C.                                                        Invoice 110251
47516    00002                                                         March 31, 2014

| | | | |
|---|---|---|---|
| 12/12/2013 | WL | 47516.00002 Westlaw Charges for 12-12-13 | 1,402.49 |
| 12/13/2013 | LN | 47516.00002 Lexis Charges for 12-13-13 | 373.81 |
| 12/13/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26345, San Fernando Bankruptcy Court, SEM | 45.00 |
| 12/13/2013 | PO | 47516.00002 :Postage Charges for 12-13-13 | 8.28 |
| 12/13/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/13/2013 | RE2 | SCAN/COPY ( 28 @0.10 PER PG) | 2.80 |
| 12/13/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/16/2013 | LN | 47516.00002 Lexis Charges for 12-16-13 | 132.18 |
| 12/16/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/16/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/16/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/16/2013 | RE2 | SCAN/COPY ( 95 @0.10 PER PG) | 9.50 |
| 12/16/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/17/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 18.78 |
| 12/17/2013 | RE2 | SCAN/COPY ( 93 @0.10 PER PG) | 9.30 |
| 12/17/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/17/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/17/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/17/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                                      Page:    86
KSL Media O.C.C.                                                       Invoice 110251
47516     00002                                                       March 31, 2014

| | | | |
|---|---|---|---|
| 12/18/2013 | PO | 47516.00002 :Postage Charges for 12-18-13 | 0.46 |
| 12/18/2013 | RE | ( 2 @0.20 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 651 @0.10 PER PG) | 65.10 |
| 12/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/18/2013 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/18/2013 | RE2 | SCAN/COPY ( 93 @0.10 PER PG) | 9.30 |
| 12/18/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/18/2013 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516    00002

| 12/18/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/19/2013 | LN | 47516.00002 Lexis Charges for 12-19-13 | 93.29 |
| 12/19/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/19/2013 | RE2 | SCAN/COPY ( 34 @0.10 PER PG) | 3.40 |
| 12/19/2013 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 12/19/2013 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/19/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/19/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/19/2013 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 12/20/2013 | RE | ( 28 @0.20 PER PG) | 5.60 |
| 12/20/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 27 @0.10 PER PG) | 2.70 |
| 12/20/2013 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/20/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                                    Page:   88
KSL Media O.C.C.                                                     Invoice 110251
47516     00002                                                     March 31, 2014

| | | | |
|---|---|---|---|
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/20/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/20/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/20/2013 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/20/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/23/2013 | CC | Conference Call [E105] AT&T Conference Calls, JWD | 15.81 |
| 12/23/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26565, San Fernando Bankrputcy Court, JWD | 45.00 |
| 12/23/2013 | PO | 47516.00002 :Postage Charges for 12-23-13 | 56.16 |
| 12/23/2013 | RE | ( 1224 @0.20 PER PG) | 244.80 |
| 12/23/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/23/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/23/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/23/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/23/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/23/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

Pachulski Stang Ziehl & Jones LLP                          Page:    89
KSL Media O.C.C.                                           Invoice 110251
47516    00002                                            March 31, 2014

| | | | |
|---|---|---|---|
| 12/23/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/23/2013 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/23/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 12/23/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/23/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/23/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 12/23/2013 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/23/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/23/2013 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    90
KSL Media O.C.C.                                                     Invoice 110251
47516    00002                                                      March 31, 2014

| | | | |
|---|---|---|---|
| 12/23/2013 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/23/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/24/2013 | LN | 47516.00002 Lexis Charges for 12-24-13 | 96.05 |
| 12/24/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/24/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/24/2013 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 12/24/2013 | RE2 | SCAN/COPY ( 74 @0.10 PER PG) | 7.40 |
| 12/24/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/24/2013 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/24/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/26/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/26/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/26/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/26/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/26/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/26/2013 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 12/27/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26613, Process of Service-LA, SJK | 80.00 |
| 12/27/2013 | LV | Legal Vision Atty/Mess. Service- Invoice.26614, Process of Service-LA, SJK | 80.00 |
| 12/27/2013 | PO | 47516.00002 :Postage Charges for 12-27-13 | 8.74 |

Pachulski Stang Ziehl & Jones LLP

Page:    91

KSL Media O.C.C.

Invoice 110251

47516     00002

March 31, 2014

| 12/27/2013 | RE | ( 114 @0.20 PER PG) | 22.80 |
|---|---|---|---|
| 12/27/2013 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/27/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/27/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/27/2013 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 12/27/2013 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 12/27/2013 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 12/27/2013 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 12/27/2013 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 12/27/2013 | RE2 | SCAN/COPY ( 116 @0.10 PER PG) | 11.60 |
| 12/27/2013 | RE2 | SCAN/COPY ( 13 @0.10 PER PG) | 1.30 |
| 12/27/2013 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |

**Total Expenses for this Matter**                    **$10,036.95**

Pachulski Stang Ziehl & Jones LLP

KSL Media O.C.C.

47516     00002

Page:     92

Invoice 110251

March 31, 2014

---

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 03/31/2014

| | |
|---|---|
| Total Fees | $678,835.00 |
| Chargeable costs and disbursements | $10,036.95 |
| Total Due on Current Invoice..................... | $688,871.95 |

Outstanding Balance from prior Invoices as of 03/31/2014          **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|

**Total Amount Due on Current and Prior Invoices**          $688,871.95

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13ᵗʰ Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS DURING THE CHAPTER 11 PERIOD; DECLARATION OF JEFFREY W. DULBERG IN SUPPORT THEREOF*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **July 22, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **July 22, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **July 22, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**By Personal Delivery**
Honorable Martin R. Barash
United States Bankruptcy Court
Central District of California
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 22, 2015 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Mailing Information for Case 1:13-bk-15929-AA**

- Allison R Axenrod    allison@claimsrecoveryllc.com
- James C Behrens    jbehrens@greenbergglusker.com, kwoodson@ggfirm.com;calendar@ggfirm.com
- Michael V Blumenthal    michael.blumenthal@tklaw.com, alisa.brenes@tklaw.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Kayla D Britton    kayla.britton@faegrebd.com
- Howard Camhi    hcamhi@ecjlaw.com, kanthony@ecjlaw.com
- Gary O Caris    gary.caris@dentons.com, chris.omeara@dentons.com
- Jeff Cohen    JC@SouthpawAsset.com
- Vincent M Coscino    vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com;marizaga@lgbfirm.com;kalandy@lgbfirm.com;rspahnn@lgbfirm.com
- Ted A Dillman    Ted.dillman@lw.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert K Edmunds    robert.edmunds@bipc.com, lisa.largent@bipc.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com
- Mark D Estle    mark.estle@buckleymadole.com
- Stacy L Foster    sfoster@btlaw.com, lharrison@btlaw.com
- Joseph D Frank    jfrank@fgllp.com, rheiligman@fgllp.com;ccarpenter@fgllp.com;jkleinman@fgllp.com
- Michael A Friedman    mfriedman@gjb-law.com, gjbecf@gjb-law.com
- Mary L Fullington    lexbankruptcy@wyattfirm.com, pwest@wyattfirm.com
- Thomas M Gaa    tgaa@bbslaw.com
- Amir Gamliel    agamliel@perkinscoie.com, cmallahi@perkinscoie.com
- Scott F Gautier    sgautier@robinskaplan.com
- Fredric Glass    fglass@fairharborcapital.com
- Paul R. Glassman    pglassman@sycr.com
- Matthew A Gold    courts@argopartners.net
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com, dgottlieb@ecf.epiqsystems.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Aaron C Gundzik    agundzik@gghslaw.com, sforster@gghslaw.com
- Lesley A Hawes    lesley.hawes@dentons.com, chris.omeara@dentons.com
- Emil W Herich    eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatricktownsend.com;sramsey@kilpatricktownsend.com
- Marsha A Houston    mhoustoun@reedsmith.com
- Robbin L Itkin    ritkin@linerlaw.com, cbullock@linerlaw.com
- Lawrence M Jacobson    lmj@gfjlawfirm.com
- Crystal Johnson    M46380@ATT.COM

- Christian A Jordan    cjordan@btlaw.com, tpearsall@btlaw.com
- Jeff D Kahane    jkahane@duanemorris.com
- Steven J Kahn    skahn@pszyjw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Doah Kim    Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Herbert Kunowski    Herbert.Kunowski@wilsonelser.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- Rodger M Landau    rlandau@lgbfirm.com, marizaga@lgbfirm.com;kalandy@lgbfirm.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;pjacobi@btlaw.com;cjordan@btlaw.com
- Ira M Levee    ilevee@lowenstein.com, ehorn@lowenstein.com
- Ganna Liberchuk    gliberchuk@haincapital.com
- Richard M Lorenzen    RLorenzen@perkinscoie.com, KHardy@perkinscoie.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- Neeta Menon    nmenon@btlaw.com
- Vahid Naziri    vnaziri@anhlegal.com, matthew@anhlegal.com
- Matthew Ochs    mjochs@hollandhart.com, sjohnson@hollandhart.com
- Robert J Parks    robert.parks@bipc.com;Rachel.waters@bipc.com, robin.robbins@bipc.com
- Jason S Pomerantz    jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com
- David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com
- Michael H Raichelson    mhr@cabkattorney.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- Thomas Rice    trice@coxsmith.com, phuffstickler@coxsmith.com;aseifert@coxsmith.com
- Monica Rieder    mrieder@lgbfirm.com
- Christopher O Rivas    crivas@reedsmith.com
- Brad Robertson    brad.robertson@cbs.com, brad47@gmail.com
- S Margaux Ross    margaux.ross@usdoj.gov, margauxla@yahoo.com
- Terrel Ross    tross@trcmllc.com
- Norman D Schoenfeld    lsi@liquiditysolutions.com
- David B Shemano    dshemano@robinskaplan.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Alan R Smith    mail@asmithlaw.com
- Joon W Song    jsong@thesonglawgroup.com
- Tiffany Strelow Cobb    tscobb@vorys.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- *Robert Tannor    rtannor@creditorliquidity.com*
- *United States Trustee (SV)*
  *ustpregion16.wh.ecf@usdoj.gov*
- *Sharon Z. Weiss    sharon.weiss@bryancave.com,*
  *raul.morales@bryancave.com*
- *Dennis J Wickham    wickham@scmv.com,*
  *nazari@scmv.com*
- *Eric R Wilson*
  *kdwbankruptcydepartment@kelleydrye.com,*
  *MVicinanza@ecf.inforuptcy.com*

- *Douglas Wolfe    dwolfe@asmcapital.com*
- *Victor Yoo    vjy@taxlawyersgroup.com*
- *Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com*
- *Amy A Zuccarello    azuccarello@sandw.com*
- *Roye Zur    rzur@lgbfirm.com,*
  *kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com*

## 2. **SERVED BY UNITED STATES MAIL**:

### KSL Media, Inc.
### 2002 SERVICE LIST

Chapter 7 Trustee
David K. Gottlieb
D. Gottlieb & Associates, LLC
15233 Ventura Blvd. 9th Floor
Sherman Oaks, California, 91403

United States Trustee
S Margaux Ross
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Debtor
KSL MEDIA INC
15910 Ventura Blvd, 9th Floor
Encino, CA 91436-2809

KSL Media New York, Inc.
Agent for Service of Process
Kalman Liebowitz
387 Park Avenue South, 4th Fl
New York, New York, 10016-8810

KSL Media New York, Inc.
Agent for Service of Process
Kalman Liebowitz
4703 Sunny Hill Street
Thousand Oaks, CA  91362

TV 10's, LLC
Agent for Service of Process
Ronald R. Camhi
Michelman & Robinson, LLP
15760 Ventura Blvd., 5th Floor
Encino, CA  91436

Fulcrum, Inc.
Agent for Service of Process
Delaware Corporation Organizers, Inc.
1201 North Market St Fl 18
P.O. Box 1347
Wilmington, DE  19801

KSL Media, Inc.
Agent for Service of Process
Corporation Service Company
2711 Centerville Rd, Ste 400
Wilmington, DE  19808

**Request for Special Notice/
Court's Non-NEF List**

WM Barr
6750 Lenox Center Court, Suite 200
Memphis, TN  38115

Classified Ventures LLC
175 West Jackson Blvd., Suite 800
Chicago, IL  60604

Attys for Robert Brill
Sacha V. Emanuel
10250 Constellation Blvd., Suite 2320
Los Angeles, CA  90067

Gawker Tech LLC
210 Elizabeth St 4th FL
New York, NY 10012

Nexstar Broadcasting Inc.
545 E. John Carpenter Frwy., #700
Irving, TX  75062

Candace Schiffman
3010 Briarpark Dr
PWC 08.8206
Houston, TX  77042

Attys for First Tennessee Bank
E. Franklin Childress, Jr., Esq.
Baker, Donelson
165 Madison Avenue, Suite 2000
Memphis, TN  38103

Douglas Emmett, Inc.,
Leland O. Smith
SVP, General Counsel
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90404

TeleBrands Corp.
Lowenstein Sandler LLP/ Kenneth A.
Rosen, Esq./Jeffrey D. Prol, Esq./Eric H.
Horn, Esq.
65 Livingston Avenue
Roseland, NJ 07068

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

MacDonald Media
Laurence Beckler, PLLC
Laurence Beckler, Esq.
575 Madison Ave. Suite 1006
New York, NY 10022-2511

MacDonald Media
Kirkpatrick Townsend & Stockton LLP
Emil W. Herich, Esq.
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212-2021

MacDonald Media
Kirkpatrick Townsend & Stockton LLP
Todd C. Meyers, Esq.
Shane G. Ramsey, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528

KCBS TV
POB 100729
Pasadena, CA 91189-0729

Attys for Deckers Outdoor Corporation
Paul R. Glassman
Marianne S. Mortimer
Stradling Yocca Carlson & Rauth
100 Wilshire Blvd., 4th Floor
Santa Monica, CA  90401

Paul Huygens
Province
5915 Edmond Street, Suite 102
Las Vegas, NV  89118

Benjamin S. Seigel
Buchalter Nemer
1000 Wilshire Boulevard, Ste 1500
Los Angeles, CA 90017

Counsel for Van Wagner Group LLC
GERARD S. CATALANELLO
PATRICIA H. HEER
1540 Broadway
New York, NY 10036

David W. Roberts, CPA, CIRA, CFE
CFF Crowe Horwath LLP
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA  91403

Howard Grobstein
Grobstein Teeple LLP
6300 Canoga Ave., Suite 1500W
Woodland Hills, CA 91367

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:272502.9 47516/002

**F 9013-3.1.PROOF.SERVICE**