| Attorney or Trustee Name, Address, Telephone & FAX Numbers, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DAVID K. GOTTLIEB<br>15233 VENTURA BLVD.<br>9th Floor<br>SHERMAN OAKS, CA  91403-2201<br>Telephone: (818) 539-7720<br>Telecopier: (818) 436-0729<br>Email: dkgtrustee@dkgallc.com<br><br>☐ A*ttorney for chapter 7 trustee*<br>☒ *Chapter 7 trustee* | **FILED & ENTERED**<br><br>DEC 07 2016<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** Pgarcia    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>KSL MEDIA INC<br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 1:13-bk-15929-MB<br>CHAPTER:  7<br><br>**ORDER ON TRUSTEE'S MOTION NO. 9 FOR APPROVAL OF CASH DISBURSEMENTS**<br>**[LBR 2016-2]**<br><br>☒  No hearing held<br>☐  Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                                              Page 1                           **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**

Based upon the trustee's cash disbursement motion filed as docket entry number 2429 (Motion), the Motion is:

☒ Granted.  The trustee is authorized to disburse funds from the estate for the expenses set forth in Exhibit B to the Motion.

☐ Denied.  The trustee is not authorized to disburse funds from the estate as set forth in Exhibit B to the Motion.

☐ Set for hearing on _____ at _____.  The trustee is directed to provide notice of the hearing to the United States trustee and to all parties (or their attorneys) who filed an opposition to the Motion.

☐ Other (*specify*):

### 

Date: December 7, 2016

*[signature]*

Martin R Barash
United States Bankruptcy Judge

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 2                    **F 2016-2.2.ORDER.TRUSTEE.DISBURSE**