| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Richard M. Pachulski (SBN 90073)<br>Jeffrey W. Dulberg (SBN 181200)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Boulevard, 13th Floor<br>Los Angeles, CA 90067-4003<br>Phone: (310) 277-6910<br>Facsimile: (310) 201-0760<br>Email: rpachulski@pszjlaw.com<br>          jdulberg@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  David K. Gottlieb, Chapter 7 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>KSL Media, Inc., T.V. 10's, LLC and<br>Fulcrum 5, Inc.,<br><br>Debtor(s). | CASE NO.: 1:13-bk-15929-MB [Jointly Administered]<br>CHAPTER: 7<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** | **Time:** |
|---|---|
| **Location:** 17000 Ventura Boulevard, Suite 300, Encino, California 91316 | |

**Type of Sale**:  ☒ Public    ☐ Private    **Last date to file objections**: _____

**Description of property to be sold**: The Estates' right, title, and interest in and to the remaining property of the Estates consisting of known and unknown assets or claims, which have not been previously sold, assigned, or transferred (collectively, "Remnant Assets"), which specifically exclude: (a) cash held in bank accounts earmakred for distribution to creditors and/or payment of professional fees, (b) any and all Goods (as defined in § 9-102(a)(44) of the Uniform Commercial Code) (e.g., office furniture) of the Debtors, and (c) the purchase price for the Remnant Assets.

**Terms and conditions of sale**: Pursuant to the Purchase Agreement by and between Oak Point Partners, LLC ("Oak Point") and the Trustee ("Purchase Agreement"), Oak Point shall pay $20,000 for the Remnant Assets, due within 3 business days after the Court enters an order approving the sale. The only contingency to which the sale is subject is the Court's approval. The Estates will not have to pay commissions, fees, or other costs of sale, except for costs of filing and serving the Sale Motion and related documents.

**Proposed sale price**: $ 20,000.00

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 6004-2.NOTICE.SALE**

**Overbid procedure (*if any*)**: See Ex. A Bidding Procedures attached hereto.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

_____ 2018, at _____ a.m.

U.S. Bankruptcy Court
21041 Burbank Blvd.
Courtroom: 303
Woodland Hills, CA  91367

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

DAVID K. GOTTLIEB
17000 Ventura Boulevard, Suite 300
Encino, California 91316
Telephone: (818) 539-7720
Facsimile: (818) 436-0729

Date: 07/02/2018

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 6004-2.NOTICE.SALE**

# EXHIBIT A

DOCS_LA:315479.1 47516/003

## Bidding Procedures

The sale of the Remnant Assets to Oak Point is subject to overbid. In the event a party other than Oak Point wishes to purchase the Remnant Assets (a "Competing Bidder"), the Trustee requests that the Court approve the following overbid procedures (collectively, "Bidding Procedures"):

a. Each Competing Bidder who wants to participate in the overbid process must notify the Trustee of her intention to do so in accordance with the Notice on or before the Response Deadline;

b. the first overbid for the Remnant Assets by a Competing Bidder must be at least $7,500 more than the Purchase Price, or a total of $27,500;

c. each subsequent overbid for the Remnant Assets must be in additional increments of $1,000;

d. each Competing Bidder must submit a cashier's check to the Trustee in the amount of such Competing Bidder's first overbid; and

e. in the event a Competing Bidder is deemed the winning bidder with respect to the Remnant Assets, such Competing Bidder shall be required to purchase the Remnant Assets under the same terms and conditions as set forth in the Purchase Agreement.