DAVID K. GOTTLIEB
17000 Ventura Boulevard, Suite 300
Encino, California 91316
Telephone: (818) 539-7720
Facsimile:  (818) 436-0729

Chapter 7 Trustee

**FILED & ENTERED**

**JUL 26 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** Ogier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re: | CASE NO.: 1:13-BK-15929 |
| KSL MEDIA, INC. | Chapter 7 |
| Debtor(s). | **ORDER APPROVING TRUSTEE'S NOTICE AND APPLICATION TO DESTROY RECORDS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

On June 13, 2018, David K. Gottlieb, the Chapter 7 Trustee ("Trustee") duly presented his *Notice and Application of Trustee to Destroy Records*. Good cause appearing, it is:

ORDERED that the Trustee's Application to Destroy Records is hereby granted; and the Trustee is hereby authorized to destroy all records if a representative of the Debtor does not pick up such books and records within thirty (30) days after the date of entry of this Order.

# # #

Date: July 26, 2018

Martin R Barash
United States Bankruptcy Judge