DAVID K. GOTTLEIB
17000 Ventura Boulevard, Suite 300
Encino, California 91316
Telephone:  (818) 539-7720
Facsimile:    (818) 436-0729

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| In re | Jointly Administered Cases: |
|---|---|
| KSL Media, Inc., T.V. 10's, LLC and Fulcrum 5, Inc., | Case No. 1:13-bk-15929-MB<br>Case No. 1:13-bk-15930-MB<br>Case No. 1:13-bk-15931-MB |
| Debtor(s). | Chapter 7 |
| ☒ Affects All Debtors<br>☐ Affects KSL Media, Inc.<br>☐ Affects T.V. 10's, LLC<br>☐ Affects Fulcrum 5, Inc. | **REPORT OF SALE** |

DAVID K. GOTTLIEB, in his capacity as Chapter 7 Trustee ("Trustee") for the Bankruptcy

Estate ("Estate") of KSL Media, Inc. ("Debtor"), files this Report of Sale pursuant to FRBP

6004(f)(1) and LBR 6004-1(g).  Trustee has sold the following property of the Estate.  A true and

correct copy of the Asset Purchase Agreement is attached as Exhibit A.

Asset Sold:  Remnant Assets

Purchaser:  Oak Point Partners, LLC

1

       Sale Price:  $20,000

2

3    Dated:  October _____2_____, 2018

4                                       David K. Gottlieb,
                                       Chapter 7 Trustee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

EHXIBIT  A

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (this "Agreement"), dated as of July 2, 2018, is by and between **DAVID K. GOTTLIEB, not individually, but solely as chapter 7 trustee** ("Trustee" or "Seller") **of the KSL MEDIA, INC., ET AL.** ("Debtors")[1] **BANKRUPTCY ESTATES** ("Estates") and **OAK POINT PARTNERS, LLC** ("Purchaser").

## WITNESSETH:

WHEREAS, on September 11, 2013, the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Central District of California ("Court"), jointly administered under Case No. 1:13-bk-15929-MB; and

WHEREAS, on or about December 30, 2013, the Debtors' bankruptcy cases were converted to ones under chapter 7 of the Bankruptcy Code, and the Trustee was appointed as chapter 7 trustee of the Debtors' Estates; and

WHEREAS, at the time of the execution of this Agreement and continuing into the future, there may be property of the Estates remaining, consisting of known or unknown assets or claims which have not been previously sold, assigned, or transferred (collectively, "Remnant Assets"); and

WHEREAS, Remnant Assets specifically **exclude**: (a) cash held at the time of this Agreement by the Debtors or Trustee in bank accounts earmarked for distribution to creditors and/or payment of professional fees; (b) any and all Goods (as such term is defined under § 9-102(a)(44) of the Uniform Commercial Code, e.g., office furniture) of the Debtors; and (c) the Purchase Price (as hereinafter defined) to be delivered pursuant hereto; and

WHEREAS, subject to Court approval, Seller has the power and authority to sell and assign all right, title and interest in and to the Remnant Assets to Purchaser, including, but not limited to the proceeds thereof.

NOW THEREFORE, in consideration of the promises and mutual undertakings herein contained, Seller and Purchaser agree as follows:

1. **Purchase Price.** The Purchase Price shall be good funds in the amount of Twenty Thousand and No/100 Dollars ($20,000.00) payable within 3 business days of receipt by Purchaser of this executed Agreement and the entry of an Order of the Court approving this Agreement which is not subject to any stay pending appeal.

2. **Assignment of Remnant Assets.** Seller hereby irrevocably and unconditionally sells, assigns, transfers and conveys to Purchaser all of the Seller's right, title and interest under, in and to the Remnant Assets, as well as any and all claims and rights related to the Remnant Assets, including, without limitation, all cash, securities, instruments and other property that may be paid or issued in conjunction with the Remnant Assets and all amounts, interest, and costs due under the Remnant Assets. Seller shall have no cure obligations with respect to the Remnant Assets.

3. **Authority to Sell.** Subject to Court approval, the sale of the Remnant Assets by the Seller is made pursuant to the authority vested in the Seller.

---

[1] The Debtors, along with the last four digits of their respective tax identification numbers, are as follows: KSL Media, Inc. (3986); T.V. 10's, LLC (0365); and Fulcrum 5, Inc. (1551).

1

4. **Payments Received on Remnant Assets.** Seller further agrees that any payments received by Seller on account of any Remnant Assets shall constitute property of the Purchaser to which the Purchaser has an absolute right, and that Seller will promptly deliver such payment to Purchaser at Purchaser's address set forth below. Seller agrees to use reasonable efforts to forward to Purchaser notices received with respect to any Remnant Assets.

5. **Seller's Representations and Warranties.** In consideration of Purchaser's agreements herein and to induce Purchaser to enter into this Agreement, Seller represents and warrants to Purchaser that Seller has full lawful right, title, power and authority to enter into this Agreement and to convey Seller's interest to Purchaser in the Remnant Assets as is set forth in this Agreement.

**EXCEPT AS SPECIFICALLY SET FORTH HEREIN, THE SELLER SELLS, ASSIGNS, AND TRANSFERS THE REMNANT ASSETS TO THE PURCHASER "AS IS, WHERE IS" WITHOUT ANY REPRESENTATIONS OR WARRANTIES WHATSOEVER, WHETHER EXPRESS, IMPLIED OR IMPOSED BY LAW.**

6. **Free and Clear Sale.** Subject to Court approval, the sale of Remnant Assets shall be free and clear of any liens, claims, or encumbrances pursuant to 11 U.S.C. § 363(f).

7. **No Assumption of Liabilities.** Notwithstanding any other provision of this Agreement, the parties agree that Purchaser is acquiring only the Remnant Assets and rights and interests related thereto, and that Purchaser is not acquiring or assuming, nor shall it be deemed to have acquired or assumed, any liabilities or obligations of Seller or its affiliates of any kind or nature, whatsoever, whether arising out of, or in connection with, the Remnant Assets, except as may otherwise expressly be provided herein.

8. **Documents of Assignment.** From time to time upon request from Purchaser, Seller shall execute and deliver to Purchaser such documents reasonably requested by Purchaser to evidence and effectuate the transfer contemplated by this Agreement in a form reasonably acceptable to the parties hereto. However, Purchaser shall reimburse Seller for its reasonable costs associated with such compliance.

9. **Limited Power of Attorney.** Solely with respect to the Remnant Assets, and to the extent permitted by law, Seller hereby irrevocably appoints Purchaser as its true and lawful attorney and authorizes Purchaser to act in Seller's stead, to demand, sue for, compromise and recover all such amounts as now are, or may hereafter become, due and payable for or on account of the Remnant Assets herein assigned. Seller grants unto Purchaser full authority to do all things necessary to enforce the Remnant Assets and its rights thereunder pursuant to this Agreement.

10. **Entire Agreement.** This Agreement embodies the entire agreement and understanding between Seller and the Purchaser and supersedes any and all prior agreements and understandings with respect to the subject matter hereof. This Agreement may not be amended or in any manner modified unless such amendment or modification is in writing and signed by both parties.

11. **Benefits and Binding Effect.** All provisions contained in this Agreement or any document referred to herein or relating hereto shall inure to the benefit of and shall be binding upon the respective successors and assigns of Seller and the Purchaser.

12. **Governing Law.** This Agreement shall be governed by and construed in accordance with the internal laws of the State of California, without giving effect to choice of law principles of the State of California.

13. **Counterparts.** This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which together will constitute one and the same instrument, and copies or facsimiles of execution signatures shall be equivalent to original signatures.

2

**THIS AGREEMENT** has been duly executed as of the day and year first above written.


**OAK POINT PARTNERS, LLC**

By: _____
Name:  ERIC LINN
Its:  President

Address *(for regular mail and mail forwarding)*: PO Box 1033, Northbrook, IL 60065-1033
Address *(for overnight delivery)*: 5215 Old Orchard Road, Suite 965, Skokie, IL 60077
tel (847) 577-1269        fax (847) 655-2746


**KSL MEDIA, INC., ET AL. BANKRUPTCY ESTATES**

By: _____
Name:  DAVID K. GOTTLIEB
Its:  Chapter 7 Trustee

Address:  17000 Ventura Blvd., Ste. 300, Encino, CA 91316
tel (818) 539-7720        fax (818) 436-0729

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 17000 Ventura Boulevard, Suite 300, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): <u>Report of Sale</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>October 2, 2018</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>:** On <u>October 2, 2018</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL</u> (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 2, 2018 | Renee Johnson | */s/Renee Johnson* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

<u>ADDITIONAL SERVICE INFORMATION</u> (if needed):

**1. <u>SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")</u>**

- Allison R Axenrod    allison@claimsrecoveryllc.com
- James Cornell Behrens    jbehrens@milbank.com,
  gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Michael V Blumenthal    michael.blumenthal@tklaw.com, alisa.brenes@tklaw.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Brian Brager    bbrager@bradfordcapitaladvisors.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Kayla D Britton    kayla.britton@faegrebd.com
- Andrew W Caine    acaine@pszjlaw.com
- Howard Camhi    hcamhi@ecjlaw.com, lpekrul@ecjlaw.com
- Gary O Caris    gcaris@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
- Sara Chenetz    schenetz@perkinscoie.com,
  dlax@perkinscoie.com;cmallahi@perkinscoie.com;mduncan@perkinscoie.com
- Jeff Cohen    JC@SouthpawAsset.com
- Vincent M Coscino    vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com,
  raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Jon L Dalberg    jdalberg@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;njanbay@lgbfirm.com
- Helena DeYoung    jsong@liquiditysolutions.com
- Ted A Dillman    Ted.dillman@lw.com
- Tyler R Dowdall    tdowdall@erlaw.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert K Edmunds    redmunds@parksandsolar.com, tdykes@parksandsolar.com
- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com,
  hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com,
  csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Mark D Estle    mdestle@estlelaw.com
- Lisa Hill Fenning    Lisa.Fenning@apks.com, Jean.Kellett@apks.com
- T. John Fitzgibbons    jfitzgibbons@romalaw.com, jlontok@romalaw.com
- Earl M Forte    fortee@whiteandwilliams.com, vulpioa@whiteandwilliams.com
- Stacy L Foster    sfoster@btlaw.com, lharrison@btlaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com
- Kenneth J Freed    KFREED@KJFESQ.COM
- Michael A Friedman    mfriedman@gjb-law.com, gjbecf@gjb-law.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Mary L Fullington    lexbankruptcy@wyattfirm.com, mfullington@wyattfirm.com
- Thomas M Gaa    tgaa@bbslaw.com
- Scott F Gautier    sgautier@robinskaplan.com
- Fredric Glass    fglass@fairharborcapital.com
- Paul R. Glassman    pglassman@sycr.com
- Matthew A Gold    courts@argopartners.net
- David Keith Gottlieb (TR)    dkgtrustee@dkgallc.com,
  dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Michael S Greger    mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Aaron C Gundzik    agundzik@gghslaw.com, sforster@gghslaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                      **F 9013-3.1.PROOF.SERVICE**

- Mary H Haas    maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- John V Hager    mail@hdlaw.com, kcallahan@hdlaw.com
- Lesley A Hawes    lhawes@diamondmccarthy.com, 7954981420@filings.docketbird.com
- Emil W Herich    eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatricktownsend.com;sramsey@kilpatricktownsend.com
- Marsha A Houston    mhouston@reedsmith.com
- Peter L Isola    PIsola@hinshawlaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Lawrence M Jacobson    lmj@gfjlawfirm.com
- Crystal Johnson    M46380@ATT.COM
- Gregory K Jones    GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com
- Christian A Jordan    cjordan@btlaw.com, tpearsall@btlaw.com
- Jeff D Kahane    jkahane@duanemorris.com, dmartinez@duanemorris.com
- Steven J Kahn    skahn@pszyjw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Katherine Kane    kkane@kanelaw.com
- Doah Kim    doah.kim@whitecase.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Herbert Kunowski    Herbert.Kunowski@wilsonelser.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- Kyle Kveton    kkveton@romalaw.com, mecheverria@romalaw.com
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Rodger M Landau    rlandau@lgbfirm.com, srichmond@lgbfirm.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Ira M Levee    ilevee@lowenstein.com, ehorn@lowenstein.com
- Ganna Liberchuk    gliberchuk@haincapital.com
- Erica T Loftis    eloftis@scheerlawgroup.com, kroger@scheerlawgroup.com
- Richard M Lorenzen    RLorenzen@perkinscoie.com, KHardy@perkinscoie.com
- Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
- Edith R Matthai    ematthai@romalaw.com
- Hugh McCullough    , elainehuckabee@dwt.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Neeta Menon    nmenon@btlaw.com
- James P Menton    JPMenton@rkmc.com, dvaughn@robinskaplan.com
- Maria Ann Milano    mmilano@riddellwilliams.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Kerry A. Moynihan    kerry@kamlegal.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Vahid Naziri    vnaziri@anhlegal.com, matthew@anhlegal.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com
- Matthew Ochs    mjochs@hollandhart.com, sjohnson@hollandhart.com
- Robert J Parks    robert.parks@bipc.com;Rachel.waters@bipc.com, robin.robbins@bipc.com
- Jason S Pomerantz    jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                    F 9013-3.1.PROOF.SERVICE

- David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com
- Michael H Raichelson    mhr@cabkattorney.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;njanbay@lgbfirm.com
- Thomas Rice    trice@coxsmith.com, phuffstickler@coxsmith.com;aseifert@coxsmith.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Monica Rieder    mrieder@lgbfirm.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Holly Roark    holly@roarklawoffices.com, courtnotices@roarklawoffices.com
- Brad Robertson    brad.robertson@cbs.com, brad47@gmail.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Terrel Ross    tross@trcmllc.com
- Edward G Schloss    egs2@ix.netcom.com
- Norman D Schoenfeld    lsi@liquiditysolutions.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Alan R Smith    mail@asmithlaw.com
- Joon W Song    jsong@thesonglawgroup.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Kelly Sweeney    ksweeney@spiwakandiezza.com, nbuttis@spiwakandiezza.com
- Robert Tannor    rtannor@creditorliquidity.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Dennis J Wickham    wickham@scmv.com, nazari@scmv.com
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Victor Yoo    vjy@taxlawyersgroup.com
- Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com
- Amy A Zuccarello    azuccarello@sandw.com
- Roye Zur    rzur@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;njanbay@lgbfirm.com

## 2. SERVED BY U.S. MAIL

Hon. Martin R. Barash
U.S. Bankruptcy Court
Central District of California
21041 Burbank Boulevard
Woodland Hills, CA 91367

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **F 9013-3.1.PROOF.SERVICE**

**KSL Media, Inc.**
**2002 SERVICE LIST**

| | | |
|---|---|---|
| Chapter 7 Trustee<br>David K. Gottlieb<br>D. Gottlieb & Associates, LLC<br>15233 Ventura Blvd. 9th Floor<br>Sherman Oaks, California, 91403 | United States Trustee<br>S Margaux Ross<br>Office of the U.S. Trustee<br>915 Wilshire Blvd., Suite 1850<br>Los Angeles, CA 90017 | Debtor<br>KSL MEDIA INC<br>17000 Ventura Blvd.<br>Suite 300<br>Encino, CA 91316 |
| KSL Media New York, Inc.<br>Agent for Service of Process<br>Kalman S. Liebowitz<br>4703 Sunnyhill Street<br>Westlake Village, CA 91362-5120 | KSL Media New York, Inc.<br>Agent for Service of Process<br>Kalman Liebowitz<br>4703 Sunny Hill Street<br>Thousand Oaks, CA  91362 | TV 10's, LLC<br>Agent for Service of Process<br>Ronald R. Camhi<br>Michelman & Robinson, LLP<br>15760 Ventura Blvd., 5th Floor<br>Encino, CA  91436 |
| KSL Media, Inc.<br>Agent for Service of Process<br>Corporation Service Company<br>2711 Centerville Rd, Ste 400<br>Wilmington, DE  19808 | **Request for Special Notice/**<br>**Court's Non-NEF List** | |
| WM Barr<br>6750 Lenox Center Court, Suite 200<br>Memphis, TN  38115 | Classified Ventures LLC<br>175 West Jackson Blvd., Suite 800<br>Chicago, IL  60604 | Attys for Robert Brill<br>Sacha V. Emanuel<br>10250 Constellation Blvd., Suite 2320<br>Los Angeles, CA  90067 |
| Gawker Tech LLC<br>210 Elizabeth St 4th FL<br>New York, NY 10012 | Nexstar Broadcasting Inc.<br>545 E. John Carpenter Frwy., #700<br>Irving, TX  75062 | Candace Schiffman<br>3010 Briarpark Dr<br>PWC 08.8206<br>Houston, TX  77042 |
| Attys for First Tennessee Bank<br>E. Franklin Childress, Jr., Esq.<br>Baker, Donelson<br>165 Madison Avenue, Suite 2000<br>Memphis, TN  38103 | Douglas Emmett, Inc.,<br>Leland O. Smith<br>SVP, General Counsel<br>808 Wilshire Blvd., Suite 200<br>Santa Monica, CA 90404 | TeleBrands Corp.<br>Lowenstein Sandler LLP/ Kenneth A. Rosen,<br>Esq./Jeffrey D. Prol, Esq./Eric H. Horn, Esq.<br>65 Livingston Avenue<br>Roseland, NJ 07068 |
| MacDonald Media<br>Laurence Beckler, PLLC<br>Laurence Beckler, Esq.<br>575 Madison Ave. Suite 1006<br>New York, NY 10022-2511 | MacDonald Media<br>Kirkpatrick Townsend & Stockton LLP<br>Emil W. Herich, Esq.<br>9720 Wilshire Blvd., Penthouse Suite<br>Beverly Hills, CA 90212-2021 | MacDonald Media<br>Kirkpatrick Townsend & Stockton LLP<br>Todd C. Meyers, Esq.<br>Shane G. Ramsey, Esq.<br>1100 Peachtree Street NE, Suite 2800<br>Atlanta, GA 30309-4528 |
| KCBS TV<br>POB 100729<br>Pasadena, CA 91189-0729 | Attys for Deckers Outdoor Corporation<br>Paul R. Glassman<br>Marianne S. Mortimer<br>Stradling Yocca Carlson & Rauth<br>100 Wilshire Blvd., 4th Floor<br>Santa Monica, CA  90401 | |
| Counsel for Van Wagner Group LLC<br>GERARD S. CATALANELLO<br>PATRICIA H. HEER<br>1540 Broadway<br>New York, NY 10036 | Paul Huygens, Principal<br>Province, Inc.<br>2360 Corporate Circle, Suite 330<br>Henderson, Nevada 89074 | |