| DAVID K. GOTTLIEB<br>17000 VENTURA BOULEVARD, SUITE 300<br>ENCINO, CA 91316<br>Telephone: (818) 539-7720<br>Telecopier: (818) 436-0729<br><br>Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA, SAN FERNANDO VALLEY DIVISION

| In re:<br><br>KSL MEDIA, INC.,<br>T.V. 10'S, LLC, and<br>FULCRUM 5, INC.<br><br><br><br><br><br>Debtor(s). | CHAPTER 7<br>CASE NO.: 1:13-bk-15929-MB<br>[Jointly Administered]<br><br>NOTICE OF MOTION AND MOTION NO. 11 UNDER LOCAL BANKRUPTCY RULE 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE<br><br>No hearing unless requested under Local Bankruptcy Rule 9013-1(g)(1)] |
|---|---|

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 Trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F). If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is March 31, 2019.
3. Cash disbursements period: to January 1, 2019 to December 31, 2019.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 1/7/19

_____
Chapter 7 trustee

| In re | CHAPTER 7 |
|---|---|
| KSL MEDIA, INC., TV 10'S, LLC and FULCRUM 5, INC. Debtor(s). | CASE NO. 1:13-bk-15929 MB |

F2016-02.2 DISBURSEMENT

## DECLARATION OF TRUSTEE

I, DAVID K. GOTTLIEB, the duly appointed chapter 7 Trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of January 2019, at Calabasas, California.

David K. Gottlieb, Chapter 7 Trustee

| In re<br>KSL MEDIA, INC., TV 10'S, LLC and FULCRUM 5, INC<br>Debtor(s). | CHAPTER 7<br>CASE NO. . 1:13-BK-15929 MB |
|---|---|

# EXHIBIT "A"

## SUMMARY/STATUS OF CASE:

This Cash Disbursement Motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

On September 11, 2013, the Debtors each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, which cases are being jointly administered under Case No. 1:13-bk-15929-MB in the United States Bankruptcy Court for the Central District of California, San Fernando Valley Division (the "Bankruptcy Court").

On December 30, 2013, the Debtors filed a *Motion to Conver Case Under 11 U.S.C. §§ 706(a) or 1121(a)* in each of the cases [Docket no. 437 in KSL Media, Inc.; Docket No. 49 in TV 10's, LLC; and Docket No. 53 in Fulcrum 5, Inc.]. The same day, the Bankruptcy Court entered orders converting the cases to cases under Chapter 7 of the Bankruptcy Code [Docket Nos. 430, 51 and 55, respectively], and the Office of the United States Trustee appointed David K. Gottlieb as the Chapter 7 Trustee in each of the cases. [Docket Nos. 433, 52 and 56, respectively]. The cases continue to be jointly administered under Case No. 1:13-bk-15929-MB.

KSL provided clients stand-alone media planning and purchasing services. KSL operated on a very large scale. As set forth in KSL's Statement of Financial Affairs, its gross income for 2011 was approximately $264 million, for 2012, approximately $330 million and for 2013 through September 1, 2013, approximately $210 million. As of the Petition Date, KSL was purportedly one of the largest media buying companies in the country.

TV 10's and Fulcrum 5 were much smaller companies, both of which were formed for the purpose of buying and re-selling specific types of media (TV 10's bought ten-second television spots and Fulcrum 5 bought digital media). KSL was the primary customer of both TV 10's and Fulcurm 5.

As of January 7, 2019, there is a total of $3,930,449.15 in funds held by the estate. There are no known secured claims against the estates and no party has asserted an interest in cash collateral. In addition to cash on hand, the estates hold substantial accounts receivable against former clients of the Debtors, as well as potentially valuable causes of action and other claims against third parties, including, but not limited to certain avoidance actions, and other claims which must be liquidated for the benefit of creditors.
Further details concerning the background of the case are set forth in the Expedited Motion for Order (I) Authorizing Trustee to (A) Operate the Debtors' Business for a Limited Period

Pursuant to Section 721 of the Bankruptcy Code; (B) Enter into Independent Contractor Agreements to Assist Wind Down; and (C) Pay Certain Chapter 11 Administrative Expenses; and (II) Approving Settlement With Core Media filed on January 23, 2014 [Docket No. 481] which was approved pursuant to an order entered on January 30, 2014 [Docket No. 491].

**PROFESSIONALS:**

Order granting Application to Employ Pachulski Stang Ziehl & Jones LLP as general bankruptcy counsel was entered on 2/10/2014; Order granting Application to Employ Providence, Inc. as financial advisor to the Trustee was entered on 2/10/2014; Order granting Application to Employ Crowe Horwath LLP as accountants was entered on 2/10/2014.

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ _____3,600.00__ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ _____ Other:

$ _____ Other:

$ _____ Other:

$ _____ Other:

**Total:** $ ____3,600.00__ Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is
Sought at this Time:**

$_____ Locksmith Services

$_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$____71.05_____ Courier Fees re: Filing of Original Trustee Bond

$____28,000_____ Books and Records Destruction Costs - Estimated

$_____ Taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

**Total:** $__28,071.05_____ Estimated Other Expenses During the Cash Disbursement Period

WIN-WIN ALSSI INC.
3111 Burbank Blvd., # 204
Burbank, CA 91505

FED ID # 47-3995567

## STATEMENT

ACCT: 80733 11　　　　　　　　　　　　　　　　　　　　　　　　　　　Page: 1
D. GOTTLIEB & ASSOC., LLC ($70 PP)　　　　　　　　　　　　　　　　DATE: 12/31/18
17000 VENTURA BLVD., SUITE 300
ENCINO, CA 91316

Route:     G3

This statement shows transactions up to and including 12/31/18 .

|  | | |
|---|---|---|
| PREVIOUS BALANCE     (11/30/18) | $ | 70.00 |
| TRANSACTIONS SINCE LAST STATEMENT: | | |
| PAYMENTS RECEIVED | − | .00 |
| CREDITS ISSUED | − | .00 |
| ADVANCE(S) | + | .00 |
| MONTHLY BASE FEE (RETAINER) | + | .00 |
| SERVICES & SPECIALS | + | .00 |
| PAST DUE BALANCE FEE | + | 1.05 |
| **GRAND TOTAL FOR THIS CYCLE** | | 1.05 |
| PLEASE REMIT THIS TOTAL --------> | $ | 71.05 |

COSTS ADVANCED PER ATTACHED INVOICES: (       .00 )
(INCLUDED IN ABOVE CURRENT CYCLE SERVICES/SPECIALS)
　　　　　　　　　　　UNAPPLIED CREDITS: (       .00 )

| [Current] | [1 Period] | [2 Periods] | [3 Periods] | [4 Periods] | [Total Due] |
|---|---|---|---|---|---|
| 1.05 | .00 | .00 | 70.00 | .00 | 71.05 |

THANK YOU FOR YOUR BUSINESS !!!!!!



**UNITED RECORDS MANAGEMENT INC**

Trustee for KSL Media, Inc
Account Number: 3877
Date: June 12, 2018

**URM Secure Destruction**

| Description | Comments | Quantity | Retrieval | Destruction | Labor | Total Per Unit | Total |
|---|---|---|---|---|---|---|---|
| Storage - Cartons "IN" | Retrieval and Destruction | 693 | $ 2.68 | $ 3.15 | $ - | $ 5.83 | $ 4,040.19 |
| Storage - Cartons "OUT" | *Out of Storage - Permanent Removal | 3 | $ - | $ 4.49 | $ - | $ 4.49 | $ 13.47 |
| Open Invoices | Storage Invoice | 3 | | | | | $ 760.70 |
| **Total Balance** | | | | | | | **$ 4,814.36** |

_____
Authorized Client Signature

_____
Print Name of Authorized Client

_____
Title & Date

This quote is based on the customer destroying with United Records Management Inc. Charges for storage and charges for additional services rendered during destruction period will be the responsibility of the customer and are due immediately. Amounts many differ based on actual quantities. This is based on information that is available as of the date noted on this quote. Payment for all accounts receivable balances as of the commencement date of the destruction, and payment for all charges associated with the destruction, must be received by United Records Management, Inc. prior to the destruction.

**QUOTE VALID FOR 15 DAYS**

INNOVATIVE. RELIABLE. SECURE.

28470 Witherspoon Parkway, Valencia CA 91355
**(800) 280-5180: info@gounited.com**
www.GoUnited.com

# DS Computer Care

31781 Calle Del Cielo
Castaic, CA 91384

# Quote

| Date | Quote # |
|---|---|
| 1/2/2019 | 100 |

**DS Computer Care**
Computer, Network & IT Solutions

**David A. Stevenson**

818-612-9669
David@dscomputercare.com

| Name / Address |
|---|
| 17000 Ventura Blvd.<br>Suite 300<br>Encino, CA 91316 |

| Rep | Project |
|---|---|
|  |  |

| Description | Qty | Total |
|---|---|---|
| Remove equipment from office, sort, document, and store until equipment is destroyed and recycled. | 20 | 3,000.00 |
| Destroy Hard Drives (This is an estimate, the actual quantity will be billed after everything is documented and sorted, certificate of destruction will be presented to client) | 25 | 1,250.00 |
| Recycle Equipment (This is an estimate, the actual quantity will be billed after everything is documented and sorted) | 15 | 750.00 |

Thank you for your business.

**Total** $5,000.00

# IRON MOUNTAIN®

| PRICE ESTIMATE FOR: | Withdraw of all cartons | | | | |
|---|---|---|---|---|---|
| **PRICING INFORMATION** | | | | | |
| BILL CODE | DESCRIPTION | Rate | Unit | Quantity | Price |
| 122 | RETRIEVAL, CARTON | | CF | | $  - |
| 220 | TRANSPORTATION HANDLING | | CF | | $  - |
| 211 | TRIP CHARGE, NEXT DAY | | EA | | $  - |
| 334 | WITHDRAW, CARTON | | CF | | $  - |
| **TOTAL PRICE** | | | | | **$0.00** |

| PRICE ESTIMATE FOR: | Destruction of all cartons | | | | |
|---|---|---|---|---|---|
| **PRICING INFORMATION** | | | | | |
| BILL CODE | DESCRIPTION | Rate | Unit | Quantity | Price |
| 122 | RETRIEVAL, CARTON | $ 3.04 | CF | 1,105.20 | $ 3,359.81 |
| 330 | DESTRUCTION, CARTON | $ 3.35 | CF | 1,105.20 | $ 3,702.42 |
| | | | | | **$7,062.23** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 17000 Ventura Boulevard, Suite 300, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of Motion and Motion No. 11 Under Local Bankruptcy Rule 2016-2 for Approval of Cash Disbursements by the Trustee; Opportunity to Request Hearing; and Declaration of Trustee</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>January 14, 2019</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. <u>SERVED BY UNITED STATES MAIL</u>**: On <u>January 14, 2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. <u>SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)</u>**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 14, 2019 | Renee Johnson | /s/Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                 **F 9013-3.1.PROOF.SERVICE**

ADDITIONAL SERVICE INFORMATION (if needed):

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Allison R Axenrod    allison@claimsrecoveryllc.com
- James Cornell Behrens    jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;hmaghakian@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Michael V Blumenthal    michael.blumenthal@tklaw.com, alisa.brenes@tklaw.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Brian Brager    bbrager@bradfordcapitaladvisors.com
- Jennifer L Braun    jennifer.l.braun@usdoj.gov
- Kayla D Britton    kayla.britton@faegrebd.com
- Andrew W Caine    acaine@pszjlaw.com
- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Gary O Caris    gcaris@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- Caren J Castle    wdk@wolffirm.com, wdk@wolffirm.com
- Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- Jeff Cohen    JC@SouthpawAsset.com
- Vincent M Coscino    vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Natalie B. Daghbandan    natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Jon L Dalberg    jdalberg@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com
- Helena DeYoung    jsong@liquiditysolutions.com
- Ted A Dillman    Ted.dillman@lw.com
- Tyler R Dowdall    tdowdall@erlaw.com
- Jeffrey W Dulberg    jdulberg@pszjlaw.com
- Robert K Edmunds    redmunds@parksandsolar.com, tdykes@parksandsolar.com
- Howard M Ehrenberg    hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Mark D Estle    mdestle@estlelaw.com
- Lisa Hill Fenning    Lisa.Fenning@apks.com, Jean.Kellett@apks.com
- T. John Fitzgibbons    jfitzgibbons@romalaw.com, jlontok@romalaw.com
- Earl M Forte    fortee@whiteandwilliams.com, vulpioa@whiteandwilliams.com
- Stacy L Foster    sfoster@btlaw.com, lharrison@btlaw.com
- Joseph D Frank    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com
- Kenneth J Freed    KFREED@KJFESQ.COM
- Michael A Friedman    mfriedman@gjb-law.com, gjbecf@gjb-law.com
- Daniel K Fujimoto    wdk@wolffirm.com
- Mary L Fullington    lexbankruptcy@wyattfirm.com, mfullington@wyattfirm.com
- Thomas M Gaa    tgaa@bbslaw.com
- Scott F Gautier    sgautier@robinskaplan.com
- Fredric Glass    fglass@fairharborcapital.com
- Paul R. Glassman    pglassman@sycr.com
- Matthew A Gold    courts@argopartners.net

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- David Keith Gottlieb (TR)   dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Michael S Greger   mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Aaron C Gundzik   agundzik@gghslaw.com, sforster@gghslaw.com
- Mary H Haas   maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com;yunialubega@dwt.com
- John V Hager   mail@hdlaw.com, kcallahan@hdlaw.com
- Lesley A Hawes   lhawes@diamondmccarthy.com, 7954981420@filings.docketbird.com
- Emil W Herich   eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatricktownsend.com;sramsey@kilpatricktownsend.com
- Marsha A Houston   mhouston@reedsmith.com
- Peter L Isola   PIsola@hinshawlaw.com
- Robbin L. Itkin   robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Lawrence M Jacobson   lmj@gfjlawfirm.com
- Crystal Johnson   M46380@ATT.COM
- Gregory K Jones   GJones@dykema.com, CAcossano@dykema.com;DocketLA@dykema.com
- Christian A Jordan   cjordan@btlaw.com, tpearsall@btlaw.com
- Jeff D Kahane   jkahane@duanemorris.com, dmartinez@duanemorris.com
- Steven J Kahn   skahn@pszyjw.com
- Ivan L Kallick   ikallick@manatt.com, ihernandez@manatt.com
- Katherine Kane   kkane@kanelaw.com
- Doah Kim   doah.kim@whitecase.com
- Jeffrey A Krieger   jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Herbert Kunowski   Herbert.Kunowski@wilsonelser.com
- David S Kupetz   dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.inforuptcy.com;dkupetz@ecf.inforuptcy.com
- Kyle Kveton   kkveton@romalaw.com, mecheverria@romalaw.com
- Robert S Lampl   advocate45@aol.com, rlisarobinsonr@aol.com
- Rodger M Landau   rlandau@lgbfirm.com, srichmond@lgbfirm.com
- Mary D Lane   mal@msk.com, mec@msk.com
- Paul J Laurin   plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Yochun Katie Lee   kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Ira M Levee   ilevee@lowenstein.com, ehorn@lowenstein.com
- Ganna Liberchuk   gliberchuk@haincapital.com
- Erica T Loftis   eloftis@scheerlawgroup.com, kroger@scheerlawgroup.com
- Richard M Lorenzen   RLorenzen@perkinscoie.com, KHardy@perkinscoie.com
- Noreen A Madoyan   Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com;David@MarguliesFaithLaw.com
- Edith R Matthai   ematthai@romalaw.com
- Hugh McCullough   hughmccullough@dwt.com, elainehuckabee@dwt.com
- Scotta E McFarland   smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- David W. Meadows   david@davidwmeadowslaw.com
- Neeta Menon   nmenon@btlaw.com
- James P Menton   JPMenton@rkmc.com, dvaughn@robinskaplan.com
- Maria Ann Milano   mmilano@riddellwilliams.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Kerry A. Moynihan    kerry@kamlegal.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Vahid Naziri    vnaziri@anhlegal.com, matthew@anhlegal.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- Matthew Ochs    mjochs@hollandhart.com, sjohnson@hollandhart.com
- Robert J Parks    robert.parks@bipc.com;Rachel.waters@bipc.com, robin.robbins@bipc.com
- Jason S Pomerantz    jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com
- David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com
- Michael H Raichelson    mhr@cabkattorney.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- John P Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com
- Thomas Rice    trice@coxsmith.com, phuffstickler@coxsmith.com;aseifert@coxsmith.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Monica Rieder    mrieder@lgbfirm.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Holly Roark    holly@roarklawoffices.com, courtnotices@roarklawoffices.com
- Brad Robertson    brad.robertson@cbs.com, brad47@gmail.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Terrel Ross    tross@trcmllc.com
- Edward G Schloss    egs2@ix.netcom.com
- Norman D Schoenfeld    lsi@liquiditysolutions.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Shenson    jshenson@shensonlawgroup.com
- Alan R Smith    mail@asmithlaw.com
- Joon W Song    jsong@thesonglawgroup.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Kelly Sweeney    ksweeney@spiwakandiezza.com, nbuttis@spiwakandiezza.com
- Robert Tannor    rtannor@creditorliquidity.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Dennis J Wickham    wickham@scmv.com, nazari@scmv.com
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Victor Yoo    vjy@taxlawyersgroup.com
- Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com, connie.pruitt@tklaw.com
- Amy A Zuccarello    azuccarello@sandw.com
- Roye Zur    rzur@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com

**2. SERVED BY U.S. MAIL**

Hon. Martin R. Barash
U.S. Bankruptcy Court
Central District of California
21041 Burbank Boulevard
Woodland Hills, CA 91367

**2. SERVED BY UNITED STATES MAIL:**

KSL Media, Inc.
2002 SERVICE LIST
Case No. 1:13-bk-15929 MB

Chapter 7 Trustee
David K. Gottlieb
D. Gottlieb & Associates, LLC
17000 Ventura Boulevard, Suite 300
Encino, CA 91316

United States Trustee
S Margaux Ross
Office of the U.S. Trustee
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Debtor
KSL MEDIA INC
15233 Ventura Blvd., 9th Floor
Sherman Oaks, CA 91403

KSL Media New York, Inc.
Agent for Service of Process
Kalman S. Liebowitz
4703 Sunnyhill Street
Westlake Village, CA 91362-5120

KSL Media New York, Inc.
Agent for Service of Process
Kalman Liebowitz
4703 Sunny Hill Street
Thousand Oaks, CA 91362

TV 10's, LLC
Agent for Service of Process
Ronald R. Camhi
Michelman & Robinson, LLP
10880 Wilshire Blvd., #1900
Los Angeles, CA 90024-4120

KSL Media, Inc.
Agent for Service of Process
Corporation Service Company
2711 Centerville Rd., Ste. 400
Wilmington, DE 19808

**Request for Special Notice/
Court's Non-NEF List**

WM Barr
6750 Lenox Center Court
Suite 200
Memphis, TN 38115

Classified Ventures LLC
175 West Jackson Blvd.
Suite 800
Chicago, IL 60604

Attys for Robert Brill
Sacha V. Emanuel
10250 Constellation Blvd.
Suite 2320
Los Angeles, CA 90067

Gawker Tech LLC
210 Elizabeth St., 4th Floor
New York, NY 10012

Nexstar Broadcasting Inc.
545 E. John Carpenter Frwy.
#700
Irving, TX 75062

Candace Schiffman
3010 Briarpark Dr.
PWC 08.8206
Houston, TX 77042

Attys for First Tennessee Bank
E. Franklin Childress, Jr., Esq.
Baker, Donelson
165 Madison Avenue, Suite 2000
Memphis, TN 38103

Douglas Emmett, Inc.
Leland O. Smith
SVP, General Counsel
808 Wilshire Blvd., Suite 200
Santa Monica, CA 90404

TeleBrands Corp.
Lowenstein Sandler LLP
Kenneth A. Rosen, Esq./Jeffrey D. Prol, Esq./Eric H. Horn, Esq.
65 Livingston Avenue
Roseland, NJ 07068

MacDonald Media
Laurence Beckler, PLLC
Laurence Beckler, Esq.
575 Madison Ave., Suite 1006
New York, NY 10022-2511

MacDonald Media
Kirkpatrick Townsend & Stockton LLP
Emil W. Herich, Esq.
9720 Wilshire Blvd., Penthouse Suite
Beverly Hills, CA 90212-2021

MacDonald Media
Kirkpatrick Townsend & Stockton LLP
Todd C. Meyers, Esq.
Shane G. Ramsey, Esq.
1100 Peachtree Street NE, Suite 2800
Atlanta, GA 30309-4528

KCBS TV
POB 100729
Pasadena, CA 91189-0729

Attys for Deckers Outdoor Corporation
Paul R. Glassman
Marianne S. Mortimer
Stradling Yocca Carlson & Rauth
100 Wilshire Blvd., 4th Floor
Santa Monica, CA 90401

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:272502.12 47516/003

F 9013-3.1.PROOF.SERVICE

| <u>Counsel for Van Wagner Group LLC</u><br>GERARD S. CATALANELLO<br>PATRICIA H. HEER<br>1540 Broadway<br>New York, NY 10036 | Sue Tomlinson<br>Crowe Horwath LLP<br>15233 Ventura Blvd., 9th Floor<br>Sherman Oaks, CA 91403 | Paul Huygens, Principal<br>Province, Inc.<br>2360 Corporate Circle, Suite 330<br>Henderson, Nevada 89074 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:272502.12 47516/003

**F 9013-3.1.PROOF.SERVICE**