| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Jon L.R. Dalberg (State Bar No. 128259)<br>jdalberg@lgbfirm.com<br>LANDAU GOTTFRIED & BERGER LLP<br>1880 Century Park East, Suite 1101<br>Los Angeles, CA 90067<br>Tel: (310) 557-0050<br>Fax: (310) 557-0056<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>                                       Debtor(s),<br><br>                                       Plaintiff(s),<br><br>            vs.<br><br>                                       Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☑ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Jon L.R. Dalberg_____, __128259_____, __jdalberg@lgbfirm.com_____
             *Name*                              *Bar ID Number*                           *E-Mail Address*

   ❏ am **counsel of record** or
      ❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

   ☑ am **counsel of record** or
      ❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

    Attorney Name changed to_____
    New Firm/Government Agency Name_____
    New Address _1880 Century Park East, Suite 1101, Los Angeles, CA 90067_____
    New Telephone Number_____ New Facsimile Number _____
    New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

❏ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
   ❏ I am, or
   ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

Note: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
   ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
   ☑ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
   ❏ I am, or
   ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 5/24/19                                                          _/s/ M. Dellberg_____
                                                                            Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

**ATTACHMENT TO NOTICE OF ATTORNEY CHANGE OF ADDRESS**

| | Case Name | Case Number |
|---|---|---|
| 1. | First Regional Bancorp | 2:12-bk-31372-ER |
| 2. | First Regional Bancorp v. Buttonwood Value Partners, LP and John Sorrells | 2:13-ap-01467-ER |
| 3. | Liquidating Trust et al. v. Federal Deposit Insurance Corporation, As Receiver | 2:14-ap-01221-ER |
| 4. | Liquidating Trust v. Morgan Lewis & Bockius LLP | 2:14-ap-01414-ER |
| 5. | FirstFed Financial Corp. and Managed Investments Opportunity Corp. | 2:10-bk-12927-ER |
| 6. | FirstFed Financial Corp. v. Federal Deposit Insurance Corporation as Receiver | 2:11-ap-03218-ER |
| 7. | FirstFed Financial Corp. v. United States of America | 2:11-ap-02893-ER |
| 8. | KSL Media Inc | 1:13-bk-15929-MB |
| 9. | Reitman v. McClure | 1:18-ap-01050-GM |
| 10. | Shirley Foose McClure | 1:13-bk-10386-GM |