UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | | |
|---|---|---|
| In re:<br>KSL MEDIA INC<br><br>Debtors(s) | §<br>§<br>§<br>§<br>§<br>§ | Case No.  1:13-bk-15929-MB |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David K. Gottlieb, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

> Clerk of the Court
> Kathleen J. Campbell
> 21041 Burbank Blvd.
> Woodland Hills, CA 91367

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection by July 24, 2019, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 a.m. on August 14, 2019 in Courtroom 303, United States Bankruptcy Courthouse, located at 21041 Burbank Boulevard, Woodland Hills, CA 91367. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

KSL Media, Inc. was substantively consolidated with TV 10s LLC (Case No. 1:13-bk-15930) and Fulcrum 5, Inc. (Case No. 1:13-bk-15931) on July 11, 2016 (Doc. No. 2232).

| Date Mailed:  06/19/2019 | By :  /s/ David K. Gottlieb |
|---|---|
| | Trustee |

David K. Gottlieb
17000 Ventura Blvd Suite 300
Encino, CA 91316

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| In re: | § | |
|---|---|---|
| | § | Case No.    1:13-bk-15929-MB |
| KSL MEDIA INC | § | |
| | § | |
| | § | |
| | § | |
| Debtors(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 45,494,776.82 |
| and approved disbursements of | $ | 40,406,812.43 |
| leaving a balance on hand of: | $ | 3,900,623.52 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 140 | Los Angeles County Treasurer | $ 9,330.95 | $ 9,330.95 | $ 9,330.95 | $ 0.00 |
| Total to be paid to secured creditors | | | | | $ 0.00 |
| Remaining Balance | | | | | $ 3,900,623.52 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees: D. Gottlieb & Associates LLC | $ 1,388,078.36 | $ 1,187,340.87 | $ 200,737.49 |
| Trustee, Expenses: D. Gottlieb & Associates LLC | $ 1,840.67 | $ 573.06 | $ 1,267.61 |
| Attorney for Trustee, Fees: PACHULSKI STANG ZIEHL & JONES | $ 9,282,867.00 | $ 8,240,800.51 | $ 1,042,066.49 |
| Attorney for Trustee, Fees: Kelley Drye & Warren LLP | $ 2,185,299.56 | $ 1,899,582.30 | $ 285,717.26 |
| Attorney for Trustee, Expenses: Pachulski Stang Ziehl & Jones | $ 641,884.75 | $ 630,852.04 | $ 11,032.71 |
| Attorney for Trustee, Expenses: Kelley Drye & Warren LLP | $ 128,929.37 | $ 128,398.59 | $ 530.78 |
| Accountant for Trustee, Fees: CROWE HORWATH LLP | $ 2,556,479.50 | $ 2,249,569.80 | $ 306,909.70 |

UST Form 101-7-NFR (10/1/2010) (Page 2 )

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee, Expenses: Crowe Horwath LLP | $ 9,052.46 | $ 9,015.89 | $ 36.57 |
| Other Professional, Fees: Province Inc. | $ 3,359,773.87 | $ 2,992,091.29 | $ 367,682.58 |
| Other Professional Expenses: Province Inc. | $ 22,967.56 | $ 22,927.46 | $ 40.10 |
| Charges: U.S. Bankruptcy Court | $ 700.00 | $ 0.00 | $ 700.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 2,216,721.29 |
| Remaining Balance | | | $ 1,683,902.23 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: Pandora Media, Inc. | $ 17,413.86 | $ 17,413.86 | $ 0.00 |
| Other: Argo Partners | $ 46,951.00 | $ 46,951.00 | $ 0.00 |
| Other: Crisp Media Inc | $ 8,415.92 | $ 8,415.92 | $ 0.00 |
| Other: Fair Harbor Capital, Llc | $ 3,280.00 | $ 3,280.00 | $ 0.00 |
| Other: Macdonald Media, LLC | $ 4,018.43 | $ 4,018.43 | $ 0.00 |
| Other: Contrarian Funds LLC | $ 374.00 | $ 374.00 | $ 0.00 |
| Other: Claims Recovery Group Llc | $ 660.00 | $ 660.00 | $ 0.00 |
| Other: Claims Recovery Group Llc | $ 120.00 | $ 120.00 | $ 0.00 |
| Other: Claims Recovery Group Llc | $ 148.68 | $ 148.68 | $ 0.00 |
| Other: Claims Recovery Group Llc | $ 312.76 | $ 312.76 | $ 0.00 |
| Other: Claims Recovery Group Llc | $ 148.68 | $ 148.68 | $ 0.00 |
| Other: Nielsen Media Research Inc | $ 37,944.50 | $ 37,944.50 | $ 0.00 |
| Other: ASM Capital V, LP | $ 845.75 | $ 845.75 | $ 0.00 |
| Other: Charge & Ride Inc | $ 1,718.69 | $ 0.00 | $ 1,718.69 |
| Other: Trc Master Fund Llc | $ 8,565.48 | $ 8,565.48 | $ 0.00 |
| Other: Consolidated Edison Company Of New | $ 2,515.60 | $ 2,515.60 | $ 0.00 |
| Other: Experian Marketing Solutions, Inc. | $ 17,423.29 | $ 17,423.29 | $ 0.00 |
| Other: CBS Cprporation | $ 1,530.00 | $ 1,530.00 | $ 0.00 |
| Total to be paid for prior chapter administrative expenses | | | $ 1,718.69 |
| Remaining Balance | | | $ 1,682,183.54 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| TV7-P | Christopher J Turner | $ 12,475.00 | $ 12,475.00 | $ 0.00 |
| SUTA | FRANCHISE TAX BOARD | $ 799.00 | $ 799.00 | $ 0.00 |
| MED | INTERNAL REVENUE SERVICE | $ 818.47 | $ 818.47 | $ 0.00 |
| FUTA | INTERNAL REVENUE SERVICE | $ 451.56 | $ 451.56 | $ 0.00 |
| SS | INTERNAL REVENUE SERVICE | $ 3,499.59 | $ 3,499.59 | $ 0.00 |
| SUTA | NYS Employment | $ 2,372.04 | $ 2,372.04 | $ 0.00 |
| 29 | FRANCHISE TAX BOARD | $ 0.00 | $ 0.00 | $ 0.00 |
| 58P | Steven E Berger | $ 12,475.00 | $ 12,475.00 | $ 0.00 |
| 78 | INTERNAL REVENUE SERVICE | $ 8,419.91 | $ 8,419.91 | $ 0.00 |
| 85 | Dena G. Joyce | $ 6,615.00 | $ 6,615.00 | $ 0.00 |
| 106 | Amy C Rohren | $ 1,050.00 | $ 1,050.00 | $ 0.00 |
| 111 | Steven Kaufman | $ 3,500.00 | $ 3,500.00 | $ 0.00 |
| 255 | Patricia Rauchbauer | $ 1,380.00 | $ 1,380.00 | $ 0.00 |
| 394P | Laura Kroll | $ 12,475.00 | $ 12,475.00 | $ 0.00 |
| 448 | Los Angeles County Tax Collector | $ 7,029.54 | $ 7,029.54 | $ 0.00 |
| 496 | Delaware Division Of Corp | $ 56.10 | $ 56.10 | $ 0.00 |
| 519 | Laura Kroll | $ 213.44 | $ 213.44 | $ 0.00 |
| 537P | Frances Mccreary | $ 6,475.00 | $ 6,475.00 | $ 0.00 |
| 540P | Ny State Dept Of Taxation And Finan | $ 5,576.40 | $ 5,576.40 | $ 0.00 |
| 542P | State Board Of Equalization | $ 297.00 | $ 297.00 | $ 0.00 |
| 543 | Nyc Department Of Finance | $ 64,916.44 | $ 64,916.44 | $ 0.00 |

Total to be paid to priority creditors                                       $           0.00

Remaining Balance                                                            $   1,682,183.54

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $63,257,888.98 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 33.4 %, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| F23 | Argo Partners a/a/o CBS Interactive | $ 350,399.69 | $ 110,375.90 | $ 6,673.22 |
| F45 | Argo Partners As Assignee Of Konter | $ 33,011.55 | $ 10,398.64 | $ 628.70 |
| F14 | American Broadcasting Company aka | $ 86,027.93 | $ 27,098.80 | $ 1,638.32 |
| F29 | Twitter | $ 13,331.06 | $ 4,199.29 | $ 253.93 |
| F11U | Pandora Media, Inc. | $ 239,636.29 | $ 75,485.44 | $ 4,563.80 |
| F26 | Hulu, Llc | $ 200,007.63 | $ 63,002.41 | $ 3,809.06 |
| F38 | Dedicated Media | $ 21,529.96 | $ 4,305.99 | $ 2,885.70 |
| F1 | TRC Master Fund | $ 158,774.06 | $ 50,013.83 | $ 3,023.77 |
| F9 | Yahoo Inc | $ 83,430.58 | $ 26,280.63 | $ 1,588.92 |
| TV14 | Argo Partners | $ 42,780.00 | $ 13,475.70 | $ 814.72 |
| TV8 | Disney Abc Domestic Television | $ 84,150.00 | $ 26,507.25 | $ 1,602.60 |
| F6 | Computerworld Inc | $ 22,000.00 | $ 6,930.00 | $ 418.98 |
| F39 | Clear Channel Management Services | $ 76,638.60 | $ 24,141.16 | $ 1,459.55 |
| F49 | Hearst Digital Media | $ 0.00 | $ 0.00 | $ 0.00 |
| TV2 | Argo Partners | $ 5,000.00 | $ 1,575.00 | $ 95.22 |
| TV10 | Debmar/Mercury Llc, Aka Debmar- | $ 371,794.00 | $ 117,115.11 | $ 7,080.70 |
| TV24 | Ktla Tv Llc | $ 141,695.25 | $ 44,634.00 | $ 2,698.54 |
| F46 | Argo Partners As Assignee Of | $ 154,357.33 | $ 48,622.56 | $ 2,939.64 |
| F8 | Genome Inc F/K/A Interclick Inc | $ 47,870.00 | $ 15,079.05 | $ 911.68 |
| F30 | Tube Mogul Inc. | $ 50,904.00 | $ 16,034.76 | $ 969.44 |
| F43 | Argo Partners | $ 110,080.76 | $ 34,675.44 | $ 2,096.45 |
| TV12-2 | Fox Cable Networks And Affiliated N | $ 8,797.50 | $ 2,771.22 | $ 167.55 |
| TV18 | Mtv Networks A Div Of Viacom Int"l | $ 89,511.75 | $ 28,196.20 | $ 1,704.70 |
| F2 | Digilant Inc | $ 7,269.11 | $ 0.00 | $ 2,428.13 |
| F10 | Fair Harbor Capital, Llc | $ 153,332.00 | $ 48,299.58 | $ 2,920.13 |
| F15 | Videology Group | $ 12,489.86 | $ 3,934.31 | $ 237.88 |
| F22 | AOL Advertising Inc. | $ 116,300.11 | $ 36,634.53 | $ 2,214.88 |
| TV7-U | Christopher J Turner | $ 8,566.49 | $ 2,698.44 | $ 163.15 |
| F28 | ASM Capital IV, L.P. | $ 168,202.14 | $ 52,983.67 | $ 3,203.32 |
| F24 | ZEFR Inc. | $ 7,640.31 | $ 2,406.70 | $ 145.52 |
| F47 | Facebook Inc | $ 266,651.04 | $ 83,995.08 | $ 5,078.28 |
| TV9U | Twentieth Television, Inc. | $ 502,782.11 | $ 145,806.81 | $ 22,138.48 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| F7 | IDG Technology Network | $ 39,997.00 | $ 12,599.06 | $ 761.73 |
| F18 | Us Weekly LLC | $ 13,758.88 | $ 4,334.05 | $ 262.03 |
| F41U | Crisp Media Inc | $ 12,526.90 | $ 3,945.97 | $ 238.56 |
| TV11 | Debmar/Mercury Llc, Aka Debmar- | $ 100,000.00 | $ 31,500.00 | $ 1,904.47 |
| F16U | Argo Partners | $ 125,757.88 | $ 39,613.74 | $ 2,395.04 |
| TV26 | FRANCHISE TAX BOARD | $ 874.72 | $ 275.53 | $ 16.66 |
| 2 | Pamal Broadcasting Ltd. | $ 2,958.00 | $ 931.77 | $ 56.34 |
| 4 | Waff Tv | $ 428.23 | $ 134.90 | $ 8.14 |
| 5 | Wis Tv | $ 353.58 | $ 111.38 | $ 6.71 |
| 6 | Wbrc Tv | $ 232.56 | $ 73.25 | $ 4.43 |
| 7 | Wsfx Tv | $ 144.38 | $ 45.48 | $ 2.74 |
| 8 | Wafb Tv | $ 25,247.89 | $ 7,953.09 | $ 480.82 |
| 9 | Wtoc Tv | $ 27,007.05 | $ 8,507.22 | $ 514.33 |
| 10 | Wbtv Tv | $ 191.76 | $ 60.40 | $ 3.65 |
| 11 | Wcsc Tv | $ 5,957.65 | $ 1,876.66 | $ 113.43 |
| 12 | Wect Tv | $ 81.60 | $ 25.70 | $ 1.56 |
| 13 | Wflx Tv | $ 232.56 | $ 73.25 | $ 4.42 |
| 14 | Wmc Tv | $ 13,396.14 | $ 4,219.78 | $ 255.12 |
| 15 | Wsfa Tv | $ 236.64 | $ 74.55 | $ 4.49 |
| 16 | Kltv | $ 236.64 | $ 74.55 | $ 4.49 |
| 17 | Ksla Tv 12 | $ 331.35 | $ 104.37 | $ 6.32 |
| 18 | Trc Master Fund Llc | $ 37,594.00 | $ 11,842.11 | $ 715.99 |
| 19 | Wdrc Fm | $ 500.00 | $ 157.50 | $ 9.52 |
| 20 | Claims Recovery Group Llc | $ 22,554.75 | $ 7,104.75 | $ 429.56 |
| 21 | Claims Recovery Group Llc | $ 45,857.50 | $ 14,445.12 | $ 873.31 |
| 22 | Eventful | $ 119,398.29 | $ 37,610.47 | $ 2,273.91 |
| 23 | Greeneville Sun | $ 3,921.32 | $ 1,235.21 | $ 74.68 |
| 24 | Turner Broadcasting System, Inc. | $ 2,883,039.46 | $ 908,157.43 | $ 54,906.36 |
| 26 | NextMedia Network | $ 11,857.50 | $ 3,735.12 | $ 225.85 |
| 27 | Vintage Guitar Inc | $ 7,020.00 | $ 2,211.30 | $ 133.72 |
| 28 | Journal Communications | $ 65,620.00 | $ 0.00 | $ 21,919.51 |
| 30 | The Diabetes Mall | $ 2,511.34 | $ 791.07 | $ 47.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 31 | Town Car International | $ 386.37 | $ 121.70 | $ 7.34 |
| 32 | Cmc Publications Llc | $ 7,200.00 | $ 2,268.00 | $ 137.14 |
| 33 | Contrarian Funds LLC | $ 39,826.75 | $ 12,545.43 | $ 758.47 |
| 34 | Contrarian Funds, LLC | $ 22,788.50 | $ 7,178.38 | $ 433.99 |
| 35 | Contrarian Funds, LLC | $ 33,647.25 | $ 10,598.88 | $ 640.79 |
| 36 | Contrarian Funds, LLC | $ 23,936.00 | $ 7,539.84 | $ 455.82 |
| 37 | Trc Master Fund Llc | $ 20,695.75 | $ 6,519.16 | $ 394.15 |
| 38 | Advance Magazine Publishers, Inc | $ 785,371.31 | $ 247,391.96 | $ 14,957.10 |
| 39 | eTelmar Usa Corp | $ 137.95 | $ 43.46 | $ 2.62 |
| 40 | Wm Barr & Company Inc | $ 300,000.00 | $ 94,500.00 | $ 5,713.39 |
| 41 | Fair Harbor Capital, Llc | $ 6,008.02 | $ 1,892.52 | $ 114.45 |
| 42 | Slack Inc | $ 45,794.27 | $ 14,425.19 | $ 872.15 |
| 43 | Curacao Tourist Board | $ 57,356.83 | $ 18,067.40 | $ 1,092.35 |
| 44 | Federated Media | $ 30,521.89 | $ 8,851.35 | $ 1,343.92 |
| 45 | Television Food Network | $ 256,615.00 | $ 80,833.73 | $ 4,887.16 |
| 46 | Television Food Network | $ 432,382.25 | $ 136,200.41 | $ 8,234.56 |
| 47 | Television Food Network | $ 95,386.15 | $ 30,046.63 | $ 1,816.58 |
| 48 | Home & Garden Television | $ 322,524.00 | $ 101,595.06 | $ 6,142.35 |
| 49 | Home & Garden Television | $ 880,773.40 | $ 277,443.63 | $ 16,773.99 |
| 50 | Travel Channel | $ 148,750.00 | $ 46,856.25 | $ 2,832.86 |
| 51 | Travel Channel | $ 265,251.23 | $ 83,554.14 | $ 5,051.61 |
| 52 | Diy Network | $ 11,055.95 | $ 3,482.63 | $ 210.57 |
| 54 | Cooking Channel | $ 8,525.50 | $ 2,685.54 | $ 162.35 |
| 55 | Cooking Channel | $ 2,550.00 | $ 803.25 | $ 48.56 |
| 56 | Whec-Tv Llc | $ 23,162.50 | $ 7,296.19 | $ 441.11 |
| 57 | Citizen Tribune | $ 5,134.92 | $ 1,617.49 | $ 97.83 |
| 58U | Steven E Berger | $ 46.55 | $ 14.66 | $ 0.89 |
| 59 | ASM Capital | $ 79,173.00 | $ 24,939.50 | $ 1,507.82 |
| 60 | Dow Jones & Co Inc | $ 90,456.46 | $ 0.00 | $ 30,215.84 |
| 61 | Carolina Media Group Inc | $ 19,280.55 | $ 6,073.37 | $ 367.19 |
| 62 | Argo Partners | $ 13,691.96 | $ 4,312.97 | $ 260.76 |
| 63 | Asm Capital Iv, L.P. | $ 85,493.85 | $ 26,930.57 | $ 1,628.22 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 64 | Quantum Of Myrtle Beach Llc | $ 5,746.00 | $ 0.00 | $ 1,919.38 |
| 65 | ASM SPV, LP | $ 34,153.00 | $ 10,758.20 | $ 650.40 |
| 66 | ASM Capital V, LP | $ 706,170.65 | $ 222,443.76 | $ 13,448.73 |
| 67 | Wjxt-Tv | $ 18,363.40 | $ 5,784.48 | $ 349.72 |
| 68 | Kplc Tv | $ 287.85 | $ 90.68 | $ 5.47 |
| 69 | Wlbt Tv | $ 81.60 | $ 25.70 | $ 1.56 |
| 70 | Wlox Tv | $ 20,718.75 | $ 6,526.41 | $ 394.59 |
| 71 | Waterman Broadcasting Dba Wbbh Tv | $ 16,345.50 | $ 5,148.84 | $ 311.28 |
| 72 | Waterman Broadcasting Dba Wzvn Tv | $ 8,170.20 | $ 2,573.62 | $ 155.46 |
| 74 | ASM SPV, LP | $ 158,600.65 | $ 49,959.21 | $ 3,020.51 |
| 75 | Three Eagles Communications | $ 9,415.28 | $ 1,883.06 | $ 1,261.96 |
| 76 | Argo Partners | $ 223,784.60 | $ 70,492.15 | $ 4,261.90 |
| 77 | Asm Capital Iv, L.P. | $ 66,181.00 | $ 20,847.02 | $ 1,260.41 |
| 79 | Time Inc. | $ 218,119.20 | $ 68,707.55 | $ 4,153.99 |
| 80 | Screenvision | $ 76,376.00 | $ 24,058.44 | $ 1,454.55 |
| 81 | Fair Harbor Capital, Llc | $ 4,860.03 | $ 1,530.91 | $ 92.54 |
| 82 | Ion Media Networks | $ 931,934.40 | $ 293,559.34 | $ 17,748.31 |
| 83 | Trc Master Fund Llc | $ 63,994.43 | $ 20,158.25 | $ 1,218.71 |
| 84 | Ksat Tv 12 | $ 8,075.00 | $ 2,543.63 | $ 153.77 |
| 86 | Manta Media Inc. | $ 6,174.62 | $ 1,945.01 | $ 117.60 |
| 87 | Liquidity Solutions, Inc. | $ 73,051.00 | $ 23,011.07 | $ 1,391.23 |
| 89 | Yahoo Inc | $ 294,954.64 | $ 92,910.72 | $ 5,617.31 |
| 90 | 387 Park South Llc | $ 220,135.65 | $ 69,342.73 | $ 4,192.42 |
| 91 | Gannett Broadcast | $ 239,852.15 | $ 75,553.42 | $ 4,567.86 |
| 94 | Global Media Systems Dba Global Med | $ 24,460.78 | $ 7,705.15 | $ 465.86 |
| 96 | Nexstar Broadcasting Inc | $ 175,784.20 | $ 55,372.03 | $ 3,347.77 |
| 97 | Wsil-Tv3 | $ 33,575.00 | $ 10,576.13 | $ 639.42 |
| 98 | Wnct-Tv | $ 5,806.35 | $ 1,829.00 | $ 110.50 |
| 99 | Asm Capital | $ 122,064.38 | $ 38,450.28 | $ 2,324.65 |
| 100 | Meredith Corporation Dba Wnem Kctv | $ 106,670.75 | $ 33,601.29 | $ 2,031.49 |
| 101 | Kptv-Kpdx Broadcasting Corporation | $ 76,470.25 | $ 24,088.13 | $ 1,456.33 |
| 102 | The Tennessean | $ 83,548.70 | $ 0.00 | $ 27,908.36 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 103U | Pandora Media, Inc. | $ 240,126.93 | $ 76,014.91 | $ 4,188.36 |
| 104 | Tannor Partners Credit Fund, LP | $ 202,201.31 | $ 63,693.41 | $ 3,850.84 |
| 105 | Asm Capital Iv, L.P. | $ 186,111.58 | $ 58,625.15 | $ 3,544.43 |
| 107 | Nelson Enterprises Inc | $ 3,888.00 | $ 0.00 | $ 1,298.74 |
| 108 | Dekalb County Braodcasters Inc | $ 3,080.00 | $ 970.20 | $ 58.66 |
| 109 | Ky3 Inc | $ 55,030.28 | $ 17,334.55 | $ 1,048.04 |
| 110 | Oklahoma Gazette | $ 864.00 | $ 272.16 | $ 16.44 |
| 112 | Mountain City Publishing Co | $ 616.90 | $ 194.32 | $ 11.74 |
| 113 | Argo Partners | $ 18,205.00 | $ 5,734.58 | $ 346.70 |
| 114 | Argo Partners | $ 68,590.00 | $ 21,605.85 | $ 1,306.28 |
| 115 | The Atlantic Monthly Group Inc | $ 35,000.00 | $ 11,025.00 | $ 666.58 |
| 116 | Mount Wilson Fm Broadcasters Inc | $ 8,903.75 | $ 2,804.68 | $ 169.57 |
| 118 | Tannor Partners Credit Fund, LP | $ 16,737.00 | $ 5,272.16 | $ 318.76 |
| 119 | Tannor Partners Credit Fund, LP | $ 6,961.50 | $ 2,192.88 | $ 132.57 |
| 120 | Tannor Partners Credit Fund, LP | $ 27,000.00 | $ 8,505.00 | $ 514.19 |
| 121 | Wdio-Tv Llc / Wirt 13 | $ 16,558.00 | $ 5,215.77 | $ 315.33 |
| 122 | The New York Interconnect | $ 57,332.50 | $ 16,626.43 | $ 2,524.47 |
| 124 | Farragut Press | $ 1,849.80 | $ 582.69 | $ 35.22 |
| 125 | Jacobs Radio Programming | $ 1,734.00 | $ 546.21 | $ 33.03 |
| 126 | Urban Daddy | $ 10,099.99 | $ 3,181.50 | $ 192.33 |
| 127 | Kabc - Tv | $ 2,265.25 | $ 713.55 | $ 43.14 |
| 128 | Wabc - Tv New York | $ 21,590.00 | $ 6,800.85 | $ 411.17 |
| 130 | Soapnet | $ 7,650.00 | $ 2,409.75 | $ 145.69 |
| 131 | Espn Inc | $ 4,537,868.65 | $ 1,429,428.63 | $ 86,421.95 |
| 132 | Abc Digital Aka American Broadcasti | $ 37,351.89 | $ 11,765.85 | $ 711.32 |
| 133 | Disney Abc Domestic Television | $ 211,121.30 | $ 66,503.21 | $ 4,020.70 |
| 134 | Abc Family | $ 880,931.50 | $ 277,493.43 | $ 16,776.99 |
| 135 | American Broadcasting Company Aka | $ 658,027.50 | $ 207,278.67 | $ 12,531.86 |
| 136 | Kgo - Television Inc - San Francisc | $ 105,522.40 | $ 33,239.56 | $ 2,009.64 |
| 137 | Warner Bros. Domestic Television Di | $ 119,799.00 | $ 37,736.69 | $ 2,281.54 |
| 138 | Lotus Broadcasting Corp | $ 11,309.25 | $ 3,562.41 | $ 215.36 |
| 139 | Claims Recovery Group Llc | $ 19,983.50 | $ 6,294.81 | $ 380.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 141 | Argo Partners | $ 5,078.75 | $ 1,599.81 | $ 96.71 |
| 142 | Claims Recovery Group Llc | $ 17,144.50 | $ 5,400.52 | $ 326.50 |
| 143 | Asm Capital V, L.P. | $ 97,880.60 | $ 30,832.39 | $ 1,864.09 |
| 143 | Office Depot | $ 97,880.60 | $ 427.04 | $ 32,268.72 |
| 144 | The Tacher Company | $ 24,296.40 | $ 7,653.37 | $ 462.71 |
| 145 | Kiro Tv | $ 63,771.25 | $ 0.00 | $ 21,301.94 |
| 146 | Ktvu Tv | $ 352,366.65 | $ 0.00 | $ 117,703.59 |
| 147 | Kicu Tv36 | $ 36,352.80 | $ 0.00 | $ 12,143.14 |
| 148 | Argo Partners | $ 21,069.55 | $ 6,636.91 | $ 401.28 |
| 149 | Fair Harbor Capital, Llc | $ 5,254.98 | $ 1,655.32 | $ 100.09 |
| 150 | Emmis Austin Radio Broadcasting Co | $ 13,108.26 | $ 4,129.10 | $ 249.63 |
| 152 | Fair Harbor Capital, Llc | $ 5,100.00 | $ 1,606.50 | $ 97.15 |
| 153 | Hallmark Channel/Hallmark Movie Cha | $ 200,000.00 | $ 63,000.00 | $ 3,808.89 |
| 156 | Claims Recovery Group Llc | $ 121,030.86 | $ 38,124.72 | $ 2,304.96 |
| 157 | Whitney Radio Broadcasting Inc W E | $ 1,474.54 | $ 464.48 | $ 28.07 |
| 158 | Talley Broadcasting Corporation | $ 5,164.60 | $ 1,626.85 | $ 98.33 |
| 159 | Phillips 66 Company | $ 1.00 | $ 0.00 | $ 0.34 |
| 160 | Pacific Bell Telephone Company | $ 1,343.05 | $ 423.06 | $ 25.57 |
| 161 | ASM Capital V, L.P. | $ 71,518.94 | $ 22,528.46 | $ 1,362.07 |
| 162 | Argo Partners | $ 71,060.00 | $ 22,383.90 | $ 1,353.31 |
| 163 | City National Bank | $ 1.00 | $ 0.00 | $ 0.34 |
| 164 | Hain Capital Investors, LLC | $ 180,859.20 | $ 56,970.65 | $ 3,444.40 |
| 168 | The Collierville Herald | $ 1,890.00 | $ 595.35 | $ 35.99 |
| 169 | Dwell | $ 17,000.00 | $ 5,355.00 | $ 323.74 |
| 170 | Los Angeles Magazine, Inc. | $ 18,000.00 | $ 5,670.00 | $ 342.80 |
| 171 | Wgno Television | $ 1,800.30 | $ 567.10 | $ 34.27 |
| 172 | Wnol Television | $ 407.15 | $ 128.25 | $ 7.76 |
| 173 | Argo Partners | $ 20,293.75 | $ 6,392.53 | $ 386.48 |
| 174 | Claims Recovery Group Llc | $ 71,791.00 | $ 22,614.17 | $ 1,367.22 |
| 175 | Wsav Television | $ 28,501.35 | $ 8,977.92 | $ 542.79 |
| 176 | Woay Television | $ 9,596.50 | $ 3,022.90 | $ 182.74 |
| 177 | Argo Partners | $ 18,075.15 | $ 5,693.67 | $ 344.24 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 178 | Wciv Television | $ 5,000.55 | $ 1,575.17 | $ 95.24 |
| 180 | TRC Master Fund LLC | $ 7,310.00 | $ 2,302.65 | $ 139.21 |
| 181 | Krwm-Fm Radio | $ 2,670.00 | $ 841.05 | $ 50.84 |
| 182 | Argo Partners | $ 7,163.80 | $ 2,256.60 | $ 136.41 |
| 183 | Argo Partners | $ 314.50 | $ 99.07 | $ 5.99 |
| 184 | TRC Master Fund LLC | $ 4,838.00 | $ 1,523.97 | $ 92.08 |
| 185 | TRC Master Fund LLC | $ 11,200.00 | $ 3,528.00 | $ 213.29 |
| 186 | Wnks-Fm Radio | $ 2,605.25 | $ 820.65 | $ 49.61 |
| 187 | Playbill | $ 9,207.91 | $ 2,900.49 | $ 175.38 |
| 188 | Wbtw Television | $ 11,851.55 | $ 3,733.24 | $ 225.72 |
| 189 | Argo Partners | $ 20,073.60 | $ 6,323.18 | $ 382.31 |
| 190 | TRC Master Fund LLC | $ 5,501.20 | $ 1,732.88 | $ 104.78 |
| 191 | Kftr Television | $ 20,187.50 | $ 6,359.07 | $ 384.47 |
| 192 | Wtre Inc | $ 965.00 | $ 303.98 | $ 18.36 |
| 193 | Kmex Television | $ 82,099.80 | $ 25,861.44 | $ 1,563.55 |
| 194 | John Roberts Graphics Inc | $ 1,119.39 | $ 223.88 | $ 149.99 |
| 195 | Hooklogic | $ 14,566.39 | $ 4,588.42 | $ 277.37 |
| 196 | Argo Partners | $ 33,631.05 | $ 10,593.78 | $ 640.48 |
| 197 | Lakeland Broadcasting Co | $ 4,935.34 | $ 1,554.63 | $ 94.00 |
| 199 | Foro-Tv/Tl Novelas/Bandamax/Da Peli | $ 6,679.30 | $ 2,103.98 | $ 127.18 |
| 200 | Valueclick Inc - Legal Dept | $ 135,288.50 | $ 42,615.88 | $ 2,576.54 |
| 201 | Kxln Television | $ 10,572.30 | $ 3,330.28 | $ 201.34 |
| 202 | Argo Partners | $ 155,000.14 | $ 48,825.04 | $ 2,951.91 |
| 205 | Wate Television | $ 13,207.30 | $ 4,160.30 | $ 251.51 |
| 206 | Wkrn Television | $ 19,714.05 | $ 6,209.92 | $ 375.42 |
| 207 | Kron Television | $ 87,588.25 | $ 27,590.30 | $ 1,668.08 |
| 209 | Argo Partners | $ 181,439.29 | $ 57,153.38 | $ 3,455.43 |
| 210 | Wicz Television | $ 11,092.50 | $ 3,494.14 | $ 211.26 |
| 211 | Cbs Sports Network | $ 4,360.50 | $ 1,373.56 | $ 83.03 |
| 212 | Wjrt Television | $ 21,866.25 | $ 6,887.87 | $ 416.39 |
| 213 | Koat Television | $ 71,914.25 | $ 22,652.99 | $ 1,369.57 |
| 214 | Wbal Television | $ 26,481.75 | $ 8,341.75 | $ 504.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 215 | Wdsu Television | $ 2,012.80 | $ 634.03 | $ 38.31 |
| 216 | Wisc Television | $ 56,831.00 | $ 17,901.77 | $ 1,082.32 |
| 217 | Apple Valley Broadcasting, Inc. Dba | $ 15,652.75 | $ 4,930.62 | $ 298.14 |
| 218 | Kxly Television | $ 8,245.00 | $ 2,597.18 | $ 157.00 |
| 219 | Johnson Publishing Co., Inc. Dba Eb | $ 10,166.00 | $ 3,202.29 | $ 193.59 |
| 220 | Kndo Television | $ 19,550.00 | $ 6,158.25 | $ 372.33 |
| 221 | Argo Partners | $ 8,189.75 | $ 2,579.77 | $ 156.00 |
| 222 | Wrcb Television | $ 9,269.25 | $ 2,919.81 | $ 176.54 |
| 223 | Kfth Television | $ 2,329.00 | $ 733.64 | $ 44.35 |
| 224 | The Network Of City Business Journa | $ 90,987.00 | $ 28,660.91 | $ 1,732.80 |
| 226 | Wviv-Fm Radio | $ 10,455.00 | $ 3,293.33 | $ 199.12 |
| 227 | Wdrv-Fm Radio | $ 17,956.25 | $ 5,656.22 | $ 341.96 |
| 229 | Argo Partners | $ 3,429.75 | $ 1,080.37 | $ 65.34 |
| 230 | Wdef Television | $ 11,224.25 | $ 3,535.64 | $ 213.73 |
| 231 | Claims Recovery Group Llc | $ 8,036.75 | $ 2,531.58 | $ 153.05 |
| 232 | Wxmi Television | $ 1,275.00 | $ 401.63 | $ 24.28 |
| 233 | Sony Pictures Tv Ad Sales | $ 354,697.25 | $ 111,729.63 | $ 6,755.10 |
| 234 | Claims Recovery Group Llc | $ 6,191.75 | $ 1,950.40 | $ 117.94 |
| 235 | Hrtv Llc | $ 986.00 | $ 0.00 | $ 329.36 |
| 237 | Wchs-Am/Wvaf/Wkaz-Fm Radio | $ 12,813.75 | $ 4,036.33 | $ 244.03 |
| 238 | At&T Corp | $ 644.12 | $ 202.89 | $ 12.26 |
| 242 | Waoe Television | $ 1,559.75 | $ 491.32 | $ 29.69 |
| 252 | The News & Observer Publishing | $ 23,166.99 | $ 4,633.40 | $ 3,105.07 |
| 254 | Publications International Ltd | $ 15,938.00 | $ 5,020.47 | $ 303.54 |
| 257 | The Daily Times | $ 15,507.05 | $ 4,884.72 | $ 295.32 |
| 260 | Ink Publishing | $ 6,917.00 | $ 0.00 | $ 2,310.55 |
| 261 | Cleveland Newspapers Inc | $ 2,734.20 | $ 861.28 | $ 52.07 |
| 262 | Wgsq-Fm Radio (9215) | $ 4,429.35 | $ 1,395.24 | $ 84.35 |
| 263 | Waga Television (0004) | $ 9,715.50 | $ 3,060.39 | $ 185.04 |
| 264 | Kcwe Television (6669) | $ 6,506.75 | $ 2,049.63 | $ 123.91 |
| 265 | Wtop-Fm Radio | $ 22,741.75 | $ 7,163.65 | $ 433.13 |
| 266 | TRC Master Fund LLC | $ 2,611.20 | $ 822.53 | $ 49.71 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 267 | Kshb Television | $ 31,027.50 | $ 9,773.67 | $ 590.92 |
| 268 | Wmar Television | $ 5,740.00 | $ 1,808.10 | $ 109.31 |
| 269 | Argo Partners | $ 4,171.80 | $ 1,314.12 | $ 79.42 |
| 270U | Macdonald Media, LLC | $ 3,626,027.10 | $ 1,142,198.54 | $ 69,056.31 |
| 271 | AOL Advertising Inc. | $ 78,807.27 | $ 24,824.28 | $ 1,500.83 |
| 272 | Twentieth Television, Inc. | $ 315,916.10 | $ 91,615.67 | $ 13,910.39 |
| 273 | Scripps Treasure Coast Newspapers | $ 2,951.75 | $ 929.80 | $ 56.22 |
| 275 | Kmbc Television | $ 26,401.85 | $ 8,316.59 | $ 502.82 |
| 276 | Kxly-Fm/Kxlx-Fm/Kzzu-Fm Radio | $ 1,134.75 | $ 357.45 | $ 21.60 |
| 277 | Midwest Communications | $ 11,390.00 | $ 3,587.85 | $ 216.91 |
| 278 | Kdoc Television | $ 54,417.00 | $ 17,141.36 | $ 1,036.34 |
| 279 | Wbav-Fm Radio | $ 4,879.85 | $ 1,537.16 | $ 92.92 |
| 280 | Argo Partners | $ 15,329.75 | $ 4,828.87 | $ 291.96 |
| 281 | Liquidity Solutions, Inc. | $ 158,557.30 | $ 49,945.55 | $ 3,019.61 |
| 282 | Ehealthcare Solutions | $ 5,131.90 | $ 1,616.55 | $ 97.75 |
| 283 | Berklee Today Magazine | $ 3,200.00 | $ 1,008.00 | $ 60.93 |
| 284 | Bradford Capital Advisors, LLC | $ 45,454.50 | $ 14,318.17 | $ 865.66 |
| 285 | Westwood One Formerly Dial Global | $ 46,585.28 | $ 14,674.37 | $ 887.21 |
| 286 | Bonnier Corporation | $ 6,041.70 | $ 1,903.13 | $ 115.05 |
| 289 | Ervin Cohen & Jessup Llp | $ 5,242.28 | $ 1,179.52 | $ 571.59 |
| 291 | Trail Blazers Inc | $ 9,071.32 | $ 2,857.46 | $ 172.76 |
| 293 | Tv-22 Wmno | $ 2,312.00 | $ 670.48 | $ 101.81 |
| 295U | Contrarian Funds LLC | $ 3,057,681.14 | $ 963,169.56 | $ 58,232.36 |
| 297 | Cox Media Group Dba | $ 14,122.75 | $ 4,448.67 | $ 268.97 |
| 299 | King World Media Sales Inc. | $ 454,121.00 | $ 143,048.12 | $ 8,648.54 |
| 300 | Sizzler Usa, Inc. And On Behalf Of | $ 119,870.76 | $ 37,759.29 | $ 2,282.88 |
| 302 | National Cable Communications L.L.C | $ 1,717,480.08 | $ 541,006.23 | $ 32,708.71 |
| 304 | Fox Cable Networks And Affiliated N | $ 2,117,845.50 | $ 611,841.83 | $ 95,591.55 |
| 305 | Hulu, Llc | $ 299,245.01 | $ 94,262.18 | $ 5,698.99 |
| 306 | National Advertising Partners Dba H | $ 1,294,105.51 | $ 407,643.24 | $ 24,645.73 |
| 311 | WorldLink Ventures Inc. | $ 90,801.53 | $ 28,602.49 | $ 1,729.28 |
| 312 | M. Shanken Communications, Inc. | $ 122,686.00 | $ 38,646.09 | $ 2,336.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 313 | Game Show Network Llc | $ 59,500.00 | $ 18,742.50 | $ 1,133.17 |
| 314 | Titan Broadcast Management, Llc | $ 24,688.25 | $ 7,776.80 | $ 470.18 |
| 315 | Chango Inc | $ 35,802.71 | $ 11,277.85 | $ 681.87 |
| 316 | Kmci Television | $ 840.00 | $ 264.60 | $ 15.96 |
| 317 | About Inc | $ 23,280.35 | $ 7,333.31 | $ 443.36 |
| 318 | Claims Recovery Group Llc | $ 30,000.00 | $ 9,450.00 | $ 571.33 |
| 319 | Interactive One, Llc | $ 10,346.39 | $ 3,259.12 | $ 197.06 |
| 320 | Argo Partners | $ 19,652.10 | $ 5,699.11 | $ 865.34 |
| 321U | Claims Recovery Group Llc | $ 50,123.25 | $ 15,788.82 | $ 954.61 |
| 322 | Douglas Emmett Management Llc | $ 650,869.31 | $ 205,023.83 | $ 12,395.54 |
| 323U | Claims Recovery Group Llc | $ 5,821.50 | $ 1,833.78 | $ 110.77 |
| 324U | Claims Recovery Group Llc | $ 1,576.38 | $ 496.56 | $ 30.03 |
| 325U | Claims Recovery Group Llc | $ 4,495.83 | $ 1,416.19 | $ 85.60 |
| 326U | Claims Recovery Group Llc | $ 6,694.36 | $ 2,108.72 | $ 127.54 |
| 327 | Wnno Fm Magnum Communications | $ 1,433.67 | $ 451.60 | $ 27.28 |
| 328 | Wbky Fm Magnum Communications | $ 1,372.11 | $ 432.21 | $ 26.14 |
| 329 | Fox Television Stations Inc. | $ 18,824.95 | $ 5,929.86 | $ 358.54 |
| 331 | Fox Television Stations Inc. | $ 30,770.00 | $ 9,692.55 | $ 586.01 |
| 332 | Fox Television Stations Inc. | $ 224,620.15 | $ 70,755.34 | $ 4,277.80 |
| 334 | Brightroll, Inc. | $ 94,731.53 | $ 0.00 | $ 31,643.85 |
| 335 | Claims Recovery Group Llc | $ 9,940.75 | $ 3,131.34 | $ 189.32 |
| 336 | Claims Recovery Group Llc | $ 10,100.00 | $ 3,181.50 | $ 192.33 |
| 337 | Claims Recovery Group Llc | $ 18,360.00 | $ 5,783.40 | $ 349.65 |
| 339 | Kabc - Tv | $ 512,881.50 | $ 161,557.68 | $ 9,767.62 |
| 340 | Argo Partners | $ 829,146.50 | $ 261,181.15 | $ 15,790.81 |
| 341 | Wfxc-Fm Radio | $ 19,749.75 | $ 6,221.17 | $ 376.15 |
| 343 | Brightroll, Inc. | $ 127,795.07 | $ 0.00 | $ 42,688.29 |
| 344 | Twitter | $ 103,774.08 | $ 32,688.84 | $ 1,976.34 |
| 345 | Wfaa Television | $ 158.10 | $ 49.80 | $ 3.01 |
| 346 | Khou Television | $ 135.15 | $ 42.57 | $ 2.57 |
| 347 | Asm Capital Iv, L.P. | $ 266,848.48 | $ 84,057.27 | $ 5,082.04 |
| 348 | Wwl Television | $ 17,438.60 | $ 5,493.16 | $ 332.12 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 349 | Kgw Television | $ 41,683.75 | $ 13,130.38 | $ 793.84 |
| 350 | Wvec Television | $ 2,561.90 | $ 807.00 | $ 48.80 |
| 351 | Roche Diagnostics Corporation | $ 66,151.98 | $ 20,837.88 | $ 1,259.80 |
| 352 | King Television | $ 78,495.80 | $ 24,726.18 | $ 1,494.90 |
| 353 | Kong Television | $ 4,594.25 | $ 1,447.19 | $ 87.50 |
| 354 | Clear Channel Broadcasting, Inc. | $ 725,500.00 | $ 228,532.50 | $ 13,816.88 |
| 356 | Time Warner Cable Media Inc | $ 450,615.60 | $ 141,943.91 | $ 8,581.78 |
| 358 | Liquidity Solutions, Inc | $ 10,125.93 | $ 3,189.67 | $ 192.85 |
| 359 | Liquidity Solutions Inc | $ 5,221.32 | $ 1,644.71 | $ 99.38 |
| 360 | Liquidity Solutions Inc | $ 20,262.30 | $ 6,382.63 | $ 385.90 |
| 361 | Liquidity Solutions Inc | $ 9,440.55 | $ 2,973.77 | $ 179.80 |
| 362 | Liquidity Solutions Inc | $ 1,250.00 | $ 393.75 | $ 23.75 |
| 365 | Liquidity Solutions Inc | $ 7,306.36 | $ 2,301.50 | $ 139.14 |
| 366 | Liquidity Solutions Inc | $ 4,717.50 | $ 1,486.02 | $ 89.85 |
| 368 | Cumulus Media Inc And Its Subsidiar | $ 194,067.30 | $ 61,131.20 | $ 3,695.95 |
| 369 | Liquidity Solutions Inc | $ 5,875.20 | $ 1,850.69 | $ 111.91 |
| 370 | Liquidity Solutions Inc | $ 4,782.95 | $ 1,506.63 | $ 91.09 |
| 371 | Liquidity Solutions Inc | $ 1,665.00 | $ 524.48 | $ 31.71 |
| 377 | Claims Recovery Group Llc | $ 15,000.00 | $ 4,725.00 | $ 285.67 |
| 378 | Claims Recovery Group Llc | $ 13,770.00 | $ 4,337.55 | $ 262.24 |
| 382 | Argo Partners | $ 59,906.00 | $ 18,870.39 | $ 1,140.87 |
| 388 | Bacardi Usa Inc | $ 1,550,000.00 | $ 488,250.00 | $ 29,519.15 |
| 390 | Argo Partners | $ 10,926.75 | $ 3,441.93 | $ 208.08 |
| 392 | Argo Partners | $ 275,123.93 | $ 86,664.04 | $ 5,239.61 |
| 394U | Laura Kroll | $ 19,087.24 | $ 6,012.48 | $ 363.50 |
| 395 | Argo Partners | $ 17,391.00 | $ 5,478.17 | $ 331.18 |
| 397 | Advanstar Communications Inc | $ 34,908.77 | $ 10,996.26 | $ 664.83 |
| 398U | ASM Capital V, LP | $ 3,001,938.81 | $ 945,610.72 | $ 57,170.76 |
| 399 | Comcast Spotlight Lp | $ 74,261.46 | $ 0.00 | $ 24,806.08 |
| 401 | Nbcuniversal Media Llc | $ 4,950,000.00 | $ 1,559,250.00 | $ 94,270.82 |
| 403 | Nbcuniversal Media Llc | $ 7,552.00 | $ 2,464.05 | $ 58.52 |
| 404 | Trc Master Fund Llc | $ 110,404.14 | $ 34,777.30 | $ 2,102.59 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 405 | Trc Master Fund Llc | $ 291,105.20 | $ 91,698.14 | $ 5,543.96 |
| 408 | Encore Publishing Inc Dba Encore Me | $ 9,383.00 | $ 2,955.65 | $ 178.71 |
| 409 | Renegade Publishing Inc Dba Urban T | $ 1,255.00 | $ 0.00 | $ 419.24 |
| 410 | Katz Net Radio Sales Inc | $ 24,223.45 | $ 7,630.39 | $ 461.30 |
| 411 | Fair Harbor Capital, Llc | $ 11,326.25 | $ 3,567.77 | $ 215.71 |
| 412 | Fair Harbor Capital, Llc | $ 13,410.00 | $ 4,224.15 | $ 255.39 |
| 413 | Wtkr-Tv | $ 3,430.60 | $ 994.87 | $ 151.08 |
| 414 | Wgnt-Tv | $ 1,887.00 | $ 547.23 | $ 83.10 |
| 415 | Newsday Media Group | $ 9,050.00 | $ 2,850.75 | $ 172.36 |
| 417 | Argo Partners | $ 73,678.05 | $ 23,208.58 | $ 1,403.17 |
| 418 | Mwb Broadcasting Ii Llc | $ 497.25 | $ 57.18 | $ 108.93 |
| 419 | New Age Media Of Tallahassee Llc | $ 2,321.35 | $ 0.00 | $ 775.45 |
| 420 | Insulin Pumpers | $ 1,600.00 | $ 504.00 | $ 30.46 |
| 421 | TRC Master Fund | $ 94,414.60 | $ 29,740.60 | $ 1,798.08 |
| 422 | Fair Harbor Capital, Llc | $ 5,000.00 | $ 1,575.00 | $ 95.22 |
| 423 | Fair Harbor Capital, Llc | $ 2,041.47 | $ 643.06 | $ 38.88 |
| 425 | Krvn Fm | $ 719.87 | $ 226.76 | $ 13.68 |
| 426 | Argo Partners | $ 18,565.97 | $ 5,848.28 | $ 353.58 |
| 427 | Wdsi | $ 2,256.75 | $ 710.88 | $ 42.98 |
| 431 | Cantroair Communications Inc | $ 1,252.90 | $ 394.66 | $ 23.85 |
| 433 | Kdjs-Fm Iowa City Broadcasting | $ 2,711.50 | $ 854.13 | $ 51.63 |
| 434 | Argo Partners | $ 14,727.47 | $ 4,639.15 | $ 280.50 |
| 435 | Daily News | $ 13,000.00 | $ 4,095.00 | $ 247.60 |
| 436 | Fair Harbor Capital LLC | $ 1,043.00 | $ 328.55 | $ 19.85 |
| 437 | Fair Harbor Capital, Llc | $ 2,039.76 | $ 642.52 | $ 38.83 |
| 438 | Fair Harbor Capital, Llc | $ 5,249.16 | $ 1,653.48 | $ 99.96 |
| 439 | Dishnetwork | $ 37,327.06 | $ 11,758.03 | $ 710.90 |
| 440 | Mtv Networks A Division Of Viacom I | $ 3,630,661.95 | $ 1,143,658.52 | $ 69,144.50 |
| 441 | Radio Central Dba Kjjj Radio Statio | $ 4,956.35 | $ 1,561.25 | $ 94.38 |
| 442 | Kdcq Fm | $ 2,142.00 | $ 674.73 | $ 40.78 |
| 444U | Trc Master Fund Llc | $ 39,247.12 | $ 12,362.84 | $ 747.44 |
| 445 | Argo Partners | $ 75,236.38 | $ 23,699.46 | $ 1,432.84 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 446 | Kesn Operating Ltd/Espn Dallas 103. | $ 2,745.50 | $ 0.00 | $ 917.08 |
| 447 | Wepn-Fm Radio/Espn New York 98.7 | $ 4,590.00 | $ 1,445.85 | $ 87.42 |
| 449 | Wlkm Fm | $ 439.96 | $ 138.59 | $ 8.37 |
| 450 | Intercept Interactive Inc., dba Und | $ 953.17 | $ 0.00 | $ 318.39 |
| 451 | Wink Tv11 | $ 16,825.75 | $ 5,300.11 | $ 320.43 |
| 452 | Wxcw Tv | $ 2,868.75 | $ 903.66 | $ 54.64 |
| 454 | Fair Harbor Capital, Llc | $ 11,764.00 | $ 3,705.66 | $ 224.03 |
| 455 | Broadview Networks | $ 7,170.66 | $ 2,079.49 | $ 315.73 |
| 456 | Studstill Media | $ 2,261.00 | $ 712.22 | $ 43.05 |
| 458 | Argo Partners | $ 11,475.00 | $ 3,614.63 | $ 218.55 |
| 459 | Thumb Broadcasting Inc | $ 1,656.90 | $ 521.92 | $ 31.53 |
| 460 | Wddd - Fm | $ 1,424.60 | $ 448.75 | $ 27.12 |
| 462 | Wvza - Fm | $ 554.20 | $ 63.74 | $ 121.36 |
| 464 | Consolidated Edison Company Of New | $ 4,442.76 | $ 1,399.47 | $ 84.63 |
| 465 | Argo Partners As Assignee Of Allian | $ 92,490.99 | $ 29,134.66 | $ 1,761.47 |
| 466 | Argo Partners As Assignee Of Max Po | $ 7,779.58 | $ 2,450.57 | $ 148.17 |
| 467 | Argo Partners As Assignee Of Lifesc | $ 55,705.07 | $ 17,547.10 | $ 1,060.90 |
| 468 | Argo Partners As Assignee Of Seriou | $ 19,898.90 | $ 6,268.15 | $ 378.95 |
| 469 | Argo Partners As Assignee Of Jumpta | $ 31,831.57 | $ 10,026.94 | $ 606.20 |
| 470 | Argo Partners As Assignee Of Quantu | $ 300,000.00 | $ 94,500.00 | $ 5,713.39 |
| 472 | Argo Partners As Assignee Of Millen | $ 164,604.75 | $ 51,850.50 | $ 3,134.83 |
| 473 | Fair Harbor Capital, Llc | $ 2,245.00 | $ 707.18 | $ 42.72 |
| 474 | Fair Harbor Capital, Llc | $ 1,750.00 | $ 551.25 | $ 33.30 |
| 475 | Fair Harbor Capital, Llc | $ 3,201.25 | $ 1,008.39 | $ 60.96 |
| 477 | Argo Partners As Assignee Of Jmj Fi | $ 99,000.00 | $ 31,185.00 | $ 1,885.44 |
| 478 | Argo Partners As Assignee Of Thunde | $ 66,912.00 | $ 21,077.28 | $ 1,274.29 |
| 479 | New York Media Llc | $ 78,238.00 | $ 22,689.02 | $ 3,444.98 |
| 480 | Fm Idaho Co Llc | $ 4,632.50 | $ 1,459.24 | $ 88.21 |
| 481 | Fair Harbor Capital, Llc | $ 4,737.90 | $ 1,492.44 | $ 90.17 |
| 482 | Gasbuddy/Openstore,Llc | $ 66,915.84 | $ 21,078.50 | $ 1,274.35 |
| 484 | Wcyb Television | $ 24,191.85 | $ 7,620.44 | $ 460.69 |
| 485 | Wemt Television | $ 5,139.10 | $ 1,618.82 | $ 97.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 486 | Davis Television | $ 3,340.50 | $ 1,052.26 | $ 63.62 |
| 487 | Media6degrees Inc | $ 7,761.84 | $ 2,444.99 | $ 147.86 |
| 488 | Trc Master Fund Llc | $ 407,482.50 | $ 128,356.99 | $ 7,760.37 |
| 489 | Trc Master Fund Llc | $ 20,629.78 | $ 6,498.38 | $ 392.91 |
| 490 | Trc Master Fund Llc | $ 23,670.00 | $ 7,456.05 | $ 450.79 |
| 491 | Trc Master Fund Llc | $ 57,623.60 | $ 18,151.43 | $ 1,097.43 |
| 493 | Trc Master Fund Llc | $ 225,664.68 | $ 71,084.38 | $ 4,297.68 |
| 495 | Argo Partners | $ 46,665.00 | $ 14,699.48 | $ 888.71 |
| 497 | Fair Harbor Capital, Llc | $ 2,080.80 | $ 655.45 | $ 39.65 |
| 498 | The Bellingham Herald | $ 2,255.69 | $ 710.54 | $ 42.96 |
| 499 | Fair Harbor Capital, Llc | $ 2,171.75 | $ 684.10 | $ 41.35 |
| 500 | Valassis | $ 468,805.68 | $ 147,673.79 | $ 8,928.21 |
| 501 | Las Vegas Review-Journal | $ 2,430.00 | $ 765.45 | $ 46.28 |
| 502(h)-1 | Collective Media, Inc. | $ 89,025.00 | $ 28,042.88 | $ 1,695.44 |
| 502 | Hearst Svc Cntr | $ 26,013.00 | $ 0.00 | $ 8,689.33 |
| 503 | Wilson Media Group | $ 159,983.55 | $ 50,394.82 | $ 3,046.81 |
| 504 | Black Entertainment Television Llc | $ 10,200.00 | $ 2,040.00 | $ 1,367.11 |
| 507 | Complex Media Inc | $ 269,523.20 | $ 84,899.81 | $ 5,132.99 |
| 508 | Csi Entertainment Dba Csi Sports | $ 12,979.50 | $ 4,088.55 | $ 247.19 |
| 509 | Fair Harbor Capital, Llc As Assigne | $ 8,000.00 | $ 2,520.00 | $ 152.36 |
| 510 | Asm Capital Iv, L.P. | $ 116,364.33 | $ 36,654.77 | $ 2,216.12 |
| 512U | Experian Marketing Solutions, Inc. | $ 70,437.68 | $ 15,848.48 | $ 7,679.90 |
| 513 | Burbach Of Wv Llc | $ 1,932.90 | $ 608.86 | $ 36.80 |
| 516 | Main Street Media Of Tn | $ 1,984.50 | $ 625.12 | $ 37.79 |
| 518 | Ktla Tv Llc | $ 201,751.75 | $ 63,551.80 | $ 3,842.29 |
| 521 | Argo Partners | $ 21,509.25 | $ 6,775.41 | $ 409.62 |
| 522 | Krcd-Fm Radio | $ 7,214.80 | $ 2,272.66 | $ 137.41 |
| 523 | Cox Media Group Fdba Wtov Televisio | $ 1,882.75 | $ 593.07 | $ 35.86 |
| 524 | Liquidity Solutions, Inc. | $ 2,299.35 | $ 724.29 | $ 43.78 |
| 525 | Kqds-Tv | $ 6,400.50 | $ 2,016.16 | $ 121.91 |
| 526 | Adprime Media Inc | $ 70,257.52 | $ 0.00 | $ 23,468.64 |
| 529 | Argo Partners | $ 85,340.00 | $ 26,882.10 | $ 1,625.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 536 | Guitar Center Inc | $ 125,000.00 | $ 39,375.00 | $ 2,380.56 |
| 537U | Frances Mccreary | $ 19,617.75 | $ 6,179.59 | $ 373.62 |
| 540U | Ny State Dept Of Taxation And Finan | $ 1,284.73 | $ 404.70 | $ 24.46 |
| 542U | State Board Of Equalization | $ 93.67 | $ 29.50 | $ 1.79 |
| 544 | TRC Master Fund LLC | $ 125,000.00 | $ 39,375.00 | $ 2,380.56 |
| 546 | Scripps Media, Inc. | $ 65,620.00 | $ 20,670.30 | $ 1,249.70 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 1,681,853.24 |
| Remaining Balance | $ 330.30 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:    /s/ David K. Gottlieb
                Trustee

David K. Gottlieb
17000 Ventura Blvd Suite 300
Encino, CA 91316

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.