David K. Gottlieb
17000 Ventura Blvd
Suite 300
Encino, CA 91316
Telephone: (818) 539-7720
Email: dgottlieb@dkgallc.com

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY

| In re | ) Case No.: 1:13-bk-15929-MB |
|---|---|
| KSL MEDIA INC | ) Chapter 7 |
| Debtor(s). | ) NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011) |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 54977, in the sum of $391,020.15, representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es), and amount(s) to be paid each person entitled to said unclaimed dividend is attached.

Dated: 12/16/19

David K. Gottlieb
Chapter 7 Trustee

-1-

| Claim No | Claimant | Allowed Amount | Amount |
|---|---|---|---|
| 22 | Eventful<br>12626 High Bluff Dr<br>Ste 100<br>San Diego , CA 92130 | $119,398.29 | $2,275.44 |
| 28 | Journal Communications<br>Dba Journal Broadcast<br>333 West State St<br>Milwaukee , WI 53201 | $65,620.00 | $21,920.35 |
| 43 | Curacao Tourist Board<br>C/O Brooks C Miller Pa<br>200 S Discayne Blvd Ste 4300<br>Miami , FL 33131 | $57,356.83 | $1,093.09 |
| 44 | Federated Media<br>421 S 2Nd St<br>Po Box 487<br>Elkhart , IN 46515-0487 | $30,521.89 | $1,344.31 |
| 64 | Quantum Of Myrtle Beach Llc<br>4841 Highway 17 Bypass South<br>Myrtle Beach , SC 29577 | $5,746.00 | $1,919.45 |
| 68 | Kplc Tv<br>715 S Jefferson St<br>Jackson , MS 39201 | $287.85 | $5.48 |
| 70 | Wlox Tv<br>715 S Jefferson St<br>Jackson , MS 39201 | $20,718.75 | $394.86 |
| 75 | Three Eagles Communications Company<br>4630 Antelope Creek Rd #100<br>Lincoln , NE 68506 | $9,415.28 | $1,262.08 |
| 102 | The Tennessean<br>C/O Sharon Lucas<br>Gannett Co Inc - Law Dept<br>750 Jones Branch Dr<br>Mclean , VA 72107 | $83,548.70 | $27,909.43 |
| 126 | Urban Daddy<br>900 Broadway 801B<br>New York , NY 10003 | $10,099.99 | $192.46 |
| 145 | Kiro Tv<br>C/O Ktvu Tv<br>2 Jack London Sq<br>Oakland , CA 94607 | $63,771.25 | $21,302.76 |
| 146 | Ktvu Tv<br>2 Jack London Square<br>Oakland , CA 94607-3727 | $352,366.65 | $117,708.11 |
| 147 | Kicu Tv36<br>2 Jack London Square<br>Oakland , CA 94607-3727 | $36,352.80 | $12,143.61 |
| 194 | John Roberts Graphics Inc<br>Dba Sir Speedy<br>7861 Alabama Ave #6 | $1,119.39 | $150.00 |

| | | | | |
|---|---|---|---|---|
| 1 | | Canoga Park, CA 91304 | | |
| 2 | 235 | Hrtv Llc<br>Po Box 22864<br>Lexington, KY 40522-2864 | $986.00 | $329.38 |
| 3<br>4 | 252 | The News & Observer Publishing Company Inc<br>Pob 2885<br>Raleigh, NC 27602 | $23,166.99 | $3,105.36 |
| 5<br>6 | 260 | Ink Publishing<br>255 E Paces Ferry Rd Ne<br>Atlanta, GA 30305 | $6,917.00 | $2,310.64 |
| 7<br>8 | 283 | Berklee Today Magazine<br>Berklee College Of Music<br>1140 Boylston St<br>Boston, MA 02215-3693 | $3,200.00 | $60.97 |
| 9<br>10 | 293 | Tv-22 Wmno<br>Studio 51 Multi Media Production Ltd<br>1995 Marion-Bucyrus Rd<br>Marion, OH 43302 | $2,312.00 | $101.84 |
| 11 | 327 | Wnno Fm Magnum Communications<br>PO Box 081400<br>Racine, WI 53408-1400 | $1,433.67 | $27.30 |
| 12<br>13 | 328 | Wbky Fm Magnum Communications<br>PO Box 081400<br>Racine, WI 53408-1400 | $1,372.11 | $26.16 |
| 14<br>15 | 334 | Brightroll, Inc.<br>343 Sansome Street<br>Suite 600<br>San Francisco, CA 94104 | $94,731.53 | $31,645.07 |
| 16<br>17 | 343 | Brightroll, Inc.<br>343 Sansome Street<br>Suite 600<br>San Francisco, CA 94104 | $127,795.07 | $42,689.93 |
| 18<br>19 | 354 | Clear Channel Broadcasting, Inc.<br>c/o iHeartMedia, Inc.<br>200 E. Basse Rd., Ste. 100<br>San Antonio, TX 78209 | $725,500.00 | $13,826.20 |
| 20 | 399 | Comcast Spotlight Lp<br>1701 Jfk Blvd<br>Philadelphia, PA 19103 | $74,261.46 | $24,807.03 |
| 21<br>22 | 409 | Renegade Publishing Inc Dba Urban T Weekly<br>Po Box 50499<br>Tulsa, OK 74150-0499 | $1,255.00 | $419.25 |
| 23<br>24 | 413 | Wtkr-Tv<br>Communications Credit & Recovery Corp<br>200 Garden City Plaza Ste 200<br>Garden City, NY 11530 | $3,430.60 | $151.12 |
| 25<br>26 | 414 | Wgnt-Tv<br>Communications Credit & Recovery Corp<br>200 Garden City Plaza Ste 200 | $1,887.00 | $83.12 |

| | | | |
|---|---|---|---|
| | Garden City, NY 11530 | | |
| 419 | New Age Media Of Tallahassee Llc<br>Dba Wtlh-Tv, Wtlf-Tv<br>Doris L Jones Business Mngr<br>950 Commerce Blvd<br>Midway, FL 32343 | $2,321.35 | $775.48 |
| 443A | Charge & Ride Inc<br>47 01 Vernon Boulevard<br>Long Island, NY 11101 | $1,718.69 | $1,718.69 |
| 446 | Kesn Operating Ltd/Espn Dallas 103.<br>Attn Kathy Clark<br>500 S Buena Vista St<br>Burbank, CA 91521-9750 | $2,745.50 | $917.11 |
| 450 | Intercept Interactive Inc., dba Und<br>Undertone c/o Andrew Rausa<br>Legal Department<br>340 Madison Ave 8th Fl<br>New York, NY 10173 | $953.17 | $318.41 |
| 455 | Broadview Networks<br>500 7Th Ave 2Nd Fl<br>New York, NY 10018 | $7,170.66 | $315.83 |
| 479 | New York Media Llc<br>Attn Adelina Pepenella<br>75 Varick St<br>New York, NY 10013 | $78,238.00 | $3,445.98 |
| 500 | Valassis<br>Attn: Michelle Pickney<br>1 Targeting Centre<br>Windsor, CT 06095 | $468,805.68 | $8,934.23 |
| 502 | Hearst Svc Cntr<br>Attn D Cooke<br>Div Hearst Communications Inc<br>214 North Tryon St 33Rd Flr<br>Charlotte, NC 28202 | $26,013.00 | $8,689.66 |
| 504 | Black Entertainment Television Llc<br>Attn Damien Alexander<br>1235 W St Ne<br>Washington, DC 20018 | $10,200.00 | $1,367.24 |
| 507 | Complex Media Inc<br>1271 Avenue Of The Americas 35Th Fl<br>New York, NY 10020 | $269,523.20 | $5,136.45 |
| 526 | Adprime Media Inc<br>Brent Phelps<br>33 Whitewall St<br>New York, NY 10004 | $70,257.52 | $23,469.54 |
| F2 | Digilant Inc<br>c/o Rick Clemon Controller<br>100 N. Washington St., Ste. 502<br>Boston, MA 02114 | $7,269.11 | $2,428.22 |
| F8 | Genome Inc F/K/A Interclick Inc<br>Lawrence Schwab/Thomas | $47,870.00 | $912.29 |

| | | | |
|---|---|---|---|
| | GAA - Bialson Ber<br>633 Menlo Ave., Ste. 100<br>Menlo Park, CA 94025-4711 | | |
| F15 | Videology Group<br>1500 Whetstone Way<br>Suite 500<br>Baltimore, MD 21230 | $12,489.86 | $238.04 |
| F18 | Us Weekly LLC<br>c/o Dana Rosen<br>Wenner Media<br>1290 Avenue of the Americas<br>New York, NY 10104 | $13,758.88 | $262.20 |
| F38 | Dedicated Media<br>Communications Credit & Recovery<br>200 Garden City Plaza Ste 200<br>Gargen City, NY 11530 | $21,529.96 | $2,885.98 |

Total: $391,020.15

**Texas Capital Bank**

Check Number: 54977

32-1797/1110
Dated: 12/13/2019
VOID AFTER 90 DAYS

AMOUNT
***$391,020.15

***Three Hundred Ninety One Thousand, Twenty Dollars and 15/100

David K. Gottlieb, Trustee
17000 Ventura Blvd
Suite 300
Encino, CA 91316

Case Number: 13-15929
Estate of: KSL MEDIA INC - Debtor(s)

Pay to the Order of

U.S. Bankruptcy Court
Attn: Fiscal Department
255 E. Temple Street
Room 1067
Los Angeles, CA 90012

⑈ 54977⑈

| Date: 12/13/2019 | Check Number: 54977 | Amount: $391,020.15 |
|---|---|---|
| Case Number: 13-15929 <br> Debtor(s) Name: KSL MEDIA INC - Debtor(s) | | |
| Paid To: U.S. Bankruptcy Court <br> Attn: Fiscal Department <br> 255 E. Temple Street <br> Room 1067 <br> Los Angeles, CA 90012 | Trustee: | David K. Gottlieb, Trustee <br> 17000 Ventura Blvd <br> Suite 300 <br> Encino, CA 91316 |
| Description: | | |
| Bank Account: ******1127 | | |

| Date: 12/13/2019 | Check Number: 54977 | Amount: $391,020.15 |
|---|---|---|
| Case Number: 13-15929 <br> Debtor(s) Name: KSL MEDIA INC - Debtor(s) | | |
| Paid To: U.S. Bankruptcy Court <br> Attn: Fiscal Department <br> 255 E. Temple Street <br> Room 1067 <br> Los Angeles, CA 90012 | Trustee: | David K. Gottlieb, Trustee <br> 17000 Ventura Blvd <br> Suite 300 <br> Encino, CA 91316 |
| Description: | | |
| Bank Account: ******1127 | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 17000 Ventura Boulevard, Suite 300, Encino, CA 91316.

A true and correct copy of the foregoing document entitled (*specify*): Report of Trustee Under Rule 3011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 17, 2019 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On December 17, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 17, 2019 | Renee Johnson | /s/Renee Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Allison R Axenrod     allison@claimsrecoveryllc.com
- James Cornell Behrens     jbehrens@milbank.com, gbray@milbank.com;mshinderman@milbank.com;dodonnell@milbank.com;jbrewster@milbank.com;JWeber@milbank.com
- Michael V Blumenthal     michael.blumenthal@tklaw.com, alisa.brenes@tklaw.com
- Wanda Borges     ecfcases@borgeslawllc.com
- Brian Brager     bbrager@bradfordcapitaladvisors.com
- Jennifer L Braun     jennifer.l.braun@usdoj.gov
- Kayla D Britton     kayla.britton@faegrebd.com
- Andrew W Caine     acaine@pszjlaw.com
- Howard Camhi     hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Gary O Caris     gcaris@btlaw.com, slmoore@btlaw.com;rsutton@btlaw.com
- Caren J Castle     wdk@wolffirm.com, wdk@wolffirm.com
- Sara Chenetz     schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- Jeff Cohen     JC@SouthpawAsset.com
- Vincent M Coscino     vcoscino@allenmatkins.com, jaallen@allenmatkins.com
- Natalie B. Daghbandan     natalie.daghbandan@bryancave.com, raul.morales@bryancave.com;theresa.macaulay@bryancave.com
- Jon L. Dalberg     jdalberg@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com
- Helena DeYoung     jsong@liquiditysolutions.com
- Ted A Dillman     Ted.dillman@lw.com
- Tyler R Dowdall     tdowdall@erlaw.com
- Jeffrey W Dulberg     jdulberg@pszjlaw.com
- Robert K Edmunds     redmunds@parksandsolar.com, tdykes@parksandsolar.com
- Howard M Ehrenberg     hehrenberg@sulmeyerlaw.com, hehrenberg@ecf.inforuptcy.com;mviramontes@ecf.inforuptcy.com
- Lei Lei Wang Ekvall     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Mark D Estle     mdestle@estlelaw.com
- Lisa Hill Fenning     Lisa.Fenning@apks.com, Jean.Kellett@apks.com,ecf-fc6a2682060e@ecf.pacerpro.com
- T. John Fitzgibbons     jfitzgibbons@romalaw.com, jlontok@romalaw.com
- Earl M Forte     fortee@whiteandwilliams.com, vulpioa@whiteandwilliams.com
- Stacy L Foster     sfoster@btlaw.com, lharrison@btlaw.com
- Joseph D Frank     jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- Kenneth J Freed     KFREED@KJFESQ.COM, rbarlongo@kjfesq.com
- Michael A Friedman     mfriedman@gjb-law.com, gjbecf@gjb-law.com
- Daniel K Fujimoto     wdk@wolffirm.com
- Mary L Fullington     lexbankruptcy@wyattfirm.com, mfullington@wyattfirm.com
- Thomas M Gaa     tgaa@bbslaw.com
- Fredric Glass     fglass@fairharborcapital.com
- Paul R. Glassman     pglassman@sycr.com
- Matthew A Gold     courts@argopartners.net
- David Keith Gottlieb (TR)     dkgtrustee@dkgallc.com, dgottlieb@iq7technology.com,rjohnson@dkgallc.com,akuras@dkgallc.com
- Michael S Greger     mgreger@allenmatkins.com, kpreston@allenmatkins.com
- Aaron C Gundzik     agundzik@gghslaw.com, sforster@gghslaw.com
- Mary H Haas     maryhaas@dwt.com, melissastrobel@dwt.com;laxdocket@dwt.com
- John V Hager     mail@hdlaw.com, kcallahan@hdlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE

- Lesley A Hawes    lhawes@diamondmccarthy.com, 7954981420@filings.docketbird.com
- Emil W Herich    eherich@kilpatricktownsend.com, acaviles@kilpatricktownsend.com;tmeyers@kilpatricktownsend.com;sagreen@kilpatricktownsend.com
- Marsha A Houston    mhouston@reedsmith.com
- Peter L Isola    PIsola@hinshawlaw.com
- Robbin L. Itkin    robbin.itkin@dlapiper.com, cheryleigh.bullock@dlapiper.com;robbin-itkin-6765@ecf.pacerpro.com
- Lawrence M Jacobson    lmj@gfjlawfirm.com
- Crystal Johnson    M46380@ATT.COM
- Gregory K Jones    GJones@dykema.com, jim@dykema.com;DocketLA@dykema.com
- Christian A Jordan    cjordan@btlaw.com, tpearsall@btlaw.com
- Steven J Kahn    skahn@pszyjw.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Katherine Kane    kkane@kanelaw.com
- Doah Kim    doah.kim@whitecase.com
- Jeffrey A Krieger    jkrieger@ggfirm.com, kwoodson@greenbergglusker.com;calendar@greenbergglusker.com;jking@greenbergglusker.com
- Herbert Kunowski    Herbert.Kunowski@wilsonelser.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, dperez@sulmeyerlaw.com;dperez@ecf.courtdrive.com;dkupetz@ecf.courtdrive.com
- Kyle Kveton    kkveton@romalaw.com, mecheverria@romalaw.com
- Robert S Lampl    advocate45@aol.com, rlisarobinsonr@aol.com
- Rodger M. Landau    rlandau@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com
- Mary D Lane    mal@msk.com, mec@msk.com
- Paul J Laurin    plaurin@btlaw.com, slmoore@btlaw.com;jboustani@btlaw.com
- Yochun Katie Lee    kylee@akingump.com, tsouthwell@akingump.com;westdocketing@akingump.com
- Ira M Levee    ilevee@lowenstein.com, ehorn@lowenstein.com
- Ganna Liberchuk    gliberchuk@haincapital.com
- Erica T Loftis Pacheco    erica.loftispacheco@bonialpc.com
- Richard M Lorenzen    RLorenzen@perkinscoie.com, KHardy@perkinscoie.com
- Noreen A Madoyan    Noreen@MarguliesFaithLaw.com, Helen@MarguliesFaithlaw.com;Victoria@MarguliesFaithlaw.com
- Edith R Matthai    ematthai@romalaw.com
- Hugh McCullough    hughmccullough@dwt.com, elainehuckabee@dwt.com
- Scotta E McFarland    smcfarland@pszjlaw.com, smcfarland@pszjlaw.com
- David W. Meadows    david@davidwmeadowslaw.com
- Neeta Menon    nmenon@btlaw.com
- James P Menton    JPMenton@rkmc.com, dvaughn@robinskaplan.com
- Maria Ann Milano    mmilano@riddellwilliams.com
- William K Mills    mills@parkermillsllp.com, sally@parkermillsllp.com
- Kerry A. Moynihan    kerry@kamlegal.com
- Alan I Nahmias    anahmias@mbnlawyers.com, jdale@mbnlawyers.com
- Vahid Naziri    vnaziri@anhlegal.com, matthew@anhlegal.com
- Jeffrey P Nolan    jnolan@pszjlaw.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- Matthew Ochs    mjochs@hollandhart.com, sjohnson@hollandhart.com
- Robert J Parks    robert.parks@bipc.com;Rachel.waters@bipc.com, robin.robbins@bipc.com
- Jason S Pomerantz    jspomerantz@pszjlaw.com, jspomerantz@pszjlaw.com
- David M Powlen    david.powlen@btlaw.com, pgroff@btlaw.com
- Michael H Raichelson    mhr@cabkattorney.com
- Kurt Ramlo    kr@lnbyb.com, kr@ecf.inforuptcy.com
- John P. Reitman    jreitman@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com
- Thomas Rice    trice@coxsmith.com, phuffstickler@coxsmith.com;aseifert@coxsmith.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Monica Rieder    mrieder@lgbfirm.com
- Christopher O Rivas    crivas@reedsmith.com, chris-rivas-8658@ecf.pacerpro.com
- Holly Roark    holly@roarklawoffices.com, courtnotices@roarklawoffices.com
- Brad Robertson    brad.robertson@cbs.com, brad47@gmail.com
- S Margaux Ross    margaux.ross@usdoj.gov, Kate.Bunker@UST.DOJ.GOV
- Terrel Ross    tross@trcmllc.com
- Edward G Schloss    egs2@ix.netcom.com
- Norman D Schoenfeld    lsi@liquiditysolutions.com
- David B Shemano    dshemano@shemanolaw.com
- Jonathan Seligmann Shenson    jshenson@shensonlawgroup.com
- Alan R Smith    mail@asmithlaw.com
- Joon W Song    jsong@thesonglawgroup.com
- Tiffany Strelow Cobb    tscobb@vorys.com
- Kelly Sweeney    ksweeney@spiwakandiezza.com, nbuttis@spiwakandiezza.com
- Robert Tannor    rtannor@creditorliquidity.com
- Susan P Tomlinson    sue.tomlinson@crowehorwath.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Sharon Z. Weiss    sharon.weiss@bclplaw.com, raul.morales@bclplaw.com
- Dennis J Wickham    wickham@scmv.com, nazari@scmv.com
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Douglas Wolfe    dwolfe@asmcapital.com
- Victor Yoo    vjy@taxlawyersgroup.com
- Bruce J Zabarauskas    bruce.zabarauskas@tklaw.com, wanda.sneed@tklaw.com
- Amy A Zuccarello    azuccarello@sandw.com
- Roye Zur    rzur@lgbfirm.com, srichmond@lgbfirm.com;vrichmond@lgbfirm.com;avedrova@lgbfirm.com

2. **SERVED BY U.S. MAIL**

Office of the U.S. Trustee
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 91007

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    F 9013-3.1.PROOF.SERVICE