| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | KSL Media, Inc._____ | |
| | First Name  Middle Name  Last Name | |
| Debtor 2 | _____ | |
| (Spouse, if filing) | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court for the Central District of California | | |
| Case number: | 1:13-bk-15929 -MB | |

**FILED**

**DEC 1 2 2025**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

---

Form 1340 (12/19)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $ 21,302.76 |
|---|---|
| Claimant's Name: | KIRO-TV, Inc. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 1601 West Peachtree Street, NE<br>Atlanta, GA, 30309<br>(470) 508-3538<br>mike.barber@cmg.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [ ] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [X] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [X] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

| | |
|---|---|
| **4. Notice to United States Attorney** | |

[X]  Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> Central District of California
> Civil Process Clerk
> Federal Building, Room 7516 300
> North Los Angeles Street Los
> Angeles, CA 90012

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: 10/24/25

Signature of Applicant

Jason P. Tkaczuk, o/b/o Brown Wegner LLP

Printed Name of Applicant

Address: Brown Wegner LLP
2010 Main Street, Suite 1260
Irvine, CA 92614

Telephone: (949) 705-0080

Email: jtkaczuk@brownwegner.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable)

Printed Name of Co-Applicant (if applicable)

Address:

Telephone:

Email:

**6. Notarization**
STATE OF _____ SEE ATTACHED CERTIFICATE
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

**6. Notarization**
STATE OF _____
COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20___ by

_____
who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of ORANGE

On Oct 24, 2025 before me, ___GURKAN SUZER, a Notary Public___,
  *Date*                          *Here Insert Name and Title of the Officer*

personally appeared ___Jason Peter Tkaczuk___
                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

GURKAN SUZER
COMM. #2474017
Notary Public · California
Orange County
My Comm. Expires Dec. 20, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

*Place Notary Seal and/or Stamp Above*          *Signature of Notary Public*

——————————— OPTIONAL ———————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: ___Application for Payment of Unclaimed Funds___
Document Date: ___10.24.2025___           Number of Pages: ___2___
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual          ☐ Attorney in Fact
☐ Trustee             ☐ Guardian of Conservator
☐ Other: _____
Signer is Representing: _____

©2017 National Notary Association

KIRO-TV, Inc. hereby nominates and appoints Jason P. Tkaczuk, Esq., of Brown Wegner LLP, business address 2010 Main Street, Suite 1260, Irvine, CA 92614, telephone number (949) 705-0080, as its Attorney-in-Fact for the limited purpose of collecting unclaimed funds on behalf of KIRO-TV, Inc. in *In re: KSL Media Inc.*, Case No. 1:13-bk-15929-MB. Hereunder, Jason P. Tkaczuk shall have all of the following powers to act on behalf of KIRO-TV, Inc.:

- To prepare, execute, file, and serve an Application for Payment of Unclaimed Funds, including any and all supporting documents;
- To prepare, execute, file, and serve a Notice of Motion for Order without a Hearing, including any and all supporting documents;
- To prepare, execute, file, and serve this Limited Power of Attorney, including any and all supporting documents;
- To make, file, and serve a copy of his driver's license or passport;
- To do all other acts reasonably necessary to effectuate and carry-out the above-listed powers; and
- To do all other acts reasonably necessary to collect unclaimed funds on behalf of KIRO-TV, Inc. in *In re: KSL Media Inc.*, Case No. 1:13-bk-15929-MB.

I, John Patrick Nevin, am the Vice President & General Manager of KIRO-TV, Inc. I have authority to execute this Limited Power of Attorney on behalf of KIRO-TV, Inc. by virtue of my role as its Vice President & General Manager.

_____
John Patrick Nevin
Vice President & General Manger, KIRO-TV, Inc.

Date: 10/10/2025

State of Washington
County of King            } ss.

This record was acknowledged before me on October 10, 2025 by John Patrick Nevin as Vice President & General Manager of KIRO-TV, Inc.

Amita Phambota
Seattle, WA

AMITA PHAMBOTA
Notary Public
State of Washington
Commission # 21009265
My Comm. Expires Feb 19, 2029

My commission expires: 02/19/2029

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Jason Tkaczuk<br>Brown Wegner LLP<br>2010 Main Street, Suite 1260<br>Irvine, CA 92614<br>(949) 705-0080<br>SBN 341143<br>jtkaczuk@brownwegner.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☒ *Attorney for:* KIRO-TV, Inc. | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

| In re:<br>KSL Media, Inc.<br><br><br><br>Debtor(s). | CASE NO.: 1:13-bk-15929<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]**<br><br>[No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) KIRO-TV, Inc.,
   filed a motion or application (Motion) entitled Application for Unpaid Funds.

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 3011-1(b)(1); or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                         Page 1                                         F 9013-1.2.NO.HEARING.NOTICE

4. Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date: 10/27/2025

_____
Signature of Movant or attorney for Movant

Jason P. Tkaczuk
Printed name of Movant or attorney for Movant

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015            Page 2            F 9013-1.2.NO.HEARING.NOTICE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Brown Wegner LLP
2010 Main Street, Suite 1260, Irvine, CA 92614

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 10/27/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Office of the United States Attorney
Central District of California, Civil Process Clerk
Federal Building, Room 7516 300
North Los Angeles Street
Los Angeles, CA 90012

U.S. Bankruptcy Court
Central District of California
ATTN: Unclaimed Funds Processor
255 E. Temple St, Room 947
Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/27/2025 | Mae Galvez, ACP, CLP | *[signature]* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 3                                F 9013-1.2.NO.HEARING.NOTICE

# BW

# BROWN WEGNER LLP

2010 Main Street ▪ Suite 1260 ▪ Irvine, California 92614 ▪ Tel (949) 705-0080

January 9, 2026

**BY MESSENGER**

U.S. Bankruptcy Court C.D. Cal.
ATTN: Unclaimed Funds Processor
255 E. Temple Street, Room 947
Los Angeles, CA 90012

> RE: **KIRO-TV, Inc. Notice of Motion For Order Without Hearing Dated 10/27/2025; Application For Payment of Unclaimed Funds**
> *In re: KSL Media, Inc.*
> **Case No. 1:13-bk-15929, Chapter 7**
> **Transmittal of Originals**

Dear Unclaimed Funds Processor:

Respectfully submitting herewith, in connection with above-referenced Notice RE: Application (copy of the first page of which is attached, for your immediate reference), the originals of the following:

1. Notarized KIRO-TV, Inc. power of attorney, signed by John Patrick Nevin, Vice President & General Manager, KIRO-TV, Inc., dated 10/10/2025; and
2. Notarized Affidavit of William J. Brown, Jr., managing partner of Brown Wegner LLP dated 1/9/26.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction this submission is being made.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the above-stated date at Irvine, California.

Very truly yours,

Mae Galvez, ACP, CLP
mgalvez@brownwegner.com

Enc: a/s
cc: Jason P. Tkaczuk, Esq. (jtkaczuk@brownwegtner.com)
    William J. Brown, Jr., Esq. (bill@brownwegner.com)

COPY

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jason Tkaczuk<br>Brown Wegner LLP<br>2010 Main Street, Suite 1260<br>Irvine, CA 92614<br>(949) 705-0080<br>SBN 341143<br>jtkaczuk@brownwegner.com | |
| ☐ Debtor(s) appearing without an attorney<br>☒ Attorney for: KIRO-TV, Inc. | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION

| In re:<br>KSL Media, Inc. | CASE NO.: 1:13-bk-15929<br>CHAPTER: 7 |
|---|---|
| | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
| Debtor(s). | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1. Movant(s) KIRO-TV, Inc.
   filed a motion or application (Motion) entitled Application for Unpaid Funds

2. Movant(s) requests that the court grant the motion without a hearing as provided for in:

   ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR 3011-1(b)(1); or

   ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3. The motion is based upon the legal and factual grounds set forth in the motion. (*Check appropriate box below*):

   ☒ The full motion is attached to this notice; or

   ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 9013-1.2.NO.HEARING.NOTICE

KIRO-TV, Inc. hereby nominates and appoints Jason P. Tkaczuk, Esq., of Brown Wegner LLP, business address 2010 Main Street, Suite 1260, Irvine, CA 92614, telephone number (949) 705-0080, as its Attorney-in-Fact for the limited purpose of collecting unclaimed funds on behalf of KIRO-TV, Inc. in *In re: KSL Media Inc.*, Case No. 1:13-bk-15929-MB. Hereunder, Jason P. Tkaczuk shall have all of the following powers to act on behalf of KIRO-TV, Inc.:

- To prepare, execute, file, and serve an Application for Payment of Unclaimed Funds, including any and all supporting documents;
- To prepare, execute, file, and serve a Notice of Motion for Order without a Hearing, including any and all supporting documents;
- To prepare, execute, file, and serve this Limited Power of Attorney, including any and all supporting documents;
- To make, file, and serve a copy of his driver's license or passport;
- To do all other acts reasonably necessary to effectuate and carry-out the above-listed powers; and
- To do all other acts reasonably necessary to collect unclaimed funds on behalf of KIRO-TV, Inc. in *In re: KSL Media Inc.*, Case No. 1:13-bk-15929-MB.

I, John Patrick Nevin, am the Vice President & General Manager of KIRO-TV, Inc. I have authority to execute this Limited Power of Attorney on behalf of KIRO-TV, Inc. by virtue of my role as its Vice President & General Manager.

_____
John Patrick Nevin
Vice President & General Manger, KIRO-TV, Inc.
Date: 10/10/2025

State of Washington  
County of King  
ss.

This record was acknowledged before me on October 10, 2025 by John Patrick Nevin as Vice President & General Manager of KIRO-TV, Inc.

AMITA PHAMBOTA
Notary Public
State of Washington
Commission # 21009265
My Comm. Expires Feb 19, 2029

Amita Phambota
Seattle, WA
My commission expires: 02/19/2029

## AFFIDAVIT OF WILLIAM J. BROWN, JR.

My name is William J. Brown, Jr. I am the managing partner of Brown Wegner LLP, business address 2010 Main Street, Suite 1260, Irvine, CA 92614, telephone number (949) 705-0080. Jason P. Tkaczuk is a partner of Brown Wegner LLP. He is the same Jason P. Tkaczuk appointed by KIRO-TV, Inc. as its Attorney-in-Fact under that Limited Power of Attorney dated October 10, 2025, wherein he was empowered to collect unclaimed funds on behalf of KIRO-TV, Inc. in *In re: KSL Media Inc.*, Case No. 1:13-bk-15929-MB. Jason P. Tkaczuk has all of the following powers to act on behalf of KIRO-TV, Inc. thereunder:

- To prepare, execute, file, and serve an Application for Payment of Unclaimed Funds, including any and all supporting documents;
- To prepare, execute, file, and serve a Notice of Motion for Order without a Hearing, including any and all supporting documents;
- To prepare, execute, file, and serve this Limited Power of Attorney, including any and all supporting documents;
- To make, file, and serve a copy of his driver's license or passport;
- To do all other acts reasonably necessary to effectuate and carry-out the above-listed powers; and
- To do all other acts reasonably necessary to collect unclaimed funds on behalf of KIRO-TV, Inc. in *In re: KSL Media Inc.*, Case No. 1:13-bk-15929-MB.

I solemnly declare and affirm under the penalties of perjury of the laws of the State of California that the foregoing is true and correct.

_____
William J. Brown, Jr.

Managing Partner, Brown Wegner LLP

Date: 1/9/26

# CALIFORNIA
# JURAT CERTIFICATE

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ORANGE

Subscribed and sworn to (or affirmed) before me on this 9th day of January, 20 26, by William J. Brown, Jr.,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

*[signature]*

Signature of Notary Public    Heidi VASH

(Notary Seal)

HEIDI VASH
COMM. # 2504692
NOTARY PUBLIC • CALIFORNIA
ORANGE COUNTY
Comm. Exp. DEC. 14, 2028

## OPTIONAL INFORMATION

*The jurat contained within this document is in accordance with California law. Any affidavit subscribed and sworn to before a notary shall use the preceding wording or substantially similar wording pursuant to Civil Code sections 1189 and 8202. A jurat certificate cannot be affixed to a document sent by mail or otherwise delivered to a notary public, including electronic means, whereby the signer did not personally appear before the notary public, even if the signer is known by the notary public. The seal and signature cannot be affixed to a document without the correct notarial wording. As an additional option an affiant can produce an affidavit on the same document as the notarial certificate wording to eliminate the use of additional documentation.*

DESCRIPTION OF ATTACHED DOCUMENT

__Affidavit of William J. Brown, Jr.__
(Title of document)

Number of Pages _____ (Including jurat)

Document Date _____

_____
(Additional Information)

CAPACITY CLAIMED BY THE SIGNER

☐ Individual
☐ Corporate Officer
☐ Partner
☐ Attorney-In-Fact
☐ Trustee
☐ Other: _____

MMX V. BAN2 510.409.1334    www.BayAreaNotary.com