

FILED
FEB 0 4 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

ENTERED
FEB 0 4 2026
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re
KSL Media, Inc

Debtor(s)

Case No: SV13-15929-MB

ORDER TO PAY UNCLAIMED FUNDS
(28 U.S.C. Section 2042; LBR 3011-1)

It appears that a check made payable to KIRO-TV, Inc totaling $21,302.76 was not presented and paid within the ninety days provided for in Bankruptcy Code §347. An unclaimed funds report was filed by the trustee on December 17, 2019, to close the account and transfer the monies to the Clerk, United States Bankruptcy Court, for deposit with the United States Treasury.

It further appears that KIRO-TV, Inc now claims the above monies in an application filed with this court.

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $21,302.76 to KIRO-TV, Inc, c/o Jason P. Tkaczuk, Esq, 2010 Main St Ste 1260, Irvine, CA 92614.

_____     2/4/2026
Honorable Martin R. Barash                Date